*United States Pretrial Services*

United States District Court
Central District of California



FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: MORTON, MELISSA

Name on passport, if different: MORTON, MELISSA ANN

Country of origin: U.S.A.

Date passport issued: 26 OCT 2015

Expiration date of passport: 25 OCT 2025

Ordered by court in the Central District of California or _____ (district)

Docket Number: 2:15CR611

Surrendered by and date (print and sign):

Peter Lu  /signature/  2/1/2016

Received by and date (print and sign):

ELIZABETH BRASSELL  /signature/  02/01/2016

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Returned to and date (print and sign):


Returned by and date (print and sign):


Purpose returned:

Address (if mailed):


CAC PSA 41 2/10/14

| [ ] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse | Edward R. Roybal Federal Building | Ronald Reagan Federal Building | George E. Brown, Jr. Courthouse |
| 312 North Spring Street, Room 754 | 255 East Temple Street, Room J178 | 411 West Fourth Street, Room 4070 | 3470 Twelfth Street, Room 161 |
| Los Angeles, CA 90012-4708 | Los Angeles, CA 90012-3326 | Santa Ana, CA 92701-4596 | Riverside, CA 92501 |
| 213-894-4726 / FAX 213-894-0231 | 213-894-5568 / FAX 213-894-8892 | 714-338-4550 / FAX 714-338-4570 | 951-328-4490 / FAX 951-328-4489 |