# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  2:15-cr-00611-SVW | Date  September 18, 2017 |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | Valerie L. Makarewicz / James Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Melissa Morton | X | ☐ | Angel Navarro | ☐ | ☐ | X | N/A |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT HEARING**    ☐ Contested    X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    X  Refer to separate Judgment Order.

X  Imprisonment for  24 months  on each of counts  8 and 33 through 56, and 24 months on each of counts 1, 4 and 5  of the 1st Superseding Indictment  all terms to run concurrent.

___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

X  5 years Supervised Release imposed on count(s)    8 and 33 through 56 and 3 years on each of Counts 1, 4, and 5  all terms to run concurrent.

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make  $480,322.55  restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

X  Pay  $100  per count, special assessment to the United States for a total of  $2800

___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

X  Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
X  Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release # _____
___ Present bond to continue as bond on appeal.    ___ Appeal bond set at  $_____
X  Filed and distributed judgment. ENTERED.
___ Other _____

                                                                        : 27
                                    Initials of Deputy Clerk    PMC

cc: