SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (Cal. Bar No. 263878)
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN DAVID MORTON and MELISSA MORTON, <br><br> Defendants. | No. CR 15-611-SVW <br><br> **STIPULATION RE: RESTITUTION LIABILITY** |

    Defendant, Melissa Morton (hereafter, "Ms. Morton" or "defendant"), by and through her attorney of record, Angel Navarro, and plaintiff, the United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby stipulate and agree as follows:

1. On September 20, 2017, the Court issued the Judgment and Commitment Orders for both defendant Sean David Morton and Melissa Morton. Docket Nos. 278, 280. In such Orders, the Court orders that each defendant pay restitution to the IRS in the same amount, $480,322.55.

2. The parties stipulate and request that the Court amend both Judgment and

1 | Commitment orders to reflect that the restitution amount is a joint and several
2 | liability between each of the defendants.

3 | Dated:  September 21, 2017

Respectfully submitted,
SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/
VALERIE L. MAKAREWICZ
JAMES C. HUGHES
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 21, 2017

   /s/
ANGEL NAVARRO
Attorney for Defendant Melissa Morton

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **September 21, 2017**, I served

**STIPULATION RE: RESTITUTION LIABILITY**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **September 21, 2017**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 21, 2017,** Los Angeles, California.

              /s/_____

              **Barbara Le**

**RE: USA V. SEAN DAVID MORTON, ET AL**

**CASE NO.: CR 15-611 SVW**

<u>**Service List**</u>

Sean David Morton
565 Pier Avenue
Box 1274
Hermosa Beach, CA 90274-1274

Sean David Morton
1708342757
West Valley Detention Center
9500 Etiwanda Ave
Rancho Cucamonga, CA 91739