Name: Angel Navarro
Address: 714 W. Olympic Blvd., Suite 450
City, State, Zip: Los Angeles, CA 90015
Phone: (626) 390-6621
Fax: (213) 746-4435
E-Mail: angel_navarro@me.com

☐ FPD ☐ Appointed ☒ CJA ☐ Pro Per ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S),<br>v.<br><br>Melissa Morton,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 15-00611-SVW-2<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Melissa Morton_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __September 18, 2017__. Entered on the docket in this action on __September 20, 2017__.

A copy of said judgment or order is attached hereto.

__September 28, 2017__            __Angel Navarro /s/__
Date                                              Signature
                                                  ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).