1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4

5   THE HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

6

    USA,                           )
7                                  )
             Plaintiff,            )
8                                  )
      vs.                          )        No. CR 15-611-SVW
9                                  )
    SEAN DAVID MORTON AND MELISSA  )
10  MORTON,                        )
                                   )
11           Defendants.           )
    _____)

12

13

14      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

15              LOS ANGELES, CALIFORNIA

16              THURSDAY, APRIL 6, 2017

17

18              **VOLUME III OF IV**

19              **PAGES 520 - 698**

20

21

22  _____

23          DEBORAH K. GACKLE, CSR, RPR
            United States Courthouse
24        350 W. First Street, 4th Floor
           Los Angeles, California 90012
25                (213) 894-8913

1    **APPEARANCES OF COUNSEL:**

2

3

4         **For the Plaintiff:**

5

6              SANDRA R. BROWN
               ACTING UNITED STATES ATTORNEY
7              BY:  VALERIE MAKAREWICZ
               BY:  JAMES HUGHES
8              ASSISTANT UNITED STATES ATTORNEYS
               1400 United States Courthouse
9              312 North Spring Street
               Los Angeles, California  90012
10

11             ALSO PRESENT:  JOHN LUCERO, IRS SPECIAL AGENT

12

13        **For the Defendant Melissa Morton:**

14

15             LAW OFFICE OF STEVEN BRODY
               350 S. Figueroa, Suite 975
16             Los Angeles, California  90071
               (213) 290 5294
17             WWW.Stevebrodylaw.com

18

19             DEFENDANT SEAN DAVID MORTON, PRO PER

20

21                        - - - - -

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1

## I N D E X

2

3

| DEFENDANT'S WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

4

5

6

MORTON, SEAN                527(B)    601
                                     655(M)
                                     659(B)

7

8

9

DePUYDT-MEIER, CAROL        661(B)
                           667(M)    671      675

10

11

12

13

14                                    - - - - -

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**E X H I B I T S**

| GOVERNMENT'S | | RECEIVED |
|---|---|---|
| | 36 | 628 |
| | 38 | 629 |
| | 152 | 637 |
| | 169 | 642 |
| | 161 | 647 |
| | 160 | 674 |

| DEFENDANTS' | | RECEIVED |
|---|---|---|
| | A | 535 |
| | C | 547 |
| | D | 555 |
| | G | 564 |
| | H and I | 568 |
| | E | 571 |
| | F | 573 |
| | J | 578 |

- - - - -

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 6, 2017;  9:30 A.M.

 2                          -- -- --

 3

 4        (Proceedings held outside the presence of the jury:)

 5            THE COURT:  We're present with the parties, the

 6    defendants, and counsel.

 7            Mr. Brody, let me inquire of you first:  How do you

 8    intend to proceed?

 9            MR. BRODY:  I'm going to open my case by calling

10    Mr. Morton as a witness, Your Honor.

11            THE COURT:  I see.  And so then Mr. Morton indicated

12    yesterday that he wanted that same witness.  So it will be

13    available to him also, correct?

14            MR. BRODY:  Yes.  I'm sorry.  If it wasn't clear, my

15    first witness is going to be Mr. Morton.

16            THE COURT:  Oh, Mr. Morton is going to testify.

17            MR. BRODY:  Yes.

18            THE COURT:  Okay.

19            MR. BRODY:  My second witness, depending on

20    Mr. Morton's testimony, will be Ms. Meier, who is present and

21    ready to be called.

22            THE COURT:  I see.  All right.  Then that makes

23    things clearer.

24            I'll step out for a moment, we'll get the jury back,

25    and we'll proceed from there.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              Any estimate, without limitation, as to how long the
 2    defense case will take?
 3              MR. BRODY:  I really don't think more than an hour;
 4    that would be my guess.
 5              THE COURT:  Is that your sense, Mr. Morton?
 6              MR. BRODY:  Well, my defense case --
 7              THE COURT:  Mr. Morton, in terms of your defense
 8    case, obviously you're going to testify, and you're going to
 9    have the right to examine this witness, Ms. Meier.
10              Do you contemplate calling any other witnesses?
11              DEFENDANT SEAN DAVID MORTON:  No, sir.
12              THE COURT:  Okay.  All right.  Then let's take a
13    short --
14              MR. BRODY:  I'm sorry.  Could I inquire -- I don't
15    know if the court wants to know if Mr. Morton will in fact be
16    testifying as his own witness as opposed to as my witness.  I
17    don't know the answer --
18              THE COURT:  Let me make it clear, again.  I did
19    yesterday.  You said you're calling him.
20              You agreed to testify and waive your privilege
21    against self-incrimination?
22              DEFENDANT SEAN DAVID MORTON:  Yes, sir.
23              THE COURT:  Okay.  Let's take a short recess.
24                   (Open Court - Jury Present)
25              THE COURT:  Thank you for being on time.  We had
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    matters to take up.  That was the reason for the slight delay.

 2              We're ready to proceed in the defendants' case.

 3              Mr. Brody.

 4              MR. BRODY:  Thank you, Your Honor.

 5              The defense for Melissa Morton calls Mr. Sean Morton

 6    as a witness.

 7                         (Witness sworn.)

 8              THE CLERK:  Please state your full name and spell it

 9    for the record.

10              THE WITNESS:  Sean, S-e-a-n; David, D-a-v-i-d;

11    Morton, M-o-r-t-o-n.

12              Sui Jurist, all rights reserved.  I am making this

13    special, not general, appearance for the purpose of setoff,

14    settlement and discharge of this matter today.

15              Your Honor, for the record, I reserve all rights

16    under UCC 1-308, and I object and take exception to this

17    entire void nisi prius proceedings.  In good faith, I move this

18    court to dismiss and discharge --

19              THE REPORTER:  You need to go slowly; I need to make

20    a record for you.

21              THE WITNESS:  In good faith --

22              THE COURT:  Mr. Morton, would you be seated and

23    answer questions.

24              THE WITNESS:  This is my testimony, Your Honor.

25              THE COURT:  No.  Be seated and answer questions.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                 THE WITNESS:  Are you --

 2                 THE COURT:  Just follow my instructions.

 3                 THE WITNESS:  Objection as violation of rights, sir.

 4                 THE COURT:  Mr. Morton, I am ordering you to be

 5    seated and to listen to the questions asked of you and to

 6    answer the questions as best you can; and when I rule, you're

 7    to comply with my ruling.

 8                 Now proceed.

 9                 MR. BRODY:  Thank you, Your Honor.

10       SEAN DAVID MORTON; DEFENSE WITNESS, SWORN, TESTIFIED:

11                         DIRECT EXAMINATION

12    BY MR. BRODY:

13       Q.   Mr. Morton, before I ask you questions, I would want

14    to draw your attention to a white binder that's to the left of

15    you there.  I may be asking you to have a look at that, to make

16    sure that it's in front of you.

17                 Let me begin by asking you, Mr. Morton:  How

18    long have you known Melissa Morton?

19       A.   Since 1998.

20       Q.   And where did you meet Ms. Morton?

21       A.   In Las Vegas at a spiritual new-age convention that

22    was being thrown by Robert Ghostwolf, a spiritual medicine man,

23    elder.

24       Q.   And what sort of conference was it?  What was offered

25    at the conference?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1         A.    Lots of fun things:  You know, spirualty; future
 2   things; extraterrestrial things.  Richard Hoadland was there
 3   talking about faces and pyramids on mars.  It was a lot of --
 4   you know, a lot of interesting things that become, kind of,
 5   mainstream now.  But, yeah, it was -- just spiritual
 6   native-American elders and extra-terrestrial life and
 7   possibilities in the universe, all about hope for mankind.
 8         Q.    Were you yourself lecturing?
 9         A.    Yes, I was.
10         Q.    And what were you lecturing on?
11         A.    I don't know -- well, I think at the time I published
12   a magazine, which was called The Delphi Associates Newsletter,
13   and in this magazine we dealt with -- it was a 20-page
14   magazine, went out every month, and we would deal with prophesy
15   predictions, politics, various metaphysical new-age things,
16   astrology, astronomy; and I was also the number one guest on
17   the Art Bell radio program, which we had about 26 million
18   listeners at that time, and that started about 1991.  So
19   that's -- I think Melissa had actually heard me on the radio,
20   and so she came to the conference for us to meet at the
21   conference, and we just -- it was love at first sight.
22         Q.    And the radio show you were talking about, is that
23   your own radio show?
24         A.    No.  It was Coast to Coast A.M. with Art Bell, but I
25   do have my own radio show now.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   When did that start?

 2        A.   The Strange Universe Radio on Revolution Radio

 3   started about five years ago, I guess.  Again, it has to do

 4   with my background as a reporter, as an investigator, to look

 5   into kind of new, interesting things.

 6        Q.   And when you say "as an investigator," what exactly

 7   do you --

 8        A.   Well, I worked in the '90s as an investigative

 9   reporter.  I worked on -- I worked on Hard Copy.  The first one

10   I think I worked on was -- I did a documentary called UFO

11   Contactees back in 1990.  That's how I became involved with

12   places like Area 51.  I exposed Area 51, put it on the front

13   page of the L.A. Times for the first time.

14             So there was Sightings; there was Strange

15   Universe, the TV show on UPN that I was one of the creators on.

16   I was one of the original people at the SciFi Channel doing

17   programs, Mysteries from Beyond --

18             THE REPORTER:  Would you slow down, please.

19   BY MR. BRODY:

20        Q.   So Ms. Morton approached you at the Expo; is that

21   what you said?

22        A.   Yes.

23        Q.   And did she give any indication that she knew you

24   before the Expo or knew of you, pardon me?

25        A.   Yes.  She was a listener to the Coast to Coast A.M.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Art Bell radio program, and I was a featured guest.

2        Q.   And at some point, your relationship with her became

3    romantic?

4        A.   Yes.

5        Q.   When was that?

6        A.   Well, we met at the Expo, and we dated for a while,

7    and so it kind of started at the Las Vegas Expo.

8        Q.   And are you living together now?

9        A.   Yes.

10       Q.   And how long have you been living together?

11       A.   I think she moved down to -- she lived in Utah, and I

12   think she moved down to Southern California about '99, I think,

13   summer of '99.

14       Q.   And have you been living together continuously ever

15   since then?

16       A.   Yes.

17       Q.   Okay.

18            Let's turn for a moment to something a little

19   bit more immediate.

20            Now, during the course of the government's case,

21   we saw some 1040 filings by -- apparently by you and by

22   Mrs. Morton.

23            Do you remember that?

24       A.   Yes.

25       Q.   And those were based in part on so-called 1099 OID

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    forms, right?

 2         A.    Original issue discount, yes.

 3         Q.    And with respect to those -- the documents, the

 4    documents that were presented by the government, the tax

 5    returns, did anyone assist you and Melissa in preparing those

 6    documents?

 7         A.    Yes.  It -- they were completely done by Brandon

 8    Adams, his brother Garrett, who assisted, and Alexander Adams,

 9    Brandon's father, who was a CPA.

10         Q.    And where did you meet Brandon Adams?

11         A.    I was giving a lecture -- this is in -- I was giving

12    a lecture at The Living Temple, which is a place run by a

13    friend of mine in Huntington Beach, and Brandon was actually --

14    he was in the audience, and it was a -- it was inside a place

15    called, I think, in Alpine Village, or something.  And he came

16    up, and we started to -- he was a fascinating guy.  He was

17    really an entrancing personality.  He had a huge expertise on

18    economics, and, of course, his dad being a CPA, he knew about

19    taxes and all that, and so we became friends.

20                And at that point, I introduced him to my friend

21    Robin, who ran The Living Temple, and Robin was intrigued, as

22    well.  I think we all went out for coffee, dinner or whatever,

23    and they sent up some lectures for Brandon at The Living

24    Temple.

25         Q.    And to your knowledge, did Melissa Morton meet
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

543

```
 1   Brandon at the same time?

 2        A.   Yes, the same time, yes.  We all became friends.

 3        Q.   The Living Temple, then, hosted lectures at all --

 4   your lectures ever?

 5        A.   Yes.  Yeah, I was -- it was my lecture that Brandon

 6   came to originally, and then Brandon started lecturing there as

 7   well.  It was a place that had, like, chats that were attended

 8   by a hundred, 150 people every Thursday, I think it was.

 9        Q.   And were you lecturing on the same things at The

10   Living Temple as you had been earlier?  Pardon me.  When I say

11   "earlier" --

12        A.   Yeah, yes.

13        Q.   Okay.  Specifically, can you say --

14        A.   Well, it was whatever was kind of the news.  We took

15   a -- you know, I took a conspiracy bent on what's really

16   happening.  I guess you could call us, you know, the

17   alternative news.  You know, as an investigative reporter, I

18   tried to get to the bottom of various things.  Obviously made

19   me rather hated by the government when I was working for *Hard*

20   *Copy*.

21        Q.   And did Brandon Adams ever lecture at The Living

22   Temple?

23        A.   Yes.

24        Q.   What did he lecture on?

25        A.   He -- his whole thing was really economics.  His
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  whole thing was the banks and once again the great -- what he

2  considered the great criminal conspiracy between the Internal

3  Revenue Service and the banking cartels that were, in his

4  opinion, destroying America.

5      Q.  And how many times did he lecture at The Living

6  Temple to your knowledge?

7      A.  Well, it got huge.  I mean he lectured a few times at

8  The Living Temple, and so many people were coming to hear him

9  and hear the lectures about remedies of people who are being,

10 you know, pursued, and just grounded into the dirt by, you

11 know, the IRS and the banks.  Then it moved to another venue.

12 It was within the same big complex there but there was like a

13 big church there that held 300 people maybe, and it was selling

14 out.  I mean, people were just so -- it became a movement

15 really.  People were enamored of the information.

16     Q.  And did you personally attend those lectures?

17     A.  Yes.

18     Q.  Did Melissa Morton attend those lectures?

19     A.  Yes.  Yeah, I believe she went to all of them.

20     Q.  Now, briefly, you mentioned Garrett Adams.  We heard

21 about him from the government's witness Mark Everson.

22     A.  Yes.

23     Q.  Who was Garrett Adams?

24     A.  Brandon's brother.

25     Q.  Okay.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                    Did he work closely with Brandon Adams?

 2        A.   Yes.  I -- yes.

 3        Q.   Okay.

 4             I'm going to, if I can, draw your attention to

 5   what's been marked as Defense Exhibit A for identification.  If

 6   you can have a look in that binder.

 7        A.   Okay.

 8        Q.   Have you had a chance to review that exhibit?

 9        A.   I have.

10        Q.   What is that?

11        A.   Well, there's -- okay.  Exhibit A is what you're

12   talking about?

13        Q.   Yes.  Is that a video exhibit?

14        A.   Yes.

15        Q.   And what was that video, to your knowledge?

16        A.   Creditors in Commerce.  The Living Temple was --

17             THE REPORTER:  I'm sorry.  I can't hear you .

18             THE WITNESS:  Creditors in Commerce, Living Temple

19   was -- he did a number of lectures there, but it was probably

20   one of his lectures at The Living Temple -- I don't know.  Are

21   you going to show the clip?

22        Q.   Well, have you had a chance to look at it first?

23        A.   Yes.

24        Q.   And were you actually present at that lecture?

25        A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1      Q.   Okay.

2            Your Honor, can I move Defense Exhibit A into

3   evidence?

4            MS. MAKAREWICZ:  Objection, Your Honor.  There's been

5   no foundation as to when, a date of this exhibit of when the

6   lecture took place.

7            THE COURT:  Can you lay a better foundation.

8            MR. BRODY:  Certainly, Your Honor.

9      Q.   When did this lecture take place, if you recall,

10  Mr. Morton?

11     A.   I think it was -- I believe it was September of 2008.

12     Q.   Okay.

13            Was Melissa Morton also present at that lecture?

14     A.   Yes.

15     Q.   And is the video a true and accurate representation

16  of the lecture as you remember it when you were there?

17     A.   Yes.

18            MR. BRODY:  Permission to move into evidence, Your

19  Honor.

20            THE COURT:  Received.

21            (Defense Exhibit A received in evidence.)

22            MR. BRODY:  Permission to publish.

23            THE COURT:  Granted.

24            MR. BRODY:  Thank you.

25            Starting the video from time stamp zero.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            (Video played.)

 2            MR. BRODY:  Halting the exhibit at two minutes and

 3   one second.

 4       Q.   Let me ask you, Mr. Morton:  We heard him say

 5   something about creditor and debtors.

 6                 Can you tell us what that was that you

 7   understood Mr. Adams to talk about.

 8       A.   Well, as I understood it, a creditor is somebody who

 9   acts in honor; a creditor is somebody who takes responsibility;

10   a creditor is somebody who, you know, takes responsibility for

11   the world, you know, helps others, is a king or -- and a

12   debtor -- a debtor is somebody that is -- a creditor is also

13   somebody that creates commercial energy in the world.  I mean,

14   the whole point of -- again, in my opinion, the only real money

15   is human beings --

16       Q.   I'm going to ask you to pause right there.  I don't

17   want -- I'm not interested in your opinion, per se.  I want to

18   know what it is that Brandon Adams taught.

19       A.   Okay.  Adams taught -- Brandon taught -- Brando

20   taught -- I'm sorry -- Brandon taught that a creditor is

21   somebody that takes responsibility, that generates commercial

22   energy in the world, and that a debtor was -- a debtor was

23   somebody that doesn't take responsibility and just kind of

24   takes, I guess.  That's the best way I can interpret

25   his philosophy.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   All right.

 2             I'm going to move forward here to time stamp one

 3   hour and four minutes -- pardon me -- one hour, three minutes

 4   and 58 seconds.

 5             (Video played.)

 6        MR. BRODY:  I'm just going to pause there at time

 7   stamp one hour, six minutes and 28 seconds.

 8        Q.   And ask you, Mr. Morton:  Do you recognize the voice

 9   of the person asking the question?

10        A.   Yes, that would be me in the back.

11        MR. BRODY:  All right.  Continuing to play.

12             (Video played.)

13        MR. BRODY:  Stopping at time stamp one hour, seven

14   minutes and 56 seconds.

15        Q.   Mr. Morton, during the course of that video,

16   Mr. Adams was asked some questions about a birth certificate --

17        A.   -- yes.

18        Q.   With respect to Mr. Adams' teachings, what did he

19   teach was the importance of the birth certificate?

20        A    His teachings and what he taught was that when you

21   get the birth certificate, the birth certificate is a share of

22   stock in the corporation, if you will.  It's interesting

23   because it has what we call -- and you've heard the word

24   "CUSIP" number, and it has a CUSIP number in the upper

25   right-hand -- that's why it's called a certificate -- it has a
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    CUSIP number in the upper right-hand corner.  And it's this

2    piece of paper that when you're born when you're birthed as a

3    vessel into the world, that this is the piece of paper that

4    then goes to the secretary of the state or the state that then

5    makes you a taxpayer, then makes you a voter, then makes you a

6    juror -- you'll notice when you vote, usually they send you a

7    jury notice -- and that this creates you as the corporate

8    fiction, and that that birth certificate then goes to the

9    United States of America, primarily to the commerce department.

10   And, once again, those certificates then become paper bonds, if

11   you will, that -- what he was talking -- what Brandon was

12   talking about -- are then stamped by foreign governments and

13   loaned out to commerce departments and -- you know, to then

14   float the debt of the United States, which is -- his philosophy

15   was is that, once again, we went off the Gold Standard in 1933,

16   where we used to have gold and silver backing the money; and

17   after the Gold Standard of 1933, the people became the credit

18   of the nation, and we used to have another word that -- he

19   said; we had another word for that, which was -- which we

20   called slavery, and this is what the banks borrow against, and

21   it was -- I'm not sure, did I answer your question?

22        Q.   Yes.

23        A.   And that's the birth certificate.

24             And then the -- then the people were then handed

25   as chattel -- this is Brandon's belief again -- was handed --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    were handed as chattel to the Federal Reserve Bank again,

 2    because it was the Federal Reserve Bank that bankrupted the

 3    government of the United States; and the government of the

 4    United States then said, Well, here we're going to give you all

 5    these cows as collateral for you to use and borrow against.

 6    This also led to his philosophy about how if the banks are

 7    borrowing against us -- the rest of the story -- if I can

 8    complete the story --

 9              THE REPORTER:  I'm sorry?

10              THE WITNESS:  If I can complete the story.

11              In the Congress at the time, there was a man by the

12    name of Congressman Louis McFadden of Ohio, and he filed suit

13    against everybody in the Congress and the Senate saying you

14    can't just hand the people over to the Private Federal Reserve

15    Banks, they have to be compensated for this.

16              MR. BRODY:  All right.  Thank you, Mr. Morton.  We'll

17    move on to another question.

18         Q.   Turning your attention to Defense Exhibit B.

19              Have you had an opportunity to review that

20    video -- pardon me -- Defense Exhibits B1 through B5.  Have you

21    had a chance to review those?

22         A.   Yes.  B1 yes; B2, yes; B3 yes; B4, yes; B5, yes.

23    These were all Creditors-in-Commerce sessions in videos.

24         Q.   And did those take place in or around 2008?

25         A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1        Q.    And were you present at that lecture?

2        A.    Yes.

3        Q.    And was Melissa Morton present at that lecture?

4        A.    Yes, she was.

5        Q.    And did Brandon Adams discuss tax filings and other

6   financial matters at that lecture?

7        A.    Yes, he did.

8              MR. BRODY:  I'd ask it be received into evidence at

9   this time, Your Honor.

10             MS. MAKAREWICZ:  Objection, Your Honor.  Sidebar,

11   please.

12             THE COURT:  All right.

13             You have a right to be at the sidebar.

14             THE WITNESS:  Yep.

15                  (Proceedings held at sidebar:)

16             MS. MAKAREWICZ:  Thank you, Your Honor.  The

17   prosecution does not have an objection to the introduction of

18   the clip; however, we would respectfully request that all of

19   Mr. Morton's statements be played with respect to this lecture.

20   Mr. Brody has only included selective comments of the defendant

21   in this exhibit, and we would like to have all of his comments

22   played.  There's a comment at the tail end of the lecture that

23   is about 30 seconds that goes to the defendant's state of mind.

24             MR. BRODY:  Your Honor, the government can

25   cross-examine --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  I think that's correct.  You can use that

 2    for --

 3              MS. MAKAREWICZ:  Very good.  Thank you, Your Honor.

 4                   (Proceedings resumed in open court)

 5              MR. BRODY:  Permission to publish Defense Exhibit B1,

 6    Your Honor.

 7              THE COURT:  Permission granted.

 8              (Video played.)

 9              MR. BRODY:  I'm going to pause there at time stamp

10    one minute, 15 seconds; I started from time stamp 00.

11         Q.   Mr. Morton, we heard Mr. Adams there talking about

12    exchanging one debt for another, swapping debts or something to

13    that effect.

14                   Can you explain what he taught you and

15    Ms. Morton regarding that subject.

16         A.   That there was a public side and a private side.

17    That it was -- in regards to that, once again, this is Brandon

18    who was the expert on all of this, not myself.

19         Q.   I understand.  I'm just asking for what it is that

20    you understood him to be teaching or what he did teach.

21         A.   That there's a public and a private side to

22    everything, and that the idea was -- is that -- is that if you

23    dipped into the -- that there was a way to setoff, settle and

24    discharge debt, and in a bankrupt system, nothing can be made;

25    so you were just swapping debts for debts.  So I didn't see
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   enough of the clip to get the whole gist of it, but between the

2   public and the private side, this is another reason why the --

3   well, the Federal Reserve is a private organization; it's a

4   private club of banks.  And again, as I understood it, you have

5   corporations that were on the -- I believe the private side

6   that were dead and then you have the -- the people that are the

7   life energy that are created.  I guess that's the best way to

8   explain it.

9        Q.   Let me also ask you:  With respect to Mr. Adams'

10   mentioning of the back of a Social Security card, the number on

11   the back of the social security card, what did he teach you and

12   Ms. Morton was the significance of that.

13        THE WITNESS:  Well, each Social Security card creates

14   an account for everybody with the United States.  It's an

15   individual -- once again as Brandon Adams explained it, on the

16   back of the card is an offset bond number.  Now it's

17   interesting because what happened when the Federal Reserve

18   moved in -- in my opinion -- what happened when The Federal

19   Reserve moved into the United States --

20   BY MR. BRODY:

21        Q.   I'm just going to pause you right there.  I'm not

22   asking for your opinion.  All I want to do --

23        A.   Okay.  It's all Brandon.  It was all Brandon's --

24        Q.   What it is that Brandon taught.

25        A.   -- it's Brandon's thing.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Q.   Thank you.

A.   Okay.  Brandon taught, again, that the -- when the
Federal Reserve Banks moved in, in 1913, they divided America
up into 12 different sections; it was owned by 12 different
banks in the families, and each one of these sections, as you
see on money, is A1, B2, C3, et cetera.  There's 12 banks, and
those all relate to the 12A through L, first 12 numbers of the
alphabet.  And you'll notice on a dollar bill or anything --
actually it's only on the dollar bill now because ever other
thing of currency only has a Federal Reserve shield on it,
which means it's completely private, but each of the dollar
bill -- like this one "L" is San Francisco, that the offset
bond numbers, which is on the back of the Social Security card,
all start with A through L, and they're, in essence, bond
numbers that the Federal Reserve uses to make -- to print money
out of nothing based on the credit of the people so that put
that into circulation.  So if you look on the bill itself, each
one of these bills has A through L number at the beginning of
the card, that in his philosophy related to a Social Security
card that, according to him, was worth theoretically on the
private side billions of dollars because that's what they used
to float the national debt, $20 trillion national debt,
according to Brandon, was then divided up based on the Social
Security cards that were used, and that's where the asset
account came from.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.    Thank you.

 2              I'm going to now play a portion of Defense

 3   Exhibit B4, beginning at time stamp five minutes and 30

 4   seconds.

 5              (Video played.)

 6        MR. BRODY:  Stopping the video at time stamp six

 7   minutes and 49 seconds.  I'm going to move on now and play a

 8   clip from Defense Exhibit B5.

 9              (Video played.)

10        MR. BRODY:  Pause there at time stamp 59 seconds.

11        Q.    Mr. Morton, that is you speaking, correct?

12        A.    Yes.

13        Q.    Who is sitting beside you on your right there?

14        A.    Melissa Morton.

15        Q.    Thank you.

16              I'm going to continue playing the clip now.

17              (Videotape played.)

18        MR. BRODY:  Pausing there at time stamp one minute

19   and 51 seconds.

20        Q.    Mr. Morton, a question for you:  There's a background

21   to this video here.  Can you tell me what that is.

22        A.    It's -- the background -- you mean the whole thing?

23   It's his website, the Creditors and Commerce website.

24        Q.    Whose website?

25        A.    Brandon Adams' Creditors in Commerce website where he
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    had hundreds of thousands of people viewing the website and the

2    lectures from the book store.  This was a movement.  There

3    were -- like I said, hundreds of thousands of people across the

4    country listening to what Brandon said.

5        Q.   To your knowledge did Melissa Morton have access to

6    that website?

7        A.   Yes.

8        Q.   Did she access that website?

9        A.   I think I accessed it with her, yes.

10       Q.   Okay.

11            And did you need a password to get into the

12   website?

13       A.   I can't remember.

14       Q.   Okay.

15       A.   If we did Brandon just gave us -- we promoted him at

16   the beginning.

17       Q.   What sort of things were available through the

18   website?

19       A.   You know, I have to also remind the jury that this is

20   a long time ago.  This was 2008 into 2009.

21       Q.   I understand.

22       A.   It's beyond the statute of limitations of my memory

23   from all of this.

24       Q.   Narrowing the question, if you know, or if you

25   remember, can you remember anything that was available from

1   this website?

2        A.   There were lectures; there were videos; there were

3   events; there was coaching that -- where he -- where he was

4   offering a service of doing the 1099 OIDs for clients that

5   again was offered with he, his brother and his father, who was

6   a CPA.  Now, Alexander Adams -- by the way, Alexander Adams is

7   a CPA.  Garrett Adams is the brother that also assisted in

8   this.

9        Q.   Did you ever meet Alexander Adams?

10       A.   Yes.

11       Q.   Did Melissa Morton meet Alexander Adams to your

12   knowledge?

13       A.   Yes, yes.

14       Q.   I want to turn your attention to what's been marked

15   as Defense Exhibit C for identification.  It's in the binder

16   there.  If you can open that up and have a look.

17       A.   Oh, okay.

18       Q.   Do you know what that is?

19       A.   It's shows such cute handwriting.  It's Melissa's

20   notes -- or some of Melissa's notes, a page -- looks like a

21   page -- or several pages of notes that Melissa took at the

22   Creditors and Commerce class on October 16th of 2009.

23       Q.   If you look through those notes, is the content

24   typical of what Brandon Adams was teaching?

25       A.   Yes, all about truth is your experience; can we -- ca

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    we, the participants, commit to creating, communicating -- yes,

2    yes, they are.  Once again, about -- to look up concepts and

3    principles, to make sure you use the Bible because all this

4    stuff is biblical about redemption and the blood of Christ.

5    Williston on Contracts, which is interesting, an unabridged

6    dictionary because it's very important to look up words.

7         Q.   And if could just -- I'm sorry -- interrupt you at

8    this point.

9         A.   All right.

10        Q.   The notes correspond to the subject matter that was

11   taught by Brandon Adams at lectures you were at?

12        A.   That is correct.

13        Q.   At lectures that Melissa was at?

14        A.   That is correct.

15             MR. BRODY:  Move that this exhibit be admitted into

16   evidence, Your Honor.

17             THE COURT:  Received.

18             (Defense Exhibit C received in evidence.)

19             MR. BRODY:  May I publish?

20             THE COURT:  Yes.

21   BY MR. BRODY:

22        Q.   So on page one here, up at the top of the report, we

23   see the letters "CIC."

24        A.   Creditors in Commerce.

25        Q.   That refers to Creditors in Commerce?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1        A.    Yes.

2        Q.    That was Brandon Adams' website?

3        A.    Yes, and the name of the class is CIC, October 16th,

4   2009.  That's when we attended this class in Los Angeles.  I

5   think this was at the -- I think it was at the Hilton.  It got

6   so big that it was at the LAX Hilton.

7        Q.    Okay.  I'm going to scroll down to page five for a

8   moment here.  I'm not going to draw on this because I'm not

9   sure how to erase it, but towards the bottom there that being a

10  creditor is a spiritual endeavor.

11             Do you see that?

12       A.    Yes.

13       Q.    Let me ask you:  Was there a spiritual component to

14  Brandon Adams' lectures?

15       A.    Absolutely.

16       Q.    Was there a religious component to it?

17       A.    Yes, it was all based on the Bible and Christianity

18  and the philosophy of -- it's the philosophy of -- in the Old

19  Testament, it's all about bondage, it's all about debt, it's

20  all about that someone would come some day to help mankind and

21  save us; and I even -- I lived in India for a while and

22  actually lived in the compound with the Dalai Lama, and then I

23  lived in a monastery in Nepal for almost a year, and I would

24  have these arguments with the monks there because they were all

25  about the chains of karma, and I said, well, you know, there is
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    somebody that showed up that picked up the tab for the whole

2    table, you know, so I'm saying spiritual --

3        Q.   I'm sorry.  I don't mean to interrupt you, but you've

4    exceeded the scope of my question, but if I can move forward.

5        A.   I'm sorry.

6             To say the -- the spiritual aspect of it was,

7    was that the blood of Christ has redeemed us from debt.

8        Q.   And were you a religious person yourself?

9        A.   Always have been.  We were -- yes, I was raised --

10   started out as Catholics and Lutheran and fundamentalist

11   southern Baptists, and then I went off into Buddhism for a

12   while; but I still maintained my Christian roots.  I came back

13   to that all the time, as far as the spirituality --

14       Q.   To your knowledge was Melissa Morton religious?

15       A.   Yeah, she was raised Mormon in Utah.  Her parents are

16   like the people that greet people at church in Utah.

17       Q.   Did you discuss religion with her?

18       A.   Yes, yes, this -- yes, all of our religious beliefs

19   kind of blended together into something in the commercial

20   world, which is so unique about Brandon, that he really did

21   teach, you now, spiritual honor.

22       Q.   So is it fair to say that religion was an important

23   part of your relationship with Ms. Morton?

24       A.   Yes, and continues to be.

25             MR. BRODY:  Your Honor, I'm sorry, but I've forgotten

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    if I've asked to move Exhibit C into evidence.

 2               THE COURT:  It's received.

 3    BY MR. BRODY:

 4         Q.   Drawing your attention to page 27 -- I'm sorry.  I

 5    have no questions as to the rest of this exhibit.

 6               Let me ask you, Mr. Morton, going back a little

 7    bit now.  You said that Brandon Adams assisted you with the

 8    1040 tax filings based on the OIDs, yes?

 9         A.   Yes.  We -- yes, he did them.

10         Q.   And where did he assist you?

11         A.   In Huntington Beach.  He had an apartment that was

12    set up as an office that -- I'm not sure if Garrett Adams lived

13    with him or not -- Garrett was always there -- where he had

14    everything to do this, with, again, the help of his father who

15    was a CPA.

16         Q.   And roughly when was it that you went to his

17    apartment?

18         A.   Well, ever since I met him we'd go back and forth,

19    but it was into 2009 when this was going on.

20         Q.   When you went for the preparation of your taxes, was

21    Melissa Morton with you?

22         A.   Yes.

23         Q.   Did Brandon Adams ever explain to the two of you how

24    the 1099 OID process works?

25         A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   And to the best of your recollection, what did he
 2   tell you?
 3        A.   Okay.
 4             That whenever you put money into a bank, that
 5   the bank fractionalizes that money.  That's -- we're in a
 6   fractional reserve system.  This is what Brandon taught, and
 7   what I believe from my experience in investigating it, but when
 8   you put a dollar in the bank, it used to be the bank could then
 9   loan it out and only have to have 50 cents of that dollar; then
10   it became like 25 cents; then it became a nickel; then it
11   became a penny.  So, theoretically, every time you put a dollar
12   in the bank, the bank loans out 99.  That's what we call the
13   fractional interest banking system.
14             Now, they're using your money to do this, and so
15   they create interest.  They're obviously making money off your
16   money; therefore, what Brandon was saying is when you put money
17   into the bank, the bank fractionalizes it, and when you take
18   money out on credit cards, the bank fractionalizes it, and so
19   this whole system builds up interest -- it basically -- that
20   the bank makes all this money off your money, which is what
21   they do.  I suppose if Dean Witter did this, or some financial
22   accountant did this, they'd throw them in jail, but the banks
23   get to loan your money out.
24             So at the end of the year, there's all this
25   interest that the bank has made off your money.  They don't
```

1    tell you that it's there, but it's kind of like does anybody

2    want this?  Ollie ollie oxen free, okay, fine, and then the

3    bank takes it all at the end of the year unless you file a

4    1099A -- which stands for acquisition and abandonment -- with

5    the bank to reclaim that interest.  That was his theory, that

6    the money that was there was being generated -- was being

7    carried by the bank, as far as fractional reserve banking, and

8    that you had the right to it by filing this -- in an appendum

9    with the 1099 original issue discount, because you're the

10   person that put the money in the bank, and the "A" was

11   abandonment or acquisitions to be able to claim that interest

12   at the end of the year, which is what his philosophy was; this

13   is what it was all based on.

14        Q.   And that theory was taught at the classes that you

15   attended?

16        A.   Absolutely.

17        Q.   And the classes that Ms. Morton attended?

18        A.   Absolutely.

19             Again, with hundreds and hundreds of people and

20   thousands more on the Internet.

21        Q.   Now, the 1099 OID forms that accompanied the tax

22   returns, different years had different amounts of money, and

23   your OIDs had different amounts of money from Melissa Morton's

24   OID?

25        A.   Yes.

1    Q.   What was the basis of those figures?  How did you or

2  Mr. Adams or whoever arrived at those figures, arrive at those

3  figures?

4    A.   We took bank statements; we took credit card

5  statements; we took -- we took the funds that were actually

6  put -- funds that were deposited into the accounts, into the

7  bank accounts.

8    Q.   And Mr. Adams computed the appropriate numbers for

9  you?

10    A.   Yes.

11    Q.   Where did the actual 1099 OID forms come from?

12    A.   The Internal Revenue Service website.  They were OMB

13  forms that were available on the web.  Now, it was my

14  understanding that they were no longer available, and that

15  they're on Turbo Tax now, a special addition, apparently, and

16  there was a witness here that said you can still download the

17  1099 OID off the web.  So they're available to the public.

18    Q.   Let me ask you this:  Can you file returns for --

19  well, why not file returns for -- going back ten years if

20  you're entitled to this money?  Why file returns only for a

21  couple of years, according to Brandon Adams, if he had an

22  answer to that?

23    A.   Well, because before -- well, before that, I was

24  running a religious education organization called Prophecy

25  Research Institute, which then published the newsletter, and

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    then it was -- because we had -- we had money coming in from

2    various endeavors from '05 -- from '05 on.

3         Q.   Did Mr. Adams teach that there was a limit to the

4    number of years back you could go in terms of filing these

5    documents?

6         A.   No, I wasn't sure there was.  Again, his father was a

7    CPA.  So, you know, I didn't know anything about this when we

8    got into it other than listening to his classes.

9         Q.   Okay.

10             Let me draw your attention for -- to, rather,

11   Defense Exhibit D, what's been marked as Defense Exhibit D, if

12   you don't mind.

13             Now, prior to today, have you had a chance to

14   listen to that audio clip?

15        A.   Yes, I have.

16        Q.   And is that audio typical of Brandon Adams' teaching

17   and lectures?

18        A.   Yes, it is.

19        Q.   And do you recall if you were actually present at

20   that lecture?

21        A.   Yes, I was.

22        Q.   And was Melissa Morton present at that lecture?

23        A.   Yes, she was.

24             MR. BRODY:  Move that Defense Exhibit D be admitted

25   into evidence, Your Honor.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                  THE COURT:  Received.

 2                  (Defense Exhibit D received in evidence.)

 3                  MR. BRODY:  Thank you.

 4                  Permission to publish?

 5                  THE COURT:  Granted.

 6                  MR. BRODY:  Okay.  Starting from time stamp four

 7       minutes and two seconds.

 8                  (Video played.)

 9                  MR. BRODY:  And stopping the video at time stamp

10       seven minutes and ten seconds.

11            Q.   Mr. Morton, in total about how many hours would you

12       say you spent listening to Brandon Adams in one form or

13       another?

14            A.   Oh, my.  I mean, if you include the lectures, which

15       are three or four hours long -- we went to dozens and dozens of

16       lectures -- things off the website, things -- probably be well

17       over a hundred hours of this material, of soaking it in and

18       trying to comprehend it.

19            Q.   And to your knowledge, Ms. Morton, about how many

20       hours --

21            A.   Well, she went to all the lectures, as well, and I

22       can't say what she was doing in her personal time, listening to

23       it on, you know, iPod or whatever it was, but we were both

24       pretty inundated in this.

25            Q.   If you have any knowledge, where is Brandon Adams
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   now?

 2        A.   Well, he disappeared.  Moved to Humboldt County, we

 3   heard, and then I only learned through this proceedings that he

 4   is in prison, I think, in Arizona.

 5        Q.   You learned that recently?

 6        A.   I only learned that through these proceedings when we

 7   tried to contact, and I heard he made a deal with the

 8   government or something.

 9             MR. BRODY:  I'm going to object to that, Your Honor,

10   and move to strike the last portion of that as nonresponsive.

11             THE COURT:  The last part is stricken.

12             MR. BRODY:  Pardon me, Your Honor?

13             THE COURT:  The last part is stricken.

14             MR. BRODY:  Thank you, Your Honor.

15             THE WITNESS:  I don't know.

16   BY MR. BRODY:

17        Q.   Before you filed your tax returns with the 1099 OIDs,

18   had you heard from anybody that this process worked?

19        A.   Yes -- I mean, dozens of people who -- who I

20   personally met and phone conversations -- I related the phone

21   conversation when we were in Texas, I think it was.

22        Q.   Was Melissa Morton present when you met some of these

23   people?

24        A.   Yes.  They came to the classes with the checks, and

25   they had success stories about it, and they actually showed up
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    with photocopies of the checks to show people.  So it was a

2    process that was working where, in our experience, people were

3    showing us that this was a legitimate process, that they were

4    legitimately getting returns on this; and I might point out

5    that Brandon always counseled them to invest the funds and do

6    something honorable with it and do something spiritual, you

7    know.  That was his philosophy, tithe parts of the money and --

8    so, yes, over and over and over again I heard on the phone, I

9    met in person, I met people at the classes, people stood up at

10   the classes to say that this process had absolutely worked, and

11   they showed up with the checks in their hands to show us that

12   the process worked.

13       Q.   And at some point, you yourself actually received a

14   refund, correct?

15       A.   Yes, in the form of a check.

16       Q.   Was Melissa Morton aware that you'd received that?

17       A.   Yes, she was.

18       Q.   And did that bolster your belief in the validity of

19   this process?

20       A.   Any reasonable person thinking the process works and

21   shows you that it works, why would you think any different?

22       Q.   Well, at some point you were told by the IRS that it

23   was a mistake, correct?

24       A.   Six months later.

25       Q.   And --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    -- and that's when the nightmare began.

2    Q.    Well, did you -- let me withdraw that question.

3          Why didn't you take the IRS's word for it?

4    A.    I did at the time.  I mean, it was -- I still

5  believed in the process, but it was one of those things where

6  they claimed -- by the way, they claimed it was a computer

7  error.  They said it was -- they said it was -- they never said

8  it was illegal or unlawful, they said it was an erroneous

9  refund, but this happened six months later after the refund,

10 after the return.

11   Q.    And we saw at some point that Melissa Morton was sent

12 a letter stating that her filing was frivolous.

13         Did you -- were you aware of that letter?

14   A.    Yes, but I believe that all of this came -- yes, I

15 was aware of the letter.  I'm not sure if it came after

16 everything started happening.  They showed up on Halloween, six

17 months later, to say it's an erroneous refund.

18   Q.    Well, let me ask you this:  To your knowledge, did

19 Melissa Morton ever contact Brandon Adams to inquire about what

20 to do in response to that letter?

21   A.    Yes, of course.

22   Q.    To your knowledge, what did he tell her, if you know?

23         MS. MAKAREWICZ:  Objection, Your Honor, foundation,

24 hearsay.

25         THE COURT:  Sustained.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. BRODY:

 2        Q.   Now, we talked about the 1099 OID fund -- or

 3   returns -- pardon me.  Let's talk about some of the other

 4   filings that we heard about from the government.

 5             The coupon for settlement, setoff, and closure,

 6   did anyone help you prepare that document?

 7        A.   That document -- was there another gentleman that was

 8   involved with Brandon that was speaking at his -- it was a

 9   cohost and was speaking at his lectures, and that was a man

10   named Gordon Hall, and Gordon Hall had actually -- I think he

11   stayed at our house for a while, but he was another one of

12   these gurus.  He was on Lifestyles of the Rich and Famous.  You

13   know, he lived very large.  He had a huge mansion in Arizona at

14   some point.  I don't know what happened to all that, but he --

15   but Gordon was another fellow who was working with Brandon.

16        Q.   Did he lecture as well?

17        A.   Yes.

18        Q.   Did you attend his lectures?

19        A.   Yes.

20        Q.   Did Melissa Morton attend his lectures?

21        A.   Yes.

22        Q.   About how many lectures would you say Melissa Morton

23   attending?

24        A.   Probably 20, but, again, knowing him personally

25   because he stayed at house occasionally.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1       Q.   Now, if you know, did Gordon Hall also -- did I get
 2  that name right? -- did Gordon Hall also assist Melissa Morton
 3  in preparing the coupon for settlement, setoff and closure --
 4       A.   Yes, he did the coupons.  That was his idea to do the
 5  coupons.
 6       Q.   I see.
 7            Did you pay Gordon Hall to assist you with that?
 8       A.   Oh, yeah.  He wanted a lot of money.
 9       Q.   How much?
10       A.   Like $6,000, I think, at one point.
11       Q.   And was for both of them or for one of them?  Let me
12  rephrase that.
13            Was that for both coupons or for just your
14  coupon?
15       A.   It was for both of the coupons and other legal advice
16  he was giving us at the time.
17       Q.   Did Mr. Hall ever explain to you and Melissa Morton
18  how that document was supposed to work?
19       A.   Again, it's the same concept that --
20       Q.   Can you just answer --
21       A.   Yes.
22            Gordon explained, again, the same concept, that
23  there's a difference between a public exaction, which is a
24  number that's just kind of made up by the government to -- we
25  think of them as fines, but -- and that it would access the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    same fund, but that the coupon had to be accompanied by what
 2    was called a letter rogatory, which explained everything about
 3    the coupon and at the same time said, If you don't like this
 4    for any reason, please send it back.  It's all under
 5    the Uniform --
 6         Q.   Did you draft the letter rogatory?
 7         A.   No, that was also Gordon.
 8         Q.   Melissa Morton did not draft the letter rogatory --
 9         A.   No.
10         Q.   Did Melissa Morton ever purport to you to understand
11    precisely the legal language in the letter rogatory?
12         A.   No --
13              MS. MAKAREWICZ:  Objection, foundation.
14              THE COURT:  Sustained.
15              MS. MAKAREWICZ:  Move to strike the answer.
16              THE COURT:  There is no answer.
17    BY MR. BRODY:
18         Q.   The coupons appear to have been drastically in excess
19    of what was owed.
20              Why was that, if Gordon Hall explained to you?
21         A.   Well, the idea of this was to give them more than
22    they wanted to access the fund to -- well, I'm not -- to tell
23    you the truth, I'm not really sure, other than for whatever
24    reason one response to the coupon was --
25         Q.   I'm --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1        A.   All right.  Never mind.  I'm just saying --
2        Q.   I'm going to stop you right there.  It's
3   nonresponsive to my question.
4        A.   To answer the question -- to answer the question --
5        Q.   If you don't know, that's fine.  That's your answer.
6        A.   It was Gordon's idea that if you gave more out of the
7   fund, that they would be more likely to honor the coupon, or
8   that there was something like -- that they could only use a
9   percentage of it or something, and he had some kind of wacky
10  explanation for it.
11       Q.   Are you familiar with the name Winston Shrout?
12       A.   I am.
13       Q.   Who is Winston Shrout?
14       A.   Winston Shrout, again, is a person who deals in
15  common law, a person who deals in bonds, a person who deals in
16  helping people just get the government off your back and out of
17  your life, and he is a legal expert that teaches -- I mean,
18  huge classes, again, on the bonds and a lot of things that have
19  to do with the common law and a lot of things that have to do
20  with, again, keeping people out of situations like this.
21       Q.   And did you go to Mr. Shrout's lectures?
22       A.   Yes.
23       Q.   Did Melissa Morton go to his lectures?
24       A.   Yes, she did.
25       Q.   Let me direct your attention to what's been marked as
```

1    Defense Exhibit G for identification.

2         A.   G or D?

3         Q.   G.

4              Are you familiar with that video?

5         A.   Yes.  G, Winston Shrout -- now, his thing was

6    mastering --

7         Q.   Let me just ask you.  I'm sorry.

8              Could I just ask you:  Had a chance to review

9    Defense Exhibit G?

10        A.   I have.

11        Q.   And is that a lecture that Winston Shrout gave?

12        A.   It was.

13        Q.   Were you present at that lecture?

14        A.   I was.

15        Q.   And was Melissa Morton present?

16        A.   She was.

17        Q.   Is it typically of the type of lectures that

18   Mr. Shrout would give?

19        A.   Yes.

20        Q.   Did it cover the topic of bonds and finance in

21   general?

22        A.   Yes, that was his thing.

23             MR. BRODY:  Move to admit Defense Exhibit G into

24   evidence.

25             MS. MAKAREWICZ:  Objection, foundation as to when

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    this lecture took place.
 2              THE COURT:  Is there a time?
 3    BY MR. BRODY:
 4        Q.   May I ask you, Mr. Morton, roughly about when this
 5    lecture took place, if you remember.
 6        A.   I believe this was the Arizona conference, and I
 7    think it would have been around -- to the best of my
 8    recollection, I think it was around 2011.
 9              MR. BRODY:  Move to admit the exhibit.
10              THE COURT:  Received.
11              (Defense Exhibit G received in evidence.)
12              MR. BRODY:  Thank you, Your Honor.
13              May I publish?
14              THE COURT:  Yes.
15              MR. BRODY:  Playing the video from the beginning,
16    time stamp zero.
17              (Video played.)
18              MR. BRODY:  Pausing at time stamp two minutes and 47
19    seconds.
20        Q.   I believe he said something about acceptance for
21    value?
22        A.   Yes.
23        Q.   Are you familiar with that concept?
24        A.   Yes.
25        Q.   When did he teach with respect to that concept?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1      A.   That, once again, there is a charge; therefore,

2    there's a discharge; so anything that is given to you has to

3    return.  That's the only thing I understand about that:

4    Accepted for value and honor, return it for value and honor,

5    that anything that's given to you has a commercial charge,

6    therefore you have to discharge it by returning whatever

7    instrument they give you, that was Winston's philosophy.

8      Q.   Did you ever make an attempt to somehow get rid of

9    the these criminal allegations using methods taught by Winston

10   Shrout?

11     A.   I think I did a dishonor under the Uniform Commercial

12   Code 1-308 on various documents, yes.

13     Q.   Is that something that Mr. Shrout taught about?

14     A.   Yes.

15     Q.   And can you explain what he said the theory behind

16   that was.

17     A.   That, again, for every charge there is a discharge,

18   and that any of these things are -- all of these things are

19   basically commercial matters and so ...

20     Q.   Moving forward to time stamp 21 minutes, if I can

21   find it.

22              (Video played.)

23         MR. BRODY:  Pausing it at time stamp 23 minutes and

24   13 seconds.

25         And backing up to time stamp 20 minutes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MR. BRODY:
 2        Q.   Did you recognize your voice in the background there?
 3        A.   Yeah -- yes.
 4        Q.   Were you instructed by Mr. Shrout -- let me ask you
 5   this:  Where did this conference take place?
 6        A.   Phoenix, Arizona.
 7        Q.   At what location, if you remember?
 8        A.   It was a long time ago.  Hotel Hilton, I think.
 9        Q.   Do you have any recollection of how many people were
10   present?
11        A.   It was a ballroom.  So it was filled.  So however
12   much a huge ballroom fills.  I would say -- wow -- 800 people,
13   I would think.
14        Q.   Now, Mr. Shrout appears to have been instructing that
15   the IRS -- let me ask you this:  Did Mr. Shrout ever instruct
16   you at this or any other time that the IRS is not part of the
17   government?
18        A.   Yes.
19        Q.   Was this Melissa Morton present when he made that
20   instruction?
21        A.   Yes.  He refers to the Steel Co. case actually.  I
22   have a copy of it here if you'd like to see it.
23        Q.   Well, can you tell us what he said about how the IRS
24   is not part of the government?
25        A.   Okay.  Winston Shrout and publications by the Tea
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Party -- and -- but what he said was, again, that the -- that

2    if you look under the United States Code 31 -- I did the

3    research on this where -- I took his advice -- look up the

4    United States Code 31 --

5        Q.   If you could just confine yourself to what it is he

6    told you.

7        A.   Here it is.

8             So -- that the Internal Revenue Service was an

9    offshore corporation that was originally domiciled in the

10   Philippines, that was then domiciled in Puerto Rico as Trust

11   62, and that the Internal Revenue Service actually acts as a

12   collection agency for the International Monetary Fund and

13   that -- in essence, that that -- and they are contracted to the

14   Federal Reserve, and the Federal Reserve is contracted to the

15   U.S. Treasury.  That is how he explained it, and he backed it

16   up with various court cases like Steel Co. where U.S. attorneys

17   said the IRS is not part of the government, it's an independent

18   collection agency.

19       Q.   Let me ask you now -- draw your attention to Defense

20   Exhibits H and i.

21            Can you have a look at those in the binder.

22       A.   Yeah.

23       Q.   What are those documents?

24       A.   Well, when the IRS busted into our house at gun point

25   and attacked my wife and assaulted us, they took our computers,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    and at that time they told us it was going to take 48 hours for
 2    them to download the drives and do whatever.  They would have
 3    them back to us.  So it took seven months, and it took us
 4    actually working with you to finally get our computers back.
 5                 So what happened was -- is that they wanted --
 6    again, they wanted us to admit at that time that the IRS agents
 7    returning the computers were government witnesses, and so we --
 8    I believe -- well, this is this one.  I don't know.
 9         Q.    In looking at Exhibit I, did you --
10         A.    This one.  Nothing in here --
11         Q.    I'm looking at already I, first.
12         A.    Yeah, I crossed out the word "government" --
13         Q.    You crossed out the word "government" on the form?
14         A.    Yes, because they were IRS agents.
15         Q.    And as to Defense Exhibit H, were you present when
16    Melissa Morton signed that document?
17         A.    Yes.
18         Q.    And did she also strike out the word "government"?
19         A.    I think I did that actually.
20         Q.    Okay.
21               Permission to move these documents into evidence,
22    Your Honor?
23               THE COURT:  Received.
24               (Defense Exhibits H and I received in evidence.)
25               MR. BRODY:  Thank you.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.   Let's move on to the bonds.

2         There were bonds that you submitted to the IRS,

3    correct?

4    A.   Yes.

5    Q.   And what was the purpose of submitting those bonds to

6    the IRS?

7    A.   To setoff, settle, and discharge the exaction that,

8    in my opinion, they made up out of thin air.  So it was -- it

9    was an effort to setoff, settle, and discharge the exaction of

10   the IRS now claiming that we somehow -- that I somehow owed

11   back taxes to them for which they never provided any proof or

12   any -- they never wrote us back, ever.  We begged, we pleaded,

13   we called, and these guys just stonewalled us.  I mean, you're

14   fighting this monster that doesn't respond to you, that doesn't

15   do anything.  So we tried everything we could do to resolve the

16   situation.

17   Q.   Now, the bonds -- many of the bonds that we saw had a

18   lot of legal language in them, correct?

19   A.   Yes.

20   Q.   The certificates had sort of a flowery border, right?

21   A.   It's certificate paper.  You can buy it by the box at

22   Office Depot.

23   Q.   Where did the legal language come from?

24   A.   Winston Shrout and the Creditors in Commerce and

25   Mastering Solutions in Commerce, which was, you know, the bonds

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   and the promissory notes to, again, legally and lawfully as we

2   believed it to set off a public examination.

3       Q.   Let me draw your attention to what's been marked as

4   Defense Exhibit E for identification.  Going a little backwards

5   here, Defense Exhibit E.

6               Have you had a chance to look at that document?

7       A.   Yes.

8       Q.   And to the best your recollection, where did that

9   document come from?

10      A.   I believe the majority came from Winston Shrout.

11  It's Winston Shrout.

12      Q.   Was that document available for download from the

13  Creditors in Commerce website?

14      A.   I believe so, and also on Winston Shrout's website as

15  well.

16      Q.   Is it typical of the materials that were available on

17  Creditors in Commerce website?

18      A.   Yes.

19      Q.   Did Brandon Adams ever discuss the fact that there

20  were documents available for download on Creditors in Commerce?

21      A.   Yes.

22      Q.   And did he encourage you to use them in your filings?

23      A.   Yes, as did Winston Shrout.

24      Q.   And is this typical of one of those documents?

25      A.   Yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            MR. BRODY:  Permission to move this document into
 2   evidence, Your Honor.
 3            THE COURT:  Received.
 4            (Defense Exhibit E received in evidence.)
 5            MR. BRODY:  Thank you.
 6            Permission to publish.
 7            THE COURT:  Granted.
 8   BY MR. BRODY:
 9       Q.   This document was available in a Microsoft Word
10   format as we see it here, correct?
11       A.   Yes -- where are we?
12       Q.   Oh, I'm sorry.  Can you see the exhibit, page one on
13   the screen?
14       A.   What exhibit?
15       Q.   The exhibit that I'm showing on the screen.
16       A.   Okay.  What exhibit is it?
17       Q.   It's Defense Exhibit E.
18       A.   Yes.  This was a --
19       Q.   I'm going to draw your attention to page seven, if I
20   can find it.  Yes, page seven.
21            What do you recognize this to be?
22       A.   This is a private registered bond, nonnegotiable, for
23   setoff, basically for setoff, settle, and discharge of a public
24   exaction, of public debt.
25       Q.   That is all I have of this exhibit.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              You started helping other people to prepare

 2   bonds at this point; is that correct?

 3        A.   Yes.

 4        Q.   And you discussed that bond process on your radio

 5   program?

 6        A.   I did.

 7        Q.   Roughly during what time period were you doing that?

 8        A.   I think 2013 it was --

 9        Q.   What radio show was that?

10        A.   I have a radio show on Revolution Radio called

11   Strange Universe Radio.

12        Q.   What sort of topics does that radio program cover?

13        A.    Well, you know, I believe a lot of crazy stuff:

14   UFOs; leprechauns; that some day the Lakers will be good again;

15   it's just general stuff.  We read things in the news that has

16   to do with conspiracy theories and politics and economics.

17   It's a -- I guess you could call it exo-politics, I suppose.

18   And, of course, since I've been a film and television director

19   and producer and, you know, investigative reporter for shows

20   like *Hard Copy* and *Sightings* and all what stuff, I bring that

21   experience to it; but it's just general topics of the day, and

22   we try to delve into the news as to what's -- you know, what's

23   really happening.  So what's really behind the scenes.

24        Q.   Let me ask you to have a look at what's been marked

25   as Defense Exhibit F.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                  Are you familiar with that recording?
 2        A.   Yeah, 2/15.  So 7 -- okay.  It's July 23rd, yeah,
 3   okay.  Yes.
 4        Q.   Is that a recording of your radio show?
 5        A.   Yes.
 6        Q.   And to your knowledge, did this radio show, or others
 7   like it, result in people approaching you for the assistance
 8   with bonds?
 9        A.   Yes.  Yeah, they kind of knocked our tree house down.
10   They all came in kind of at once.  We were trying to help
11   people.
12             MR. BRODY:  Your Honor, can I move Exhibit F into
13   evidence?
14             THE COURT:  Yes.
15             (Defense Exhibit F received in evidence.)
16             MR. BRODY:  And may I publish?
17             THE COURT:  Yes.
18             Starting from the beginning, time stamp 00.
19             (Video played.)
20             MR. BRODY:  To be clear you said the name "Steve."
21   You weren't referring to me, correct?
22        A.   No.  My producer was Steve Traversty at the time.
23             What a terrible recording.  Where did you get
24   this from?
25             MR. BRODY:  Continue the video.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              (Video played.)

 2              MR. BRODY:  Pause there at time stamp three minutes

 3    and 57 seconds.

 4         Q.   Let me ask you, Mr. Morton:  Was Melissa Morton a

 5    regular listener to your radio?

 6         A.   Yes, listens to the show every day and then puts it

 7    up on an archive.  She is a good wife.  She listens to all my

 8    nonsensical on a daily basis.

 9         Q.   You mentioned in this clip somebody who used a bond;

10    is that correct?

11         A.   Yes.

12         Q.   Who was that?

13         A.   Carol Meier.

14         Q.   What was your understanding from Ms. Meier of what

15    happened with that bond?

16         A.   Well, Carol and I, I think, had known each other for

17    about ten years, acquaintances, and -- okay.  So we met up in

18    San Francisco, and she approached me after a lecture, and she

19    said, Look, the wolf is at my door.  The bank wants to

20    foreclose on my house.  They have a sale ready.  They're going

21    to auction my house, and they're going to throw me into the

22    street.  They're going to, you know, cause her damage and harm.

23    And she said, We have a very short period of time to do this

24    because of the auction that's coming, and, you know, she begged

25    me.  She said, Can you please -- is there anything you think we
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  can do that will help.

2       Q.   Let me ask you:  Did you ever convey the substance of

3  this conversation to Ms. Morton?  Was she aware of this?

4       A.   No, she was -- was.

5       Q.   Was she present at the time?

6       A.   Yeah, she was present at other conversations that had

7  to do with this, but the initial conversation was, I think, up

8  in San Francisco, and, of course, then we became friends with

9  Carol.  I was friends with her before, but, yes, she heard the

10  gist of Carol's story.  We had gone out to dinner, and so Carol

11  told her the story at dinner, I think.

12       Q.   Did you ultimately put together a bond for Ms. Meier?

13       A.   I assisted her.  She was very knowledgeable, but I

14  assisted her in the process of putting the paperwork together,

15  yes.

16       Q.   And what happened with that paperwork ultimately?

17       A.   The bank backed off.  They canceled the sale; they

18  canceled the auction; they -- at the time Carol showed me

19  paperwork that had appeared as though -- again, that the bank

20  had actually canceled out of over -- not exactly sure what the

21  amount was, but it actually canceled out a very large debt.

22       Q.   And did you ever tell Ms. Morton that you believed it

23  had worked?

24       A.   Yes, as did Carol, yes, as well.  Again, we had a big

25  success on this, and that's when's Carol was actually coming on

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    the radio to talk about it.

2              MR. BRODY:  I'm going to continue playing from the

3    current position.

4              (Video played.)

5              MR. BRODY:  I'm going to stop the recording at time

6    stamp four minutes and 40 seconds, and I'm going to move

7    forward to time stamp -- I'll say in a moment -- moving forward

8    to time stamp 14 minutes and 47 seconds.

9              (Video played.)

10             THE COURT:  Let's finish and then we'll take a short

11   recess.

12             MR. BRODY:  Certainly, Your Honor.  I have no

13   questions of this particular clip.  I can just move forward

14   when we come back.

15             THE COURT:  All right.  Let's take about eight or ten

16   minutes and we'll go onto lunch.

17                            (Recess)

18             THE COURT:  You may continue, Mr. Brody.

19             MR. BRODY:  Thank you, Your Honor.

20             I'm just going to continue playing Exhibit F from

21   time stamp 16 minutes and 53 seconds, and I promise I won't

22   take too much longer with this examination.

23             (Video played.)

24             MR. BRODY:  I'm going to stop there at time stamp 18

25   minutes and 16 seconds.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1          Moving on quickly here to what's been marked as

 2   Defense Exhibit J for identification.

 3      Q.   Mr. Morton, can you have a look at Defense Exhibit J.

 4              Are you familiar with Defense Exhibit J?

 5      A.   I am.

 6      Q.   What is that?

 7      A.   This is a video clip from another guru, if you will,

 8   a man of -- a very knowledgeable man named Jack Smith, another

 9   person that I admire, and Jack, as a scholar, as a legal

10   scholar, really, goes into the history of the 1099 OID process.

11   Once again, the original issue discount, about how when you put

12   money in the bank, you're the original issuer, the bank

13   fractionalizes it, loans it out to a bunch of people and never

14   pays you.  That was his philosophy, that was Jack's philosophy.

15      Q.   Now, with respect to Defense Exhibit J, were you

16   present at that lecture?

17      A.   Yes.

18      Q.   Was Melissa Morton present at that lecture?

19      A.   Yes, she was.

20      Q.   And roughly about what -- when was that lecture, what

21   year?

22      A.   Jeesh.  This probably back -- again, this is in the

23   whole development stage of this, and I would say January of

24   2009.

25      Q.   And are finance and economics discussed in that

```
 1   lecture?
 2        A.   Yes, this process specifically, the 1099 OID process.
 3        Q.   Was it one of the -- well, permission to move into
 4   evidence, Your Honor?
 5             THE COURT:  It's received.
 6             (Defense Exhibit J received in evidence.)
 7             MR. BRODY:  Thank you, and to publish?
 8             THE COURT:  Yes.
 9             MR. BRODY:  Thank you, Your Honor.
10        Q.   Starting from time stamp zero at the beginning of the
11   clip.
12             (Video played.)
13             MR. BRODY:  I just want to pause for a moment at time
14   stamp 13 seconds.
15        Q.   Mr. Morton, do you know who the gentleman is who's
16   just come on the stage in the video?
17        A.   Gosh, I don't remember his name, but he was a pastor
18   or reverend of some kind.  That was -- so many -- so long ago.
19   It's just beyond the statute of limitations of my brain.
20        Q.   Proceeding here.
21             (Video played.)
22             MR. BRODY:  Stopping at time stamp four minutes and
23   20 seconds.
24        Q.   Let me ask you, Mr. Morton:  When you received the --
25        A.   By the way, if I could correct this?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.    No, there's no question pending --

2    A.    It's Dr. Morton.  I have a Ph.D, just so you know.

3    Q.    Okay.

4          Let me ask you this:  When you received the

5    refund check from your 1040 filing --

6    A.    From the United States Treasury.

7    Q.    What form did it come in?

8    A.    It was a paper check; it came in the mail.

9    Q.    Did you cash this physical check?

10   A.    Yes.

11   Q.    Did you go to the bank to cash it?

12   A.    Yes.

13   Q.    And then the funds were moved shortly thereafter,

14   right?

15   A.    Yes.

16   Q.    Why?

17   A.    We were setting up a film company at the time, and

18   Asgaard Media, and the funds went into -- eventually went into

19   a -- stock in the company and finances to kind of set the

20   company up.  That's -- that was it.  Unfortunately, the film

21   company never went public; so everything we had, we lost

22   because the film company -- the SEC did not actually give the

23   film company -- they were trying to take it public at the time.

24   So that was why things got moved around.  It was going to the

25   film company to set things up, try to do some benefit with it.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Thank you.  Let me shift gears for a moment.
 2             Did you and Melissa Morton ever live in Canada?
 3        A.   Yes.
 4        Q.   Around what time period was that?
 5        A.   Same time period back and forth as we were setting up
 6   the film company.  So it was like 2009, but I go to Canada
 7   every year to teach at the International Institute of Health
 8   and Spiritual Sciences, which is a -- I think it's part of
 9   McGill University, which is where my Ph.D is from.  So I'm
10   there for probably two months out of the year, and we were
11   setting everything up in Canada because the -- production
12   companies -- as you know -- in Los Angeles we shoot in
13   Vancouver.  So the whole idea was to set up everything so we
14   could actually move into the office or go to the office up
15   there and do business in Canada.
16        Q.   Now, to your knowledge, did Melissa Morton ever
17   obtain a Canadian identification card of any kind?
18        A.   Yes.
19        Q.   Was there a number associated with it?
20        A.   Yes, there was a Social Insurance Number or SIN card
21   because the Canadians are all very sensing.
22        Q.   Now, I'm going to publish to you Government's Exhibit
23   33, which has already been admitted into evidence, and I am
24   going to zoom in here.  That number there beginning with the
25   nine --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.   Yeah, that's her Canadian Social Insurance Number,
 2   which actually you can tell because it has like one more number
 3   than a Social Security card.
 4        Q.   Thank you.
 5             On the 1040 tax returns that you filed that are
 6   at issue in this case, did you put your correct Social Security
 7   number on those?
 8        A.   I can't remember.  I don't even know it actually.
 9   It's terrible.
10        Q.   Did you put your correct address on those forms?
11        A.   I don't -- I can't recall.
12             MR. BRODY:  No further questions, Your Honor.
13             THE COURT:  Cross-examination.
14             Let me -- approach the sidebar for a second.
15                  (Proceedings held at sidebar:)
16             THE COURT:  First let me say that I better understand
17   the defense position based upon this testimony.  In other
18   words, the questions and your answers make your belief system
19   clearer to me.
20             The reason I approached the sidebar was it seems to
21   me that the questions have touched upon every aspect of the
22   case, even though you called him to the benefit of your client.
23             MR. BRODY:  Yes, Your Honor.
24             THE COURT:  Correct.
25             What I wanted to do is ask Mr. Morton, before we
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   begin the cross-examination -- I can't allow you to repeat
 2   everything you've said because, you know, it's complete; but
 3   there may be some aspect of your belief system that he hasn't
 4   touched upon that you want to ask a question to yourself about
 5   and answer.
 6              MR. BRODY:  Do you mean in terms of like
 7   cross-examining himself or --
 8              THE COURT:  No, no.
 9              DEFENDANT SEAN DAVID MORTON:  I have the right to do
10   that, to actually speak out.
11              THE COURT:  Well, not really, but you --
12              DEFENDANT SEAN DAVID MORTON:  Do I have any rights?
13              THE COURT:  You know, you're getting an opportunity
14   to be heard here, but what I'm getting at is this:  I don't
15   know all there is no know about your position, but based upon
16   what I've heard, the questions and your answers and the videos
17   and these persons that you relied on, it's pretty clear to me,
18   at least, what the basis of your belief is.
19              Now, the question is, is there something else that
20   forms a part of your belief?  It might be better for you to get
21   it out now.
22              DEFENDANT SEAN DAVID MORTON:  I'd like to do that.
23              THE COURT:  Then the government can cross-examine
24   because then they have his complete position.
25              MS. MAKAREWICZ:  We agree.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                DEFENDANT SEAN DAVID MORTON:  Thank you, Your Honor.

 2                THE COURT:  That's what I wanted to say.  Is that

 3   acceptable?

 4                MR. BRODY:  Yes, Your Honor.  May I also ask -- I

 5   just wanted to put on the record -- I'm obviously not

 6   purporting to have made Mr. Morton's case, obviously not --

 7                THE COURT:  I realize that, but in the course of your

 8   questions, we've gone through much of what you might expect to

 9   be his case:  The coupons, the bonds, the OIDs.  I can't think

10   of an aspect of the government's evidence that Mr. Morgan

11   hasn't given an explanation for.  But like I said, there may

12   be -- I don't know.  May be something that he has in mind that

13   he hasn't -- you haven't asked.  I want to give him that

14   opportunity.

15                MR. BRODY:  Thank you, Your Honor.

16                DEFENDANT SEAN DAVID MORTON:  Thank you, Your Honor.

17                THE COURT:  Okay.

18                (Proceedings resumed in open court)

19                THE COURT:  Before we resume the examination, let me

20   explain to the jury what the procedure is.

21                Mr. Morton didn't have an obligation to testify, but

22   he testified, was asked questions by -- you may be seated -- by

23   Mr. Brody, who doesn't represent Mr. Morton; Mr. Morton

24   represents himself.  But in the course of Mr. Brody's

25   examination, which was on behalf of his client, Mrs. Morton,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    the questions went through, at least from my understanding of

2    the case, yours may be different -- much of the evidence.  In

3    other words, Mr. Morton gave his beliefs about many of the

4    aspects of the case the government has charged him with.

5    Ultimately, that may be part of your decision making.

6            But I'm giving him the opportunity to now essentially

7    ask himself some questions that may be beyond what Mr. Brody

8    asked him because he has a right to present his complete

9    position, and so that's where we're at; and then after that,

10   I'll give the government the chance to cross-examine him.  I'm

11   using this procedure because I think it's best when the

12   cross-examination begins, we have his complete testimony.

13           Okay.  Mr. Morton, you may begin.

14           THE WITNESS:  Thank you, Judge, for the opportunity.

15           I just want to point out to you that it is my belief

16   this is a common law court, and you will notice at the end of

17   the prosecution's case, that the plaintiff never showed up,

18   we're fighting --

19           THE COURT:  That's something, Mr. Morton, you can't

20   get into.  That has to do with the jurisdiction of the court.

21   That's not for you to decide and not for the jury to decide.

22   So anything that relates to your defense, your belief about the

23   lawfulness of what occurred, beyond what you've already said,

24   if there's some aspect that has not been touched upon or that

25   you wish to add to, you can do that.  So proceed as you wish.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Okay.

 2              So this is part of my -- much of this is just about

 3    my deeply held personal beliefs.  My beliefs in people,

 4    studying people like Brandon Adams and Jack Smith and Gordon

 5    Hall and the whole movement that was going on at this time, and

 6    this is something I think would enlighten you about the entire

 7    process about what is legal tender for a state exaction.  More

 8    appropriately, no court in the United States can make paper a

 9    form of tender and payment for debt --

10              THE COURT:  Now, this is -- let me caution the jury.

11    Mr. Morton is not qualified to give you a legal opinion or a

12    banking opinion.  I'm allowing his testimony because ultimately

13    one of the things you will have to decide is whether or not he

14    had a good-faith belief in what he did.  The crime involved, or

15    the crimes involved, require specific intent, that is, bad

16    faith to violate the -- bad motive, and good faith is a

17    defense.

18              So I'm not going to allow him to tell you what the

19    law is or how the banking system works because he hasn't

20    established, at least in my view, the qualification to do that;

21    but he can, if he wishes, tell you what he believed the system

22    involved and what the law was when he did the things that he

23    did.

24              THE WITNESS:  U.S. Supreme Court decision of *Hagar*

25    *versus Reclamation District*, "The acts of Congress making notes
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1   of legal do not apply to" --

 2          THE COURT:  Just one minute.  Let's make it clear to

 3   the jury that this is a case you considered, among other

 4   things, in doing what you did.

 5          THE WITNESS:  Yes, this was part of my deeply held

 6   beliefs.

 7          THE COURT:  Then you may proceed.

 8          THE WITNESS:  "The acts of Congress making notes of

 9   legal tender" --

10          THE REPORTER:  Excuse me.  I need to make a record;

11   you need to slow down.

12          THE WITNESS:  I have it right here.

13          THE REPORTER:  You still need to slow down.  Thank

14   you.

15          THE WITNESS:  "The U.S. Supreme Court decision of

16   *Hagar versus Reclamation District* clearly states and held:  The

17   acts of Congress making notes of legal tender does not apply to

18   involuntary contributions in the nature of taxes or assessments

19   exacted under state laws."

20          So what would there be an exemption -- or why would

21   there be an exemption for a state exaction, like a fine or, you

22   know, anything the IRS hands you?  Because the state can exempt

23   paper and anything they wish for the state is clearly and

24   legally prohibited and -- from demanding anything but lawful

25   money without violating the oath of office of all public

         UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    officials, and the law is stated in the U.S. Constitution of

2    1787; and there's a bunch of case law here that I'm not -- *Beer*

3    *v. Georgia*; *State v. Anderson*.  Now, often laws must be read in

4    full and in context in order to properly understand them.  The

5    public policy passed by the U.S. Congress as House Joint

6    Resolution 192, on June 5th of 1933, appears to be explained in

7    the first part of it, "Whereas" -- this is when they took away

8    the gold and silver; this is when they said you couldn't own

9    this -- "Whereas the holding of our dealing in gold affects the

10   public interest and therefore subject to proper regulation and

11   restrictions; whereas the existing emergency has disclosed that

12   provisions of obligations which purport to give the obligee a

13   right to require payment in gold or a particular kind of coin

14   or currency of the United States, or an amount of money of the

15   United States measured thereby obstructs the power of the

16   Congress to regulate the value of money of the United States

17   and are inconsistent with the declared policy of the Congress

18   to maintain at all times the equal power of every dollar coined

19   or issued by the United States in the markets and in payments

20   in full."

21           So, thus, the public policy that was passed of HRG

22   192 is the congressional desire to regulate the value of money

23   of the United States and maintain at all times the equal power

24   of every dollar coined or issued.  So you got -- you can read

25   that on the Net.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              However, the U.S. Congress and the U.S. Treasury,
 2    they no longer mint -- they no longer mint coins or dollars
 3    as -- by the way, a dollar -- the definition of a dollar is a
 4    legal measurement of one ounce of .999 fine silver.  When
 5    somebody says you need to pay so many dollars, you're like
 6    dollars of what?  Because it's a unit of measure, and that's
 7    Black's Law.  It allows a privately owned and controlled
 8    interstate corporation that's called the Federal Reserve to
 9    monopolize credit and force us to use only bank credit as a
10    medium of exchange; therefore, forcing all of us into an
11    illegal under the Constitution de facto system that is heaping
12    debt onto future generations.  There is already $1.7 trillion
13    worth of student loan debt that you're not even allowed to
14    bankrupt out.
15              So are the people not due a remedy for the state of
16    affairs?  The remedy was HGR 192.  That is codified as 31
17    U.S.C., Section 5118(d)(2).  It's a piece of legal authority
18    for commercial purposes, International bill of exchange item
19    tendered for discharge of debt, the instrument, as may be
20    tendered to you through your bank, the financial institution,
21    and to be negotiated to the United States Treasury for
22    settlement in an obligation of the United States, under
23    Title1 618, U.S.C., Section 8, representing, as the definition
24    provides, a certificate of indebtedness drawn upon an
25    authorized officer of the United States"-- in this case, the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    Secretary of Treasury -- issued under an act of Congress.  In
2    this case, Public Law 7310 and Title 31, U.S.C., 3123 and 31
3    U.S.C. 501 and by treaty -- and in this case, the United
4    Nations Convention of International Bills of Exchange and
5    International Promissory notes --
6              THE REPORTER:  Excuse me.  You need to start over
7    with the last sentence, "and by treaty."
8              THE WITNESS:  "And by treaty in this case, the United
9    Nations Convention on International Bills of Exchange and
10   International Promissory Notes" -- by the way, the Universal
11   Postal Union is headquartered in Bern, Switzerland.
12             So then he goes to "The surety bond is legal tender
13   as a national bank note of a national banking association by
14   legal tender and/or statutory definition, and it's issued under
15   the authority of the United States Code, 31 U.S.C., 392, 5103,
16   which officially defines this as a statutory legal tender of
17   the United States and is issued in accord with 31 U.S.C., which
18   establishes and provides for the issuance as public policy in
19   remedy for discharge of equity interest recovery on the portion
20   of the public debt to its principles in surety.  And as of
21   October 27, 1977, legal tender or discharge of debt is no
22   longer required.  This is because legal tender is not in
23   circulation or par with the promise to pay the credit.  For
24   example, I interviewed Janet Yellen at the Federal Reserve back
25   in 2004.  I said, "What's the public debt"?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          She says, "It's $8 trillion."

2          I said, "Well, how is that supposed to be paid?

3          She says, "Well, in federal reserve notes."

4          I said, "How many federal reserve notes are actually

5    in circulation?"

6          She says, "Oh, about 700 billion."

7          So I said, "How are we supposed to pay any of the

8    debt that's heaped on the people of the United States?"

9          Her exact words were, "I don't know.  Maybe they will

10   come up with some sort of platonic money system."

11         So anyway, negotiable instruments, bonds, monetary

12   instruments via -- this is a case called *Guarantee Trust of New*

13   *York v. Henwood* was enacted to remedy the specific evil of

14   tying debt to any particular currency of requiring payments in

15   a greater number of dollars than promised.

16         So since October 27 of '77, there can be no

17   requirement of repayment in legal tender since legal tender was

18   not loaned and repayment need only be in an equivalent kind:  A

19   negotiable instrument representing credit or an International

20   Bill of Exchange.  Or as otherwise stated, no one can make

21   depends in payment in a specific point or currency.  So you'll

22   see a lot of these mortgages, and all of these things will

23   always say "Cash, Credit or Other."  They have to put "other"

24   in there because there's no way to actually legally pay debt.

25   It's article I, Section 10.  There's no gold or silver -- I'm

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   almost done.
 2            Surety bonds are lawful to discharge debt under
 3   Public Law 73-10, 48, 48 statute 1, 12, IJR 192 of 1933; Title
 4   31, U.S.C. 3123, and 31 U.S.C. 5103, and by treaty -- in this
 5   case, the United Nations Convention of Bills of Exchange and
 6   International Promissory Notes and the Universal Postal Union
 7   headquartered in Bern, Switzerland.  So the surety bond -- as
 8   was my belief at that time, based on studying all these other
 9   people -- is legal tender as a national bank note or note of a
10   national banking association by legal and/or statutory
11   definition.  Issued under the authority of legal tender
12   obligation of the United States and is issued in accordance
13   with 31 U.S.C. -- and by the way, I believe all this law is
14   actually in the bonds that we submitted which establish and
15   provided for its issuance as public policy, remedy for
16   discharge -- of equity interest recovery on that portion of the
17   public debt.
18            The whole deal of this was when the United States
19   went bankrupt, they took all of you 14th Amendment citizens,
20   like cattle on farm, and they shoved them over to the Federal
21   Reserve saying, "You own all that now."
22            And this Louis McFadden out of Ohio said, Well,
23   you've got to give the people something in return or this whole
24   deal is bogus, and the idea was, okay, since we're borrowing
25   from the credit of the people -- you heard the prosecution's
```

 1    witnesses up here saying that the -- that the United States

 2    debt is based on the credit of the people of the United States.

 3              So what benefit do we get from that?  Is there any

 4    benefit to setoff these charges or setoff to help people?

 5    Because we're swimming in debt; we're being crushed by two

 6    organizations, and look what we're going up against today:

 7    It's the banks and their surrogate, the Internal Revenue

 8    Service.

 9              So citing the *Henwood* case, it was enacted to remedy

10    the specific evil.  So since October 27th of 1977, there can be

11    no requirement for repayment of legal tender either since legal

12    tender was not loaned and repayment need only be paid in the

13    equivalent kind, or as otherwise stated, no one can make demand

14    of payment of any specific coin or currency.  Last but not

15    least -- sorry for this.

16              "The private unincorporated persons whose private

17    assets of the property are being used to collateralize the

18    obligations of the United States with the Federal Reserve since

19    1933, are collectively and nationally constituting a legal

20    class of persons, being a national bank or a national banking

21    association -- really all of us -- with the right to issue such

22    notes against the obligations of the United States for equity

23    interest recovery due and accrued to the principals and

24    sureties of the United States backing the obligations of the

25    U.S. currency and credit as a means for legal tender or

         UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   discharge."
 2            So, again, this is -- and I thank the judge for
 3   allowing me to read this because this became part of my
 4   research of understanding this, and that's -- and you'll see
 5   that the one challenge that I constantly objected to, to the
 6   prosecution, was that all of these bonds just disappear.  We
 7   can't get them back.  In every single case they claim they're
 8   destroyed, and they haven't presented anything that says the
 9   people destroyed it.  I'm just saying that these bonds -- it's
10   still my belief that the bonds are being put on deposit, that
11   they're still being used, and also my opinion -- my wife was in
12   banking for many years -- and what would they do with
13   mortgages?  She'd take the mortgage, sign it --
14            MR. BRODY:  Objection, Your Honor, relevance.  Motion
15   to strike the reference to Ms. Morton being in banking.
16            THE COURT:  Yes, that motion is granted.  It's
17   stricken.
18            THE WITNESS:  Last but not least in all this, in
19   regards to the 1099 OID process, I didn't know anything about
20   it.  I was a spiritual guy writing spiritual newsletters and
21   talking on the radio and doing a lot of other things with film
22   production and whatever else, and everything that I heard from
23   Jack Smith, Tony King and Brandon Adams and Gordon Hall was
24   that this was a legitimate process under the law.  I never
25   ever, ever in any of this thought that I was breaking a law; I
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   thought that this was the law.  I thought that everything that
 2   we were doing was absolutely legal.  I had no willful intent to
 3   defraud anybody.  I still to this day firmly believe, even
 4   though I have all this evidence to the contrary, that there's
 5   hope for us, that there's got to be some kind of system to
 6   offset the -- just the crushing debt that the banks put us all
 7   under and that there was some way to stand up and be a hero and
 8   help people.  As far as the bonds go, people just came to me in
 9   deaspiration, and I told them, Look -- and you'll hear this --
10   but look I'm not a lawyer.  I can't make any guarantees.  I
11   don't know if this is going to work, but we'll give it a try.
12   Try to save your house or try to save your life in regards to
13   the 1099 OID process.  I -- Brandon Adams' dad was a CPA.  As a
14   matter of fact, Alexander Adams got -- from what I heard,
15   Alexander Adams got something like 14 million back for people,
16   and then he was sued by the IRS to make him stop filing the
17   paperwork, by civil injunction, by the way, not something like
18   this where it's all -- you know, where it's a criminal debt.
19            And let me also point out that the government is not
20   seeking any money, they're not seeking any financial --
21            MS. MAKAREWICZ:  Objection, Your Honor.
22            THE COURT:  That's --
23            THE WITNESS:  The last of this, as far as my
24   testimony, is that, again, I had -- I thought this was the law.
25   I thought this was the law; I thought it was the way it was
```

1    written; I thought it was the right of the people because the

2    people are the credit of the nation in regards to the OIDs.  It

3    made perfect sense to me that the government was actually

4    taking all the money that we were putting into the banks, that

5    they were fractionalizing that money, that they were loaning it

6    all out, and that because they were using that, that we had

7    some -- that there was some way to file paperwork, which was

8    available on the IRS's website to be able to get a return or

9    refund for them using our credit.  And again, with regards to

10   the bonds, we had a great success with them with Carol Meier,

11   and then the banks would not return them.  In every case, in

12   every bond, we would send them, Is this okay?  A notice of

13   fault.  We sent you a notice; we sent you a legal letter of

14   advice.  If there's anything wrong this, send it back, and they

15   didn't.  Then it was a notice of fault, going, Okay, we sent

16   you a letter 30 days ago that said could you please return our

17   paperwork because we've given you something of value, nothing,

18   and then a notice of default and dishonor at the very end,

19   which was, Okay, I guess we're fine because you haven't

20   responded to this.  There it was.

21          And in regards to the Internal Revenue Service, oh,

22   my God.  Did you ever try to deal with them?  They don't answer

23   their phones; they don't answer correspondence.  They just hand

24   out these frivolous filing -- notices of lien by the way,

25   notices of lien.  There are no federal liens, actual liens,

```
 1    against me anywhere.  And I've gone down to the court house and
 2    checked this, and these are all notices of lien, which is like,
 3    I might punch you, but the processes of getting a lien, you got
 4    to go through a court, you got to get a judge, you've got to do
 5    all this stuff.  IRS doesn't do any of that; they just hand out
 6    fines.  And as I understand it, you're supposed to have a jury
 7    trial.  Under common law, a jury trial if you owe somebody more
 8    than 20 bucks.
 9            So, anyway, that being said, I just want you to -- I
10    know it sounds kind of like a closing argument here, but it's
11    a -- you just got to believe with the OID stuff, we got sucked
12    in.  We got sucked in, and it was like the worse thing now --
13    you know, after six months of getting the return, then it just
14    became the worse time of my life because then I just got
15    hammered.  The challenge of this was -- is that first the
16    return was erroneous.  Okay.  I wrote them and said, "How is it
17    erroneous"?
18            Then they turned around and said it was back taxes,
19    even though they had no proof of that.  Then they laid this
20    gigantic notice of lien on us that -- because when you go to
21    tax court -- you can't go to tax court because you have to put
22    the money up first and then go to get it back -- I'm sorry.
23    We're into lunch hour here -- you have to put the money up
24    first so they give you this gigantic sum, and then you have to
25    put that up, and then you have to go fight them and their tax
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    board in order to get it back.

2            So all of this then became a way -- how do we qualify

3    this faceless monster that won't respond to phone calls, won't

4    respond to letters, won't respond to anything?  So, again, I'm

5    back to the situation of my dad being an alcoholic, beating on

6    my mom, where there's nothing you could do about, the monstrous

7    things.

8            And as far as the bonds go, nobody returned them.  As

9    a matter of fact, you saw in this entire case they returned

10   one, which was the California Franchise Tax Board, which is

11   kind of like the mangily bastard child of the Internal Revenue

12   Service.  There's one bond that they produced as actual

13   original evidence because I'm firmly convinced that the banks

14   have these on deposit.  By the way, they're not for money.  You

15   put them in to set off a debt.  The bank puts them on deposit

16   and borrows money against it to set off the debt.

17           One more thing.  If I was to -- you can't use these

18   between people because if I was to borrow a thousand dollars

19   from you and pay you back with a bond, there's no way for you

20   to monetize that bond; there's nothing you can do with it.  I'd

21   be a crook if I hand you a bond for a debt, but if you hand a

22   bond to the bank, the bank can monetize it.  The bank can go to

23   the Federal Reserve window and create money out of nothing,

24   which is what they do; that's what our entire economic system

25   is on, and maybe those days are coming to an end.  But I'm just

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   telling you these are only for credit card companies, banks and

2   institutions like the IRS that can actually take the bonds on

3   deputy -- this is my theory, my belief -- take these bonds on

4   deposit and set off, settle, band discharge debt and give us

5   some kind of relief from the two most vicious and pernicious

6   organizations on the plant:  The Internal Revenue Service and

7   the banking system.  That's all I have to say.

8            THE COURT:  This is a convenient time to take the

9   lunch recess.

10            THE WITNESS:  Thank you for your patience.

11            THE COURT:  When we come back, we'll begin with the

12   cross-examination.

13            One hour.

14                         (Recess)

15

16   ///

17   ///

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 6, 2017; 1:20 P.M.

 2                           - - - - -

 3        (Proceedings held outside the presence of the jury:)

 4

 5             THE COURT:  We're present with defendants and

 6   counsel.

 7             Do you have a motion, Mr. Brody?

 8             MR. BRODY:  I do, Your Honor.

 9             I'm moving for a mistrial, Your Honor, based on

10   Mr. Morton's statement that Melissa Morton worked in banking

11   for years.  I know that I objected, and the court struck that

12   response, but I think under the circumstances in this

13   particularly sensitive area, there's no way that a curative

14   instruction is going to be good enough to take that out of the

15   minds of the jurors.  It's absolutely critical, and it's a

16   poison pill to the defense for the jury to hear such a thing.

17   It was improper testimony, and for that reason I'm asking for a

18   mistrial.

19             THE COURT:  The motion is denied.

20             MR. BRODY:  Thank you, Your Honor.

21             Let's bring the jury down.

22             THE CLERK:  May I make a motion, Your Honor?

23             THE COURT:  Yes.

24             THE CLERK:  Thank, once again.

25             It is my wish and demand that, once again, that
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   this -- that these proceedings sees.  My Sixth Amendment right
 2   to face my accuser are being violated; I have not been able to
 3   argue subject matter jurisdiction or persona jurisdiction, and
 4   this court has moved forward, even though motions have been
 5   placed into the record to argue that.  Under the Ninth
 6   Amendment I'm being harmed and my property, and I just wish to
 7   be excused, this case dismissed, and for all of us to go home.
 8                THE COURT:  The motion is denied.
 9                Would you resume the stand.
10                THE WITNESS:  Objection.
11                THE COURT:  Resume the stand, Mr. Morton.
12                THE WITNESS:  Objection.
13                THE COURT:  Mr. Morton, let me just tell you outside
14   the presence of the jury -- and I've tried to use as much
15   restraint as I have because -- understanding you're
16   representing yourself, and a certain latitude is to be given,
17   and I tried to do that, but I'm running out of patience, and if
18   you fail to follow my orders, you're going to be subject to
19   contempt; that's a strong warning because contempt could
20   involve jail time.
21                So please resume the stand and answers the questions
22   as you have and so forth.  Let's proceed in an orderly way.
23   Please do that.
24                THE WITNESS:  May I place this into evidence, please?
25                THE COURT:  Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                Take the witness stand.

 2                     (Open Court - Jury Present)

 3                THE COURT:  Cross-examination.

 4                      CROSS-EXAMINATION

 5   BY MS. MAKAREWICZ:

 6        Q.   Are you a Citizen of the United States?

 7        A.   That's a hard question to answer under the 14th

 8   Amendment.

 9                I consider myself a citizen of the state of

10   California and an American national.

11        Q.   Are you a citizen of the United States?

12        A.   I've answered your question.

13        MS. MAKAREWICZ:  Your Honor, can you please instruct

14   the witness to answer my question.

15        THE COURT:  You can answer the question "yes" or "no"

16   or "I don't know."

17        THE WITNESS:  Again, I'm a citizen of the state of

18   California, the sovereign people of California, and an American

19   national; but as far as residing in the ten square miles of

20   Washington, D.C., that's an interesting question that courts

21   have gone around and around on regarding the difference between

22   the 14th Amendment citizens and the sovereignty of California,

23   like the jury here.

24   BY MS. MAKAREWICZ:

25        Q.   Do you reside in the United States, sir.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.    In your definition, I reside in the state of
 2   California and the state of California is -- different
 3   definitions.
 4              Can you define the United States for me, please.
 5        Q.    Do you reside in the United States?
 6        A.    Again, can you define -- there's different
 7   definitions.  Can you define "the United States."  Is it "these
 8   United States," "the United States"?
 9              MS. MAKAREWICZ:  Your Honor --
10              THE COURT:  I can't go any further.  You've asked the
11   question.  He has given the answer, and you can argue the point
12   at a later time.
13   BY MS. MAKAREWICZ:
14        Q.    Mr. Morton, you say you're a resident of California
15   Republic.
16        A.    I object to the word "resident."
17        Q.    When I asked you if you're a citizen of the United
18   States -- can you repeat the answer you gave me with respect to
19   California.
20        A.    California is a sovereign state amongst the 50
21   states.  It's one of these united -- small u -- states, but
22   we're a sovereign state, and the sovereign of the people is not
23   to be overturned.
24        Q.    Have you ever filed a California State Income Tax
25   return?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.   No, being as I haven't -- well, let's -- hasn't been

2    required, no, as far as my status, no.

3    Q.   You've never filed a California State Tax return

4    since 2000 -- haven't you?

5    A.   There's a question of liability actually since 2000.

6    Question of liability because, again, I was in the process of

7    running a religious educational organization and may have been

8    not liability for that; so it's a question of liability.

9    Q.   You've not paid any California state income tax since

10   2000, correct?

11   A.   Again, it's a question of liability there.  Again, I

12   ran the Prophecy Research Institute which is published a

13   magazine that was a religious educational organization.

14   Q.   So, no?

15   A.   I was not liable to.

16   Q.   You enjoy the benefits of being a United States

17   citizen, don't you?

18   A.   Again, vague.

19   Q.   You enjoin the protection of the United States

20   military; isn't that right?

21   A.   Well, California has a national guard and local

22   police.  I don't know that I've ever been protected by the

23   military of the United States.

24   Q.   You've been protected by the California National

25   Guard, right?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.    Yes, but --

 2        Q.    You've been protected against --

 3              THE COURT:  Let him answer the question.

 4              THE WITNESS:  Objection, badgering.

 5   BY MS. MAKAREWICZ:

 6        Q.    You've --

 7              THE COURT:  Let the matter proceed in a way that I

 8   can rule on an objection.  He's representing himself, and he

 9   made an objection.  So I ruled.

10              Ask the next question.

11   BY MS. MAKAREWICZ:

12        Q.    When you came to court today, you drove on a public

13   road, right?

14              MR. BRODY:  Objection, Your Honor, relevance.

15              THE COURT:  Sustained.

16   BY MS. MAKAREWICZ:

17        Q.    You used the federal court system, correct?

18              MR. BRODY:  Object on the same objection, Your Honor.

19              THE COURT:  I'll allow a few of these questions.

20              You can answer.

21              THE WITNESS:  I would be happy not to; I certainly

22   don't want to be here.  Again, I voiced my objections over and

23   over again based on jurisdiction and Sixth Amendment and all

24   the other things that are going on here.

25   ///
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   BY MS. MAKAREWICZ:
2        Q.   You used the state court system, too.
3        A.   I can't remember when I have.  So I can't answer that
4   question.
5        Q.   You don't remember the last time you used the state
6   court system?
7        A.   I -- oh, yes.  It was to file a declaratory claim
8   against the prosecutors for not answering an affidavit of
9   non-culpability and an affidavit of jurisdiction.  So, yes,
10  there is a declaratory claim in the state system, but they make
11  you pay for that.  I think I had to pay a fee of $450 in order
12  to pay for that; so that would pay for it.  I don't know if
13  that answers your question.
14       Q.   You sued me?
15       A.   I did, yeah, yeah, because you wouldn't answer my
16  questions because none of you or Jim or you, Valerie, actually
17  would answer any questions as far as what's the jurisdiction
18  that you have, what's the jurisdiction, again, of -- under the
19  Sixth Amendment.  How come I'm not facing a plaintiff here
20  today, and the same aspect, you signed -- you signed an
21  indictment as a witness to the indictment when you have no
22  right to do that as an attorney.  So all I did in the claim was
23  a declaratory claim for another judge to come in and say that
24  you refused to answer my questions in an unrebutted affidavit
25  stands as proof in fact and truth in law.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                    So, yes, I sued you, but I paid the court $450,

 2    I think, to use it.  So is that a public exaction?  Is that

 3    using the court system?  So, yes, I used the California court

 4    system and paid them to do so.

 5        Q.   You enjoy water and sewer systems, correct?

 6        A.   Yes.

 7        Q.   You visited a national park.

 8             MR. BRODY:  Objection, Your Honor.

 9             THE WITNESS:  Not that I can remember, but what's the

10    point?

11             MR. BRODY:  Relevance again.

12             THE COURT:  I'll sustain the objection at this point.

13    BY MS. MAKAREWICZ:

14        Q.   You're registered to vote in Los Angeles County,

15    correct?

16        A.   I believe I revoked that.  I did everything I did to

17    rescind -- as a matter of fact, I think I have the documents

18    with me that shows that I've rescinded that.

19        Q.   You used the United States Postal Service to mail the

20    returns that you filed with the Internal Revenue Service,

21    correct?

22        A.   Which, again, I paid for, and there's a difference

23    between the United States Post Office as it's described in the

24    Constitution and the Postal Service which is a private

25    corporation since 1971.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Your wife used the United States Postal Service to

 2    mail the bonds to the banks.

 3             MR. BRODY:  Objection, foundation and relevance.

 4             THE COURT:  Sustained.

 5    BY MS. MAKAREWICZ:

 6        Q.   Your healthcare is provided by Anthem Blue Cross

 7    Medical, correct?

 8        A.   Yes.

 9        Q.   You mentioned earlier today you've traveled outside

10    the United States, correct?

11        A.   I have.

12        Q.   And you used a United States passport to enter the

13    country upon returning to the United States.

14        A.   It's a compelled benefit.  I've actually had

15    diplomatic passports as well from countries and nation states

16    that we -- that we're attempting to start.  So it's one of

17    those things that, unfortunately, even though we try to get

18    around it, we've gone to the state department, we've tried to

19    get to them issue different passport for people who are

20    actually state citizens of the states, but unfortunately it's a

21    compelled benefit that one must use to travel.

22             MR. BRODY:  Objection, foundation as to the response

23    "we."  Motion to strike.

24             THE WITNESS:  Okay.  I.

25             THE COURT:  Motion to strike part of his answer about
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    what?
 2            MR. BRODY:  Any portion of his answer referring to
 3    "we," intimating that it would have anything to do with Melissa
 4    Morton.
 5            THE COURT:  He can testify if he traveled with her.
 6    Why not?
 7            MR. BRODY:  I would object.  It's irrelevant.
 8            THE COURT:  Overruled.
 9    BY MS. MAKAREWICZ:
10        Q.   You traveled with Melissa Morton to Mexico, correct?
11        A.   Yes.
12        Q.   And you and she used United States passports upon
13    entry in San Pedro, correct?
14        A.   No.
15        Q.   What did you use when you were confronted by Customs
16    and Border security?
17        A.   I don't know.  They're not in San Pedro.
18        Q.   When you entered the United States after returning
19    from Mexico, you went through United States Customs, correct?
20        A.   At the border.  This is year ago.
21        Q.   That's "yes"?
22        A.   Yes.
23        Q.   And you proffered your United States passport to gain
24    entry into these United States.
25        A.   Again, it's a compelled benefit --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Yes?

 2        A.   It's a compelled benefit.

 3        Q.   And your wife used her passport too.

 4             MR. BRODY:  Objection, Your Honor.  Relevance.

 5             THE COURT:  Overruled.

 6             THE WITNESS:  What is the point of this?

 7   BY MS. MAKAREWICZ:

 8        Q.   Your wife used her passport to gain entry to the

 9   United States.

10        A.   That's not in my purview to know.

11        Q.   You didn't travel together?

12        A.   We did.  I don't know what document -- you're asking

13   for direct knowledge.

14                  I object, Your Honor.

15             THE COURT:  Objection is overruled.

16   BY MS. MAKAREWICZ:

17        Q.   You've flown on airplanes before, correct?

18             THE WITNESS:  Objection.  This is badgering.  Is

19   there any point to this, Your Honor?

20             THE COURT:  Well, I think you've exhausted this

21   general area.

22             Why don't you proceed to a different subject.

23             MS. MAKAREWICZ:  I'd like to bring up on the screen

24   Exhibit 146, already in evidence.

25        Q.   Do you recognize this document, Mr. Morton?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1         A.    2010 -- oh.

 2               Yes.

 3         Q.    You received this document, correct?

 4         A.    I can't remember.

 5         Q.    Turn to Exhibit 16, page 11.  Already in evidence.

 6               You recognize this document, don't you,

 7   Mr. Morton?

 8         A.    Yes.

 9         Q.    Can you turn to page 11.  You attached the letter I

10   referenced at Exhibit 146 to this document when you filed it

11   with the Internal Revenue Service.

12               Isn't that true?

13         A.    I attached this letter?  I attached their letter?

14   I'm looking at one of their letters.

15         Q.    You attached this letter when you mailed your 2005

16   income tax return at Exhibit 16 to the Internal Revenue

17   Service, didn't you, sir?

18         A.    I can't remember.  It was a long time ago.

19               MS. MAKAREWICZ:  147, please.

20         Q.    You got this letter from the Internal Revenue

21   Service, right?

22         A.    Looks the same as the other one.

23         Q.    This letter.

24         A.    Yes.

25         Q.    You attached this letter to your returns at Exhibit
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    14 and 17, right?

 2        A.   I -- again, I don't remember.

 3        Q.   You have a Social Security number, correct?

 4        A.   I tried to rescind it over and over.  As a matter of

 5    fact, I've had conversations with the Social Security

 6    Administration.  When I said, "I don't want this number," and

 7    they said, "Well, just don't use it" was their exact response.

 8    I said, "Can I get that in writing, please?"

 9        Q.   You used it when you filed your income tax returns.

10        A.   Yes, but this was way back in 2009, it wasn't -- a

11    long time ago.

12        Q.   You used it when you filed your income tax returns.

13        A.   Back in 2009, which was a long time ago.

14        Q.   But you never used your Social Security number when

15    you opened bank accounts.

16        A.   That's a general question, and I don't know what

17    you're talking about.

18             MS. MAKAREWICZ:  Exhibit 23-1, please.  Already in

19    evidence.

20        Q.   I turn your attention to the tax identification part

21    of this signature card.

22                  You didn't use your Social Security number when

23    you opened this bank account, correct?

24        A.   I don't see the number that it was opened with.

25        Q.   You didn't use any number.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1     A.   So?

2     Q.   You didn't use any number.

3     A.   So?

4          MS. MAKAREWICZ:  Exhibit 25-1.

5     Q.   When you opened up account 4249 with Mrs. Morton, you

6   didn't use your Social Security number either, did you?

7     A.   Again, so?

8     Q.   That's a made-up number, isn't it, sir?

9     A.   No.

10    Q.   What number is that?

11    A.   It was either from a -- well, I was working also as

12  an ambassador for a foreign nation state at that time.  So it

13  was either a passport number from the Republic of New

14  Lemuria -- at that time, Lemuria was a -- I was also working in

15  Canada.  So ...

16    Q.   You don't know what that number is?

17    A.   I can't remember my own Social Security number,

18  ma'am.

19         MS. MAKAREWICZ:  Exhibit 27-1, please.

20         THE WITNESS:  By the way, is it legally required to

21  use a Social Security number is a universal identifier or --

22  the Social Security Administration doesn't say that.

23         MS. MAKAREWICZ:  Move to strike, Your Honor.

24         THE COURT:  Stricken.

25  ///
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. MAKAREWICZ:

2         Q.   I draw your attention to -- one moment.

3              I'm sorry, Your Honor.  Exhibit 28.

4              When you opened up account 5891 at Washington

5    Mutual with your wife, you didn't use a tax I.D. number -- a

6    Social Security number either.

7         A.   Actually, if you'll notice on the left, my employer

8    at that time was the government of -- it was the Dominion of

9    Melchizedek, and Melchizedek, once again, owns islands in the

10   South Pacific, and I was attempted to get nation state status

11   and a three-code recognition from the United Nations, and as an

12   ambassador that actually had an ambassadorial passport, I was

13   immune to filling out tax I.D. numbers and whatever else under

14   the Ambassadorial Code of the Viennese Convention on Consular

15   Relations in 1964.

16        Q.   This is a made up number, sir.

17        A.   It is not.

18        Q.   What number is it?

19        A.   It's from -- it's from -- you'll see -- the

20   government of Melchizedek --

21        Q.   For what?

22        A.   It's from my official passport from the government of

23   the Dominion of Melchizedek at that time, and they were issuing

24   passports.  Now, it doesn't matter if the country is recognized

25   by the United States or not.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.   But, sir, when you opted up this account, you

2    presented your United States passport as identification.

3    A.   Passport of the United States of America?  Okay.  So?

4    Again, that doesn't mean I can't work as a diplomat for a

5    foreign nation state.  It's what I was doing.

6    Q.   So you listed your Social Security number on your tax

7    returns, correct?

8    A.   Back in 2009, I think.

9    Q.   And 2010.

10   A.   Okay.

11   Q.   The same time that you opened up five -- this account

12   here, 5891, and the previous exhibit, 25, also on the same day,

13   4/17/09, you used your Social Security number to file tax

14   returns, correct?

15   A.   Back in 2009, yes, and I guess 2010 also.

16   Q.   But you didn't use your Social Security number in the

17   same years to open up bank accounts.

18   A.   Again, didn't need to.  I was working as an

19   ambassador for a foreign nation state at that time;

20   therefore -- and, again, the Social Security card is not

21   required to be used as a universal identifier.

22   Q.   So you used your Social Security number to get claims

23   for refunds but not when you're trying to hide the money.

24        THE WITNESS:  Objection, Your Honor.

25        MR. BRODY:  Objection.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  The objection is sustained.
 2   BY MS. MAKAREWICZ:
 3       Q.   You mentioned Brandon Adams this morning, and he
 4   helped you prepare the returns at issue, and you mentioned also
 5   that his father was a CPA, correct?
 6       A.   That was my understanding.
 7       Q.   And you and Melissa Morton paid him to prepare your
 8   returns, correct?
 9       A.   I can't remember, but I believe so.
10       Q.   Can you please turn to Exhibit 3 -- I'm sorry --
11   Exhibit 4, please.
12            So you paid Mr. Adams or the Adams family to
13   prepare your income tax return, but they didn't sign it, right?
14            Can you zoom in to "Paid preparer's use only."
15       A.   I object.  It's not an original of this document.
16            THE COURT:  Objection is overruled.
17   BY MS. MAKAREWICZ:
18       Q.   You I paid them, but no one signed as the paid
19   preparer, correct?
20       A.   They were tax preparers.
21            MS. MAKAREWICZ:  Your Honor, nonresponsive.
22            THE WITNESS:  They were the tax preparers.
23            THE COURT:  Well, I mean, the jury is looking at the
24   document, he's given an answer, and that's his answer.
25   ///
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MS. MAKAREWICZ:  Exhibit 6, please.

 2      Q.   And you and Melissa Morton paid the Adams to prepare

 3 --

 4              THE WITNESS:  Objection, I can't testify for her.

 5              MS. MAKAREWICZ:

 6      Q.   Is there --

 7              THE COURT:  Ask a question.

 8 BY MS. MAKAREWICZ:

 9      Q.   Is there anyone listed as the paid preparer on

10 Melissa's 2007 income tax return --

11              MR. BRODY:  Objection, Your Honor.  The document

12 speaks for itself.

13              THE COURT:  Sustained.

14 BY MS. MAKAREWICZ:

15      Q.   Brandon Adams was convicted of filing false bonds,

16 correct?

17              MR. BRODY:  Objection, assumes facts not in evidence.

18              THE WITNESS:  I don't know.

19              MS. MAKAREWICZ:  He testified earlier that Brandon

20 Adams was incarcerated.

21              MR. BRODY:  That's not correct.

22              THE COURT:  But he also testified that he first

23 learned of that during this trial, I believe; and so if you

24 want to probe that, you can, but that was his testimony on

25 direct.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. BRODY:  I will object as to relevance, Your
 2    Honor.
 3              THE COURT:  Objection on relevance is overruled.
 4    BY MS. MAKAREWICZ:
 5       Q.  Brandon Adams is incarcerated for filing false bonds,
 6    correct?
 7       A.  I don't know that.
 8              MR. BRODY:  Object, assumes facts not in evidence,
 9    Your Honor.
10              THE COURT:  Well, she can ask the question if she has
11    a good-faith belief in the question.
12              Do you?
13              MS. MAKAREWICZ:  Yes, sir.
14              THE COURT:  All right.  You can ask the question.
15    BY MS. MAKAREWICZ:
16       Q.  Brandon Adams is currently incarcerated for filing
17    false bonds, correct?
18       A.  Again, I don't know that.  I know he's incarcerated.
19    I don't know for what.
20              MS. MAKAREWICZ:  I'd like to use the document
21    reviewer to turn to Exhibit B of the defendant Melissa Morton's
22    exhibits.
23       Q.  Previously we watched video of lecture part two where
24    you appeared at The Living Temple.
25              Do you remember that?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1         A.   I do?

 2         Q.   The video that we saw at Exhibit B earlier today.

 3         A.   I was back at a lecture of Brandon Adams.

 4         Q.   And you attended that lecture.

 5         A.   I attended that lecture, yes.

 6         Q.   And your voice was identified on that video.

 7         A.   Yes.

 8         Q.   The entire video wasn't played, correct?

 9         A.   No.

10              MS. MAKAREWICZ:  Your Honor, at this time I would

11    like to have a portion of the lecture marked as evidence, and I

12    would like to move to admit it.

13              THE COURT:  Any objection?

14              MR. BRODY:  Your Honor, it's already in evidence.

15              THE COURT:  No, not the part that the prosecution

16    wants to play apparently.

17              So you can do that.

18    BY MS. MAKAREWICZ:

19         Q.   Mr. Morton, you recall at this lecture, you made an

20    analogy to a cornfield.

21              Do you remember that?

22         A.   No.

23         Q.   Do you remember comparing the IRS to a scarecrow?

24         A.   No.

25         Q.   Do you remember telling your fellow attendees that
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    you were all the murder of crows on the cornfield eating the

2    corn?

3         A.   No.  I say lots of stupid, funny things.

4         Q.   You also told the audience that only very, very small

5    parts, very, very small amounts of returns are audited by the

6    IRS.  You told that to the attendees at this lecture.

7              Do you remember that?

8         A.   No.  I'm sure it's there -- maybe it's there, but --

9    all this stuff is beyond the statute of limitations of my

10   brain, along with that it should be beyond the statute of

11   limitations of this, but I don't know why.

12        Q.   And you testified that your wife, Melissa, was

13   sitting next to you at this lecture.

14        A.   Yes.

15             MS. MAKAREWICZ:  Let's play 5313, please -- a minute

16   53, 13.

17             THE WITNESS:  Objection, Your Honor.  Is this trying

18   to prove that I have some knowledge of the Internal Revenue

19   system as it works?  So I would object to this on the grounds

20   of a joke, basically.

21             THE COURT:  Overruled.

22             THE WITNESS:  Exception.

23             MS. MAKAREWICZ:  Your Honor, we're having some

24   technical difficulties.  I'd like move on and come back.

25             THE COURT:  All right.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    BY MS. MAKAREWICZ:

2        Q.   You mentioned you promoted Brandon Adams.  You

3    promoted his programs, his events, and his coaching.  That's

4    what you said this morning, right?

5            MR. BRODY:  I would object to that as assuming facts

6    not in evidence.

7            THE COURT:  Overruled.

8    BY MS. MAKAREWICZ:

9        Q.   You promoted Brandon Adams.

10       A.   He was my friend.  I took people I knew, we went to

11   the events together.  So as far as promoting him goes, I wasn't

12   on the radio, other than inviting friends of mine to go to his

13   lectures.  That was about it.

14       Q.   You said this morning that you promoted Brandon

15   Adams, his programs, his events, and his coaching.

16       A.   I believed in him, but the only one I promoted really

17   was him to speak at The Living Temple.  My promoting was

18   introducing him to Robin, who ran The Living Temple.  He took

19   it from there.

20       Q.   He paid you to promote his scheme, right?

21       A.   No.

22           MS. MAKAREWICZ:  I'd like to turn to Exhibit --

23   defendant Melissa Morton's Exhibit C, already in evidence.

24       Q.   Earlier this morning you testified that Mrs. Morton

25   made these notes of Exhibit C on or around October 16, 2009,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   right?

 2        A.   Only because it says it on the top, Valerie.

 3        Q.   Do you have any --

 4             Your Honor, could you please instruct the

 5   witness to refer to me as the prosecutor and not by my first

 6   name.

 7             THE COURT:  Or by your --

 8             MS. MAKAREWICZ:  Title.

 9             THE COURT:  -- title or by your last name.

10             MS. MAKAREWICZ:  Thank you.

11             THE COURT:  Yes.  Do that, Mr. Morton.

12   BY MS. MAKAREWICZ:

13        Q.   You have no first-hand knowledge about this document,

14   do you?

15        A.   No.

16             MS. MAKAREWICZ:  Move to strike, Your Honor.

17             MR. BRODY:  Your Honor, goes to weight, not --

18             THE COURT:  Move to strike what?

19             MS. MAKAREWICZ:  The exhibit.  He testified

20   earlier this morning --

21             THE COURT:  Don't argue the objection.  You made a

22   motion to strike Exhibit C, correct?

23             MS. MAKAREWICZ:  Yes, sir.

24             THE COURT:  Yeah.

25             Based upon his answer, that he has no first-hand
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   knowledge of it?

 2            MS. MAKAREWICZ:  Yes, Your Honor.  He testified

 3   contrary this morning.

 4            THE COURT:  But he said that these notes were the

 5   notes of his wife who accompanied him to the lecture, correct?

 6            MS. MAKAREWICZ:  Yes, but he's now changing his

 7   answer.

 8            THE WITNESS:  That's not true.  Objection to that.

 9            THE COURT:  But did you ever read these notes?

10            THE WITNESS:  No, not until they were introduced into

11   evidence.  It's her private notebook.  I don't go through her

12   stuff.  The question was first-hand knowledge, Your Honor.

13            THE COURT:  In other words, these notes were never

14   relied upon by you.  It was what you heard at the lecture?

15            THE WITNESS:  Yes.

16            THE COURT:  I see.  And so what was the purpose of

17   the offer then?

18            MR. BRODY:  Well, Your Honor, Mr. Morton testified

19   that this these notes are in the handwriting of his wife.  He

20   testified that the content of the notes is consistent with

21   the --

22            THE COURT:  So in other words, as relates to her.

23            MR. BRODY:  Yes, Your Honor.

24            THE COURT:  It's some evidence of what she heard.

25            MR. BRODY:  Yes, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  It doesn't relate to him.

 2              MR. BRODY:  No, Your Honor.

 3              THE COURT:  So, therefore, Exhibit C is admitted with

 4   regard to Mrs. Morton but not Mr. Morton.

 5              MR. BRODY:  Thank you, Your Honor.

 6   BY MS. MAKAREWICZ:

 7      Q.   The date on this document is October 16th, 2009 --

 8   correct -- Mr. Morton?

 9      A.   I'm not looking at the original.  So ...

10              MS. MAKAREWICZ:  Do we have the originals?  May I ask

11   for those to be produced?

12              MR. BRODY:  Your Honor, I have the originals, but

13   they're at my office.  I wasn't expecting to have to produce

14   the original documents.

15              THE COURT:  They're not here.

16   BY MS. MAKAREWICZ:

17      Q.   The date on this document is October 16, 2009 --

18   correct -- sir?

19      A.   So you say.  I'm not looking at the original

20   document, am I?

21      Q.   But prior to October 16, 2009, you and Mrs. Morton

22   had already filed your first set of OID returns, correct?

23      A.   Well, we only -- we filed everything we did I think

24   March of 2009.

25      Q.   Right.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          A date prior to the date of this notebook.

2      A.   Yes -- well, I don't know.  Again, you don't have the

3  original.  I'm looking at dates here -- again, I can only say

4  that you asked a question about when we filed stuff.  As I

5  said, we filed everything, I think -- Brandon is the one that

6  actually wrote everything up in March of 2009.

7      Q.   The notes came after you got the $480,000 refund,

8  correct?

9      A.   Again, the question is are these the originals?  I

10 can't say the -- I'm telling you that the refund came in April;

11 that's all I can answer the question --

12     Q.   And April is before October.

13     A.   I don't have first-hand knowledge of this document.

14 Objection badgering.

15          MR. BRODY:  Your Honor, I'm going to object as to

16 relevance.

17          THE COURT:  Well, Mr. Morton has said that he never

18 reviewed these notes; so they're not relevant to his state of

19 mind.  You can ask him about the lecture itself but not the

20 notes.

21 BY MS. MAKAREWICZ:

22     Q.   My understanding was that the defendant Melissa

23 Morton offered this as proof that she was interested in the OID

24 system, but that date occurred after the date the returns were

25 filed.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE WITNESS:  Objection.

 2                THE COURT:  Just one moment.

 3                THE WITNESS:  Relevance.

 4                THE COURT:  The document, Exhibit C, is admitted

 5    insofar as Melissa Morton is concerned, not Sean Morton; and

 6    you can ask if there's some relationship between the 1099

 7    filings in March and some subsequent lecture, how he relates

 8    those two things.  Stay away from Exhibit C.

 9    BY MS. MAKAREWICZ:

10        Q.   You mentioned earlier this morning that Gordon Hall

11    lived with you and your wife.

12        A.   I would take exception to "live"; he stayed with us

13    occasionally.

14        Q.   He stayed at your house that you share with your

15    wife.

16        A.   Yes.

17        Q.   You said you paid him $6,000 for his bond process.

18        A.   Well, it wasn't just for that.  It was for -- it

19    wasn't just for that.  I'm not sure what it all was for, but,

20    yeah, he wanted a lot of money.

21        Q.   You know Gordon Hall was convicted for passing false

22    financial instruments, too.

23        A.   Again, I did not know that until we started doing

24    that.

25                MR. BRODY:  Objection, relevance.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  How is that relevant?
 2              THE COURT:  You should put a date on these things.
 3              MS. MAKAREWICZ:  I can, yes.
 4   BY MS. MAKAREWICZ:
 5      Q.   Gordon Hall's judgment in a criminal matter was filed
 6   on June 17th, 2005, where he was convicted of passing false
 7   financial instruments.
 8              THE COURT:  Is the question did you know that?
 9   BY MS. MAKAREWICZ:
10      Q.   Did you know that?
11      A.   No.  It would go to show that we got sucked in by him
12   again.
13      Q.   Earlier this morning you mentioned that after you got
14   the $480,000, the IRS began contacting you.
15      A.   Not for six months -- actually, no.  They sent me
16   three letters actually about the other years that said that
17   they -- that they wanted to give me more money for the process,
18   and then -- but, no, for six months there was nothing.
19      Q.   You said this morning that you were contacted
20   regarding the collection of the erroneous refund around
21   Halloween.
22      A.   Around that, yes.
23      Q.   I'd like you to open up binder one or two and turn to
24   Exhibit 36, please, and let me know when you're ready.
25      A.   Nothing is marked.  Binder one?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Turn to Exhibit 36.

 2             THE CLERK:  Exhibit 36 placed before the witness.

 3             THE WITNESS:  Okay.

 4   BY MS. MAKAREWICZ:

 5        Q.   Do you recognize this document, sir?

 6        A.   So if I may, this was part of a pocket of materials

 7   that was dropped at my front door by a man operating under the

 8   alias of Ted Hansen -- kind of like the mafia -- and,

 9   "Therefore, based on the information available, although we

10   have not provided you a notice of intent to levy and/or notice

11   of your right to a hearing generally required by Section 6331

12   of the IRC" --

13        Q.   Sir, I'd like to stop you --

14        A.   "Applicable" --

15        Q.   -- I haven't moved the exhibit into evidence.

16        A.   I noticed that the exhibit, which was dropped at my

17   door --

18             THE COURT:  Mr. Morton, you have to stop your answer

19   because there's no question pending.

20             THE WITNESS:  Ah, all right.

21   BY MS. MAKAREWICZ:

22        Q.   Do you recognize this document?

23        A.   Yes, it was dropped at my front door.

24             MS. MAKAREWICZ:  I'd like to move 36 into evidence,

25   Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE COURT:  Received.

 2                (Government's Exhibit 36 received in evidence.)

 3                MS. MAKAREWICZ:  Please publish.

 4      Q.    This is the notice you got from revenue officer

 5   Hansen regarding the attempt to levy to return the erroneous

 6   refund, right?

 7      A.    I'm sorry.  What's his real name?

 8      Q.    This is the --

 9      A.    Revenue officer -- what's his actual name because he

10   is using an alias, which is how they deal with the public.

11                MS. MAKAREWICZ:  Your Honor, nonresponsive.

12                THE WITNESS:  No, it's not nonresponsive.  What's his

13   name?

14                THE COURT:  At this point in the proceeding,

15   Mr. Morton, you're to answer questions, not ask them.

16   BY MS. MAKAREWICZ:

17      Q.    You received this letter from revenue officer Ted

18   Hansen, also known as Ted Lepkojus; is that right?

19      A.    I didn't see him deliver it in person.

20      Q.    You got this letter on your door step?

21      A.    I got a letter on my door step.  I don't know who it

22   was from or who dropped it there.

23      Q.    You wrote him back after this letter, three days

24   after this letter, right?

25      A.    Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Turn to Exhibit 37 -- excuse me -- 38 and take a
 2   moment to review that.
 3        A.   Okay.
 4        Q.   This is the letter you wrote Mr. Hansen in response
 5   to the notice of levy; isn't that right?
 6        A.   Is it the original?
 7             MS. MAKAREWICZ:  Your Honor, nonresponsive.
 8             THE WITNESS:  I can say no, but it's not the actual
 9   letter.
10             THE COURT:  Follow up if you wish.  You might ask him
11   is it a copy of the letter.
12   BY MS. MAKAREWICZ:
13        Q.   Is it a copy of the letter, sir?
14        A.   It appears to be.
15        Q.   Is that your signature at the bottom?
16        A.   No, because it's a copy.
17             MS. MAKAREWICZ:  I'd like to move 37 into evidence,
18   Your Honor -- 38.
19             THE COURT:  Received.
20             (Government's Exhibit 38 received in evidence.)
21             MS. MAKAREWICZ:  Please publish.
22        Q.   The IRS levied account No. 3324, correct?
23        A.   I don't know.
24        Q.   You had a joint account with your wife at Washington
25   Mutual, 3324; isn't that right?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.   I don't remember that's the number.

 2        Q.   Let's turn to Exhibit 23-1.

 3             You had an account with your wife at Washington

 4   Mutual Bank ending 3234[sic], correct?

 5        A.   I thought I was removed from this account.  Is there

 6   a date on this anywhere?

 7        Q.   Did you have an account at Washington Mutual bank

 8   ending 3324?

 9        A.   Appears to be.

10        Q.   Can you please turn to Exhibit 24-1.

11             And on April 17th, 2009, you received the refund

12   of $480,000 into the joint account you had at Washington Mutual

13   with your wife ending 3324.

14        A.    I guess.  Return back to 38, please.

15             I'd like for you to read the first sentence of

16   that paragraph, sir.

17             MR. BRODY:  Objection, Your Honor.  The document

18   speaks for itself.

19             THE COURT:  She can ask him to read it.  Overruled.

20             THE WITNESS:  Can I refuse to read it?  All right.

21             You have erroneously and illegally frozen, again, an

22   account that was -- frozen the J.P. Morgan Chase accounts,

23   Melissa Ann Thompson Morton, who had absolutely nothing to do

24   with this matter.  It's not my legal wife.  Filed tax returns

25   separately, had separate bank accounts, and is wholly and
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    totally separate from me and anything to do with our business.
 2    Consider this to be fair and proper notice of your illegal
 3    actions which take place which place you outside of your
 4    immunity and makes you personally and commercially liable.
 5    Should she continue to be injured by your actions, both she and
 6    I will hold you personally and commercially responsible and
 7    liable.
 8              MS. MAKAREWICZ:  Thank you.
 9       Q.    Your wife wrote Mr. Lepkojus, too, didn't she?
10              MR. BRODY:  Objection, foundation, personal
11    knowledge.
12              THE COURT:  Well, she is asking him the question.
13              THE WITNESS:  I don't know.
14    BY MS. MAKAREWICZ:
15       Q.    Would looking at anything refresh your recollection
16    as to whether or not your wife wrote Mr. Lepkojus?
17       A.    It's not my business, ma'am.  I wouldn't know about
18    that.  That would be her writing him, not me.
19              MS. MAKAREWICZ:  May I approach the witness, Your
20    Honor?
21              THE COURT:  For refreshing recollection?
22              MS. MAKAREWICZ:  Yes, sir.
23              THE COURT:  You can do that without showing whatever
24    you're showing him to the jury.
25              MS. MAKAREWICZ:  Yes, sir.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   BY MS. MAKAREWICZ:
 2       Q.   Would you let me know when you're finished reading
 3   over that document.
 4            THE WITNESS:  Objection, Your Honor --
 5            THE COURT:  Don't describe the document or do
 6   anything with it except respond if you can to the next
 7   question.
 8   BY MS. MAKAREWICZ:
 9       Q.   Your wife wrote Mr. Lepkojus --
10            THE COURT:  The next question should be having looked
11   at whatever you showed him, does it or does it not refresh his
12   recollection regarding what he didn't remember.
13            MS. MAKAREWICZ:  Thank you.
14            THE COURT:  That's the question.
15   BY MS. MAKAREWICZ:
16       Q.   Is your memory refreshed, Mr. Morton?
17       A.   Not really.  It's a long time ago.
18            THE COURT:  All right.  That's the end of it.
19   BY MS. MAKAREWICZ:
20       Q.   Do you recall your wife writing revenue officer
21   Hansen a second time?
22            THE WITNESS:  Objection, Your Honor.  Where is this
23   going?  It's -- I -- no.  She's her own person; I don't know
24   what she does when I'm not looking at her.
25            THE COURT:  He can answer "yes" or "no."
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE WITNESS:  No.

 2                THE COURT:  Okay.

 3    BY MS. MAKAREWICZ:

 4        Q.   Would looking at anything refresh your recollection

 5    as to whether or not your wife wrote revenue officer Hansen a

 6    second time?

 7        A.   No.

 8                THE COURT:  He doesn't say he had an absence of

 9    recollection; so he answered the question.

10                MS. MAKAREWICZ:  Thank you, Your Honor.

11        Q.   Do you know how much the Internal Revenue Service

12    levied account 3324 for?

13        A.   I can't remember.

14        Q.   Would looking at any document refresh your

15    recollection as to the amount the IRS levied?

16        A.   Looking at a document?  Okay.

17                MR. BRODY:  Your Honor, I object to this question as

18    irrelevant.

19                THE COURT:  It's overruled on that ground, but the

20    same process should be followed.

21                THE WITNESS:  It says --

22                MR. BRODY:  Objection, no question pending.

23                THE COURT:  Just look at it, sir, and then wait for

24    the next question.

25                THE WITNESS:  What am I supposed to be recollecting?
```

1    What is the question?

2            THE COURT:  You can ask him when you go back to your

3    position whether or not that refreshes his recollection about

4    whatever you asked him.  I think it was the amount of the levy.

5            MS. MAKAREWICZ:  Yes, sir.

6    Q.    That is my question, sir.

7                  Is your memory refreshed?

8    A.    Yes.

9    Q.    How much did the IRS levy your bank account for?

10   A.    There's three different things here that say $100 --

11   I'm sorry -- says 2,900 --

12           MR. BRODY:  Objection, nonresponsive, Your Honor.

13   The witness cannot testify from his documents.  Either his

14   recollection has been refreshed or it hasn't.

15           THE COURT:  Well, that is correct.  If his

16   recollection is refreshed, and that's what the document was

17   shown to him for, he should tell us what his recollection is.

18   The question is, again, what was the amount of the levy.  Does

19   he remember the amount of the levy?

20           THE WITNESS:  It says --

21           THE COURT:  Not what it says, what you remember.

22           THE WITNESS:  I have no remembrance, no recollection.

23           THE COURT:  He doesn't remember.

24           MS. MAKAREWICZ:  May I approach, Your Honor?

25           THE COURT:  Yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE WITNESS:  Again, this was 2009.  This is eight
 2    years ago.
 3    BY MS. MAKAREWICZ:
 4         Q.   You testified earlier this morning that you know
 5    Winston Shrout.
 6         A.   I do.
 7         Q.   You know him well.
 8         A.   I do.
 9         Q.   You know Winston Shrout was indicted by a grand jury
10    in Oregon in 2015 for passing false bonds.
11              MR. BRODY:  Objection, relevance, in light of the
12    date, Your Honor.
13              THE COURT:  Sustained.
14    BY MS. MAKAREWICZ:
15         Q.   Now, we listened to a clip from your radio program
16    this morning -- I believe it was Melissa Morton's Exhibit F --
17    and you testified this morning that that clip was from 2013,
18    right?
19         A.   Yes.
20         Q.   And you also testified that you had great success
21    with Ms. Meier's bond.
22         A.   I believed that at that time, yes.
23         Q.   You also testified this morning that in 2013, you
24    saved her house from a foreclosure auction.
25              That's what you said this morning.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.   Yes.

 2        Q.   And you also said this morning that you told Mrs.

 3   Morton that it was a great success, and that she listened to

 4   you on the radio show describe it.

 5        A.   Yes.

 6             MS. MAKAREWICZ:  Your Honor, prior to today's

 7   examination, I have a few more exhibits that I handed to the

 8   clerk, numbered.  I also would like the record to reflect I'm

 9   handing defendant Melissa Morton's counsel a copy of that

10   record.  I would like to approach the witness to give him his

11   own copy of the records.

12             May I?

13             THE COURT:  How are these records identified?

14             MS. MAKAREWICZ:  By exhibit numbers.

15             THE COURT:  What are you showing them?

16             MS. MAKAREWICZ:  Mrs. Meier's bond.

17             THE COURT:  What exhibit number?

18             MS. MAKAREWICZ:  159.

19             May I approach?

20             THE COURT:  Yes.

21   BY MS. MAKAREWICZ:

22        Q.   Do you recognize this document, sir, just the one

23   page?

24        A.   You handed me a bunch.

25        Q.   There is an exhibit number in the bottom corner, 159.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1        A.    Yes.

2        Q.    Is that your wife's signature at the bottom?

3        A.    As the notary, yes.

4        Q.    Turn to the next page.

5              Do your initials appear at the bottom of the

6  next page?

7        A.    Yes.

8        Q.    What date did you sign this document?

9        A.    Five-eight -- well, 5/8/14.

10        Q.    After your call -- or after your radio program with

11  Ms. Meier -- you testified this morning that you had the call

12  with Ms. Meier in 2013.  We listened to it.

13              Here --

14        A.    Yes.  Again, I'm not sure.

15        MS. MAKAREWICZ:  I'd like to move 159 into evidence,

16  Your Honor.

17        THE COURT:  Received.

18        (Government's Exhibit 159 received in evidence.)

19        MS. MAKAREWICZ:  May I publish?

20        THE COURT:  Yes.

21  BY MS. MAKAREWICZ:

22        Q.    The date of this bond at the bottom is May 8, 2014,

23  correct?

24        A.    Appears to be, not looking at the original.

25        Q.    But you testified this morning -- and we heard you
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   speak in 2013 -- that you had great success with Carol Meier's
 2   bond.
 3        A.   Well, she's here to testify to that herself.
 4        Q.   How can you discuss your success with this bond when
 5   it hadn't happened?
 6             MR. BRODY:  Objection, argumentative.
 7             THE COURT:  Overruled.
 8             THE WITNESS:  Okay.  So you're saying that my memory
 9   is faulty as to when I actually had her on my radio show?  It's
10   a long time ago, a lot of stuff happened.  Obviously, haven't
11   had the best week.  My apologies, Your Honor.  I'm old.  I have
12   holes my brain.
13   BY MS. MAKAREWICZ:
14        Q.   The bond didn't work, Mr. Morton, right?  Carol
15   Meier's bond didn't work.
16        A.   Can't say that.
17        Q.   You didn't say "perhaps" --
18        A.   She's here herself to testify to that.
19        Q.   You didn't save her house, did you?
20        A.   She is here herself to testify.
21        Q.   The bond didn't work.
22        A.   I can't say that.  Was it returned?
23             MS. MAKAREWICZ:  Your Honor, I'd like to have the
24   witness look at Exhibit 160 and let me know when he's finished.
25             THE WITNESS:  I have no firsthand -- I object, Your
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Honor.  I have no firsthand knowledge of these documents; I
 2   don't know what this is, never given to me.
 3            THE COURT:  Just one moment.  All you were asked to
 4   do is look at it, nothing more.  Just look at it and let's wait
 5   for the question.
 6            THE WITNESS:  Okay.  I'm looking at it.
 7            MS. MAKAREWICZ:  Your Honor, I would like the court
 8   to take judicial notice of an official record with respect to
 9   Ms. Meier.
10            THE COURT:  But these -- 160 appears to have a court
11   heading on it, correct?
12            MS. MAKAREWICZ:  Yes, Your Honor.
13            THE COURT:  And then there's -- is the payment bond
14   and indemnity attached to it, or is that a separate --
15            MS. MAKAREWICZ:  No, it's not, Your Honor.
16            THE WITNESS:  Objection.
17            THE COURT:  So is this -- just one moment.
18            Now, the question is whether the court can take
19   judicial notice of Exhibit 160, which is a proceeding from the
20   Northern District of California, Carol L. Meier.  There is no
21   certification attached to it, is there?
22            MS. MAKAREWICZ:  There's none.
23            THE COURT:  So, I mean, at this point I'd have to
24   revisit it because you just handed me a document.  I don't know
25   what it's bone fides is; so we'll have to get into that at some
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1    later point.

 2    BY MS. MAKAREWICZ:

 3         Q.   Before you and your wife made Carol Meier's bond, you

 4    helped a woman named Zinaida Gabay, didn't you?

 5         A.   We did our best.

 6         Q.   I'd like for you to turn to exhibit --

 7              THE WITNESS:  Objection, Your Honor.  There's no

 8    firsthand witness to back up anything she is saying.

 9              Is Mr. Gabay going to testify?

10              THE COURT:  Objection is overruled.

11              THE WITNESS:  Okay.

12              MS. MAKAREWICZ:  I'd like for the witness to turn his

13    attention to exhibits 162 and let me know when he's ready.

14              THE COURT:  Just one moment.  The exhibits that I

15    have are the -- in some disarray; so I don't know what 162 is.

16    Generally, I have these documents which are in loose form.  Let

17    me see if I can get to 162.

18              I don't seem to have a tab for 162.

19              MS. MAKAREWICZ:  If it please the court, I'm happy to

20    pass up another copy.

21              THE COURT:  Would you, please.

22              MS. MAKAREWICZ:  Yes.

23              May I approach?

24              THE COURT:  Yes.

25    ///

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    BY MS. MAKAREWICZ:

2         Q.   Do you recognize this document, sir?

3         A.   As what?

4         Q.   Do you recognize this document?

5         A.   As being what?  I recognize the document, but it has

6    no relevance to what you're saying.  So, objection.

7              THE COURT:  Overruled.  He recognized the document.

8              Ask the next question.

9              MS. MAKAREWICZ:  I'm sorry?

10             THE COURT:  Ask the next question.

11             MS. MAKAREWICZ:  He doesn't --

12             THE COURT:  He said he does recognize the document.

13             MS. MAKAREWICZ:  May I move this 162 into evidence.

14             MR. BRODY:  Objection --

15             THE WITNESS:  Objection, Your Honor.

16             MR. BRODY:  -- relevance, foundation.

17             THE COURT:  Ask another question about it, and

18   then --

19   BY MS. MAKAREWICZ:

20        Q.   Did you assist, or attempt to assist, Ms. Gabay in

21   sending a bond to the State of California to free her son

22   Alexander Gabay from prison?

23        A.   I don't think we ever did that.  We were -- they

24   wanted our assistance with -- there was a whole other legal

25   aspect that had to do with his case.  So I could tell you --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    are you trying to claim that this is a bond that had something

2    to do with Alex Gabay or the Gabays?  Doesn't have their name

3    on it anywhere; that is why I objected to this, Your Honor.

4              MS. MAKAREWICZ:  The document, Your Honor, that the

5    witnesses holding up is not document 162.

6              THE WITNESS:  Okay.  Sorry.

7              Yeah, this was a list of things that the Gabays paid

8    us to do as far as legal research for their son Alex.

9              MS. MAKAREWICZ:  I'd like to move 162 into evidence.

10             THE COURT:  Received.

11             (Government's Exhibit 162 received in evidence.)

12   BY MS. MAKAREWICZ:

13        Q.   I'd like for you to take a look at 163 and 164.

14        A.   Okay.

15        Q.   Do you recognize these documents?

16        A.   No, because I never processed them or received them.

17   I don't handle finances like this.  No, I've never seen these

18   people.

19        Q.   Are you the co-owner of Heaven & Earth LLC?

20        A.   I don't handle money at all.  So I -- I think I'm on

21   the account.

22        Q.   Are you the co-owner of Heaven & Earth LLC?

23        A.   Again, I think I'm on the account.

24        Q.   Did Ms. Gabay write you checks to pay for your

25   services?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.   For legal research, yes.  Her son had a very
 2   difficult case.  We wanted to investigate -- she wanted us to
 3   investigate a bunch of stuff, and we had an itemized list here
 4   of things that we -- we run a business -- of all the stuff they
 5   asked us to do, and in the end, they wound up owing us money
 6   because they didn't pay --
 7        MR. BRODY:  Objection, nonresponsive from this point
 8   further.
 9        THE COURT:  The answer is nonresponsive.  It can be
10   stricken.
11   BY MS. MAKAREWICZ:
12        Q.   You and your wife prepared a bond for Mr. Gabay,
13   right?
14        A.   Does this have anything to do with --
15             Objection, Your Honor, as to relevance.
16        THE COURT:  Overruled.
17        THE WITNESS:  Exception.
18   BY MS. MAKAREWICZ:
19        Q.   Did you and your wife prepare a bond for Alexander
20   Gabay?
21        A.   I can't remember.
22        Q.   Is Mr. Gabay still in prison?
23        A.   Yeah, because the Gabays didn't want to complete the
24   process.  They --
25             MR. BRODY:  Objection, nonresponsive beyond the word
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    "yes," Your Honor.

 2            THE COURT:  Just one moment, Mr. Morton.

 3            What was the objection?

 4            MR. BRODY:  The objection was that the answer was

 5    nonresponsive after Mr. Morton said the word "yes."

 6            THE COURT:  And the answer "yes" stands.

 7            MR. BRODY:  And the rest is stricken, Your Honor?

 8            THE COURT:  Stricken.

 9            MR. BRODY:  Thank you.

10    BY MS. MAKAREWICZ:

11        Q.  Before Carol Meier came on your show in 2013, and

12    before your contract or business services rendered to -- I'm

13    sorry, Your Honor.  May I publish this exhibit?

14            THE COURT:  Which exhibit?

15            MS. MAKAREWICZ:  162.

16            THE COURT:  Yes.

17    BY MS. MAKAREWICZ:

18        Q.  The date of this invoice is December 13, 2012.

19                Is that correct?

20        A.  It's not the original, but that's what it says on

21    your paper.

22        Q.  And you charged Ms. Gabay $2,555.33.  You and your

23    wife charged that amount to Ms. Gabay for legal research

24    regarding her son.

25            MR. BRODY:  Objection, compound question.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Sustained.
 2   BY MS. MAKAREWICZ:
 3       Q.   Did you and Mrs. Morton charge Ms. Gabay $2,555.33
 4   with respect to your assistance of Alexander Gabay?
 5       A.   Yes.
 6       Q.   Prior to Ms. Gabay --
 7              THE WITNESS:  Objection to this, Your Honor.  The
 8   Gabays never completed the process.  This goes nowhere.
 9              THE COURT:  Overruled.
10   BY MS. MAKAREWICZ:
11       Q.   This morning you testified that you also said you
12   were successful in getting long-term sentences released on the
13   bond program.
14              Do you remember saying that?
15       A.   I said -- I believe I said people had done it.  I
16   believe the exact words were other people that had success.  I
17   also said I wasn't an attorney, and this was for entertainment
18   purpose only, which is the disclaimer on every one of those
19   radio programs, if you remember, ma'am.
20       Q.   Prior to your assistance, you and your wife, with
21   Mr. Gabay, you made another bond to assist someone to get out
22   of prison.
23              Do you remember?
24       A.   I don't remember, no.
25              MS. MAKAREWICZ:  Your Honor, can I have the witness
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    turn to Exhibit 161.
 2              THE COURT:  Just look at 161, without any comment.
 3              THE WITNESS:  Okay.
 4    BY MS. MAKAREWICZ:
 5         Q.   Do you recognize this document?
 6         A.   Yes.
 7         Q.   What is it?
 8         A.   Nonnegotiable payment bond and indemnity.
 9         Q.   Is that your signature on the document?
10         A.   Only as a witness.
11         Q.   Is that your signature?
12         A.   As a witness.
13              MS. MAKAREWICZ:  Move 161 into evidence, Your Honor.
14              THE COURT:  Again, the exhibits aren't in order.  So
15    what is 161?
16              MS. MAKAREWICZ:  It is a nonnegotiable payment bond
17    and indemnity.
18              THE COURT:  In what amount?
19              MS. MAKAREWICZ:  $7 billion.
20              THE COURT:  Just one moment.
21              THE WITNESS:  Objection, Your Honor, to this because
22    she's intimating by having my signature on the document that I
23    somehow endorsed the document other than just being a witness
24    to the person who is signing the document.
25              So that's her nefarious intimation.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE COURT:  Could you hand up --

 2                MS. MAKAREWICZ:  Yes, sir --

 3                THE COURT:   -- a copy of that.

 4                I do see it, yes.  It's received.

 5            (Government's Exhibit 161 received in evidence.)

 6                MS. MAKAREWICZ:  May I publish, Your Honor?

 7                THE COURT:  Yes.

 8   BY MS. MAKAREWICZ:

 9        Q.    How much is this bond for, Mr. Morton?

10        A.    $7 billion.

11        Q.    Who is --

12        A.    "Value at par" is what it says, $7 billion U.S.D.

13        Q.    Who is the securities intermediary?

14        A.    The intermediary, just the intermediary, would be

15   U.S. Dept. Treasury.

16        Q.    Who's the indemnified party?

17        A.    State of California, state capitol building,

18   indemnified parties.

19        Q.    That's your signature, sir?

20        A.    As a witness to Scott Charles Seehausen; it was his

21   bond.

22        Q.    Mr. Seehausen is still in prison, isn't he?

23        A.    He is.

24        Q.    So on your radio show that we listened to this

25   morning, you advertised certain products, right?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        A.   No.

 2        Q.   Never heard of a product named Pyradyne?

 3        A.   Pyradyne.

 4        Q.   Or Pyradyne.  Sorry.

 5        A.   Yes.

 6             Objection, Your Honor.  This has no relevance to

 7   anything --

 8             THE COURT:  What is that now?

 9             MR. BRODY:  Objection, relevance, Your Honor.

10             THE COURT:  It's just a foundational question.  I

11   have no idea what is coming up.  Do you?

12             MR. BRODY:  I don't, Your Honor.

13             THE COURT:  I'll have to wait for the next question.

14   I can't get an offer of proof on every question.

15   BY MS. MAKAREWICZ:

16        Q.   Do you advertise for Fame Financially Acclaimed

17   Marketing Enterprises on your radio show?

18        A.   No.

19             MS. MAKAREWICZ:  Your Honor, I'd like the witness to

20   look at Exhibit 157.

21             Let me know when you're finished.

22             THE COURT:  Just let me get to 157.

23             MR. BRODY:  I'm objecting as to relevance.  If this

24   is going to be a series of questions, I would ask that we can

25   come sidebar and ask if we can discuss it because I don't know
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    what's coming.
 2              THE COURT:  All right.  Let's go to sidebar.
 3              I think we have to take a short recess for the jury's
 4    convenience.  So let's do that.
 5         (Proceedings held outside the presence of the jury:)
 6              THE COURT:  Since we're outside the presence of the
 7    jury, would everyone return to their positions, and we can hear
 8    whatever is going to be argued in open court.
 9              Can you give Mr. Brody and the court some general
10    idea of you're going.
11              MS. MAKAREWICZ:  These are two checks, one -- both
12    made to Heaven & Earth, one in 2010 and one in 2012.  And I
13    would like have these identified and then moved into evidence
14    to show receipt of income by the Mortons that was not reported
15    on their income tax returns.
16              THE COURT:  You mean the $2,000?
17              MS. MAKAREWICZ:  And the 3500, yes.
18              THE COURT:  What is the relevance of that in light of
19    the charges?  In other words, there's no charge of tax evasion
20    or even a false income tax return.
21              THE WITNESS:  Thank you, Your Honor --
22              THE COURT:  What was that?
23              THE WITNESS:  Thank you, sir.
24              THE COURT:   Oh.
25              So how does this sufficiently relate to the charges?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            MS. MAKAREWICZ:  That the Mortons received income,

 2    legitimate income, but do not report it on their income tax

 3    returns.

 4            THE COURT:  So you're saying -- "legitimate" is a

 5    term that's been used in various ways in this case.

 6            What do you mean by "legitimate" in terms of this

 7    check?

 8            MS. MAKAREWICZ:  With respect to the Serenity Health

 9    Organization and the New Life Expo, Mr. Morton testified

10    earlier this morning that he speaks at such events and this

11    check goes --

12            THE COURT:  What was that again?

13            MS. MAKAREWICZ:  The 156, Serenity Health

14    Organization, New Life Magazine --

15            THE COURT:  156.  Let me see that one.  Okay.  Hold

16    it.  156.  Okay.

17            So 156 is a check from the Serenity Health

18    Organization to Heaven & Earth in the amount of $3500, and I

19    see it now.  Again, how does this tie in?

20            MS. MAKAREWICZ:  That the defendants earned an income

21    through legitimate commercial paper but do not report that

22    income on any tax returns but instead file false tax returns

23    reporting fake OID income or no income at all.

24            MR. BRODY:  Your Honor --

25            THE WITNESS:  Objection.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            MR. BRODY:   -- it's not probative of any element of
 2   any crime charged in this case.  It's totally irrelevant.
 3            THE COURT:  I mean, it would show that the tax
 4   returns that they filed, if the offer of proof is correct,
 5   don't reflect this check.
 6            Was there any income at all reported in the relevant
 7   time year, that would be the tax year of 2010?
 8            Did the tax returns of the Mortons or Mr. Morton
 9   reflect any income?
10            MS. MAKAREWICZ:  Mr. Morton didn't file a tax return
11   in 2010, Your Honor.
12            THE COURT:  And so that gets to the question of
13   whether he was required to because the minimum amount required
14   for filing a tax return has increased over the years.  I don't
15   know specifically what it was in 2010, but my sense is it's
16   more than $3500.
17            MR. BRODY:  Certainly I think that's exactly the
18   problem, Your Honor.  In addition the government would have to
19   bring in an expert to tell us that this is even the sort of
20   income that must be reported or where it would be reported.
21            THE COURT:  And then there is also the issue which,
22   we haven't explored, but which has been mentioned that Heaven &
23   Earth is a nonprofit organization.
24            MR. BRODY:  Correct.
25            THE COURT:  And if it is, it would have different
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    filing requirements.  It injects a whole series of collateral
 2    matters.  I can't parse that out easily.
 3               MS. MAKAREWICZ:  That's fine, Your Honor.  We'll
 4    withdraw the exhibits.
 5               THE COURT:  Yes.
 6               MR. BRODY:  Could we have a brief break to use the
 7    restroom?
 8               THE COURT:  Yes.
 9               MR. BRODY:  Thank you.
10                         (Recess)
11                    (Open Court - Jury Present)
12    BY MS. MAKAREWICZ:
13         Q.   We previously discussed you speaking at the Creditors
14    in Commerce --
15               THE WITNESS:  If I -- may I revisit a question, Your
16    Honor?
17               THE COURT:  No.
18               THE WITNESS:  Just to answer the rest of her
19    question.
20    BY MS. MAKAREWICZ:
21         Q.   We previously discussed statements you made at
22    Creditors in Commerce, session 12, which is defendant Melissa
23    Morton's Exhibit B.  We had some technical difficulty, and
24    those have been resolved.
25               THE WITNESS:  May I ask if the prosecutor wants a
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    complete answer to the Alexander Gabay document?

 2             THE COURT:  No.  Let's just proceed, and after the

 3    prosecutor is finished with her questions, you have an

 4    opportunity to redirect yourself as to questions that she

 5    asked.

 6             THE WITNESS:  Understood, Your Honor.

 7             THE COURT:  Let's do it at that time.

 8             Go ahead.

 9             MS. MAKAREWICZ:  Your Honor, I would like to check to

10    see if this video clip has been admitted into evidence so I

11    might publish it.

12             THE COURT:  Yes, it is.

13    BY MS. MAKAREWICZ:

14        Q.   Mr. Morton, you were warned by attorneys that what

15    you were doing was illegal; isn't that correct?

16        A.   I have no recollection of that.

17             MS. MAKAREWICZ:  Play it.

18             (Video played.)

19             THE WITNESS:  Just one quick comment on this is that

20    we went on with --

21             THE COURT:  Just one moment, Mr. Morton, please.

22    Start again.

23             MS. MAKAREWICZ:  That's him.

24             THE COURT:  Oh, that was him?

25             MS. MAKAREWICZ:  Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                (Laughter)

 2        THE COURT:  I'm getting overwhelmed here.

 3        MS. MAKAREWICZ:  May we resume?

 4        THE COURT:  That was a moment of unexpected humor.

 5        MS. MAKAREWICZ:  Thank you, Your Honor.

 6        Please play.

 7                (Video played.)

 8  BY MS. MAKAREWICZ:

 9     Q.   You were warned by attorneys that what you were doing

10  was illegal, weren't you, Mr. Morton?

11     A.   I don't remember what attorneys.  I don't know if I

12  was just making a joke.  I don't remember anybody specifically.

13     Q.   Melissa was sitting next to you?

14     A.   I don't understand your question.

15     Q.   This person here is Melissa Morton?

16     A.   That's the top of her lovely head, yes, I think.

17        MS. MAKAREWICZ:  No further questions, Your Honor.

18        THE COURT:  You have an opportunity, if you wish,

19  Mr. Morton, to redirect, that is, to ask yourself some

20  questions but only with regard to new matters that the

21  prosecutor asked you about on cross-examination.  In other

22  words, it's not an opportunity to review what you previously

23  said on direct, but if there were some matters that you were

24  cross-examined on that you think you have to explain more than

25  you are able to on cross-examination, this is your opportunity.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    But ask yourself a question first and then go ahead.

2              DEFENDANT SEAN DAVID MORTON:  Okay.

3                    **CROSS-EXAMINATION**

4    BY DEFENDANT SEAN DAVID MORTON:

5       Q.   So the question I would ask myself is what was the --

6    what were the itemized items on the Heaven & Earth LLC document

7    preparation for Alexander Gabay, okay?  That's a question?

8              For example, on this -- Alexander is a friend,

9    and he's spending -- we think unwrongly -- a life prison

10   sentence.  His parents are very old, and they asked us to do

11   things for Alexander.  We would visit him at the prison, and

12   the very top three of this, which is a JPay for copies and

13   office supplies -- a Jpay is -- that's $603.70.  That's money

14   that you send to the prison for the person so that they can buy

15   office supplies so that they can actually help in their own

16   defense, a Jpay for computer repair.  Alexander had a computer

17   in the prison.  It got broken somehow.  So we actually -- we

18   forwarded the money -- this is why we sent the bill to the

19   Gabays -- because we spent $603.70 to help him with -- a Jpay

20   is a thing where you put on an account where you buy packets of

21   things for people that are incarcerated.

22             So we sent the $630.70 to get him office

23   supplies so he could assist in his defense.  There was a JPay

24   for computer repairs.  He had a lap top computer actually in

25   the prison.  GTL stands for Global Tel Link, which is a payment

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    for phone calls so he could actually call us, once again,

2    giving comfort to these people who are having just horrible,

3    horrible lives in there and Access Secure Pack, which is

4    supplies; typewriter ribbon; it's food that they don't get

5    there.  The typewriter ribbon was actually for his typewriter

6    so he actually typed out documents.  And then notary documents,

7    everything else, these were all to California marking

8    impression seal, all of this at the request of his parents, and

9    he himself, was for us to assist him in his defense.

10            And in the relation of our findings some things

11   in the California Code going all the way back to 1974 that had

12   to do with whether or not any judgment in California is

13   lawfully signed by a judge and not an abstract of judgment.  I

14   also point out that the -- this has been entered into evidence

15   for the jury, Your Honor?

16            THE COURT:  Yes.

17            THE WITNESS:  So, for example, just to show you that

18   this process was being used by a lot of different people, we

19   didn't do this bond.  This is by Scott Seehausen.  Scott

20   Seehousen did the bond.  All I did is, because I had his I.D.

21   and I knew who he was, I just witnessed who he was so that he

22   could submit this bond.  Now, if the seven billion sounds like

23   a crazy number, remember, in this philosophy, there's no money

24   on the private side.  There's -- whether or not every single

25   one of you there's a theory that they divide up your Social

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Security by the national debt --
 2              THE REPORTER:  Excuse me.  You need to slow down.
 3              THE WITNESS:  Where do you want me to start?
 4              THE REPORTER:  "They divide up the Social Security."
 5              THE WITNESS:  So if you take $20 trillion and you
 6   divided -- this is a theory, mind you -- you divide that by the
 7   number of Social Security cards and offset bond numbers on the
 8   back of the cards, which is what they put on Federal Reserve
 9   notes as money, that that's how much each one of you are worth.
10   There's actually a website where you can look it up.  I think
11   I'm only worth $60 billion, which is very low, but there's no
12   money.  Again, it's just that aspect because it's all Federal
13   Reserve notes, which is all private.
14              And in regards to the -- we'll talk about this later.
15   Should I mention that -- we'll talk about this later.  This is
16   the Carol Meier bankruptcy.  This was filed in 2011.  This was
17   way before --
18              THE COURT:  That's not in evidence, unless you want
19   to talk about it.
20              THE WITNESS:  Nope.  We'll talk about that later on.
21              And, again -- okay.  Was there any relevance to
22   Ms. Makarewicz's throwing spaghetti against the wall.  They're
23   just trying to just -- if any one of us had our lives dug
24   through like this, they're just throwing a bunch of crap
25   against the wall to try to make something stick.  Again, they
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   have no original documents; they have no eyewitnesses; they
 2   produced one bond, California Franchise Tax Board, and it is
 3   our contention where -- question:  Where did the bonds go?  We
 4   continue to believe because they won't give them back, that the
 5   bond's been placed on deposit with the banks, and they're
 6   earning interest, and the usual process the banks used is they
 7   take your mortgage as an example --
 8              MR. BRODY:  I'm sorry, Your Honor.  Just going to
 9   object as to foundation with respect to Mr. Morton saying "we
10   believe" in light of --
11              THE WITNESS:  Shall I say in the philosophy of
12   Brandon Adams and Winston Shrout and the people I studied with
13   and in my experience with talking to people in the banking
14   industry --
15              MR. BRODY:  I'm sorry, Mr. Morton.
16              Can I have a ruling on that objection, Your Honor?
17              THE COURT:  The objection regarding his use of "we"
18   is sustained.
19              MR. BRODY:  And that portion of the answer is
20   stricken?
21              THE COURT:  Yes.
22              MR. BRODY:  Thank you, Your Honor.
23              THE WITNESS:  The "we" has nothing to do with my
24   wife.  "We" would be people who believe what I believe, that
25   the mortgages -- your mortgage is taken, and they make a
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    photocopy of it, and they put that in the vault, a certified

2    copy, and then they start selling your mortgage or your bond or

3    whatever on the secondary bond market, which means they paid

4    your mortgage off by the time it hit the bank -- I hate to bore

5    you with the rest of it, but it's -- nothing further unless you

6    have --

7            MR. BRODY:  Your Honor, can I inquire of this

8    witness?  I believe it would be cross-examination of his

9    testimony.

10           THE COURT:  Only insofar as it concerns your client.

11   I mean.

12           MR. BRODY:  Yes, Your Honor.

13           THE COURT:  Go ahead.

14           MR. BRODY:  Thank you.

15                        **CROSS-EXAMINATION**

16   BY MR. BRODY:

17       Q.  So we saw that some of the 1040 documents did not

18   have Brandon Adams' name on them as a preparer, but he did help

19   you prepare those documents, correct?

20       A.  He and Garrett under the supervision of -- Alexander,

21   his father, a CPA, did the documents.  We provided the receipts

22   so that every single one of those entries is absolutely

23   correct, and we signed the bottom of the documents.  But,

24   again, Mr. Brody, we had no idea about any of this stuff --

25       Q.  Okay.  Thank you, Mr. Morton.  Thank you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              Now, you and Melissa Morton attend lectures of
 2   Brandon Adams before filing any 1040s based on the OID
 3   document, correct?
 4        A.   Yes.
 5        Q.   Okay.  In fact, you learned of the whole 1099 OID
 6   process from Brandon Adams, correct?
 7        A.   Yes.  He was one of many people, Jack Smith, Tony
 8   King, Gordon -- Gordon -- who else was out there?  It was a
 9   fad.  I'm an investigative reporter.  It's -- I go out into the
10   forest, and I tried stuff, and then I come back, and I'm shot
11   all full of arrows going, Hey, there's Indians in that forest.
12   That's my job.  That's why I -- you know, that's why I found
13   places like Area 51; investigating things like the Chupacabra
14   in Puerto Rico; and when I was working for Hard Copy, we did
15   stories on the TWA Flight 800; Princess Diana; JFK, Jr.  It's
16   my job investigate things, try them and see if they work and
17   then report on how things come down.  It's how I make my living
18   on my radio show; it's how I made my living as television
19   producer, as somebody who did things themselves, not just sat
20   back and read them, you know, read stuff on the Internet but a
21   person who's directly there and had the direct knowledge, which
22   is probably another reason why the government hates my guts so
23   much because, you know, I've exposed a lot of things that
24   they're up to.
25        Q.   One last question for you, Mr. Morton.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              Is it possible that you were mistaken about the
 2    radio program you listened to, and that, in fact, it was from
 3    2015?
 4        A.   Yes, yes --
 5        Q.   Thank you.  No further questions.
 6        A.   It's been a long day; I've had no sleep.  So, ladies
 7    and gentlemen of the jury, thank you for your patience.
 8              THE COURT:  You can step down.  Sir.  Thank you.
 9              Any other witnesses?
10              MR. BRODY:  Yes, Your Honor.  Defendant Melissa
11    Morton will be calling Carol Meier, and I'll have to go out and
12    fetch her myself if you just give me one moment.
13              THE COURT:  Yes.
14                        (Witness sworn.)
15              THE WITNESS:  I do.
16              THE CLERK:  Thank you.  Please state your full name
17    and spell it for the record.
18              THE WITNESS:  Carol Lee DePuydt-Meier, D-e -- capital
19    P-u-y-d-t - hyphen -- M-e-i-e-r.
20    CAROL DePUYDT-MEIER, DEFENDANT'S WITNESS, SWORN, TESTIFIED:
21                        DIRECT EXAMINATION
22    BY MR. BRODY:
23        Q.   Good afternoon, Ms. Meier.  Thank you for being here.
24        A.   Thank you.
25        Q.   Can you tell me:  How do you know Sean David Morton
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   if you know him?
 2        A.   I've known Sean, I'm guessing, for about ten years as
 3   a casual acquaintance through the Whole Life Expos that are
 4   held around the United States but every year in Northern
 5   California, and I met him through some mutual friends.  It's a
 6   mind-body-spirit type of expo, and he's been speaking there for
 7   many years, and I've gotten to know him casually through a
 8   mutual group of friends.
 9        Q.   Are you familiar with his radio program?
10        A.   I am.
11        Q.   Have you listened to that?
12        A.   I have.
13        Q.   How many times would you say listened to it?
14        A.   Gosh.
15        Q.   If you don't know, rough guess.  I mean, more than
16   ten?
17        A.   Probably, yeah.  Maybe less than ten.  Not a lot
18   because I see Sean.  You know, I see him so I don't really
19   listen to his show as much as maybe I'd like.
20        Q.   Now, were you ever a guest on his radio program?
21        A.   Yes, I was.
22        Q.   How many times were you a guest on his radio program?
23        A.   Once.
24        Q.   And in what year was that?
25        A.   I think maybe 2015, but I'm not 100 percent sure.
```

```
 1          Q.   Okay.

 2                    I'm going to play a brief excerpt from Defense

 3   Exhibit F.  If you would just listen to this for a moment.  I'm

 4   starting at time stamp 50 minutes and 27 seconds.

 5                    (Audio played.)

 6   BY MR. BRODY:

 7          Q.   I'm going to pause there at time stamp 50 minutes and

 8   40 seconds.

 9                    Do you recognize that voice.

10          A.   I do.

11          Q.   Is that you?

12          A.   Yes, it is.

13          Q.   Is that from the one time you appeared on

14   Mr. Morton's radio show?

15          A.   Yes, it is.

16          Q.   Now, did you appear on the radio show -- let me ask

17   you this:  Did Mr. Morton ever assist you in preparing a bond?

18          A.   What do you mean by "assist"?

19          Q.   Did he ever prepare a bond for you?

20          A.   Yes.

21          Q.   And was that before or after you appeared on the

22   radio show?

23          A.   Before.

24          Q.   Okay.

25                    Did Mr. Morton ever explain to you how the bond
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1    was supposed to work?

 2         A.   Yes.

 3         Q.   And what was his explanation?  What was your

 4    understanding of his explanation?

 5         A.   What I learned from Sean was -- yeah, obviously, I'm

 6    not an attorney, and I'm not schooled in law but -- so this is

 7    just generally, you know, what I understand -- is that the bond

 8    is a legal instrument that the banks have used all the time --

 9    that banks used regularly to get funds from the federal

10    reserve.  It is a legal instrument.  It has been -- it's used

11    as a credit-for-debit swap so nobody gets any money from any of

12    this because we're based -- from what I understand and what

13    I've learned from him, we're based on a fiat currency.  If this

14    was based on the gold -- if we were on the gold standard, we

15    would not be able to do any of this.

16              So that the bond, once properly prepared,

17    properly authenticated by the State of California, properly

18    notarized, properly signed, properly filed -- has to be in

19    order, has to be stamped a certain way, would then be sent to

20    the bank.  The bank would then be -- they would be able to put

21    it on deposit with the Federal Reserve and then create -- then

22    they would receive credits for that.

23              The bond that we -- that was done for me was

24    done in the amount of $5 million.  The value -- the amount that

25    the bank was stating was owed on the house was about $700,000

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    or something --
 2         Q.   Okay.  I'm sorry --
 3         A.   Am I going on too far?  Sorry.  I don't know how much
 4    you want me to say.
 5         Q.   No, that's quite all right.  Let me ask a couple of
 6    follow-up questions to narrow it down a bit.
 7              Now, you mentioned a house.  The bond was
 8    prepared for what purpose?
 9         A.   To help -- to actually take care of the bank and to
10    set off -- and this is what I've learned, the terminology I
11    learned -- set-off, settle and discharge the loan for the loan
12    that was attached to my property.
13         Q.   And the process you described earlier, that's what
14    Mr. Morton explained you to, correct?
15         A.   Yes, yes, and I obviously learned more from him as
16    well.
17         Q.   And did he strike you as knowledgeable on those
18    points?
19         A.   Extremely.
20         Q.   And did he seem credible to you?
21         A.   Very.
22         Q.   Did you ever inquire with him what his qualifications
23    were?
24         A.   Oh, gosh.  I've known Sean for ten years in that
25    regard.  We've been good friends for the -- or better friends
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    for the, you know, four years since we've been working together
2    on this.  But his credibility -- yes -- I mean, I know his
3    credentials; I know many of them.
4        Q.   Did you ever tell Mr. Morton that it appeared the
5    bond had worked?
6        A.   Yeah, I believe it worked, yeah.  I do.
7        Q.   And what made you believe that it had worked?
8        A.   Because two weeks after they got at, the foreclosure
9    was canceled, and the bank went away, and I contacted our
10   credit union -- not the credit union, the credit reporting
11   agencies, and the bank had deleted all information from my
12   account; everything was gone.  I mean, there wasn't anything on
13   it.
14       Q.   Okay.
15            Now, is that what you talked about on
16   Mr. Morton's radio show?
17       A.   Yes, yeah.
18       Q.   Okay.
19            Have you had any contact with Melissa Morton?
20       A.   Yes, I have.
21       Q.   And have you known her for the same amount of time
22   you've known Sean David Morton?
23       A.   Not as long.  Melissa didn't come to the -- you know,
24   I didn't see Melissa at the shows.  Not as long.  I've known
25   her for about -- I've known her about -- I apologize for

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    stumbling; I'm a little dry right now.  I've know here about --
 2    I think maybe four years, right around the same time?
 3         Q.   Now, Melissa Morton has never explained to you the
 4    workings of the bond, correct?
 5         A.   Oh, no, never.
 6         Q.   She's never described any of the legal processes to
 7    you.
 8         A.   No.
 9         Q.   She's never quoted any case law to you.
10         A.   No.
11         Q.   She's never cited any statutes to you.
12         A.   Never.
13         Q.   And she never suggested to you that she might think
14    this bond process was illegal somehow, correct?
15         A.   Never.
16         Q.   Okay.
17              Those are all of the questions I have at the
18    moment, Ms. Meier.  Thank you very much.
19              THE COURT:  Did you have any further questions,
20    Mr. Morton?
21              DEFENDANT SEAN DAVID MORTON:  Yes.  I do.  Thank you.
22                      **DIRECT EXAMINATION**
23    BY DEFENDANT SEAN DAVID MORTON:
24         Q.   Hello, Carol.
25         A.   Hi.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        Q.   Let's just straighten this out.

 2             You had a bankruptcy in 2011, right?

 3        A.   Yes, I did.

 4        Q.   Again, did it have anything to do with the bond

 5   process?

 6        A.   No, it had nothing -- no, we hadn't done the bond.

 7   This is before you and I ever began.

 8        Q.   Do you mind telling me the reasons behind the

 9   bankruptcy.

10        A.   I'd been in foreclosure for seven -- or I was in

11   foreclosure for seven years with U.S. Bank, and this was a

12   strategic move to stop the foreclosure and to go for loan

13   modification at the time.

14        Q.   All right.

15             When we met at the -- at the Whole Life Expo, I

16   believe in San Mateo -- I think -- not met, but when we saw

17   each other again in San Mateo -- could you just describe for me

18   what you said to me at that time about what your situation

19   was -- your rather -- you described, I think, as your dire

20   situation.

21        A.   I did, I did.  I had just finished watching one of

22   your lectures and learned a great deal about the global

23   currency; the economy; the central banking system; the

24   bankruptcies of 1933; fiat currencies.  You know, all of the

25   things -- how our banking system has evolved over time and --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   et cetera.  And so during that, I was so -- it was so

 2   informative, and at that time, was there a foreclosure -- a

 3   trustee sale scheduled for my property and I was thrilled to

 4   find a way for you to help me solve it.

 5        Q.   When you approached me at the show, how many days --

 6   do you know approximately how many days before they were going

 7   to foreclose on their house was it --

 8        A.   I don't remember, but I do remember going up to you

 9   and saying, I need your help right now.

10        Q.   Was it a week, two weeks, very short period of time

11   that you remember that they were going to foreclose -- the

12   wolves were at your door; they were going to foreclose --

13        A.   The wolves were at my door, absolutely, absolutely,

14   yeah.

15        Q.   Thank you.

16             Did -- in your experience with the bond process,

17   you came in contact with attorneys; you came in contact with

18   legal people; you came in contact with courts, et cetera,

19   et cetera.

20             How many people did you come in contact legally

21   in regards to -- after we had done the bond?

22        A.   Oh.

23        Q.   Legally -- in other words, in the legal banking,

24   courts, judges, lawyers?

25        A.   Oh, oh, my God.  Since the bond -- yes and yes and
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   yes and yes.  I mean, I've been dealing with the bank; I've
 2   been dealing with my attorney; I went over the bond with my
 3   attorney.  The court system -- yes, I've been involved with
 4   numerous people.
 5        Q.   Okay.
 6             This is important:  Did anyone at any time tell
 7   you that this was illegal?
 8        A.   Never.
 9        Q.   Thank you.
10             Okay.  I have to ask these questions for a
11   defense:  Did you ever think I was trying to rip you off?
12        A.   No, absolutely not.
13        Q.   Did you ever think that I had a culpable state of
14   mind to rob you?
15        A.   Never.
16        Q.   Did you think that I willfully or intentionally tried
17   to steal your money?
18        A.   No.
19        Q.   Have I always been there for you when you've called?
20        A.   Yes and more.
21        Q.   Have I -- every service that you've asked me to
22   perform, have I done?
23        A.   Yes and more.
24        Q.   Thank you.
25             Trying to think of what else here.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                    Okay.  Excuse us.

 2                 (Discussion held off the record)

 3          DEFENDANT SEAN DAVID MORTON:  Since that's the --

 4   basically the gist of this entire case, I can't thank you

 5   enough for being here, for taking your time, and I very much

 6   appreciate you.  Thank you very much.

 7          No further questions, Your Honor.

 8          THE COURT:  All right.  Cross-examination.

 9          MR. HUGHES:  Thank you, Your Honor.

10                      CROSS-EXAMINATION

11   BY MR. HUGHES:

12      Q.   Good afternoon, Ms. Meier.

13      A.   Hello.

14      Q.   Would you mind turning to Exhibit 159.  It's in

15   evidence.

16              It should be in one of the piles of documents in

17   front of you.

18          THE COURT:  Is that the bankruptcy --

19          MR. HUGHES:  It is the bond, Your Honor.

20          THE COURT:  Fifty-nine?

21          MR. HUGHES:  159.  It wouldn't be in the binder.  It

22   would be a -- most recently added exhibits.

23          THE WITNESS:  Oh.

24          THE COURT:  Is that the $7 million bond?

25          MR. HUGHES:  That is correct, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                    THE WITNESS:  Five million.

 2                    MR. HUGHES:  $5 million, and I will go ahead and

 3      publish.

 4                    THE CLERK:  The exhibits are not on the witness

 5      stand.

 6                    MS. MAKAREWICZ:  It's in evidence.

 7                    THE CLERK:  Exhibit 159 placed before the witness.

 8                    THE COURT:  Is that the bond?

 9                    MR. HUGHES:  Yes, Your Honor.

10           Q.   Ms. Meier, did you receive this bond, or was it

11      issued at approximately this date?

12           A.   What do you mean did I receive it?

13           Q.   Was this the date that this bond was sent to your

14      bank or around that time?

15           A.   I won't know the date that it was actually sent to

16      the bank without looking at the certified mail and the return

17      registered receipt to give you the exact date, but, I mean,

18      this is my signature, and this is a copy -- looks like a copy

19      of the bond that was prepared for me.

20           Q.   Since the day of this bond, you've remained in

21      contact with Mr. Morton, correct?

22           A.   Yes, I have.

23           Q.   He's continued to provide you with advice?

24           A.   Yeah, he is -- yeah, he is always been a great --

25      he's been a great resource for me.  I have many resources.
```

1    Q.   You filed for bankruptcy in November of 2014, did you

2  not?

3    A.   I don't know.  I filed in 2011.  I have filed since

4  then, but I don't know -- I don't remember the exact date in

5  2014.

6    Q.   Would seeing a document refresh your recollection?

7    A.   Probably.  I'm sure I probably did.  I'm sure that

8  you're correct.

9         MR. HUGHES:  May I approach, Your Honor?

10         THE COURT:  Well, she said you're probably correct.

11         THE WITNESS:  You're probably correct.  I don't know

12  the exact date, but I've had the file -- I mean, I have filed

13  before so ...

14    Q.   Just take a look at what has been marked as Exhibit

15  160 and just take a look at it let me know when you've had a

16  chance to review it.

17    A.   There's nothing that's come up yet.

18         THE COURT:  Can you help, Paul, with 160.  160.

19         THE CLERK:  Exhibit 156 placed before the witness --

20         THE COURT:   That's 160.

21         MR. HUGHES:  It's 160, Your Honor.

22         THE CLERK:  160.

23         THE WITNESS:  Yeah, this is mine.

24  BY MR. BRODY:

25    Q.   Okay.  Would you please turn to page five of five.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                    Actually, Your Honor, may I move to admit this

 2     exhibit?

 3               THE COURT:  Yes, it's admitted.

 4               (Defendant's Exhibit 160 received in evidence.)

 5               THE WITNESS:  Okay.

 6     BY MR. HUGHES:

 7          Q.   And ask you to read this passage right there.

 8          A.   "U.S. Bank has continued to move forward with a

 9     trustee sale against my home.  That is still on calendar for

10     November 17, 2014, at 1:00 p.m.  U.S. Bank and their trustee,

11     Old Republic Default Manager Services, have ignored all my

12     efforts to resolve this matter; therefore, leaving me with

13     no" -- option -- "with no other options and not enough time in

14     order to save my home."

15          Q.   Is that your handwriting?

16          A.   Yes, it is.

17          Q.   And this is after you received your bond from

18     Mr. Morton, correct?

19          A.   Yeah -- the bond -- what is the date of the bond?

20     May 2014.  It was probably served U.S. Bank shortly thereafter,

21     and this was done on what date?  11/14.  So, yeah, this was

22     done after the bond.

23               MR. HUGHES:  No further questions.

24               MR. BRODY:  May I inquire, Your Honor?

25               THE COURT:  Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1              **REDIRECT EXAMINATION**

2     BY MR. BRODY:

3         Q.    So Ms. Meier, when you see that document which

4     indicates that you -- that there was a forced sale of your

5     home, why do you say that the bond worked?

6         A.    Because they went away.  They went away for about two

7     months, and, again, they deleted all of my -- all of their data

8     about my account or anything off of -- off the credit score; so

9     we had assumed that it was working.  And then about two months

10    later, all of a sudden they popped back up again, and, you

11    know, they've gone through -- I don't know -- how many

12    trustees, and every time they get a new trustee they try

13    again.

14        Q.    So at this point, have you given up on the utility of

15    the bond?

16        A.    No, I haven't.  I believe that it's valid; I believe

17    that it worked; I believe that they work; I believe it's a

18    legal instrument that the banks use all the time, and that

19    because I've been very fortunate enough and lucky to get the

20    education and the resource to use this avenue to take care of

21    the bank, which was not my lender but -- anyway, but to take

22    care of him -- or them and to set this off and kind of -- you

23    know, I used it, but so -- I'm sorry.  I got a little -- what

24    was the question?

25        Q.    Thank you.  That's a perfectly fine response.  Thank

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    you, Ms. Meier.

 2                    I have no further questions.

 3              THE WITNESS:  Thank you.

 4              THE COURT:  Okay.  Thank you, Ms. Meier.  You may

 5    step down.

 6              THE WITNESS:  You're welcome.

 7              THE COURT:  Thank you.

 8              THE WITNESS:  All right.  Do you want these?

 9              THE COURT:  You can leave them there.

10              Does that complete the evidence in the case?

11              MR. BRODY:  Ms. Morton has no further witnesses, Your

12    Honor.

13              THE COURT:  Government?

14              MR. HUGHES:  I have no further witnesses, Judge.

15              MS. MAKAREWICZ:  We have none.

16              THE COURT:  So members of the jury, the evidence in

17    the case is now complete on both sides, and what remains is for

18    the court to instruct you on the law which applies to this

19    case.  I didn't have any forewarning as to when the case would

20    end.  I have to discuss the jury instructions briefly with the

21    lawyers.  So I hate to make you run back and forth, but it will

22    take around 15 minutes or so.  We discussed them somewhat

23    already; then I'll instruct you on the law, and then the

24    lawyers will deliver their final arguments, and then you'll

25    have the case for decision.  So would you mind filing out for a
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   few moments.

 2        (Proceedings held outside the presence of the jury:)

 3        THE COURT:  I've prepared jury instructions based

 4   upon the submissions the parties made.  As I said yesterday,

 5   there was only one really significant issue, and that concerned

 6   whether or not the court would give a good faith instruction.

 7   And I indicated yesterday, I would, and so that's included;

 8   otherwise, the instructions are pretty much as you

 9   contemplated, but I have a complete set.  I'm going to get it

10   to you so you can look at it, and then I'll come back out, and

11   you can give me your comments whether you agree with them or

12   not and so forth.

13        MR. BRODY:  Thank, Your Honor.  Can I raise one other

14   issue?

15        THE COURT:  Yes.

16        MR. BRODY:  Is the jury going to be given a copy of

17   the indictment?

18        THE COURT:  No.

19        MR. BRODY:  And also I had previously moved under

20   Rule 29 for a dismissal, and I believe the court took that

21   under submission, but I don't know if Your Honor --

22        THE COURT:  Yes, I'm going to deny that.

23        MR. BRODY:  Thank, Your Honor.

24        THE COURT:  So I'll get that to you in a few moments.

25   I'll leave the bench for a few moments, give you a chance to
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   look them over.  The first part of them is just the general
 2   instructions which I believe apply to the case, and they're
 3   essentially taken from the Ninth Circuit Pattern Jury
 4   Instruction Model Book, and then they include an instruction
 5   about opinion evidence because of Mr. Kerr, and then that
 6   instruction about summaries in evidence.  There were some
 7   summaries in evidence.  And the rest are pretty pro forma.
 8   Then there are instructions about the elements of the offenses
 9   charged.  There's an instruction about knowingly and the good
10   faith instruction; and I think that's most of it, but you can
11   take a look at it.  Okay.
12                        (Recess)
13        (Proceedings held outside the presence of the jury:)
14             THE COURT:  Defendants and counsel are present.
15             Are there any objections to the jury instructions?
16   I'll start with the government.
17             MR. HUGHES:  No objections from the government, Your
18   Honor, except the government would like to note that in the
19   joint instruction No. 5 regarding the requirements for
20   conspiracy charge, the government did file a notice of errata
21   stating that the instruction -- when at least one overt had to
22   occur by should be changed from March 2009 to November 4, 2010,
23   to comply with the statute of limitations.
24             THE COURT:  To comply with what again?
25             MR. HUGHES:  With the statute of limitations, Your
```

```
 1   Honor.
 2             THE COURT:  What was the date -- the change?
 3             MR. HUGHES:  November 4th, 2010.
 4             THE COURT:  That should be the correct date?
 5             MR. HUGHES:  Yes, Your Honor.
 6             THE COURT:  I see.
 7             What about Mr. Brody?  What are your thoughts?
 8             MR. BRODY:  On that matter, submitted, Your Honor.
 9             THE COURT:  What about the instructions?
10             MR. BRODY:  I do have a couple of points.
11             THE COURT:  Yes.
12             MR. BRODY:  There's an instruction -- and I'm sorry
13   they weren't numbered --
14             THE COURT:  Yes, I ...
15             MR. BRODY:  There was an instruction that said that
16   you are instructed the Internal Revenue Service is a department
17   or agency of the United States.
18             THE COURT:  Yes.
19             MR. BRODY:  It's the same objection that I made in
20   the -- when we submitted our disputed jury instructions.  I
21   think that's an element of the offense, has to be a claim
22   against the United States, and so I think that the court would
23   be, in effect, directing a finding as to one of the elements.
24             THE COURT:  I see, but the only evidence in the case
25   was that it is ...
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            MR. BRODY:  Again, I feel it would be a fact for the

 2    jury to find.  I'm not going to say that I'm not plaining on

 3    arguing that it isn't, but, you know ...

 4            THE COURT:  Well, I'll allow the government to

 5    research that overnight and see whether that can stand as

 6    instructed or whether because it's an element, for example,

 7    in -- something that comes to mind easily -- in a bank robbery

 8    case, the fact that the bank is insured by the FDIC is an

 9    element of the offense, and proof has to be submitted that it

10    is.

11            Whether that's the same in this instance, I don't

12    know, but look at that, research that.

13            MR. BRODY:  Yes, Your Honor.

14            THE COURT:  What about you, Mr. Morton?

15            MR. BRODY:  I did have a couple of others.

16            THE COURT:  Go ahead, go ahead.

17            MR. BRODY:  Thank you, Your Honor.

18            The -- I guess you could call it -- the Jewell

19    instruction, the instruction that if you -- that "You may find

20    the defendant acting knowingly if you find beyond a reasonable

21    doubt that the defendant was aware of the high probability" --

22            THE COURT:  Where is that now?  That didn't -- where

23    is that instruction?

24            MR. BRODY:  I'm sorry.  I don't have a number on it.

25            THE COURT:  I see it.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              MR. BRODY:  Okay.  It's a willfully type instruction.

2              THE COURT:  What's the government's position?

3              MR. HUGHES:  Your Honor, the government believes this

4    instruction is appropriate in light of the evidence introduced

5    at trial.  There has been evidence introduced regarding

6    repeated attempts by government agencies and by Mr. Morton's

7    own admission that he was instructed that what he was doing was

8    illegal, and that this instruction is appropriate given the

9    fact that it's apparent that he may have ignored those sources

10   in favor of ones that were more favorable to him.

11             MR. BRODY:  Can I respond it to that, Your Honor?

12             THE COURT:  Yes.

13             MR. BRODY:  There is no -- there has to be sufficient

14   evidence to warrant the instruction.  There's no evidence that

15   they deliberately avoided learning the truth.  Now, they may

16   have disagreed.  Just because they didn't accept the IRS's word

17   that this is unlawful doesn't mean that they took any steps to

18   avoid learning the truth.  They had their sources of

19   information that they trusted, that they went to.  They felt

20   they had the truth; they felt they had access to the right

21   information.  There's no evidence that they stuck their heads

22   in the sand and tried to avoid knowledge about the law.

23             THE COURT:  Well, the Jewell instruction actually had

24   its beginnings in a drug case.

25             MR. BRODY:  Indeed, Your Honor.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  It's been around for a long time, maybe
 2    35, 40 years.  I'll have to think about that, but I will note
 3    your objection and decide -- you know what I'm going to do?
 4    Bring the jury down.  I'm going to send the jury home and
 5    instruct tomorrow and go from there.
 6              MR. BRODY:  Yes, Your Honor.
 7              THE COURT:  Yes.
 8              No point in keeping the jury.  We won't finish the
 9    arguments, and they will be truncated, and I think it's better
10    for everyone.
11              Anything else before the jury come in?
12              MR. BRODY:  I did have two other instructions.
13              THE COURT:  Go ahead --
14              MR. BRODY:  Should we wait --
15              THE COURT:  Start now.  It may take them a while.
16              MR. BRODY:  Yes.  There is an instruction that
17    includes the statement, "The defendants' good faith
18    disagreement with the laws or a belief that the law is
19    unconstitutional is not a defense to the crime."
20              I think under the circumstances of this particular
21    case, it sounds a bit like saying sounds -- it sounds too much
22    in contradiction to the good faith defense.  It sounds like
23    saying if Mr. Morton believed that it was legal to do these
24    things, that belief is no excuse; but, in fact, it is.  Nobody
25    here has asserted a disagreement with the laws that is not
```

1    effectively a good faith argument.  Nobody has said, you know,

2    I -- I don't think that -- or --

3           THE COURT:  In other words, I don't think that the

4    law ought to be what it is.

5           MR. BRODY:  Exactly, exactly.  The Mortons -- well,

6    certainly I believe Melissa Morton, the evidence shows that

7    she -- and as to Sean Morton as well -- genuinely believed that

8    these things were legally valid.  There's no suggestion that

9    they disagreed with the law, a substantive law.

10          THE COURT:  And that sort of comes from that *Cheek*

11   case, does it?

12          MR. HUGHES:  Yes, Your Honor.

13          THE COURT:  And how would you argue the point?

14          MR. HUGHES:  Well, Your Honor to the extent that they

15   are holding a belief that says the tax code is invalid for

16   everyone ...

17          THE CLERK:  All rise.

18                 (Open Court – Jury Present)

19          THE COURT:  Members of the jury, I'm sorry for the

20   delay in the proceedings.  It seems as though no matter how

21   hard I try in these cases, at some point this happens.  And

22   here's where we are so you understand:  As I said, I have to

23   instruct you.  That could take 20 or 25 minutes; then the

24   government has an opportunity to deliver its closing argument,

25   and then each of the defendants can give you their closing

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   argument, and then the government has an opportunity to make a
 2   rebuttal argument because the government has the burden of
 3   proof.  So in no way would we finish the arguments tonight, and
 4   we would recess at a point where someone would be in the middle
 5   of an argument, and that would be unfair to one of the parties.
 6           So my thought is this:  I thought we'd make better
 7   progress today, but we're still pretty much on the schedule
 8   that I indicated.  I think it's best that we recess for the
 9   evening and that we come back tomorrow at 9:15.  At 9:15, I
10   will promptly read the instructions to you.  Pay close
11   attention to them.  I give the instructions to you before the
12   lawyers argue so that you have a better understanding of how
13   the evidence fits the law, but I will also, when you
14   deliberate, give you a copy of these instructions -- they're
15   somewhat lengthy -- to consult if you find it necessary during
16   your deliberations.  So that's the best I can do; I'm trying as
17   hard as I can.
18           So please don't talk about the case to each other,
19   don't access any Internet.  I don't know that there is
20   anything.  If there is anything in the media, don't pay
21   attention to it, and we're getting there.  So have a pleasant
22   evening, and we'll see you tomorrow.
23       (Proceedings held outside the presence of the jury:)
24           THE COURT:  We're at the point of discussing the
25   instruction that is based upon the Cheek case.
```

```
 1              So you were about to give me your side of it.

 2              MR. HUGHES:  Thank you, Your Honor.

 3              I do believe there is a strong need for that in this

 4    case because we have seen evidence of behavior that -- or that

 5    is espousing ideas --

 6              THE COURT:  Can you go to the lectern.

 7              MR. HUGHES:  Sorry.

 8              I know that's particularly important because I tend

 9    to be soft spoken.

10              THE COURT:  Yes.

11              MR. HUGHES:  I believe that the instruction is

12    appropriate given the fact that there has been evidence sort of

13    put forward and espoused during this trial that suggests a

14    disagreement with certain laws, including the Internal Revenue

15    Code.  I would note that Mr. Morton even refused to admit that

16    he was a citizen when he was up on the stand.

17              THE COURT:  I know, but here's at least some of my

18    thinking on the issue:  The defense centers about this very

19    difficult to, frankly, rationally understand banking theory

20    about the the ability of individuals to access the Federal

21    Reserve in the same way that banks are able to.  That's one

22    cornerstone.  The other is the more difficult concept that --

23    and in that regard, the only evidence that I've heard is the

24    evidence of Kerr, who said that's not so.

25              So on the question of the fractionalization, that's
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    just another way of describing what everyone knows is the

2    multiplier effect in banking.  I mean, it's just simply that a

3    bank can lend out most of what it has, keeping some in reserve,

4    and therefore the more funds it has, theoretically the more

5    money it can lend out and make interest on.

6            And as best I can understand the defense argument,

7    it's that the defendant, because he has a fractional interest

8    in the monetary worth of the United States, or gold -- hard to

9    even describe -- that an individual can willie-nillie write a

10   check on a bank because the affect of writing a check on a bank

11   somehow increases the bank's ability to engage in this

12   multiplier affect.

13           Isn't that sort of what's going on?

14           MR. BRODY:  I believe so, Your Honor.

15           THE COURT:  And the question is those relate to the

16   bank system, they don't really relate to tax, correct?

17           MR. BRODY:  Correct --

18           THE COURT:  And Kerr did opine on the legality of

19   writing the check on nonexistent funds, didn't he?

20           MR. BRODY:  I believe so, Your Honor.

21           MR. HUGHES:  I believe so.

22           MR. BRODY:  Yes, Your Honor, and, you know, I think

23   this instruction would be appropriate if the Mortons'

24   position -- or if there was evidence that the Mortons knew the

25   bonds were illegal but thought they should be legal.  That

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1  would be a good faith disagreement with the law.  That's got
 2  nothing to do with this case; that doesn't exist in this case.
 3          Mr. Morton, can I just finish this motion?
 4          DEFENDANT SEAN DAVID MORTON:  Yes.
 5          MR. BRODY:  I think that's -- the point of the
 6  instruction is, you know, if you know something is illegal but
 7  you think it should be legal, that's not a defense; that's not
 8  an issue in this case.  I'm really afraid --
 9          THE COURT:  I mean, in a Jewell case, I have to
10  review how courts have handled this sort of putting your head
11  in the sand type of instruction.
12          MR. BRODY:  And I'm sorry, Your Honor.  I was
13  actually talking about the other instruction.  I'm sorry.
14          THE COURT:  Which one is this now -- oh, about the --
15          MR. BRODY:  Good faith disagreement with the law.
16          THE COURT:  -- good faith disagreement with the law,
17  and you're saying that the only evidence in the case is that
18  the defendants believed that their view of the law was correct.
19          MR. BRODY:  Well, they believed that the bonds were
20  legal, for example.
21          THE COURT:  Well, then, they believed they were legal
22  and what they were doing was correct.
23          MR. BRODY:  Indeed, Your Honor.
24          THE COURT:  And so -- I mean, when you peel back the
25  beginnings of some of these theories in the Jewell case, I
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  think it was someone willfully disregarding what appeared to be

2  drugs.

3          MR. BRODY:  Yes, Your Honor.

4          THE COURT:  And ...

5          MR. BRODY:  That I think the classic *Jewell*

6  instruction is when, for example, somebody who is driving a

7  truckload of stuff that they really ought to know is drugs

8  based on the surrounding circumstances, never goes back and

9  opens the trunk to look because they just don't want to know.

10 That's the sort of classic willful ignorance which I think is

11 derived from the *Jewell* case.

12         THE COURT:  How do you view the *Cheek* case as it

13 relates to this case?

14         MR. BRODY:  Well, I think *Cheek* is very much on point

15 in terms of a good faith belief is a complete defense to a

16 fraud --

17         THE COURT:  But it also talks about what you can have

18 a good faith belief in, and it makes it clear, a good faith

19 belief is not that you believe the law ought to be something

20 else.

21         MR. BRODY:  Yes, Your Honor.  That's correct.  But,

22 again, I think in this case, there's no evidence to suggest

23 that the Mortons thought the law should be otherwise.  They

24 thought that it was what it was and that they were acting

25 according to it.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  But the government says that there were

 2   warnings along the way, even from Mr. Morton's own words in one

 3   of those videos, that he was told by lawyers to the contrary,

 4   and that he was also informed by the IRS on several occasions

 5   that what he was doing wasn't lawful, and you're saying that

 6   that just goes to good faith belief?

 7            MR. BRODY:  Well, I don't think that's connected to

 8   good faith belief in the sense that I think the fact that the

 9   Mortons were told this is illegal by the IRS, they would then

10   have to take steps sort of to avoid learning the truth for the

11   Jewell instruction to apply.  In other words, not go on the

12   Internet and look at --

13            THE COURT:  But you say "take steps."  Jewell is not

14   about taking steps, Jewell is about putting your head in the

15   sand.

16            MR. BRODY:  Agreed.  That was a poor statement, but

17   they would have to have acted in a way that suggested that they

18   were trying to avoid learning the truth.  They were told by the

19   IRS; they disagreed that -- it appears that they were

20   surrounded by a group of people who said otherwise.  I think --

21   you know, the fact that they just didn't agree with the IRS or

22   didn't take the IRS's word for it, that doesn't mean that they

23   avoided learning the truth; that doesn't warrant an instruction

24   that they avoided the truth.

25            DEFENDANT SEAN DAVID MORTON:  We responded to every
```

```
 1    notice that the IRS --

 2              THE COURT:  Just one moment.  I'm going to ask you

 3    for your comments also.

 4              MR. BRODY:  I think, Your Honor, an example of where

 5    a Jewell instruction would apply in a fraud case is, you know

 6    if there was evidence that the Mortons were told by the IRS,

 7    you know -- or consulted an attorney and that attorney said,

 8    This is illegal, and that was the end of the story.  They

 9    didn't -- there was no indication that they had any other

10    sources of information; they just ceased to seek out --

11              THE COURT:  Well, I mean, that's what Mr. Morton said

12    in one part of the video, that he was told by lawyers that, You

13    can't do this, and he was basically saying, you know, It's

14    worth a shot.

15              MR. BRODY:  Well, he was saying -- he disagreed, I

16    think.  He was saying, you know, that's not --

17              THE COURT:  But on the other hand, that's what the

18    government is saying the Jewell instruction is about in this

19    case, that having that foreknowledge and being, in addition,

20    told by the IRS, which is the body that's going to pass upon

21    this ultimately, that it's not legal, he continued on; and that

22    means he was willfully blind to the truth if you follow

23    through.  You're saying not so.

24              MR. BRODY:  Not so, and I think, you know, the fact

25    that the -- first of all, I'm not sure if the IRS would be the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   final -- I think that the determination by the IRS could be
 2   appealed, for example, but I don't think the Mortons would know
 3   that anyway; I don't think there's information that they would
 4   know that.
 5            THE COURT:  But it's substantial notice.  The IRS
 6   sends the kinds of letters they did, it's substantial notice
 7   that the taxing body thinks there's something wrong and --
 8            MR. BRODY:  I agree --
 9            THE COURT:   -- and there is no evidence in the case
10   that I can recall where following that the defendants went to
11   anyone, including their gurus, and said, Hey, what do you
12   think?
13            MR. BRODY:  Well, I think it's circumstantial
14   evidence that they were surrounded by this information that
15   they were -- that they had access to people, and that those
16   people had advised them.  Just because that didn't
17   necessarily -- because there isn't evidence that that was after
18   the fact of being advised by the IRS.  I mean, if you have
19   complete confidence that what you are doing is legal and that
20   the IRS is really not an authoritative body, does the fact that
21   the IRS tells you something is illegal trigger some obligation?
22   Not necessarily.
23            THE COURT:  Well, that's the question.  That's the
24   question.
25            MR. BRODY:  Again, I think there are --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  You know, that's the point here.
 2          Do you want to make another comment?
 3          MR. HUGHES:  Just that I believe that they can argue
 4    that then, that I had this legitimate belief, and I didn't
 5    avoid learning the truth; I went and talked to them.  But if
 6    the circumstances --
 7          THE COURT:  Let's say that the willful blindness
 8    instruction wasn't given, that wouldn't prevent you from
 9    arguing the same point on the good faith issue, would it?
10          MR. BRODY:  No, Your Honor.
11          THE COURT:  So, in other words, the argument
12    regarding continuing to do the same thing after notice shows a
13    lack of good faith belief, and so I think what the objection
14    really is, is that the instruction -- so the defense would
15    argue -- focuses the jury on one aspect of good faith.
16          MR. BRODY:  Yes, Your Honor, and I think the
17    government's case is clearly that the Mortons were actively
18    engaged in a fraud.  I mean, knowingly engaged in deceiving
19    people, tricking the IRS, tricking the bond customers, trying
20    to deceive everybody.  There's no evidence to suggest that this
21    was a fraud because of laziness or because of a failure to
22    investigate or deliberate ignorance and head in the sand.  The
23    government's case is that this was a flat-out, full-blown, open
24    and notorious fraud.
25          THE COURT:  All right.  I have both arguments.  I
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   haven't given Mr. Morton a chance to be heard, if you wish.

2   This may be a little beyond your pay grade here, but if you

3   wanted to be heard, I'll listen to you.

4         DEFENDANT SEAN DAVID MORTON:  Well, once again, the

5   government is trying to say that we somehow believed that the

6   Tax Code was invalid, and that's not the case.  We filed

7   everything that we filed absolutely believing it was valid

8   within the code; and the warnings that they're talking about --

9   remember, that there was a return that was issued in April of

10  2009, and after that, there were communications from the IRS

11  that said that they owed me a grand total of another $4.5

12  million that came from three different offices:  Fresno,

13  Austin, and Philadelphia.  The warnings that they're talking

14  about did not come until Halloween, October 26th or so, which

15  is the --

16        THE COURT:  What year would that be?

17        DEFENDANT SEAN DAVID MORTON:  This is all of -- all

18  of this happened in 2009 and --

19        THE COURT:  But weren't these OID returns, some of

20  them filed after that?

21        MR. HUGHES:  Yes, Your Honor.  In August of 2010,

22  November of 2010, 2012, and then June of 2012.

23        DEFENDANT SEAN DAVID MORTON:  In the nature to try to

24  correct what was going on, again, they zeroed out everything

25  that my wife claimed that they owned, which has not been
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    brought up here.  But it's -- but, again, these warnings and

2    this stuff by the IRS, October -- like I said, Halloween of

3    2009, we're six months after a return was actually issued.  So

4    they give it to you -- actually, they audit it, said, Would you

5    like $500 more?

6         Okay.

7         Gave the return.  Then said, We owe you more money.

8    Then turned around and said -- so how am I -- how am I -- how

9    am I disagreeing with the Tax Code when this government agency

10   itself is so completely schizophrenic that doesn't know -- it

11   still to this day doesn't know much I'm supposedly owing them.

12        THE COURT:  All right.  Thank you, Mr. Morton.

13        DEFENDANT SEAN DAVID MORTON:  Can I make also for the

14   errata, again, I think it's outrageous and I object to them

15   being able to alter dates just to fit their statute of

16   limitations.  I mean, I was under the impression that statutes

17   of limitations were only three years for taxes and five years

18   for everybody else, and they waited almost to the day, seven

19   years, and then still get it all under the code claiming it's

20   one grand conspiracy because a large number of these charges

21   should have dropped off for statutes of limitations.

22        THE COURT:  The correction in the instruction has to

23   do with the date in the indictment, correct?

24        MR. HUGHES:  No, Your Honor.  The correction in the

25   indictment moves up the date of the last -- or of the overt

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    act, which the government must prove.  It requires us to prove

2    that at least one overt act happened in November of 2010 rather

3    than the more lenient standard of March 2009.

4              THE COURT:  Say that again.  March -- in the

5    indictment, the last overt act is when?

6              MR. HUGHES:  I believe the last overt act is listed

7    in 2013.

8              DEFENDANT SEAN DAVID MORTON:  Changing the date,

9    sir.

10             THE COURT:  But 2013, the conspiracy statute, it's

11   371 -- right -- of Title 18?

12             MR. HUGHES:  Yes, Your Honor.

13             THE COURT:  That's a five-year statute.

14             MR. HUGHES:  Correct, Your Honor.

15             THE COURT:  So I'm not quite understanding it.  If

16   the last overt act in the indictment is 2013, that's well

17   within the statute of limitations.

18             MR. HUGHES:  Correct, but the jury instructions

19   initially stated that the government must prove that at least

20   one overt act occurred after March of 2009, which --

21             THE COURT:  So --

22             MR. HUGHES:  -- and March of 2009 would have been

23   outside the statute of limitations.

24             THE COURT:  But the jury instruction was just not

25   consistent with the indictment, correct?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              DEFENDANT SEAN DAVID MORTON:  They're trying --

 2              THE COURT:  In other words, why did you put "2009" in

 3     the jury instruction?

 4              MR. HUGHES:  That was a typo, Your Honor.

 5              THE COURT:  That's what I'm getting.  There's no

 6     change.  It's just a wrong date in the jury instruction.

 7              MR. HUGHES:  Correct.

 8              THE COURT:  Yes.

 9              MR. BRODY:  Submitted on that point, Your Honor.

10              DEFENDANT SEAN DAVID MORTON:  They change it -- they

11     tried to change it to actually get more charges.

12              THE COURT:  I'll give this some thought, and before I

13     instruct, we'll discuss it.

14              Do you have another item?

15              MR. BRODY:  I just have one last comment, if I could,

16     Your Honor, and I'm sorry to belabor it.

17              THE COURT:  No.

18              MR. BRODY:  I just to make sure we're not confusing

19     two instructions.  On the one hand there's the deliberate

20     ignorance instruction, the Jewell instruction, and on the other

21     hand, Your Honor has a separate instruction, which says "A

22     defendant's good faith disagreement with the law, or a belief

23     that the law is unconstitutional, is not a defense to the

24     crime."

25              And I think that that phrase is -- I don't think
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    there's sufficient evidence for it, and I think it would be
2    very confusing to the jury.  I think the jury going to think to
3    themselves, Oh, well, Mr. Morton, he doesn't agree with the
4    law, and that's not a defense; so he is guilty.  But that's
5    not -- that's really not at issue in this trial.
6            THE COURT:  But the -- during the trial, it was
7    difficult to anticipate how things would evolve until today,
8    and I take it from what you said that there's no -- there's not
9    going to be any argument that what was done was lawful.  It was
10   just that what was done they believed to be lawful.
11           MR. BRODY:  That will be Melissa Morton's argument,
12   Your Honor, that if --
13           THE COURT:  What will your argument be, Mr. Morton?
14   This is something that I want you to answer as directly as you
15   can; then you can explain it.
16           Are you going to argue to the jury that the offhand
17   comments that you've made throughout the trial about the
18   Constitution and the tax system and the gold standard and the
19   like, that that's really the way things are, or are you going
20   to argue that you had that belief based upon what you learned
21   from these gurus and followed?  What will it be?
22           DEFENDANT SEAN DAVID MORTON:  That mostly from -- as
23   far as the 1099-OID stuff goes, that had to do with following
24   Brandon Adams and his father, Alexander, and his brother; and
25   then as far as the bonds go, again, we had good faith because
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   they had worked with Carol Meier, and no matter what we did,

2   nobody would return the bonds --

3          THE COURT:  So you're saying to me that you don't

4   intend to tell the jury that what you -- the process you

5   followed was the law, and the government was wrong to even be

6   here in charging you based upon a violation of a law that you

7   say doesn't exist -- let me start again because I made that too

8   convoluted.

9          Are you going to limit your argument to your good

10  faith belief that what you did you believed to be lawful

11  because of all the reasons that you've given?

12         DEFENDANT SEAN DAVID MORTON:  Yes, sir.  That

13  everything was in good faith, that there was no culpability on

14  our part, and there was no willful intention to defraud anyone.

15         THE COURT:  All right.  Then I have to give this some

16  further thought.  Thank you.

17         MR. BRODY:  Thank you, Your Honor.

18         MR. HUGHES:  Thank you, Your Honor.

19             (Proceedings concluded at 4:30 p.m.)

20                      - - - - -

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1                    C E R T I F I C A T E

2

3          I hereby certify that pursuant to Section 753,

4    Title 18, United States Code, the foregoing is a true and

5    correct transcript of the stenographically reported proceedings

6    held in the above-entitled matter and that the transcript page

7    format is in conformance with the regulations of the Judicial

8    Conference of the United States.

9

10    Date:  May 24, 2017

11

12                    /S/_____

13                         Deborah K. Gackle
                             CSR No. 7106
14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

{PLAINTIFF} {WITNESSNAME}
{DEFENDANT} {DATE}

**BY DEFENDANT SEAN DAVID MORTON: [2]** 655/3 667/22
**BY MR. BRODY: [16]** 527/11 529/18 542/19 547/20 550/2 556/15 558/25 561/16 564/2 565/25 571/7 659/15 661/21 663/5 673/23 675/1
**BY MR. HUGHES: [2]** 671/10 674/5
**BY MS. MAKAREWICZ: [61]** 601/4 601/23 602/12 604/4 604/10 604/15 604/24 606/12 607/4 608/8 609/6 609/15 612/24 615/1 615/16 616/7 616/13 617/3 617/14 618/17 619/25 620/7 621/11 623/5 623/15 624/20 625/8 626/3 626/8 627/3 627/20 628/15 629/11 631/13 631/25 632/7 632/14 632/18 633/2 635/2 635/13 636/20 637/20 638/12 640/1 640/24 641/18 642/11 643/10 643/17 644/9 644/16 645/1 645/9 646/3 647/7 648/14 652/11 652/19 653/12 654/7
**DEFENDANT SEAN DAVID MORTON: [21]** 525/10 525/21 582/8 582/11 582/21 582/25 583/15 655/1 667/20 671/2 687/3 689/24 693/3 693/16 693/22 694/12 695/7 695/25 696/9 697/21 698/11
**MR. BRODY: [177]** 524/8 524/13 524/16 524/18 525/2 525/5 525/13 526/3 527/8 535/7 535/17 535/21 535/23 536/1 537/5 537/10 537/12 539/15 540/7 540/23 541/4 541/8 544/5 544/9 544/17 547/14 547/18 549/24 554/23 555/2 555/5 555/8 556/8 556/11 556/13 563/22 564/8 564/11 564/14 564/17 565/22 568/24

570/25 571/4 573/11 573/15 573/19 573/24 574/1 576/1 576/4 576/11 576/18 576/23 578/6 578/8 578/12 578/21 581/11 581/22 582/5 583/3 583/14 593/13 599/7 599/19 604/13 604/17 606/7 606/10 607/2 607/21 608/1 608/6 609/3 614/24 616/10 616/16 616/20 616/25 617/7 618/13 620/4 621/16 622/17 622/22 622/24 623/1 623/4 623/11 624/14 625/24 630/16 631/9 633/16 633/21 634/11 635/10 638/5 641/13 641/15 643/6 643/24 644/3 644/6 644/8 644/24 648/8 648/11 648/22 650/23 650/25 651/16 651/23 652/5 652/8 658/7 658/14 658/18 658/21 659/6 659/11 659/13 661/9 674/23 676/10 677/12 677/15 677/18 677/22 679/7 679/9 679/11 679/14 679/18 679/25 680/12 680/14 680/16 680/23 680/25 681/10 681/12 681/24 682/5 682/11 682/13 682/15 683/4 686/13 686/16 686/19 686/21 687/4 687/11 687/14 687/18 687/22 688/2 688/4 688/13 688/20 689/6 689/15 690/3 690/14 690/23 691/7 691/12 691/24 692/9 692/15 696/8 696/14 696/17 697/10 698/16
**MR. HUGHES: [32]** 671/8 671/18 671/20 671/24 672/1 672/8 673/8 673/20 674/22 676/13 678/16 678/24 679/2 679/4 681/2 683/11 683/13 685/1 685/6 685/10 686/20 692/2 693/20 694/23 695/5 695/11 695/13 695/17 695/21 696/3 696/6 698/17
**MS. MAKAREWICZ: [95]** 535/3 540/9 540/15 541/2 558/22 561/12 561/14 563/24 582/24 594/20 601/12

602/8 609/22 610/18 611/17 612/3 612/18 612/22 615/20 615/24 616/4 616/18 617/12 617/19 618/9 619/14 619/22 620/20 621/7 621/9 621/15 621/18 621/22 622/1 622/5 623/9 626/2 627/23 628/2 628/10 629/6 629/16 629/20 631/7 631/18 631/21 631/24 632/12 633/9 634/4 634/23 636/5 636/13 636/15 636/17 637/4 637/18 638/22 639/6 639/11 639/14 639/21 640/11 640/18 640/21 641/8 641/10 641/12 642/3 642/8 644/14 645/24 646/12 646/15 646/18 647/1 647/5 648/18 649/10 649/16 649/25 650/7 650/12 650/19 651/9 652/2 653/8 653/16 653/22 653/24 654/2 654/4 654/16 672/5 676/14
**THE CLERK: [10]** 526/7 599/21 599/23 627/1 661/15 672/3 672/6 673/18 673/21 683/16
**THE COURT: [309]**
**THE REPORTER: [9]** 526/18 529/17 534/16 539/8 586/9 586/12 589/5 657/1 657/3
**THE WITNESS: [94]** 526/9 526/20 526/23 526/25 527/2 534/17 539/9 540/13 542/12 556/14 584/13 584/25 585/23 586/4 586/7 586/11 586/14 589/7 593/17 594/22 598/9 600/9 600/11 600/23 601/16 604/3 604/20 606/8 607/23 609/5 609/17 612/19 614/23 615/21 616/3 616/17 619/16 619/21 622/7 622/9 622/14 624/25 625/2 625/25 627/2 627/19 628/11 629/7 630/19 631/12 632/3 632/21 632/25 633/20 633/24 634/19 634/21 634/25 638/7 638/24 639/5 639/15 640/6 640/10 641/14 642/5 643/16 645/6 646/2

646/20 649/20 649/22 650/24 652/14 652/17 652/24 653/5 653/18 656/16 657/2 657/4 657/19 658/10 658/22 661/14 661/17 671/22 671/25 673/10 673/22 674/4 676/2 676/5 676/7

**$**
**$1.7 [1]** 588/12
**$1.7 trillion [1]** 588/12
**$100 [1]** 634/10
**$2,000 [1]** 649/16
**$2,555.33 [2]** 644/22 645/3
**$20 [2]** 543/22 657/5
**$3500 [2]** 650/18 651/16
**$4.5 [1]** 693/11
**$450 [2]** 605/11 606/1
**$480,000 [3]** 624/7 626/14 630/12
**$5 [2]** 664/24 672/2
**$500 [1]** 694/5
**$6,000 [2]** 560/10 625/17
**$60 [1]** 657/11
**$603.70 [2]** 655/13 655/19
**$630.70 [1]** 655/22
**$7 [4]** 646/19 647/10 647/12 671/24
**$700,000 [1]** 664/25
**$8 [1]** 590/1

**,**
**'05 [2]** 554/2 554/2
**'77 [1]** 590/16
**'90s [1]** 529/8
**'99 [2]** 530/12 530/13

**.**
**.999 [1]** 588/4

**/**
**/S [1]** 699/12

**0**
**00 [2]** 541/10 573/18
**09 [1]** 614/13

**1**
**1-308 [2]** 526/16 565/12
**10 [2]** 590/25 591/3
**100 [1]** 662/25
**1040 [5]** 530/21 550/8 579/5 581/5 659/17
**1040s [1]** 660/2
**1099 [15]** 530/25

546/4 550/24 552/9 552/21 553/11 553/17 556/17 559/2 577/10 578/2 593/19 594/13 625/6 660/5
**1099-OID [1]** 697/23
**1099A [1]** 552/4
**11 [2]** 610/5 610/9
**11/14 [1]** 674/21
**12 [6]** 543/4 543/4 543/6 543/7 591/3 652/22
**12A [1]** 543/7
**13 [4]** 565/24 578/14 619/16 644/18
**14 [5]** 576/8 594/15 611/1 637/9 674/21
**1400 [1]** 521/8
**146 [2]** 609/24 610/10
**147 [1]** 610/19
**14th [3]** 591/19 601/7 601/22
**15 [3]** 541/10 573/2 676/22
**15-611-SVW [1]** 520/8
**150 [1]** 532/8
**152 [1]** 523/9
**156 [5]** 650/13 650/15 650/16 650/17 673/19
**157 [2]** 648/20 648/22
**159 [7]** 636/18 636/25 637/15 637/18 671/14 671/21 672/7
**16 [7]** 576/21 576/25 610/5 610/16 620/25 623/17 623/21
**160 [11]** 523/12 638/24 639/10 639/19 673/15 673/18 673/18 673/20 673/21 673/22 674/4
**161 [6]** 523/11 646/1 646/2 646/13 646/15 647/5
**162 [9]** 640/13 640/15 640/17 640/18 641/13 642/5 642/9 642/11 644/15
**163 [1]** 642/13
**164 [1]** 642/13
**169 [1]** 523/10
**16th [3]** 546/22 548/3 623/7
**17 [2]** 611/1 674/10
**1787 [1]** 587/2
**17th [2]** 626/6 630/11
**18 [3]** 576/24 695/11 699/4
**1913 [1]** 543/3
**192 [4]** 587/6 587/22 588/16 591/3
**1933 [6]** 538/15

**1**

**1933...** **[5]** 538/17
587/6 591/3 592/19
668/24
**1964** **[1]** 613/15
**1971** **[1]** 606/25
**1974** **[1]** 656/11
**1977** **[2]** 589/21
592/10
**1990** **[1]** 529/11
**1991** **[1]** 528/18
**1998** **[1]** 527/19
**1:00** **[1]** 674/10
**1:20** **[1]** 599/1

**2**

**2,900** **[1]** 634/11
**2/15** **[1]** 573/2
**20** **[5]** 559/24 565/25
578/23 596/8 683/23
**20-page** **[1]** 528/13
**2000** **[3]** 603/4 603/5
603/10
**2004** **[1]** 589/25
**2005** **[2]** 610/15 626/6
**2007** **[1]** 616/10
**2008** **[3]** 535/11
539/24 545/20
**2009** **[26]** 545/20
546/22 548/4 550/19
577/24 580/6 611/10
611/13 614/8 614/15
620/25 623/7 623/17
623/21 623/24 624/6
630/11 635/1 678/22
693/10 693/18 694/3
695/3 695/20 695/22
696/2
**2010** **[12]** 610/1 614/9
614/15 649/12 651/7
651/11 651/15 678/22
679/3 693/21 693/22
695/2
**2011** **[4]** 564/8 657/16
668/2 673/3
**2012** **[4]** 644/18
649/12 693/22 693/22
**2013** **[9]** 572/8 635/17
635/23 637/12 638/11
644/11 695/7 695/10
695/16
**2014** **[5]** 637/22 673/1
673/5 674/10 674/20
**2015** **[3]** 635/10 661/3
662/25
**2017** **[4]** 520/16 524/1
599/1 699/10
**21** **[1]** 565/20
**213** **[2]** 520/25 521/16
**23** **[1]** 565/23
**23-1** **[2]** 611/18 630/2

**23rd** **[1]** 573/2
**24** **[1]** 699/10
**24-1** **[1]** 630/10
**25** **[3]** 551/10 614/12
683/23
**25-1** **[1]** 612/4
**26** **[1]** 528/17
**26th** **[1]** 693/14
**27** **[4]** 550/4 589/21
590/16 663/4
**27-1** **[1]** 612/19
**27th** **[1]** 592/10
**28** **[2]** 537/7 613/3
**29** **[1]** 677/20
**290** **[1]** 521/16

**3**

**30** **[3]** 540/23 544/3
595/16
**300** **[1]** 533/13
**308** **[2]** 526/16 565/12
**31** **[10]** 567/2 567/4
588/16 589/2 589/2
589/15 589/17 591/4
591/4 591/13
**312** **[1]** 521/9
**3123** **[2]** 589/2 591/4
**3234** **[1]** 630/4
**33** **[1]** 580/23
**3324** **[5]** 629/22
629/25 630/8 630/13
633/12
**35** **[1]** 682/2
**350** **[2]** 520/24 521/15
**3500** **[1]** 649/17
**36** **[6]** 523/7 626/24
627/1 627/2 627/24
628/2
**37** **[2]** 629/1 629/17
**371** **[1]** 695/11
**38** **[5]** 523/8 629/1
629/18 629/20 630/14
**392** **[1]** 589/15

**4**

**4/17/09** **[1]** 614/13
**40** **[3]** 576/6 663/8
682/2
**4249** **[1]** 612/5
**47** **[2]** 564/18 576/8
**48** **[3]** 568/1 591/3
591/3
**49** **[1]** 544/7
**4:30** **[1]** 698/19
**4th** **[2]** 520/24 679/3

**5**

**5/8/14** **[1]** 637/9
**50** **[4]** 551/9 602/20
663/4 663/7
**501** **[1]** 589/3
**51** **[4]** 529/12 529/12

**544/19** 660/13
**5103** **[2]** 589/15 591/4
**5118** **[1]** 588/17
**520** **[1]** 520/19
**527** **[1]** 522/5
**5294** **[1]** 521/16
**53** **[2]** 576/21 619/16
**5313** **[1]** 619/15
**535** **[1]** 523/16
**547** **[1]** 523/17
**555** **[1]** 523/18
**56** **[1]** 537/14
**564** **[1]** 523/19
**568** **[1]** 523/20
**57** **[1]** 574/3
**571** **[1]** 523/21
**573** **[1]** 523/22
**578** **[1]** 523/23
**58** **[1]** 537/4
**5891** **[2]** 613/4 614/12
**59** **[1]** 544/10
**5th** **[1]** 587/6

**6**

**601** **[1]** 522/5
**618** **[1]** 588/23
**62** **[1]** 567/11
**628** **[1]** 523/7
**629** **[1]** 523/8
**6331** **[1]** 627/11
**637** **[1]** 523/9
**642** **[1]** 523/10
**647** **[1]** 523/11
**655** **[1]** 522/5
**659** **[1]** 522/6
**661** **[1]** 522/8
**667** **[1]** 522/8
**671** **[1]** 522/8
**674** **[1]** 523/12
**675** **[1]** 522/8
**698** **[1]** 520/19

**7**

**700** **[1]** 590/6
**7106** **[1]** 699/13
**73-10** **[1]** 591/3
**7310** **[1]** 589/2
**753** **[1]** 699/3

**8**

**800** **[2]** 566/12 660/15
**8913** **[1]** 520/25
**894-8913** **[1]** 520/25

**9**

**90012** **[2]** 520/24
521/9
**90071** **[1]** 521/16
**975** **[1]** 521/15
**99** **[1]** 551/12
**9:15** **[2]** 684/9 684/9
**9:30** **[1]** 524/1

**A**

**A.M** **[3]** 524/1 528/24
529/25
**A1** **[1]** 543/6
**abandonment** **[2]**
552/4 552/11
**ability** **[2]** 685/20
686/11
**able** **[8]** 552/11 595/8
600/2 654/25 664/15
664/20 685/21 694/15
**above** **[1]** 699/6
**above-entitled** **[1]**
699/6
**absence** **[1]** 633/8
**absolutely** **[12]**
548/15 552/16 552/18
557/10 594/2 599/15
630/23 659/22 669/13
669/13 670/12 693/7
**abstract** **[1]** 656/13
**accept** **[1]** 681/16
**acceptable** **[1]** 583/3
**acceptance** **[1]**
564/20
**Accepted** **[1]** 565/4
**access** **[9]** 545/5
545/8 560/25 561/22
656/3 681/20 684/19
685/20 691/15
**accessed** **[1]** 545/9
**Acclaimed** **[1]** 648/16
**accompanied** **[3]**
552/21 561/1 622/5
**accord** **[1]** 589/17
**accordance** **[1]**
591/12
**according** **[4]** 543/20
543/23 553/21 688/25
**account** **[21]** 542/14
543/25 611/23 612/5
613/4 614/1 614/11
629/22 629/24 630/3
630/5 630/7 630/12
630/22 633/12 634/9
642/21 642/23 655/20
666/12 675/8
**accountant** **[1]** 551/22
**accounts** **[6]** 553/6
553/7 611/15 614/17
630/22 630/25
**accrued** **[1]** 592/23
**accurate** **[1]** 535/15
**accuser** **[1]** 600/2
**acquaintance** **[1]**
662/3
**acquaintances** **[1]**
574/17
**acquisition** **[1]** 552/4
**acquisitions** **[1]**
552/11

**across** **[1]** 545/3
**act** **[7]** 589/1 695/1
695/2 695/5 695/6
695/16 695/20
**acted** **[1]** 689/17
**acting** **[3]** 521/6
680/20 688/24
**actions** **[2]** 631/3
631/5
**actively** **[1]** 692/17
**acts** **[5]** 536/9 567/11
585/25 586/8 586/17
**actual** **[5]** 553/11
595/25 597/12 628/9
629/8
**actually** **[52]** 528/19
531/13 534/24 543/9
548/22 553/5 554/19
556/25 557/13 559/10
566/21 567/11 568/4
568/19 575/20 575/21
575/25 579/22 580/14
581/2 581/8 582/10
590/4 590/24 591/14
595/3 598/2 603/5
605/16 607/14 607/20
613/7 613/12 624/6
626/15 626/16 638/9
655/15 655/17 655/24
656/1 656/5 656/6
657/10 665/9 672/15
674/1 681/23 687/13
694/3 694/4 696/11
**Adams** **[52]** 531/8
531/8 531/10 532/21
533/20 533/23 534/1
536/7 536/18 536/19
537/16 540/5 541/11
542/15 546/6 546/6
546/7 546/9 546/11
546/24 547/11 550/7
550/12 550/23 553/2
553/8 553/21 554/3
555/12 555/25 558/19
570/19 585/4 593/23
594/14 594/15 615/3
615/12 615/12 616/2
616/15 616/20 617/5
617/16 618/3 620/2
620/9 620/15 658/12
660/2 660/6 697/24
**Adams'** **[8]** 537/18
542/9 544/25 548/2
548/14 554/16 594/13
659/18
**add** **[1]** 584/25
**added** **[1]** 671/22
**addition** **[3]** 553/15
651/18 690/19
**address** **[1]** 581/10
**Administration** **[2]**
611/6 612/22

**A**

**admire [1]** 577/9
**admission [1]** 681/7
**admit [6]** 563/23
564/9 568/6 618/12
674/1 685/15
**admitted [7]** 547/15
554/24 580/23 623/3
625/4 653/10 674/3
**advertise [1]** 648/16
**advertised [1]** 647/25
**advice [4]** 560/15
567/3 595/14 672/23
**advised [2]** 691/16
691/18
**affairs [1]** 588/16
**affect [2]** 686/10
686/12
**affects [1]** 587/9
**affidavit [3]** 605/8
605/9 605/24
**afraid [1]** 687/8
**after [28]** 538/17
558/9 558/10 558/15
574/18 584/9 596/13
608/18 624/7 624/24
626/13 628/23 628/24
637/10 637/10 644/5
653/2 663/21 666/8
669/21 674/17 674/22
691/17 692/12 693/10
693/20 694/3 695/20
**afternoon [2]** 661/23
671/12
**again [94]** 525/18
529/3 533/1 536/14
538/10 538/15 538/25
539/1 541/17 542/4
542/15 543/2 546/5
547/2 550/14 552/19
554/6 557/8 559/24
560/19 560/22 562/14
562/18 562/20 565/1
565/17 567/1 568/6
570/1 572/14 575/19
575/24 577/11 577/22
593/2 594/24 595/9
597/4 599/24 599/25
601/17 602/6 603/6
603/11 603/11 603/18
604/22 604/23 605/18
606/11 606/22 608/25
611/2 612/7 613/9
614/4 614/18 614/20
617/18 624/2 624/3
624/9 625/23 626/12
630/21 634/18 635/1
637/14 642/23 646/14
650/12 650/19 653/22
656/1 657/12 657/21
657/25 659/24 668/4

**668/17** 675/7 675/10
675/13 678/24 680/1
688/22 691/25 693/4
693/24 694/1 694/14
695/4 697/25 698/7
**against [15]** 525/21
538/20 539/5 539/7
539/13 592/6 592/22
596/1 597/16 604/2
605/8 657/22 657/25
674/9 679/22
**age [2]** 527/21 528/15
**agencies [2]** 666/11
681/6
**agency [4]** 567/12
567/18 679/17 694/9
**AGENT [1]** 521/11
**agents [2]** 568/6
568/14
**ago [12]** 529/3 545/20
566/8 578/18 595/16
608/20 610/18 611/11
611/13 632/17 635/2
638/10
**agree [5]** 582/25
677/11 689/21 691/8
697/3
**agreed [2]** 525/20
689/16
**Ah [1]** 627/20
**ahead [7]** 653/8 655/1
659/13 672/2 680/16
680/16 682/13
**air [1]** 569/8
**airplanes [1]** 609/17
**alcoholic [1]** 597/5
**Alex [2]** 642/2 642/8
**Alexander [17]** 531/8
546/6 546/6 546/9
546/11 594/14 594/15
641/22 643/19 645/4
653/1 655/7 655/8
655/11 655/16 659/20
697/24
**alias [2]** 627/8 628/10
**all [120]** 524/22
525/12 526/12 526/15
528/7 531/19 531/22
532/2 532/3 533/19
537/1 537/11 539/4
539/16 539/23 540/12
540/18 540/21 541/18
542/22 542/23 542/23
543/7 543/14 545/23
546/25 547/3 547/9
548/17 548/19 548/19
548/20 548/24 549/13
549/18 551/20 551/24
552/3 552/13 555/21
558/14 559/14 561/4
562/1 565/18 571/25
572/20 573/10 574/7

**576/15** 580/21 582/15
586/25 587/18 587/23
588/10 590/22 591/8
591/13 591/19 591/21
592/21 593/6 593/18
594/4 594/6 594/18
595/4 595/6 596/2
596/5 597/2 598/7
600/7 604/23 605/22
617/14 619/1 619/19
619/25 624/11 625/19
627/20 630/20 632/18
639/3 642/20 643/4
649/2 650/23 651/6
656/7 656/8 656/11
656/20 657/12 657/13
660/11 664/8 665/5
666/11 667/17 668/14
668/24 671/8 674/11
675/7 675/7 675/10
675/18 676/8 683/17
690/25 692/25 693/17
693/17 694/12 694/19
698/11 698/15
**allegations [1]** 565/9
**allow [4]** 582/1 585/18
604/19 680/4
**allowed [1]** 588/13
**allowing [2]** 585/12
593/3
**allows [1]** 588/7
**almost [3]** 548/23
591/1 694/18
**along [2]** 619/10
689/2
**alphabet [1]** 543/8
**Alpine [1]** 531/15
**already [11]** 568/11
580/23 584/23 588/12
609/24 610/5 611/18
618/14 620/23 623/22
676/23
**also [39]** 521/11
524/13 528/16 535/13
536/12 539/6 542/9
545/19 546/7 560/1
560/2 561/7 568/18
570/14 583/4 593/11
594/19 612/11 612/14
614/12 614/15 615/4
616/22 619/4 628/18
635/20 635/23 636/2
636/8 645/11 645/17
651/21 656/14 677/19
684/13 688/17 689/4
690/3 694/13
**alter [1]** 694/15
**alternative [1]** 532/17
**although [1]** 627/9
**always [6]** 549/9
550/13 557/5 590/23
670/19 672/24

**am [12]** 526/12 527/4
562/12 577/5 580/23
623/20 633/25 662/10
665/3 694/8 694/8
694/9
**ambassador [3]**
612/12 613/12 614/19
**ambassadorial [2]**
613/12 613/14
**Amendment [7]**
591/19 600/1 600/6
601/8 601/22 604/23
605/19
**America [4]** 533/4
538/9 543/3 614/3
**American [3]** 528/6
601/10 601/18
**among [1]** 586/3
**amongst [1]** 602/20
**amount [13]** 575/21
587/14 633/15 634/4
634/18 634/19 644/23
646/18 650/18 651/13
664/24 664/24 666/21
**amounts [3]** 552/22
552/23 619/5
**analogy [1]** 618/20
**Anderson [1]** 587/3
**ANGELES [9]** 520/15
520/24 521/9 521/16
524/1 548/4 580/12
599/1 606/14
**Ann [1]** 630/23
**answer [43]** 525/17
526/23 526/25 527/6
538/21 553/22 560/20
561/15 561/16 562/4
562/4 562/5 582/5
595/22 595/23 601/7
601/14 601/15 602/11
602/18 604/3 604/20
605/3 605/15 605/17
605/24 607/25 608/2
615/24 615/24 621/25
622/7 624/11 627/18
628/15 632/25 643/9
644/4 644/6 652/18
653/1 658/19 697/14
**answered [2]** 601/12
633/9
**answering [1]** 605/8
**answers [4]** 581/18
582/16 600/21 605/13
**Anthem [1]** 607/6
**anticipate [1]** 697/7
**any [60]** 525/1 525/10
529/23 555/25 557/20
557/21 561/4 565/18
566/9 566/16 569/11
569/12 580/17 582/12
590/7 590/14 592/3
592/14 593/25 594/10

**594/20** 594/20 596/5
602/10 603/9 605/17
608/2 609/19 611/25
612/2 618/13 621/3
633/14 646/2 650/22
651/1 651/2 651/6
651/9 656/12 657/21
657/23 659/24 660/2
661/9 664/11 664/11
664/15 666/19 667/6
667/9 667/11 667/19
670/6 676/19 678/15
681/17 684/19 690/9
697/9
**anybody [4]** 552/1
556/18 594/3 654/12
**anyone [6]** 531/5
559/6 616/9 670/6
691/11 698/14
**anything [29]** 543/8
545/25 554/7 565/2
565/5 569/15 574/25
584/22 586/22 586/23
586/24 593/8 593/19
595/14 597/4 608/3
631/1 631/15 632/6
633/4 640/8 643/14
648/7 666/12 668/4
675/8 682/11 684/20
684/20
**anyway [4]** 590/11
596/9 675/21 691/3
**anywhere [3]** 596/1
630/6 642/3
**apartment [2]** 550/11
550/17
**apologies [1]** 638/11
**apologize [1]** 666/25
**apparent [1]** 681/9
**apparently [3]** 530/21
553/15 618/16
**appealed [1]** 691/2
**appear [3]** 561/18
637/5 663/16
**appearance [1]**
526/13
**APPEARANCES [1]**
521/1
**appeared [6]** 575/19
617/24 663/13 663/21
666/4 688/1
**appears [7]** 566/14
587/6 629/14 630/9
637/24 639/10 689/19
**appendum [1]** 552/8
**Applicable [1]** 627/14
**applies [1]** 676/18
**apply [5]** 586/1 586/17
678/2 689/11 690/15
**appreciate [1]** 671/6
**approach [7]** 581/14
631/19 634/24 636/10

{PLAINTIFF}
{DEFENDANT}

{WITNESS NAME}
{DATE}

**A**

approach... [3]  636/19
640/23 673/9
approached [4]
529/20 574/18 581/20
669/5
approaching [1]
573/7
appropriate [5]  553/8
681/4 681/8 685/12
686/23
appropriately [1]
585/8
approximately [2]
669/6 672/11
APRIL [7]  520/16
524/1 599/1 624/10
624/12 630/11 693/9
archive [1]  574/7
are [78]  527/1 530/8
533/9 534/20 538/12
539/6 542/6 542/7
547/2 549/15 555/15
562/11 563/4 564/23
565/18 565/18 567/13
567/23 571/11 573/1
577/4 577/25 580/21
581/5 587/17 588/15
590/4 590/7 591/2
592/17 592/19 593/10
595/2 595/25 596/2
597/25 598/1 600/2
601/6 601/11 604/24
607/19 619/5 622/19
624/9 636/13 636/15
640/15 640/16 642/1
642/19 642/22 649/11
654/25 655/10 655/21
656/2 657/9 662/3
662/9 667/17 672/4
677/8 678/7 678/8
678/14 678/15 679/7
679/16 683/15 683/22
685/21 691/19 691/25
697/16 697/19 697/19
698/9
area [5]  529/12 529/12
599/13 609/21 660/13
Area 51 [1]  529/12
aren't [1]  646/14
argue [10]  600/3
600/5 602/11 621/21
683/13 684/12 692/3
692/15 697/16 697/20
argued [1]  649/8
arguing [2]  680/3
692/9
argument [12]  596/10
683/1 683/24 684/1
684/2 684/5 686/6
692/11 697/9 697/11

**697/13 698/9**
argumentative [1]
638/6
arguments [5]  548/24
676/24 682/9 684/3
692/25
Arizona [4]  556/4
559/13 564/6 566/6
around [18]  539/24
564/7 564/8 579/24
580/4 596/18 601/21
601/21 607/18 620/25
626/20 626/22 662/4
667/2 672/14 676/22
682/1 694/8
arrive [1]  553/2
arrived [1]  553/2
arrows [1]  660/11
Art [3]  528/17 528/24
530/1
article [1]  590/25
as [180]  524/10 525/1
525/16 525/16 525/16
526/6 527/3 527/6
529/4 529/4 529/6
529/8 531/21 532/6
532/10 532/17 534/5
535/5 535/16 536/8
538/2 538/7 538/25
539/1 539/5 542/4
542/15 543/5 546/15
549/10 549/13 549/13
550/5 550/12 552/7
552/7 554/11 555/21
556/10 559/16 560/25
562/25 563/25 567/10
567/11 568/15 570/1
570/3 570/14 570/23
571/10 572/22 572/25
575/19 575/24 575/24
577/1 577/9 577/9
580/5 580/12 584/25
587/5 588/3 588/9
588/16 588/19 588/23
589/13 589/16 589/18
589/20 590/20 591/7
591/9 591/15 592/13
592/25 594/8 594/8
594/13 594/23 594/23
596/6 597/8 597/8
597/8 597/12 600/14
600/15 600/22 601/19
601/19 603/1 603/2
603/2 605/17 605/17
605/21 605/22 605/25
606/17 606/23 607/15
607/22 610/22 611/4
612/11 613/11 614/2
614/4 614/18 614/21
615/18 616/9 617/1
618/11 619/19 620/5
620/11 620/11 621/5

**622/22 624/4 624/15**
624/23 625/5 628/18
631/16 633/5 633/15
633/17 637/3 638/9
641/3 641/5 642/8
642/8 643/15 646/10
646/12 647/20 648/23
653/4 657/9 658/7
658/9 659/10 659/18
660/18 660/19 662/2
662/19 662/19 664/11
665/15 665/17 666/23
666/24 668/19 673/14
676/19 677/4 677/8
679/23 680/5 683/7
683/7 683/20 683/22
684/16 684/17 686/6
688/12 697/14 697/14
697/22 697/23 697/25
697/25
Asgaard [1]  579/18
ask [50]  527/13 536/4
536/16 537/8 540/8
542/9 548/13 550/6
553/18 558/18 563/7
563/8 564/4 566/4
566/15 567/19 572/24
574/4 575/2 578/24
579/4 581/25 582/4
583/4 584/7 604/10
616/7 617/10 617/14
623/10 624/19 625/6
628/15 629/10 630/19
634/2 641/8 641/10
641/17 648/24 648/25
652/25 654/19 655/1
655/5 663/16 665/5
670/10 674/7 690/2
asked [16]  527/5
537/16 550/1 583/13
583/22 584/8 602/10
602/17 624/4 634/4
639/3 643/5 653/5
654/21 655/10 670/21
asking [8]  527/15
527/17 537/9 541/19
542/22 599/17 609/12
631/12
aspect [9]  549/6
581/21 582/3 583/10
584/24 605/20 641/25
657/12 692/15
aspects [1]  584/4
assaulted [1]  567/25
asserted [1]  682/25
assessments [1]
586/18
asset [1]  543/24
assets [1]  592/17
assist [11]  531/5
550/10 560/2 560/7
641/20 641/20 645/21

**655/23 656/9 663/17**
663/18
assistance [4]  573/7
641/24 645/4 645/20
ASSISTANT [1]  521/8
assisted [5]  531/8
546/7 550/7 575/13
575/14
associated [1]  580/19
Associates [1]  528/12
association [3]
589/13 591/10 592/21
assumed [1]  675/9
assumes [2]  616/17
617/8
assuming [1]  620/5
astrology [1]  528/16
astronomy [1]  528/16
at [230]
attached [8]  610/9
610/13 610/13 610/15
610/25 639/14 639/21
665/12
attacked [1]  567/25
attempt [3]  565/8
628/5 641/20
attempted [1]  613/10
attempting [1]  607/16
attempts [1]  681/6
attend [5]  533/16
533/18 559/18 559/20
660/1
attended [6]  532/7
548/4 552/15 552/17
618/4 618/5
attendees [2]  618/25
619/6
attending [1]  559/23
attention [15]  527/14
534/4 539/18 546/14
550/4 554/10 562/25
567/19 570/3 571/19
611/20 613/2 640/13
684/11 684/21
attorney [8]  521/6
605/22 645/17 664/6
670/2 670/3 690/7
690/7
attorneys [6]  521/8
567/16 653/14 654/9
654/11 669/17
auction [4]  574/21
574/24 575/18 635/24
audience [2]  531/14
619/4
audio [3]  554/14
554/16 663/5
audit [1]  694/4
audited [1]  619/5
August [1]  693/21
Austin [1]  693/13
authenticated [1]

**664/17**
authoritative [1]
691/20
authority [3]  588/17
589/15 591/11
authorized [1]  588/25
available [12]  524/13
545/17 545/25 553/13
553/14 553/17 570/12
570/16 570/20 571/9
595/8 627/9
avenue [1]  675/20
avoid [5]  681/18
681/22 689/10 689/18
692/5
avoided [3]  681/15
689/23 689/24
aware [5]  557/16
558/13 558/15 575/3
680/21
away [5]  587/7 625/8
666/9 675/6 675/6

**B**

B1 [3]  539/20 539/22
541/5
B2 [2]  539/22 543/6
B3 [1]  539/22
B4 [2]  539/22 544/3
B5 [3]  539/20 539/22
544/8
back [52]  524/24
529/11 537/10 542/10
542/11 542/16 543/13
549/12 550/6 550/18
553/19 554/4 561/4
562/16 568/3 568/4
569/11 569/12 576/14
577/22 580/5 589/24
593/7 594/15 595/14
596/18 596/22 597/1
597/5 597/19 598/11
611/10 611/13 614/8
614/15 618/3 619/24
628/23 630/14 634/2
640/8 656/11 657/8
658/4 660/10 660/20
675/10 676/21 677/10
684/9 687/24 688/8
575/17
backed [2]  567/15
575/17
background [4]  529/4
544/20 544/22 566/2
backing [3]  538/16
565/25 592/24
backwards [1]  570/4
bad [2]  585/15 585/16
badgering [3]  604/4
609/18 624/14
ballroom [1]  566/11
566/12
band [1]  598/4

**B**

**bank [62]** 539/1 539/2 551/4 551/5 551/8 551/8 551/12 551/12 551/17 551/17 551/18 551/20 551/25 552/3 552/5 552/7 552/10 553/4 553/7 574/19 575/17 575/19 577/12 577/12 579/11 588/9 588/20 589/13 591/9 592/20 597/15 597/22 597/22 597/22 611/15 611/23 614/17 630/4 630/7 630/25 634/9 659/4 664/20 664/20 664/25 665/9 666/9 666/11 668/11 670/1 672/14 672/16 674/8 674/10 674/20 675/21 680/7 680/8 686/3 686/10 686/10 686/16

**bank's [1]** 686/11

**banking [18]** 533/3 551/13 552/7 585/12 585/19 589/13 591/10 592/20 593/12 593/15 598/7 599/10 658/13 668/23 668/25 669/23 685/19 686/2

**bankrupt [3]** 541/24 588/14 591/19

**bankruptcies [1]** 668/24

**bankruptcy [5]** 657/16 668/2 668/9 671/18 673/1

**bankrupted [1]** 539/2

**banks [23]** 533/1 533/11 538/20 539/6 539/15 542/4 543/3 543/5 543/6 551/22 592/7 594/6 595/4 595/11 597/13 598/1 607/2 658/5 658/6 664/8 664/9 675/18 685/21

**Baptists [1]** 549/11

**based [23]** 530/25 543/16 543/23 548/17 550/8 552/13 581/17 582/15 591/8 592/2 599/9 604/23 621/25 627/9 660/2 664/12 664/13 664/14 677/3 684/25 688/8 697/20 698/6

**basically [6]** 551/19 565/19 571/23 619/20 671/4 690/13

**basis [3]** 553/1 574/8

582/18

**bastard [1]** 597/11

**Beach [2]** 531/13 550/11

**beating [1]** 597/5

**became [13]** 529/11 530/2 531/19 532/2 533/14 538/17 551/10 551/10 551/11 575/8 593/3 596/14 597/12

**because [83]** 537/23 539/2 542/17 543/9 543/21 547/3 547/6 548/8 548/24 552/9 553/23 554/1 559/25 568/14 574/24 579/22 580/11 580/21 581/2 582/2 582/24 584/8 584/11 585/12 585/19 586/22 588/6 589/22 590/24 592/5 593/3 595/1 595/6 595/17 595/19 596/14 596/20 596/21 597/13 597/18 600/15 600/19 603/6 605/15 605/16 621/2 627/19 628/9 629/16 639/24 642/16 643/6 643/23 646/21 648/25 651/13 655/19 656/20 657/12 658/4 660/23 662/18 664/12 666/8 675/6 675/19 678/5 680/6 681/16 684/2 685/4 685/8 686/7 686/10 688/9 691/16 691/17 692/21 692/21 694/20 697/25 698/7 698/11

**because before [1]** 553/23

**become [2]** 528/4 538/10

**Beer [1]** 587/2

**began [3]** 558/1 626/14 668/7

**begged [2]** 569/12 574/24

**begin [4]** 527/17 582/1 584/13 598/11

**beginning [7]** 543/18 544/3 545/16 564/15 573/18 578/10 580/24

**beginnings [2]** 681/24 687/25

**begins [1]** 584/12

**behalf [1]** 583/25

**behavior [1]** 685/4

**behind [3]** 565/15 572/23 668/8

**beings [1]** 536/15

**belabor [1]** 696/16

**belief [26]** 538/25 557/18 581/18 582/3 582/18 582/20 584/15 584/22 585/14 591/8 593/10 598/3 617/11 682/18 682/24 683/15 688/15 688/18 688/19 689/6 689/8 692/4 692/13 696/22 697/20 698/10

**beliefs [5]** 549/18 584/3 585/3 585/3 586/6

**believe [43]** 533/19 535/11 542/5 551/7 558/14 564/6 564/20 568/8 570/10 570/14 572/13 591/13 594/3 596/11 606/16 615/9 616/23 635/16 645/15 645/16 658/10 658/24 658/24 659/8 666/6 666/7 668/16 675/16 675/16 675/17 675/17 677/20 678/2 683/6 685/3 685/11 686/14 686/20 686/21 688/19 692/3 695/6

**believed [14]** 558/5 570/2 575/22 585/21 620/16 635/22 682/23 683/7 687/18 687/19 687/21 693/5 697/10 698/10

**believes [1]** 681/3

**believing [1]** 693/7

**Bell [3]** 528/17 528/24 530/1

**bench [1]** 677/25

**benefit [8]** 579/25 581/22 592/3 592/4 607/14 607/21 608/25 609/2

**benefits [1]** 603/16

**bent [1]** 532/15

**Bern [2]** 589/11 591/7

**beside [1]** 544/13

**best [12]** 527/6 536/24 542/7 551/1 564/7 570/8 584/11 638/11 640/5 684/8 684/16 686/6

**better [7]** 535/7 581/16 582/20 665/25 629/9 684/6 684/12

**between [7]** 533/2 542/1 560/23 597/18 601/21 606/23 625/6

**beyond [10]** 529/17 545/22 578/19 584/7 584/23 619/9 619/10 643/25 680/20 693/2

**Bible [2]** 547/3 548/17

**biblical [1]** 547/4

**big [4]** 533/12 533/13 548/6 575/24

**bill [7]** 543/8 543/9 543/12 543/17 588/18 590/20 655/18

**billion [6]** 590/6 646/19 647/10 647/12 656/22 657/11

**billions [1]** 543/21

**bills [4]** 543/18 589/4 589/9 591/5

**binder [7]** 527/14 534/6 546/15 567/21 626/23 626/25 671/21

**birth [6]** 537/16 537/19 537/21 537/21 538/8 538/23

**birthed [1]** 538/2

**bit [4]** 530/19 550/7 665/6 682/21

**Black's [1]** 588/7

**blended [1]** 549/19

**blind [1]** 690/22

**blindness [1]** 692/7

**blood [2]** 547/4 549/7

**blown [1]** 692/23

**Blue [1]** 607/6

**board [3]** 597/1 597/10 658/2

**body [4]** 662/6 690/20 691/7 691/20

**bogus [1]** 591/24

**bolster [1]** 557/18

**bond [74]** 542/16 543/13 543/14 571/22 572/4 574/9 574/15 575/12 589/12 591/7 595/12 597/12 597/19 597/20 597/21 597/22 625/17 635/21 636/16 637/22 638/2 638/4 638/14 638/15 638/21 639/13 640/3 641/21 642/1 643/12 643/19 645/13 645/21 646/8 646/16 647/9 647/21 656/19 656/20 656/22 657/7 658/2 659/2 659/3 663/17 663/19 663/25 664/7 664/16 664/23 665/7 666/5 667/4 667/14 668/4 668/6 669/16 669/21 669/25 670/2 671/19 671/24 672/8 672/10 672/13 672/19 672/20 674/17 674/19 674/19 674/22 675/5 675/15 692/19

**bond's [1]** 658/5

**bondage [1]** 548/19

**bonds [34]** 538/10 562/15 562/18 563/20 569/1 569/2 569/5 569/17 569/17 569/25 572/2 573/8 583/9 590/11 591/2 591/14 593/6 593/9 593/10 594/8 595/10 597/8 598/2 598/3 607/2 616/15 617/5 617/17 635/10 658/3 686/25 687/19 697/25 698/2

**bone [1]** 639/25

**book [2]** 545/2 678/4

**border [3]** 569/20 608/16 608/20

**bore [1]** 659/4

**born [1]** 538/2

**borrow [3]** 538/20 539/5 597/18

**borrowing [2]** 539/7 591/24

**borrows [1]** 597/16

**both [8]** 555/23 560/11 560/13 560/15 631/5 649/11 676/17 692/25

**bottom [8]** 532/18 548/9 629/15 636/25 637/2 637/5 637/22 659/23

**bottom there [1]** 548/9

**box [1]** 569/21

**brain [3]** 619/18 619/10 638/12

**Brando [1]** 536/19

**Brandon [59]** 531/7 531/10 531/13 531/23 532/1 532/5 532/6 532/21 534/1 536/18 536/19 536/20 538/11 540/5 541/17 542/15 542/23 542/24 543/2 543/23 544/25 545/4 545/15 546/24 547/11 548/2 548/14 549/20 550/7 550/23 551/6 555/16 553/21 554/16 555/12 555/25 557/5 558/19 559/8 559/15 570/19 585/4 593/23 594/13 615/3 616/15 616/19 617/5 617/16 618/3 620/2 620/9 620/14 624/5 658/12 659/18 660/2 660/6 697/24

**Brandon's [5]** 531/9 533/24 538/25 542/23 542/25

{PLAINTIFF}
{DEFENDANT}
{WITNESSNAME}
{DATE}

**B**

break [1] 652/6
breaking [1] 593/25
brief [2] 652/6 663/2
briefly [2] 533/20
676/20
bring [5] 572/20
599/21 609/23 651/19
682/4
BRODY [11] 521/15
524/7 526/3 540/20
576/18 583/23 584/7
599/7 649/9 659/24
679/7
Brody's [1] 583/24
broken [1] 655/17
brother [5] 531/8
533/24 546/5 546/7
697/24
brought [1] 694/1
BROWN [1] 521/6
bucks [1] 596/8
Buddhism [1] 549/11
building [1] 647/17
builds [1] 551/19
bunch [5] 577/13
587/2 636/24 643/3
657/24
burden [1] 684/2
business [5] 580/15
631/1 631/17 643/4
644/12
busted [1] 567/24
buy [3] 569/21 655/14
655/20

**C**

C3 [1] 543/6
ca [1] 546/25
calendar [1] 674/9
CALIFORNIA [33]
520/2 520/15 520/24
521/9 521/16 524/1
530/12 597/10 599/1
601/10 601/18 601/18
601/22 602/2 602/2
602/14 602/19 602/20
602/24 603/3 603/9
603/21 603/24 606/3
639/20 641/21 647/17
656/7 656/11 656/12
658/2 662/5 664/17
call [8] 532/16 537/23
551/12 572/17 637/10
637/11 656/1 680/18
called [15] 524/21
528/12 529/10 530/25
531/15 537/25 538/20
553/24 561/2 569/13
572/10 581/22 588/8
590/12 670/19

calling [4] 524/9
525/10 525/19 661/11
calls [3] 526/5 597/3
656/1
came [20] 528/20
531/15 532/6 543/25
549/12 556/24 558/14
558/15 570/10 573/10
579/8 594/8 604/12
624/7 624/10 644/11
669/17 669/17 669/18
693/12
can [120] 527/6
532/13 534/4 534/6
535/2 535/7 536/6
536/24 539/7 539/10
540/24 541/1 541/14
541/24 544/21 545/25
546/16 546/25 549/4
553/16 553/18 560/20
565/15 565/20 566/23
567/21 569/21 571/12
571/20 573/12 574/25
575/1 576/13 577/3
581/2 582/23 584/25
585/8 585/21 586/22
587/24 590/16 590/20
592/10 592/13 597/20
597/22 597/22 598/2
601/13 601/15 602/4
602/6 602/7 602/11
602/18 604/8 604/20
606/9 608/5 610/9
611/8 615/10 615/14
616/24 617/10 617/14
618/17 624/3 624/11
624/19 625/6 626/3
629/8 630/10 630/19
630/20 631/23 632/6
632/25 634/2 638/4
639/18 640/17 643/9
645/25 648/24 648/25
649/7 649/9 655/14
655/15 657/10 658/16
659/7 661/8 661/25
673/18 676/9 677/10
677/11 677/13 678/10
680/5 681/11 683/25
684/16 684/17 685/6
686/3 686/5 686/6
686/9 687/3 688/17
691/10 692/3 694/13
697/15 697/15
can't [31] 534/17
539/14 545/13 555/22
581/8 581/11 582/1
583/9 584/19 593/7
594/10 596/21 597/17
602/10 605/3 605/3
610/4 610/18 612/17
614/4 615/9 616/4
624/10 633/13 638/16

638/22 643/21 648/14
652/2 671/4 690/13
Canada [5] 580/2
580/6 580/11 580/15
612/15
Canadian [2] 580/17
581/1
Canadians [1] 580/21
canceled [5] 575/17
575/18 575/20 575/21
666/9
cannot [1] 634/13
capital [1] 661/18
capitol [1] 647/17
card [14] 542/10
542/11 542/13 542/16
543/13 543/19 543/20
553/4 580/17 580/20
581/3 598/1 611/21
614/20
cards [4] 543/24
551/18 657/7 657/8
care [3] 665/9 675/20
675/22
CAROL [20] 522/8
574/13 574/16 575/9
575/10 575/18 575/24
575/25 595/10 638/1
638/14 639/20 640/3
644/11 657/16 661/11
661/18 661/20 667/24
698/1
Carol's [1] 575/10
carried [1] 552/7
cartels [1] 533/3
case [63] 524/9 525/2
525/6 525/8 526/2
530/20 566/21 581/6
581/22 583/6 583/9
584/2 584/4 584/17
586/3 587/2 588/25
589/2 589/3 589/8
590/12 591/5 592/9
593/7 595/11 597/9
600/7 641/25 643/2
650/5 651/2 667/9
671/4 676/10 676/17
676/19 676/19 676/25
678/2 679/24 680/8
681/24 682/21 683/11
684/18 684/25 685/4
687/2 687/2 687/8
687/9 687/17 687/25
688/11 688/12 688/13
688/22 690/5 690/19
691/9 692/17 692/23
693/6
cases [2] 567/16
683/21
cash [3] 579/9 579/11
590/23
casual [1] 662/3

casually [1] 662/7
Catholics [1] 549/10
cattle [1] 591/20
cause [1] 574/22
caution [1] 585/10
ceased [1] 690/10
centers [1] 685/18
central [2] 520/2
668/23
cents [2] 551/9 551/10
certain [4] 600/16
647/25 664/19 685/14
certainly [1] 535/8
576/12 604/21 651/17
683/6
certificate [9] 537/16
537/19 537/21 537/21
537/25 538/8 538/23
569/21 588/24
certificates [2] 538/10
569/20
certification [1]
639/21
certified [2] 659/1
672/16
certify [1] 699/3
cetera [4] 543/6 669/1
669/18 669/19
chains [1] 548/25
challenge [2] 593/5
596/15
chance [10] 534/8
534/22 539/21 554/13
563/8 570/6 584/10
673/16 677/25 693/1
change [4] 679/2
696/6 696/10 696/11
changed [1] 678/22
changing [2] 622/6
695/8
Channel [1] 529/16
charge [6] 565/1
565/5 565/17 645/3
649/19 678/20
charged [5] 584/4
644/22 644/23 651/2
678/9
charges [5] 592/4
649/19 649/25 694/20
696/11
charging [1] 698/6
Charles [1] 647/20
Chase [1] 630/22
chats [1] 532/7
chattel [2] 538/25
539/1
check [12] 557/15
579/5 579/8 579/9
650/7 650/11 650/17
651/5 653/9 686/10
686/10 686/19
checked [1] 596/2

checks [5] 556/24
557/1 557/11 642/24
649/11
Cheek [4] 683/10
684/25 688/12 688/14
child [1] 597/11
Christ [2] 547/4 549/7
Christian [1] 549/12
Christianity [1]
548/17
Chupacabra [1]
660/13
church [2] 533/13
549/16
CIC [2] 547/23 548/3
Circuit [1] 678/3
circulation [3] 543/17
589/23 590/5
circumstances [4]
599/12 682/20 688/8
692/6
circumstantial [1]
691/13
cited [1] 667/11
citing [1] 592/9
citizen [7] 601/6 601/9
601/11 601/17 602/17
603/17 685/16
citizens [3] 591/19
601/22 607/20
civil [1] 594/17
claim [8] 552/11 593/7
605/7 605/10 605/22
605/23 642/1 679/21
claimed [3] 558/6
558/6 693/25
claiming [2] 569/10
694/19
claims [1] 614/22
class [4] 546/22 548/3
548/4 592/20
classes [1] 552/14
552/17 554/8 556/24
557/9 557/10 562/18
classic [2] 688/5
688/10
clear [6] 524/14
525/18 573/20 582/17
586/2 688/18
clearer [2] 524/23
581/19
clearly [3] 586/16
586/23 692/17
clerk [1] 636/8
client [3] 581/22
583/25 659/10
clients [1] 546/4
clip [13] 534/21
540/18 542/1 544/8
544/16 554/14 574/9
576/13 577/7 578/11
635/15 635/17 653/10

**C**

close [1] 684/10
closely [1] 534/1
closing [3] 596/10
683/24 683/25
closure [2] 559/5
560/3
club [1] 542/4
co [4] 566/21 567/16
642/19 642/22
co-owner [2] 642/19
642/22
coaching [3] 546/3
620/3 620/15
Coast [4] 528/24
528/24 529/25 529/25
code [14] 565/12
567/2 567/4 589/15
613/11 613/14 656/11
683/15 685/15 693/6
693/8 694/9 694/19
699/4
codified [1] 588/16
coffee [1] 531/22
cohost [1] 559/9
coin [2] 587/13 592/14
coined [2] 587/18
587/24
coins [1] 588/2
collateral [2] 539/5
652/1
collateralize [1]
592/17
collection [3] 567/12
567/18 626/20
collectively [1] 592/19
come [22] 548/20
553/11 569/23 570/9
576/14 578/16 579/7
590/10 598/11 605/19
605/23 619/24 648/25
660/10 660/17 666/23
669/20 673/17 677/10
682/11 684/9 693/14
comes [2] 680/7
683/10
comfort [1] 656/2
coming [7] 533/8
554/1 574/24 575/25
597/25 648/11 649/1
comment [5] 540/22
646/2 653/19 692/2
696/15
comments [5] 540/20
540/21 677/11 690/3
697/17
commerce [17]
534/16 534/18 538/9
538/13 539/23 544/23
544/25 546/22 547/24
547/25 569/24 569/25

570/13 570/17 570/20
652/14 652/22
commercial [8]
536/13 536/21 549/19
565/5 565/11 565/19
588/18 650/21
commercially [2]
631/4 631/6
commit [1] 547/1
common [4] 562/15
562/19 584/16 596/7
communicating [1]
547/1
communications [1]
693/10
companies [2] 580/12
598/1
company [8] 579/17
579/19 579/20 579/21
579/22 579/23 579/25
580/6
comparing [1] 618/23
compelled [4] 607/14
607/21 608/25 609/2
compensated [1]
539/15
complete [13] 539/8
539/10 582/2 582/24
584/8 584/12 643/23
653/1 676/10 676/17
677/9 688/15 691/19
completed [1] 645/8
completely [3] 531/7
543/11 694/10
complex [1] 533/12
comply [3] 527/7
678/23 678/24
component [2] 548/13
548/16
compound [2] 548/22
644/25
comprehend [1]
555/18
computed [1] 553/8
computer [5] 558/6
655/16 655/16 655/24
655/24
computers [3] 567/25
568/4 568/7
concept [5] 560/19
560/22 564/23 564/25
685/22
concepts [1] 547/2
concerned [2] 625/5
677/5
concerns [1] 659/10
concluded [1] 698/19
conference [7] 527/24
527/25 528/20 528/21
564/6 566/5 699/8
confidence [1] 691/19
confine [1] 567/5

conformance [1]
699/7
confronted [1] 608/15
confusing [2] 696/18
697/2
Congress [10] 539/11
539/13 585/25 586/8
586/17 587/5 587/16
587/17 588/1 589/1
congressional [1]
587/22
Congressman [1]
539/12
connected [1] 689/7
consider [2] 601/9
631/2
considered [2] 533/2
586/3
consistent [1] 622/20
695/25
conspiracy [6] 532/15
533/2 572/16 678/20
694/20 695/10
constantly [1] 593/5
constituting [1]
592/19
Constitution [4] 587/1
588/11 606/24 697/18
Consular [1] 613/14
consult [1] 684/15
consulted [1] 690/7
contact [8] 556/7
558/19 666/19 669/17
669/17 669/18 669/20
672/21
contacted [2] 626/19
666/9
Contactees [1] 529/11
contacting [1] 626/14
contemplate [1]
525/10
contemplated [1]
677/9
contempt [2] 600/19
600/19
content [2] 546/23
622/20
contention [1] 658/3
context [1] 587/4
continue [7] 544/16
573/25 576/2 576/18
576/20 631/5 658/4
continued [3] 672/23
674/8 690/21
continues [1] 549/24
continuing [2] 537/11
692/12
continuously [1]
530/14
contract [1] 644/12
contracted [2] 567/13
567/14

Contracts [1] 547/5
contradiction [1]
682/22
contrary [3] 594/4
622/3 689/3
contributions [1]
586/18
controlled [1] 588/7
convenience [1]
649/4
convenient [1] 598/8
convention [5] 527/21
589/4 589/9 591/5
613/14
conversation [3]
556/21 575/3 575/7
conversations [3]
556/20 575/6 611/5
convey [1] 575/2
convicted [3] 616/15
625/21 626/6
convinced [1] 597/13
convoluted [1] 698/8
copies [1] 655/12
copy [17] 529/9
532/20 566/22 572/20
629/11 629/13 629/16
636/9 636/11 640/20
647/3 659/2 660/14
672/18 672/18 677/16
684/14
corn [1] 619/2
corner [2] 538/1
636/25
cornerstone [1]
685/22
cornfield [2] 618/20
619/1
corporate [1] 538/7
corporation [4]
537/22 567/9 588/8
606/25
corporations [1]
542/5
correct [82] 524/13
541/1 544/11 547/12
547/14 557/14 557/23
569/3 569/18 571/10
572/2 573/21 574/10
578/25 581/6 581/10
581/24 603/10 604/17
606/5 606/15 606/21
607/7 607/10 608/10
608/13 608/19 609/17
610/3 611/3 611/23
614/7 614/14 615/5
615/8 615/19 616/16
616/21 617/6 617/17
618/8 621/22 622/5
623/8 623/18 623/22
624/8 629/22 630/4
634/15 637/23 639/11

644/19 651/4 651/24
653/15 659/19 659/23
660/3 660/6 665/14
667/4 667/14 671/25
672/21 673/8 673/10
673/11 674/18 679/4
686/16 686/17 687/18
687/22 688/21 693/24
694/23 695/14 695/18
695/25 696/7 699/5
correction [2] 694/22
694/24
correspond [1]
547/10
correspondence [1]
595/23
could [27] 525/14
532/16 547/7 551/8
554/4 562/8 563/8
567/5 569/15 572/17
578/25 580/14 595/16
597/6 600/19 621/4
641/25 647/1 652/6
655/23 656/1 656/22
668/17 680/18 683/23
691/1 696/15
couldn't [1] 587/8
counsel [5] 521/1
524/6 599/6 636/9
678/14
counseled [1] 557/5
countries [1] 607/15
country [3] 545/4
607/13 613/24
County [2] 556/2
604/14
couple [4] 553/21
665/5 679/10 680/15
coupon [7] 559/5
560/3 560/14 561/1
561/3 561/24 562/7
coupons [6] 560/4
560/5 560/13 560/15
561/18 583/9
course [8] 530/20
531/18 537/15 558/21
572/18 575/8 583/7
583/24
court [39] 520/1
525/15 525/24 526/18
541/4 567/16 583/18
584/16 584/20 585/8
585/24 586/15 596/1
596/4 596/21 596/21
599/11 600/4 601/2
604/12 604/17 605/2
605/6 606/1 606/3
606/3 639/7 639/10
639/18 640/19 649/8
649/9 652/11 670/3
676/18 677/6 677/20
679/22 683/18

**C**

**Courthouse [2]**
520/23 521/8
**courts [4]** 601/20
669/18 669/24 687/10
**cover [2]** 563/20
572/12
**cows [1]** 539/5
**CPA [9]** 531/9 531/18
546/6 546/7 550/15
554/7 594/13 615/5
659/21
**CR [1]** 520/8
**crap [1]** 657/24
**crazy [2]** 572/13
656/23
**create [3]** 551/15
597/23 664/21
**created [1]** 542/7
**creates [3]** 536/13
538/7 542/13
**creating [1]** 547/1
**creators [1]** 529/15
**credentials [1]** 666/3
**credibility [1]** 666/2
**credible [1]** 665/20
**credit [20]** 538/17
543/16 551/18 553/4
588/9 588/9 589/23
590/9 590/23 591/25
592/2 592/25 595/2
595/9 598/1 664/11
666/10 666/10 666/10
675/8
**credit-for-debit [1]**
664/11
**creditor [7]** 536/5
536/8 536/9 536/10
536/12 536/20 548/10
**Creditors [14]** 534/16
534/18 539/23 544/23
544/25 546/22 547/24
547/25 569/24 570/13
570/17 570/20 652/13
652/22
**Creditors-in-Commer
ce [1]** 539/23
**credits [1]** 664/22
**crime [4]** 585/14
651/2 682/19 696/24
**crimes [1]** 585/15
**criminal [4]** 533/2
565/9 594/18 626/5
**critical [1]** 599/15
**crook [1]** 597/21
**cross [20]** 522/3
540/25 581/13 582/1
582/7 582/23 584/10
584/12 598/12 601/3
601/4 607/6 654/21
654/24 654/25 655/3

659/8 659/15 671/8
671/10
**cross-examination
[13]** 581/13 582/1
584/12 598/12 601/3
601/4 654/21 654/25
655/3 659/8 659/15
671/8 671/10
**cross-examine [3]**
540/25 582/23 584/10
**cross-examined [1]**
654/24
**cross-examining [1]**
582/7
**crossed [2]** 568/12
568/13
**crows [1]** 619/1
**crushed [1]** 592/5
**crushing [1]** 594/6
**CSR [2]** 520/23
699/13
**culpability [2]** 605/9
698/13
**culpable [1]** 670/13
**curative [1]** 599/13
**currencies [1]** 668/24
**currency [8]** 543/10
587/14 590/14 590/21
592/14 592/25 664/13
668/23
**current [1]** 576/3
**currently [1]** 617/16
**CUSIP [3]** 537/24
537/24 538/1
**customers [1]** 692/19
**Customs [2]** 608/15
608/19
**cute [1]** 546/19

**D**

**D-a-v-i-d [1]** 526/10
**D-e [1]** 661/18
**D.C [1]** 601/20
**dad [3]** 531/18 594/13
597/5
**daily [1]** 574/8
**Dalai [1]** 548/22
**damage [1]** 574/22
**data [1]** 675/7
**date [28]** 535/5 623/7
623/17 624/1 624/1
624/24 624/24 626/2
630/6 635/12 637/8
637/22 644/18 672/11
672/13 672/15 672/17
673/4 673/12 674/19
674/21 679/2 679/4
694/23 694/25 695/8
696/6 699/10
**dated [1]** 530/6
**dates [2]** 624/3 694/15
**DAVID [6]** 520/9

**day [10]** 548/20
572/14 572/21 574/6
594/3 614/12 661/6
672/20 694/11 694/18
**days [5]** 595/16
597/25 628/23 669/5
669/6
**de [1]** 588/11
**dead [1]** 542/6
**deal [7]** 528/14 556/7
591/18 591/24 595/22
628/10 668/22
**dealing [3]** 587/9
670/1 670/2
**deals [3]** 562/14
562/15 562/15
**dealt [1]** 528/13
**Dean [1]** 551/21
**deaspiration [1]** 594/9
**debit [1]** 664/11
**DEBORAH [2]** 520/23
699/13
**debt [30]** 538/14
541/12 541/24 543/22
543/22 548/19 549/7
571/24 575/21 585/9
588/12 588/13 588/19
589/20 589/21 589/25
590/8 590/14 590/24
591/2 591/17 592/2
592/5 594/6 594/18
597/15 597/16 597/21
598/4 657/1
**debtor [4]** 536/12
536/12 536/22 536/22
**debtors [1]** 536/5
**debts [3]** 541/12
541/25 541/25
**deceive [1]** 692/20
**deceiving [1]** 692/18
**December [1]** 644/18
**decide [4]** 584/21
584/21 585/13 682/3
**decision [4]** 584/5
585/24 586/15 676/25
**declaratory [3]** 605/7
605/10 605/23
**declared [1]** 587/17
**deeply [2]** 585/3 586/5
**default [2]** 595/18
674/11
**defendants [8]** 520/11
524/6 599/5 650/20
678/14 683/25 687/18
691/10
**defendants' [3]**
523/14 526/2 682/17
**defense [55]** 525/2
525/6 525/7 526/5
527/10 534/5 535/2

535/21 539/18 539/20
541/5 544/2 544/8
546/15 547/18 554/11
554/11 554/24 555/2
563/1 563/9 563/23
564/11 567/19 568/15
568/24 570/4 570/5
571/4 571/17 572/25
573/15 577/2 577/3
577/4 577/15 578/6
581/17 584/22 585/17
599/16 655/16 655/23
656/9 663/2 670/11
682/19 682/22 685/18
686/6 687/7 688/15
692/14 696/23 697/4
**define [3]** 602/4 602/6
602/7
**defines [1]** 589/16
**definition [5]** 588/3
588/23 589/14 591/11
602/1
**definitions [2]** 602/3
602/7
**defraud [2]** 594/3
698/14
**delay [2]** 526/1 683/20
**deleted [2]** 666/11
675/7
**deliberate [3]** 684/14
692/22 696/19
**deliberately [1]**
681/15
**deliberations [1]**
684/16
**deliver [3]** 628/19
676/24 683/24
**Delphi [1]** 528/12
**delve [1]** 572/22
**demand [2]** 592/13
599/25
**demanding [1]** 586/24
**denied [2]** 599/19
600/8
**deny [1]** 677/22
**department [3]** 538/9
607/18 679/16
**departments [1]**
538/13
**depending [1]** 524/19
**depends [1]** 590/21
**deposit [6]** 593/10
597/14 597/15 598/4
658/5 664/21
**deposited [1]** 553/6
**Depot [1]** 569/22
**Dept [1]** 647/15
**deputy [1]** 598/3
**DePUYDT [3]** 522/8
661/18 661/20
**DePUYDT-MEIER [3]**
522/8 661/18 661/20

**derived [1]** 688/11
**describe [4]** 632/5
636/4 668/17 686/9
**described [4]** 606/23
665/13 667/6 668/19
**describing [1]** 686/1
**desire [1]** 587/22
**destroyed [2]** 593/8
593/9
**destroying [1]** 533/4
**determination [1]**
691/1
**development [1]**
577/23
**Diana [1]** 660/15
**dictionary [1]** 547/6
**did [161]** 525/18
527/20 529/1 529/10
529/23 531/5 531/10
531/25 532/21 532/24
533/5 533/16 533/18
534/1 534/19 535/9
537/18 538/21 539/24
540/5 540/7 541/20
542/11 545/5 545/8
545/11 545/15 546/9
546/1 549/17 549/20
550/9 550/10 550/23
551/1 551/21 551/22
553/1 553/11 554/3
557/18 558/2 558/4
558/13 558/18 558/22
559/6 559/16 559/18
559/20 560/1 560/1
560/2 560/4 560/7
560/17 561/6 561/8
561/10 562/21 562/23
562/24 563/20 564/25
565/8 565/11 566/2
566/5 566/15 567/2
568/9 568/18 568/19
569/23 570/8 570/19
570/22 570/23 572/6
573/6 573/23 575/2
575/12 575/22 575/24
579/7 579/9 579/11
579/22 580/2 580/16
581/6 581/10 585/14
585/22 585/23 586/4
595/22 605/15 605/22
606/16 606/16 608/15
609/12 612/6 622/9
623/23 625/23 626/8
626/10 630/7 634/9
637/8 638/19 640/5
641/20 641/23 642/24
643/19 645/3 651/8
656/20 656/20 658/3
659/17 659/18 659/21
660/14 660/19 663/16
663/17 663/19 663/25
665/17 665/20 665/22

## D

**did... [25]** 666/4
667/19 668/3 668/4
668/21 668/21 669/16
669/20 670/6 670/11
670/13 670/16 672/10
672/12 673/1 673/7
678/20 680/15 682/12
686/18 691/6 693/14
696/2 698/1 698/10
**didn't [40]** 541/25
554/7 558/3 583/21
593/19 595/15 609/11
610/17 611/22 611/25
612/2 612/6 613/5
614/16 614/18 615/13
628/19 631/9 632/12
638/14 638/15 638/17
638/19 638/21 640/4
643/6 643/23 651/10
656/19 666/23 666/24
676/19 680/22 681/16
686/19 689/21 689/22
690/9 691/16 692/14
**difference [3]** 560/23
601/21 606/22
**different [15]** 543/4
543/4 552/22 552/22
552/23 557/21 584/2
602/2 602/6 607/19
609/22 634/10 651/25
656/18 693/12
**difficult [4]** 643/2
685/19 685/22 697/7
**difficulties [1]** 619/24
**difficulty [1]** 652/23
**dinner [3]** 531/22
575/10 575/11
**diplomat [1]** 614/4
**diplomatic [1]** 607/15
**dipped [1]** 541/23
**dire [1]** 668/19
**direct [9]** 522/3
527/11 562/25 609/13
616/25 654/23 660/21
661/21 667/22
**directing [1]** 679/23
**directly [2]** 660/21
697/14
**director [1]** 572/18
**dirt [1]** 533/10
**disagreed [4]** 681/16
683/9 689/19 690/15
**disagreeing [1]** 694/9
**disagreement [7]**
682/18 682/25 685/14
687/1 687/15 687/16
696/22
**disappear [1]** 593/6
**disappeared [1]** 556/2
**disarray [1]** 640/15

**discharge [17]** 526/14
526/18 541/24 565/2
565/6 565/17 569/7
569/9 571/23 588/19
589/19 589/21 591/2
591/16 593/1 598/4
665/11
**disclaimer [1]** 645/18
**disclosed [1]** 587/11
**discount [3]** 531/2
552/9 577/11
**discuss [7]** 540/5
549/17 570/19 638/4
648/25 676/20 696/13
**discussed [5]** 572/4
577/25 652/13 652/21
676/22
**discussing [1]** 684/24
**Discussion [1]** 671/2
**dishonor [2]** 565/11
595/18
**dismiss [1]** 526/18
**dismissal [1]** 677/20
**dismissed [1]** 600/7
**disputed [1]** 679/20
**disregarding [1]**
688/1
**DISTRICT [6]** 520/1
520/2 520/5 585/25
586/16 639/20
**divide [3]** 656/25
657/4 657/6
**divided [3]** 543/3
543/23 657/6
**DIVISION [1]** 520/3
**do [137]** 524/7 525/10
528/25 529/3 529/7
530/23 537/8 542/22
546/18 548/11 550/14
551/14 551/21 554/19
557/5 557/6 558/20
560/4 562/19 562/19
566/9 568/2 569/15
569/15 571/21 572/16
574/23 575/1 575/7
578/15 579/25 580/15
581/25 582/6 582/9
582/12 582/22 584/20
584/25 585/20 586/1
592/3 593/12 596/4
596/5 597/2 597/6
597/20 597/24 599/7
599/8 600/17 600/23
601/25 602/5 605/22
606/4 608/3 609/25
617/12 617/25 618/1
618/17 618/21 618/23
618/25 619/7 621/3
621/11 621/14 623/10
627/5 627/22 630/23
631/1 631/23 632/5
632/20 633/11 635/6

635/8 636/22 637/5
639/4 641/2 641/4
641/25 642/2 642/8
642/15 643/5 643/14
645/14 645/23 646/5
647/4 648/11 648/16
649/4 650/2 650/6
650/21 653/7 655/10
656/12 656/19 657/3
658/23 661/15 661/25
663/9 663/10 663/18
664/15 666/6 667/21
668/4 668/8 669/6
669/8 672/12 675/5
676/8 679/10 682/3
682/23 684/16 685/3
687/2 688/12 690/13
691/11 692/2 692/12
694/23 696/14 697/23
**document [52]** 559/6
559/7 560/18 568/16
570/6 570/9 570/12
571/1 571/9 609/12
609/25 610/3 610/6
610/10 615/15 615/24
616/11 617/20 621/13
623/7 623/17 623/20
624/13 625/4 627/5
627/22 630/17 632/3
632/5 633/14 633/16
634/16 636/22 637/8
639/24 641/2 641/4
641/5 641/7 641/12
642/4 642/5 646/5
646/9 646/22 646/23
646/24 653/1 655/6
660/3 673/6 675/3
**documentary [1]**
529/10
**documents [23]** 531/3
531/4 531/6 554/5
565/12 567/23 568/21
570/20 570/24 606/17
623/14 634/13 639/1
640/16 642/15 656/6
656/6 658/1 659/17
659/19 659/21 659/23
671/16
**does [15]** 540/17
552/1 572/12 586/17
632/11 632/11 632/24
634/18 641/12 643/14
649/25 650/19 676/10
683/11 691/20
**doesn't [21]** 536/23
569/14 569/14 583/23
596/5 612/22 613/24
614/4 623/1 633/8
634/23 641/11 642/2
681/17 687/2 689/22
689/23 694/10 694/11
697/3 698/7

**doing [15]** 529/16
546/4 555/22 572/7
586/4 593/21 594/2
614/5 625/23 653/15
654/9 681/7 687/22
689/5 691/19
**dollar [10]** 543/8
543/9 543/11 551/8
551/9 551/11 587/18
587/24 588/3 588/3
**dollars [6]** 543/21
588/2 588/5 588/6
590/15 597/18
**domiciled [2]** 567/9
567/10
**Dominion [2]** 613/8
613/23
**don't [97]** 525/3
525/14 525/17 528/11
534/20 536/16 549/3
551/25 554/12 556/15
559/14 561/3 562/5
568/8 578/17 581/8
581/11 582/14 583/12
590/9 594/11 595/22
595/23 601/16 603/17
603/22 604/22 605/5
605/12 608/17 609/12
609/22 610/6 611/2
611/6 611/7 611/16
611/24 612/16 616/18
617/7 617/18 617/19
619/11 621/21 622/11
624/2 624/2 624/13
628/21 629/23 630/1
631/13 632/5 632/23
639/2 639/24 640/15
640/18 641/23 642/17
642/20 645/24 648/12
648/25 651/5 651/14
654/11 654/11 654/12
654/14 656/4 662/15
662/18 665/3 669/8
673/3 673/4 673/4
673/11 675/11 677/21
680/11 680/24 683/2
683/3 684/18 684/19
684/19 684/20 686/16
688/9 689/7 691/2
691/3 696/25 698/3
**done [12]** 531/7 591/1
645/15 664/23 664/24
668/6 669/21 670/22
674/21 674/22 697/9
697/10
**door [8]** 574/19 627/7
627/17 627/23 628/20
628/21 669/12 669/13
**doubt [1]** 680/21
**download [4]** 553/16
568/2 570/12 570/20
**dozens [3]** 555/15

555/15 556/19
**Dr [1]** 579/2
**draft [2]** 561/6 561/8
**drastically [1]** 561/18
**draw [8]** 527/14 534/4
548/8 554/10 567/19
570/3 571/19 613/2
**Drawing [1]** 550/4
**drawn [1]** 588/24
**drives [1]** 568/2
**driving [1]** 688/6
**dropped [5]** 627/7
627/16 627/23 628/22
694/21
**drove [1]** 604/12
**drug [1]** 681/24
**drugs [2]** 688/2 688/7
**dry [1]** 667/1
**due [2]** 588/15 592/23
**dug [1]** 657/23
**during [8]** 530/20
537/15 572/7 616/23
669/1 684/15 685/13
697/6

## E

**each [9]** 542/13 543/5
543/11 543/17 574/16
657/9 668/17 683/25
684/18
**earlier [12]** 532/10
532/11 607/9 616/19
618/2 620/24 621/20
625/10 626/13 635/4
650/10 665/13
**earlier this [1]** 621/20
**earned [1]** 650/20
**earning [1]** 658/6
**Earth [6]** 642/19
642/22 649/12 650/18
651/23 655/6
**easily [2]** 652/2 680/7
**eating [1]** 619/1
**economic [1]** 597/24
**economics [4]** 531/18
532/25 572/16 577/25
**economy [1]** 668/23
**education [2]** 553/24
675/20
**educational [2]** 603/7
603/13
**effect [3]** 541/13
679/23 686/2
**effectively [1]** 683/1
**effort [1]** 569/9
**efforts [1]** 674/12
**eight [3]** 576/15 635/1
637/9
**either [6]** 592/11
612/6 612/11 612/13
613/6 634/13
**elder [1]** 527/23

{PLAINTIFF}
{DEFENDANT}

{WITNESS NAME}
{DATE}

**E**

elders [1] 528/6
element [4] 651/1
 679/21 680/6 680/9
elements [2] 678/8
 679/23
else [9] 582/19 593/22
 613/13 656/7 660/8
 670/25 682/11 688/20
 694/18
emergency [1] 587/11
employer [1] 613/7
enacted [2] 590/13
 592/9
enamored [1] 533/15
encourage [1] 570/22
end [11] 540/22
 551/24 552/3 552/12
 584/16 595/18 597/25
 632/18 643/5 676/20
 690/8
endeavor [1] 548/10
endeavors [1] 554/2
ending [3] 630/4
 630/8 630/13
endorsed [1] 646/23
energy [3] 536/13
 536/22 542/7
engage [1] 686/11
engaged [2] 692/18
 692/18
enjoin [1] 603/19
enjoy [2] 603/16 606/5
enlighten [1] 585/6
enough [5] 542/1
 599/14 671/5 674/13
 675/19
enter [1] 607/12
entered [2] 608/18
 656/14
Enterprises [1]
 648/17
entertainment [1]
 645/17
entire [6] 526/17
 585/6 597/9 597/24
 618/8 671/4
entire void [1] 526/17
entitled [2] 553/20
 699/6
entrancing [1] 531/17
entries [1] 659/22
entry [3] 608/13
 608/24 609/8
equal [2] 587/18
 587/23
equity [3] 589/19
 591/16 592/22
equivalent [2] 590/18
 592/13
erase [1] 548/9

errata [2] 678/20
 694/14
erroneous [6] 558/8
 558/17 596/16 596/17
 626/20 628/5
erroneously [1]
 630/21
error [1] 558/7
espoused [1] 685/13
espousing [1] 685/5
essence [1] 543/14
 567/13
essentially [2] 584/6
 678/3
establish [1] 591/14
established [1]
 585/20
establishes [1]
 589/18
estimate [1] 525/1
et [4] 543/6 669/1
 669/18 669/19
et cetera [4] 543/6
 669/1 669/18 669/19
evasion [1] 649/19
even [14] 548/21
 581/8 581/22 588/13
 594/3 596/19 600/4
 607/17 649/20 651/19
 685/15 686/9 689/2
 698/5
evening [2] 684/9
 684/22
events [5] 546/3 620/3
 620/11 620/15 650/10
eventually [1] 579/18
ever [34] 530/14 532/4
 532/21 543/9 546/9
 550/18 550/23 558/19
 560/17 561/10 565/8
 566/15 569/12 570/19
 575/2 575/22 580/2
 580/16 593/25 593/25
 595/22 602/24 603/22
 622/9 641/23 662/20
 663/17 663/19 663/25
 665/22 666/4 668/7
 670/11 670/13
Everson [1] 533/21
every [20] 528/14
 532/8 551/11 565/17
 574/6 580/7 581/21
 587/18 587/24 593/7
 595/11 595/12 645/18
 648/14 656/24 659/22
 662/4 670/21 675/12
 689/25
everybody [4] 539/13
 542/14 692/20 694/18
everyone [4] 649/7
 682/10 683/16 686/1
everything [20]

541/22 550/14 558/16
 561/2 569/15 579/21
 580/11 580/13 582/2
 593/22 594/1 606/16
 623/23 624/5 624/6
 656/7 666/12 693/7
 693/24 698/13
evidence [81] 535/3
 535/18 535/21 540/8
 547/16 547/18 550/1
 554/25 555/2 563/24
 564/11 568/21 568/24
 571/2 571/4 573/13
 573/15 578/4 578/6
 580/23 583/10 584/2
 594/4 597/13 600/24
 609/24 610/5 611/19
 616/17 617/8 618/11
 618/14 620/6 620/23
 622/11 622/24 627/15
 627/24 628/2 629/17
 629/20 637/15 637/18
 641/13 642/9 642/11
 646/13 647/5 649/13
 653/10 656/14 657/18
 671/15 672/6 674/4
 676/10 676/16 678/5
 678/6 678/7 679/24
 681/4 681/5 681/14
 681/14 681/21 683/6
 684/13 685/4 685/12
 685/23 685/24 686/24
 687/17 688/22 690/6
 691/9 691/14 691/17
 692/20 697/1
evil [2] 590/13 592/10
evolve [1] 697/7
evolved [1] 668/25
exact [6] 590/9 611/7
 645/16 672/17 673/4
 673/12
exacted [1] 586/19
exaction [7] 560/23
 569/7 569/9 571/24
 585/7 586/21 606/2
exactly [5] 529/6
 575/20 651/17 683/5
 683/5
examination [22]
 527/11 570/2 576/22
 581/13 582/1 583/19
 583/25 584/12 598/12
 601/3 601/4 636/7
 654/21 654/25 655/3
 659/8 659/15 661/21
 667/22 671/8 671/10
 675/1
examine [4] 525/9
 540/25 582/23 584/10
examined [1] 654/24
examining [1] 582/7
example [9] 589/24

655/8 656/17 658/7
 680/6 687/20 688/6
 690/4 691/2
exceeded [1] 549/4
except [2] 632/6
 678/18
exception [4] 526/16
 619/22 625/12 643/17
excerpt [1] 663/2
excess [1] 561/18
exchange [6] 588/10
 588/18 589/4 589/9
 590/20 591/5
exchanging [1]
 541/12
excuse [6] 586/10
 589/6 629/1 657/22
 671/1 682/24
excused [1] 600/7
exempt [1] 586/22
exemption [2] 586/20
 586/21
exhausted [1] 609/20
exhibit [103] 534/5
 534/8 534/11 534/13
 535/2 535/5 535/21
 536/2 539/18 540/21
 541/5 544/3 544/8
 546/15 547/15 547/18
 550/1 550/5 554/11
 554/11 554/24 555/2
 563/1 563/9 563/23
 564/9 564/11 568/9
 568/15 570/4 570/5
 571/4 571/12 571/14
 571/15 571/16 571/17
 571/25 572/25 573/12
 573/15 576/20 577/2
 577/3 577/4 577/15
 578/6 580/22 609/24
 610/5 610/10 610/16
 610/25 611/18 612/4
 612/19 613/3 614/12
 615/10 615/11 616/1
 617/21 618/2 620/22
 620/23 620/25 621/19
 621/22 623/3 625/4
 625/8 626/24 627/1
 627/2 627/15 627/16
 628/2 629/1 629/20
 630/2 630/10 635/16
 636/14 636/17 636/25
 637/18 638/24 639/19
 640/6 642/11 644/13
 644/14 646/1 647/5
 648/20 652/23 663/3
 671/14 672/7 673/14
 673/19 674/2 674/4
Exhibit 4 [1] 615/11
Exhibit A [1] 534/11
Exhibit B [3] 617/21
 618/2 652/23

Exhibit B1 [1] 541/5
Exhibit C [7] 550/1
 620/23 620/25 621/22
 623/3 625/4 625/8
Exhibit F [4] 573/12
 576/20 635/16 663/3
Exhibit G [1] 563/1
exhibits [11] 539/20
 567/20 568/24 617/22
 636/7 640/13 640/14
 646/14 652/4 671/22
 672/4
exist [2] 687/2 698/7
existing [1] 587/11
exo [1] 572/17
exo-politics [1]
 572/17
expect [1] 583/8
expecting [1] 623/13
experience [6] 546/25
 551/7 557/2 572/21
 658/13 669/16
expert [3] 541/18
 562/17 651/19
expertise [1] 531/17
explain [9] 541/14
 542/8 550/23 560/17
 565/15 583/20 654/24
 663/25 697/15
explained [8] 542/15
 560/22 561/2 561/20
 567/15 587/6 665/14
 667/3
explanation [4]
 562/10 583/11 664/3
 664/4
explored [1] 651/22
expo [7] 529/20
 529/24 530/6 530/7
 650/9 662/6 668/15
Expos [1] 662/3
exposed [1] 529/12
 660/23
extent [1] 683/14
extra [1] 528/6
extra-terrestrial [1]
 528/6
extraterrestrial [1]
 528/2
Extremely [1] 665/19
eyewitnesses [1]
 658/1

**F**

face [1] 600/2
faceless [1] 597/3
faces [1] 528/3
facing [1] 605/19
fact [19] 525/15
 570/19 574/14 597/9
 605/25 606/17 611/5
 660/5 661/2 680/1

**F**

**fact... [9]** 680/8 681/9 682/24 685/12 689/8 689/21 690/24 691/18 691/20
**facto [1]** 588/11
**facts [3]** 616/17 617/8 620/5
**fad [1]** 660/9
**fail [1]** 600/18
**failure [1]** 692/21
**fair [2]** 549/22 631/2
**faith [26]** 526/17 526/21 585/14 585/16 585/16 617/11 677/6 678/10 682/17 682/22 683/1 687/1 687/15 687/16 688/15 688/18 688/18 689/6 689/8 692/9 692/13 692/15 696/22 697/25 698/10 698/13
**fake [1]** 650/23
**false [8]** 616/15 617/5 617/17 625/21 626/6 635/10 649/20 650/22
**Fame [1]** 648/16
**familiar [6]** 562/11 563/4 564/23 573/1 577/4 662/9
**families [1]** 543/5
**family [1]** 615/12
**Famous [1]** 559/12
**far [13]** 549/13 552/7 594/8 594/23 597/8 601/19 603/2 605/17 620/11 642/8 665/3 697/23 697/25
**farm [1]** 591/20
**fascinating [1]** 531/16
**father [7]** 531/9 546/5 550/14 554/6 615/5 659/21 697/24
**fault [2]** 595/13 595/15
**faulty [1]** 638/9
**favor [1]** 681/10
**favorable [1]** 681/10
**FDIC [1]** 680/8
**featured [1]** 530/1
**federal [25]** 539/1 539/2 539/14 542/3 542/17 542/18 543/3 543/10 543/15 567/14 567/14 588/8 589/24 590/3 590/4 591/20 592/18 595/25 597/23 604/17 657/8 657/12 664/9 664/21 685/20
**fee [1]** 605/11
**feel [1]** 680/1

**fellow [2]** 559/15 618/25
**felt [2]** 681/19 681/20
**fetch [1]** 661/12
**few [6]** 533/7 604/19 636/7 677/1 677/24 677/25
**fiat [2]** 664/13 668/24
**fiction [1]** 538/8
**fides [1]** 639/21
**Fifty [1]** 671/20
**Fifty-nine [1]** 671/20
**fight [1]** 596/25
**fighting [2]** 569/14 584/18
**Figueroa [1]** 521/15
**figures [3]** 553/1 553/2 553/3
**file [11]** 552/3 553/18 553/19 553/20 595/7 605/7 614/13 650/22 651/10 673/12 678/20
**filed [26]** 539/12 556/17 581/5 602/24 603/3 606/20 610/10 611/9 611/12 623/22 623/23 624/4 624/5 624/25 626/5 630/24 651/4 657/16 664/18 673/1 673/3 673/3 673/12 693/6 693/7 693/20
**filing [13]** 552/8 554/4 558/12 579/5 594/16 595/24 616/15 617/5 617/16 651/14 652/1 660/2 676/25
**filings [6]** 530/21 540/5 550/8 559/4 570/22 625/7
**filled [1]** 566/11
**filling [1]** 613/13
**fills [1]** 566/12
**film [8]** 572/18 579/17 579/20 579/22 579/23 579/25 580/6 593/21
**final [2]** 676/24 691/1
**finally [1]** 568/4
**finance [2]** 563/20 577/25
**finances [2]** 579/19 642/17
**financial [6]** 540/6 551/21 588/20 594/20 625/22 626/7
**Financially [1]** 648/16
**find [7]** 565/21 571/20 669/4 680/2 680/19 680/20 684/15
**finding [1]** 679/23
**findings [1]** 656/10
**fine [7]** 552/2 562/5

**586/21 588/4 595/19 652/3 675/25
**fines [2]** 560/25 596/6
**finish [4]** 576/10 682/8 684/3 687/3
**finished [2]** 632/2 638/24 648/21 653/3 668/21
**firmly [2]** 594/3 597/13
**first [25]** 520/24 524/7 524/15 528/21 529/9 529/13 534/22 543/7 568/11 581/16 587/7 596/15 596/22 596/24 616/22 621/5 621/13 621/25 622/12 623/22 624/13 630/15 655/1 678/1 690/25
**first-hand [4]** 621/13 621/25 622/12 624/13
**firsthand [3]** 638/25 639/1 640/8
**fit [1]** 694/15
**fits [1]** 684/13
**five [10]** 529/3 544/3 548/7 614/11 637/9 672/1 673/25 673/25 694/17 695/13
**Five-eight [1]** 637/9
**five-year [1]** 695/13
**flat [1]** 692/23
**flat-out [1]** 692/23
**Flight [1]** 660/15
**float [2]** 538/14 543/22
**Floor [1]** 520/24
**flowery [1]** 569/20
**flown [1]** 609/17
**focuses [1]** 692/15
**follow [5]** 527/2 600/18 629/10 665/6 690/22
**follow-up [1]** 665/6
**followed [3]** 633/20 697/21 698/5
**following [2]** 691/10 697/23
**food [1]** 656/4
**force [1]** 588/9
**forced [1]** 675/4
**forcing [1]** 588/10
**foreclose [4]** 574/20 669/7 669/11 669/12
**foreclosure [6]** 635/24 666/8 668/10 668/11 668/12 669/2
**foregoing [1]** 699/4
**foreign [4]** 538/12 612/12 614/5 614/19
**foreknowledge [1]** 690/19

**forest [2]** 660/10 660/11
**forewarning [1]** 676/19
**forgotten [1]** 549/25
**form [6]** 555/12 557/15 568/13 579/7 585/9 640/16
**forma [1]** 678/7
**format [2]** 571/10 699/7
**forms [6]** 531/1 552/21 553/11 553/13 581/10 582/20
**forth [5]** 550/18 580/5 600/22 676/21 677/12
**fortunate [1]** 675/19
**forward [9]** 537/2 549/4 565/20 576/7 576/7 576/13 600/4 674/8 685/13
**forwarded [1]** 655/18
**found [1]** 660/12
**foundation [10]** 535/5 535/7 558/23 561/13 563/25 607/3 607/22 631/10 641/16 658/9
**foundational [1]** 648/10
**four [7]** 537/3 555/6 555/15 576/6 578/22 666/1 667/2
**fractional [4]** 551/6 551/13 552/7 686/7
**fractionalization [1]** 685/25
**fractionalizes [4]** 551/5 551/17 551/18 577/13
**fractionalizing [1]** 595/5
**Franchise [2]** 597/10 658/2
**Francisco [3]** 543/12 574/18 575/8
**frankly [1]** 685/19
**fraud [5]** 688/16 690/5 692/18 692/21 692/24
**free [2]** 552/2 641/21
**Fresno [1]** 693/12
**friend [4]** 531/13 531/20 620/10 655/8
**friends [9]** 531/19 532/2 575/8 575/9 620/12 662/5 662/8 665/25 665/25
**frivolous [2]** 558/12 595/24
**front [5]** 527/16 529/12 627/7 627/23 671/17
**frozen [2]** 630/21

**630/22
**full [6]** 526/8 587/4 587/20 660/11 661/16 692/23
**full-blown [1]** 692/23
**fun [1]** 528/1
**fund [5]** 559/2 561/1 561/22 562/7 567/12
**fundamentalist [1]** 549/10
**funds [8]** 553/5 553/6 557/5 579/13 579/18 664/9 686/4 686/19
**funny [1]** 619/3
**further [13]** 581/12 602/10 643/8 654/17 659/5 661/5 667/19 671/7 674/23 676/2 676/11 676/14 698/16
**future [2]** 528/1 588/12

**G**

**Gabay [17]** 640/4 640/9 641/20 641/22 642/2 642/24 643/12 643/20 643/22 644/22 644/23 645/3 645/4 645/6 645/21 653/1 655/7
**Gabays [5]** 642/2 642/7 643/23 645/8 655/19
**GACKLE [2]** 520/23 699/13
**gain [2]** 608/23 609/8
**Garrett [7]** 531/8 533/20 533/23 546/7 550/12 550/13 659/20 694/7
**gave [6]** 545/15 562/6 563/11 584/3 602/18 694/7
**gears [1]** 580/1
**general [8]** 526/13 563/21 572/15 572/21 609/21 611/16 649/9 678/1
**generally [3]** 627/11 640/16 664/7
**generated [1]** 552/6
**generates [1]** 536/21
**generations [1]** 588/12
**gentleman [2]** 559/7 578/15
**gentlemen [1]** 661/7
**genuinely [1]** 683/7
**Georgia [1]** 587/3
**get [38]** 524/24 532/18 537/21 542/1 545/11 551/23 560/1 562/16 565/8 568/4 573/23

{PLAINTIFF}
{DEFENDANT}

{WITNESS NAME}
{DATE}

**G**

get... [27] 582/20
584/20 592/3 593/7
595/8 596/4 596/22
597/1 607/17 607/19
611/8 613/10 614/22
639/25 640/17 645/21
648/14 648/22 655/22
656/4 664/9 675/12
675/19 677/9 677/24
694/19 696/11
gets [2] 651/12 664/11
getting [9] 557/4
582/13 582/14 596/3
596/13 645/12 654/2
684/21 696/5
Ghostwolf [1] 527/22
gigantic [2] 596/20
596/24
gist [3] 542/1 575/10
671/4
give [30] 529/23 539/4
561/21 563/18 565/7
579/22 583/13 584/10
585/11 587/12 591/23
594/11 596/24 598/4
626/17 636/10 649/9
658/4 661/12 672/17
677/6 677/11 677/25
683/25 684/11 684/14
685/1 694/4 696/12
698/15
given [15] 565/2 565/5
583/11 595/17 600/16
602/11 615/24 639/2
675/14 677/16 681/8
685/12 692/8 693/1
698/11
giving [5] 531/11
531/11 560/16 584/6
656/2
global [2] 655/25
668/22
God [2] 595/22 669/25
gold [11] 538/15
538/16 538/17 587/8
587/9 587/13 590/25
664/14 664/14 686/8
697/18
gone [7] 575/10 583/8
596/1 601/21 607/18
666/12 675/11
good [32] 526/17
526/21 541/3 572/14
574/7 585/14 585/16
599/14 617/11 661/23
665/25 671/12 677/6
678/9 682/17 682/22
683/1 687/1 687/15
687/16 688/15 688/18
688/18 689/6 689/8

692/9 692/13 692/15
696/22 697/25 698/9
698/13
good-faith [2] 585/14
617/11
Gordon [16] 559/10
559/10 559/15 560/1
560/2 560/7 560/22
561/7 561/20 585/4
593/23 625/10 625/21
626/5 660/8 660/8
Gordon's [1] 562/6
gosh [3] 578/17
662/14 665/24
gotten [1] 662/7
government [44]
531/4 532/19 539/3
539/3 540/24 556/8
559/4 560/24 562/16
566/17 566/24 567/17
568/7 568/12 568/13
568/18 582/23 584/4
584/10 594/19 595/3
613/8 613/20 613/22
651/18 660/22 676/13
678/16 678/17 678/18
678/20 680/4 681/3
681/6 683/24 684/1
684/2 689/1 690/18
693/5 694/9 695/1
695/19 698/5
governments [1]
538/12
grade [1] 693/2
grand [3] 635/9
693/11 694/20
granted [5] 535/23
541/7 555/5 571/7
593/16
great [9] 533/1 533/2
595/10 635/20 636/3
638/1 668/22 672/24
672/25
greater [1] 590/15
greet [1] 549/16
ground [1] 633/19
grounded [1] 533/10
grounds [1] 619/19
group [2] 662/8
689/20
GTL [1] 655/25
Guarantee [1] 590/12
guarantees [1] 594/10
guard [2] 603/21
603/25
guess [11] 525/4
529/3 532/16 536/24
542/7 572/17 595/19
614/15 630/14 662/15
680/18
guessing [1] 662/2
guest [4] 528/16

530/1 662/20 662/22
guilty [1] 697/4
gun [1] 567/24
guru [1] 577/7
gurus [3] 559/12
691/11 697/21
guts [1] 660/22
guy [2] 531/16 593/20
guys [1] 569/13

**H**

had [103] 525/25
528/17 528/19 531/17
532/7 532/10 534/8
534/22 538/19 539/19
539/21 545/1 550/11
550/13 552/8 552/22
552/23 553/21 554/1
554/1 554/13 556/18
556/25 557/10 559/10
559/13 561/1 562/9
563/8 569/17 569/20
570/6 574/16 575/6
575/10 575/19 575/20
575/23 575/24 579/21
585/14 594/2 594/24
595/6 595/10 596/19
605/11 607/14 611/5
613/12 623/22 629/24
630/3 630/12 630/23
630/25 633/8 635/20
637/11 638/1 638/9
638/11 641/25 642/1
643/1 643/3 645/15
645/16 652/23 655/16
655/24 656/11 656/20
657/23 659/24 660/21
661/6 666/5 666/7
666/11 666/19 668/2
668/6 668/21 669/21
670/13 673/12 673/15
675/9 677/19 678/21
681/18 681/20 681/20
681/23 690/9 691/15
691/16 692/4 697/20
697/23 697/25 698/1
hadn't [2] 638/5 668/6
Hagar [2] 585/24
586/16
Hall [11] 559/10
559/10 560/1 560/2
560/7 560/17 561/20
585/5 593/23 625/10
625/21
Hall also [1] 560/1
Hall's [1] 626/5
Halloween [4] 558/16
626/21 693/14 694/2
Halting [1] 536/2
hammered [1] 596/15
hand [15] 537/25
538/1 539/14 595/23

596/5 597/21 597/21
621/13 621/25 622/12
624/13 647/1 690/17
696/19 696/21
handed [6] 538/24
538/25 539/1 636/7
636/24 639/24
handing [1] 636/9
handle [2] 642/17
642/20
handled [1] 687/10
hands [2] 557/11
586/22
handwriting [3]
546/19 622/19 674/15
Hansen [6] 627/8
628/5 628/18 629/4
632/21 633/5
happened [11] 542/17
542/18 558/9 559/14
568/5 574/15 575/16
638/5 638/10 693/18
695/2
happening [3] 532/16
558/16 572/23
happens [1] 683/21
happy [2] 604/21
640/19
hard [8] 529/9 532/19
572/20 601/7 660/14
683/21 684/17 686/8
harm [1] 574/22
harmed [1] 600/6
has [58] 529/3 537/23
537/24 537/25 540/20
543/10 543/18 549/7
551/25 565/2 565/5
572/15 580/23 581/2
583/12 584/4 584/8
584/20 584/24 587/11
600/4 602/11 603/21
617/10 621/25 624/17
634/14 641/5 648/6
651/14 651/22 653/10
656/14 658/23 664/10
664/18 664/19 667/3
668/25 673/14 674/8
676/11 679/21 680/6
681/5 681/13 682/25
683/1 683/24 684/1
684/2 685/12 686/6
686/4 686/7 693/25
694/22 696/21
hasn't [6] 582/3
583/11 583/13 585/19
603/1 634/14
hate [2] 659/4 676/21
hated [1] 532/19
hates [1] 660/22
have [180] 525/9
527/15 527/18 528/25
530/10 530/14 534/6

534/8 534/9 534/22
538/16 538/18 539/15
539/19 539/20 540/13
540/17 540/21 542/4
542/6 545/5 545/19
546/16 548/24 549/9
550/5 551/9 551/9
554/13 554/15 555/25
561/18 562/18 562/19
563/10 564/7 565/6
566/9 566/14 566/22
567/21 568/2 570/6
571/25 572/10 572/24
574/20 574/23 576/12
577/3 579/2 581/21
582/9 582/12 582/24
583/6 583/21 584/12
585/13 586/12 590/23
594/4 596/6 596/21
596/23 596/24 596/25
597/14 598/7 599/7
600/2 600/4 600/15
600/22 601/21 602/24
603/7 605/3 605/18
605/21 606/17 607/11
608/3 611/3 618/11
619/18 621/3 621/13
623/10 623/12 623/13
624/2 624/13 627/10
627/18 630/7 630/21
634/22 636/7 638/11
638/23 638/25 639/1
639/10 639/23 639/25
640/15 640/16 640/18
642/2 643/14 645/25
648/11 648/13 649/3
649/13 651/18 651/25
652/6 652/24 653/3
653/16 654/18 654/24
658/1 658/1 658/16
659/6 659/18 661/11
662/11 662/12 664/8
666/19 666/20 666/21
667/17 667/19 668/4
670/10 670/19 670/21
670/22 672/22 672/25
673/3 673/12 674/11
675/14 676/2 676/14
676/15 676/19 676/20
676/25 677/9 679/10
680/15 680/24 681/9
681/16 682/2 682/12
683/22 684/12 684/21
685/4 687/9 687/10
688/17 689/10 689/17
689/17 691/18 692/25
694/21 695/22 696/14
696/15 698/15
haven't [10] 583/13
593/8 595/19 603/1
603/4 627/15 638/10
651/22 675/16 693/1

# H

**having [5]** 619/23
632/10 646/22 656/2
690/19
**head [4]** 654/16
687/10 689/14 692/22
**heading [1]** 639/11
**headquartered [2]**
589/11 591/7
**heads [1]** 681/21
**Health [4]** 580/7 650/8
650/13 650/17
**healthcare [1]** 607/6
**heaped [1]** 590/8
**heaping [1]** 588/11
**hear [5]** 533/8 533/9
534/17 594/9 599/16
649/7
**heard [23]** 528/19
533/20 536/4 537/23
541/11 556/3 556/7
556/18 557/8 559/4
575/9 582/14 582/16
591/25 593/22 594/14
622/14 622/24 637/25
648/2 685/23 693/1
693/3
**hearing [1]** 627/11
**hearsay [1]** 558/24
**Heaven [6]** 642/19
642/22 649/12 650/18
651/22 655/6
**held [15]** 524/4 533/13
540/15 581/15 585/3
586/5 586/16 599/3
649/5 662/4 671/2
677/2 678/13 684/23
699/6
**Hello [2]** 667/24
671/13
**help [14]** 548/20
550/14 559/6 573/10
575/1 592/4 594/8
655/15 655/19 659/18
665/9 669/4 669/9
673/18
**helped [2]** 615/4
640/4
**helping [2]** 562/16
572/1
**helps [1]** 536/11
**Henwood [2]** 590/13
592/9
**here [44]** 537/2 539/4
544/21 547/22 548/8
553/16 566/22 567/7
568/10 570/5 571/10
577/1 578/20 580/24
582/14 586/12 587/17
592/1 596/10 596/23
601/23 604/22 604/24

605/19 614/12 623/15
624/3 634/10 637/13
638/3 638/18 638/20
643/3 654/2 654/15
661/23 667/1 670/25
671/5 682/25 692/1
693/2 694/1 698/6
**here's [2]** 683/22
685/17
**hereby [1]** 699/3
**hero [1]** 594/7
**herself [3]** 638/3
638/18 638/20
**Hey [2]** 660/11 691/11
**HGR [1]** 588/16
**Hi [1]** 667/25
**hide [1]** 614/23
**high [1]** 680/21
**Hilton [3]** 548/5 548/6
566/8
**himself [5]** 582/7
583/24 584/7 604/8
656/9
**his [93]** 525/16 531/8
531/18 532/25 532/25
533/3 534/20 536/25
537/20 538/14 539/6
540/21 543/19 544/23
546/5 546/5 550/14
550/16 552/5 552/12
554/6 554/8 557/7
559/8 559/9 559/18
559/20 560/4 562/23
563/5 563/22 567/3
577/14 578/17 582/24
583/9 583/25 584/3
584/8 584/12 585/12
607/25 608/2 615/5
615/24 616/24 620/3
620/3 620/12 620/12
620/15 620/15 620/15
620/20 621/25 622/5
622/6 622/19 624/18
625/17 628/7 628/9
628/12 632/11 634/3
634/13 634/13 634/15
634/17 636/10 640/12
641/25 647/20 655/10
655/23 656/5 656/8
656/9 656/20 658/17
659/8 659/21 662/9
662/19 662/20 662/22
664/3 664/4 665/22
666/2 666/2 697/24
697/24
**his philosophy [1]**
536/25
**history [1]** 577/10
**hit [1]** 659/4
**Hoadland [1]** 528/2
**hold [2]** 631/6 650/15
**holding [3]** 587/9

642/5 683/15
**holes [1]** 638/12
**home [5]** 600/7 674/9
674/14 675/5 682/4
**honor [180]** 524/10
526/4 526/15 526/24
527/9 535/2 535/4
535/8 535/19 536/9
540/9 540/10 540/16
540/24 541/3 541/6
547/16 549/21 549/25
554/25 556/9 556/12
556/14 558/23 562/7
564/12 565/4 565/4
568/22 571/2 573/12
576/12 576/19 578/4
578/9 581/12 581/23
583/1 583/4 583/15
583/16 593/14 594/21
599/8 599/9 599/20
599/22 601/13 602/9
604/14 604/18 606/8
609/4 609/14 609/19
612/23 613/3 614/24
615/21 616/11 617/2
617/9 618/10 618/14
619/17 619/23 621/4
621/16 621/17 622/2
622/12 622/18 622/23
622/25 623/2 623/5
623/12 624/15 627/25
628/11 629/7 629/18
630/17 631/20 632/4
632/22 633/10 633/17
634/12 634/24 635/12
636/6 637/16 638/11
638/23 639/1 639/7
639/12 639/15 640/7
641/15 642/3 642/4
643/15 644/1 644/7
644/13 645/7 645/25
646/13 646/21 647/6
648/6 648/9 648/12
648/19 649/21 650/24
651/11 651/18 652/3
652/16 653/6 653/9
654/5 654/17 656/15
658/8 658/16 658/22
659/7 659/12 661/10
671/7 671/9 671/19
671/25 672/9 673/9
673/21 674/1 674/24
676/12 677/13 677/21
677/23 678/18 679/1
679/5 679/8 680/13
680/17 681/3 681/11
681/25 682/6 683/12
683/14 685/2 686/14
686/20 686/22 687/12
687/23 688/3 688/21
690/4 692/10 692/16
693/21 694/24 695/12

695/14 696/4 696/9
696/16 696/21 697/12
698/17 698/18
**honorable [2]** 520/5
557/6
**hope [2]** 528/7 594/5
**horrible [2]** 656/2
656/3
**hosted [1]** 532/3
**Hotel [1]** 566/8
**hour [7]** 525/3 537/3
537/3 537/7 537/13
596/23 598/13
**hours [5]** 555/11
555/15 555/17 555/20
568/1
**house [15]** 559/11
559/25 567/24 573/9
574/20 574/21 587/5
594/12 596/1 625/14
635/24 638/19 665/25
665/7 669/7
**how [59]** 524/7 525/1
527/17 529/11 530/10
533/5 539/6 548/9
550/23 553/1 555/11
555/19 559/22 560/9
560/18 566/9 566/23
567/15 577/11 585/19
590/2 590/4 590/7
596/16 597/2 605/19
625/7 626/1 628/10
633/11 634/9 636/13
638/4 647/9 649/25
650/19 657/9 660/17
660/17 660/18 661/25
662/13 662/22 663/25
665/3 668/25 669/5
669/6 669/20 675/11
683/13 683/20 684/12
687/10 688/12 694/8
694/8 694/8 697/7
**HRG [1]** 587/21
**huge [5]** 531/17 533/7
559/13 562/18 566/12
**HUGHES [1]** 521/7
**human [1]** 536/15
**Humboldt [1]** 556/2
**humor [1]** 654/4
**hundred [2]** 532/8
555/17
**hundreds [4]** 545/1
545/3 552/19 552/19
**Huntington [2]** 531/13
550/11
**hyphen [1]** 661/19

# I

**I agree [1]** 691/8
**I'd [22]** 540/8 582/22
597/20 609/23 617/20
619/24 620/22 626/23

627/13 627/24 629/17
630/15 637/15 638/23
639/23 640/6 640/12
642/9 642/13 648/19
662/19 668/10
**I'll [16]** 524/24 576/7
584/10 604/19 606/12
648/13 661/11 676/23
677/10 677/24 677/25
678/16 680/4 682/2
693/3 696/12
**I'm [128]** 524/9 524/14
525/14 534/4 534/17
536/16 536/17 536/20
537/2 537/6 538/21
539/9 541/9 541/19
542/21 542/21 544/2
544/7 544/14 547/7
548/7 548/8 548/8
549/2 549/3 549/5
549/25 550/4 550/12
556/9 558/15 561/22
561/23 561/25 562/1
562/2 563/7 568/11
571/12 571/15 571/19
576/2 576/5 576/6
576/20 576/24 580/9
580/22 582/14 583/5
584/6 584/10 585/12
585/18 587/2 590/25
593/9 594/10 596/22
597/4 597/13 597/25
599/9 599/17 600/6
600/17 601/17 605/19
610/14 613/3 615/10
619/8 623/9 623/19
624/3 624/10 624/15
625/19 628/7 632/24
634/11 636/8 637/14
638/11 639/6 640/19
641/9 642/20 642/23
644/12 648/23 654/2
657/11 658/8 658/15
660/9 660/10 662/2
662/25 663/2 663/3
663/7 664/5 664/6
665/2 667/1 673/7
673/7 675/23 677/9
677/22 679/12 680/2
680/2 680/24 682/3
682/4 683/19 684/16
687/8 687/12 687/13
690/2 690/25 694/11
695/15 696/5 696/16
**I've [29]** 549/25 550/1
572/18 582/16 596/1
600/14 601/12 603/22
606/18 607/14 611/5
642/17 660/23 661/6
662/2 662/7 664/13
665/10 665/24 666/24
666/25 667/1 670/1

{PLAINTIFF} {WITNESS NAME}
{DEFENDANT} {DATE}

**I**

**I've... [6]** 670/1 670/3 673/12 675/19 677/3 685/23

**I.D [3]** 613/5 613/13 656/20

**idea [9]** 541/22 560/4 561/21 562/6 580/13 591/24 648/11 649/10 659/24

**idea about [1]** 659/24

**ideas [1]** 685/5

**identification [8]** 534/5 546/15 563/1 570/4 577/2 580/17 611/20 614/2

**identified [3]** 618/6 636/13 649/13

**identifier [2]** 612/21 614/21

**if [109]** 524/14 525/15 525/15 534/4 534/5 535/9 537/22 538/10 539/6 539/7 539/10 541/22 543/17 545/15 545/24 545/24 546/16 546/23 547/7 549/4 550/1 550/12 551/21 553/19 553/21 554/11 554/19 555/14 555/25 558/15 558/22 560/1 561/3 561/20 562/5 562/6 564/5 565/20 566/7 566/22 567/2 567/5 571/19 577/7 578/25 584/24 585/21 594/11 595/14 596/7 597/17 597/18 597/21 597/21 600/17 602/17 605/12 608/5 613/7 613/24 616/23 617/10 625/6 627/6 629/10 632/6 634/15 640/17 640/19 645/19 648/23 648/25 651/4 651/25 652/15 652/25 653/10 654/11 654/18 654/23 656/22 657/5 657/23 660/16 661/12 662/1 662/15 663/3 664/13 664/14 677/21 680/19 680/20 682/23 684/15 684/20 686/23 686/24 687/6 690/6 690/22 690/25 691/18 692/5 693/1 693/2 695/15 696/15 697/12

**ignorance [3]** 688/10 692/22 696/20

**ignored [2]** 674/1 681/9

**III [1]** 520/18

**IJR [1]** 591/3

**illegal [13]** 558/8 588/11 631/2 653/15 654/10 667/14 670/7 681/8 686/25 687/6 689/9 690/8 691/21

**illegally [1]** 630/21

**immediate [1]** 530/19

**immune [1]** 613/13

**immunity [1]** 631/4

**importance [1]** 537/19

**important [4]** 547/6 549/22 670/6 685/8

**impression [2]** 656/8 694/16

**improper [1]** 599/17

**in [430]**

**incarcerated [5]** 616/20 617/5 617/16 617/18 655/21

**include [2]** 555/14 678/4

**included [2]** 540/20 677/7

**includes [1]** 682/17

**including [2]** 685/14 691/11

**income [20]** 602/24 603/9 610/16 611/9 611/12 615/13 616/10 649/14 649/15 649/20 650/1 650/2 650/2 650/20 650/22 650/23 650/23 651/6 651/9 651/20

**inconsistent [1]** 587/17

**increased [1]** 651/14

**increases [1]** 686/11

**incrimination [1]** 525/21

**indebtedness [1]** 588/24

**Indeed [2]** 681/25 687/23

**indemnified [2]** 647/16 647/18

**indemnity [1]** 639/14 646/8 646/17

**independent [1]** 567/17

**India [1]** 548/21

**Indians [1]** 660/11

**indicated [3]** 524/11 677/7 684/8

**indicates [1]** 675/4

**indication [2]** 529/23 690/9

**indicted [1]** 635/9

**indictment [8]** 605/21 605/21 677/17 694/23

**694/25 695/5 695/16 695/25**

**individual [2]** 542/15 686/9

**individuals [1]** 685/20

**industry [1]** 658/14

**information [8]** 533/15 627/9 666/11 681/19 681/21 690/10 691/3 691/14

**informative [1]** 669/2

**informed [1]** 689/4

**initial [1]** 575/7

**initially [1]** 695/19

**initials [1]** 637/5

**injects [1]** 652/1

**injunction [1]** 594/17

**injured [1]** 631/5

**inquire [6]** 524/7 525/14 558/19 659/7 665/22 674/24

**inside [1]** 531/14

**insofar [2]** 625/5 659/10

**instance [1]** 680/11

**instead [1]** 650/22

**Institute [3]** 553/25 580/7 603/12

**institution [1]** 588/20

**institutions [1]** 598/2

**instruct [8]** 566/15 601/13 621/4 676/18 676/23 682/5 683/23 696/13

**instructed [4]** 566/4 679/16 680/6 681/7

**instructing [1]** 566/14

**instruction [41]** 566/20 599/14 677/6 678/4 678/4 678/6 678/9 678/10 678/19 678/21 679/12 679/15 680/19 680/19 680/23 681/1 681/4 681/8 681/14 681/23 682/16 684/25 685/11 686/23 687/6 687/11 687/13 688/6 689/11 689/23 690/5 690/18 692/8 692/14 694/22 695/24 696/3 696/6 696/20 696/20 696/21

**instructions [15]** 527/2 676/20 677/3 677/8 678/2 678/8 678/15 679/9 679/20 682/12 684/10 684/11 684/14 695/18 696/19

**instrument [6]** 565/7 588/19 590/19 664/8 664/10 675/18

**instruments [4]**

**590/11 590/12 625/22 626/7**

**Insurance [2]** 580/20 581/1

**insured [1]** 680/8

**intend [2]** 524/8 698/4

**intent [3]** 585/15 594/2 627/10

**intention [1]** 698/14

**intentionally [1]** 670/16

**interest [13]** 551/13 551/15 551/19 551/25 552/5 552/11 587/10 589/19 591/16 592/23 658/6 686/5 686/7

**interested [2]** 536/17 624/23

**interesting [6]** 528/4 529/5 537/22 542/17 547/5 601/20

**intermediary [3]** 647/13 647/14 647/14

**Internal [16]** 533/2 553/12 567/8 567/11 592/7 595/21 597/11 598/6 606/20 610/11 610/16 610/20 619/18 633/11 679/16 685/14

**International [9]** 567/12 580/7 588/18 589/4 589/5 589/9 589/10 590/19 591/6

**Internet [4]** 552/20 660/20 684/19 689/12

**interpret [1]** 536/24

**interrupt [2]** 547/7 549/3

**interstate [1]** 588/8

**interviewed [1]** 589/24

**intimating [1]** 608/3 646/22

**intimation [1]** 646/25

**into [57]** 529/5 533/10 535/2 535/18 538/3 540/8 541/23 542/19 543/4 543/17 545/11 545/20 547/15 549/11 549/19 550/1 550/19 551/4 551/17 553/6 553/6 554/8 554/25 563/23 567/24 568/21 571/1 572/22 573/12 574/21 577/10 578/3 579/18 579/18 580/14 580/23 584/20 588/10 595/4 596/23 600/5 600/24 608/24 622/10 627/15 627/24 629/17 630/12 637/15 639/25 641/13 642/9 646/13

**649/13 653/10 656/14 660/9**

**intrigued [1]** 531/21

**introduced [4]** 531/20 622/10 681/4 681/5

**introducing [1]** 620/18

**introduction [1]** 540/17

**inundated [1]** 555/24

**invalid [2]** 683/15 693/6

**invest [1]** 557/5

**investigate [4]** 643/2 643/3 660/16 692/22

**investigating [2]** 551/7 660/13

**investigative [4]** 529/8 532/17 572/19 660/9

**investigator [2]** 529/4 529/6

**inviting [1]** 620/12

**invoice [1]** 644/18

**involuntary [1]** 586/18

**involve [1]** 600/20

**involved [6]** 529/11 559/8 585/14 585/15 585/22 670/3

**iPod [1]** 555/23

**IRC [1]** 627/12

**irrelevant [1]** 608/7 633/18 651/2

**IRS [39]** 521/11 533/11 557/22 566/15 566/16 566/23 567/17 567/24 568/6 568/14 569/2 569/6 569/10 586/22 594/16 596/5 598/2 618/23 619/6 626/14 629/22 633/15 634/9 689/4 689/9 689/19 689/21 690/1 690/6 690/20 690/25 691/1 691/5 691/18 691/20 691/21 692/19 693/10 694/2

**IRS's [4]** 558/3 595/8 681/16 689/22

**is human [1]** 536/15

**islands [1]** 613/9

**issuance [2]** 589/18 591/15

**issue [14]** 531/2 552/9 577/11 581/6 592/21 607/19 615/4 651/21 677/5 677/14 685/18 687/8 692/9 697/5

**issued [10]** 587/19 587/24 589/1 589/14 589/17 591/11 591/12 672/11 693/9 694/3

**I**

issuer [1] 577/12
issuing [1] 613/23
it [386]
it's [132] 527/16
537/22 537/25 538/1
542/3 542/14 542/16
542/23 542/25 543/9
543/11 544/22 544/23
545/22 546/15 546/19
546/19 547/6 548/18
548/19 548/19 548/19
550/2 552/1 552/1
558/17 560/19 561/4
562/2 567/17 569/21
570/11 571/17 572/15
572/17 572/21 573/2
578/5 578/19 579/2
580/8 581/9 582/2
582/17 584/11 588/6
588/17 589/14 590/1
590/25 592/7 593/9
593/16 594/18 594/18
596/10 599/15 599/15
602/21 603/8 603/11
606/23 607/14 607/16
607/20 608/7 608/25
609/2 613/19 613/19
613/22 614/5 615/15
618/14 619/8 619/8
622/11 622/24 628/12
629/8 629/16 630/24
631/17 632/17 632/23
633/19 638/9 639/15
639/25 644/20 647/4
648/10 651/1 651/2
651/15 654/22 656/4
657/12 657/12 659/5
660/9 660/15 660/17
660/18 661/6 662/5
664/10 671/14 672/6
673/21 674/3 675/16
675/17 679/19 680/6
681/1 681/9 682/1
682/9 684/8 686/2
686/7 690/13 690/21
691/5 691/6 691/13
694/1 694/14 694/19
695/10 696/6
item [2] 588/18 696/14
itemized [2] 643/3
655/6
items [1] 655/6
its [4] 589/20 591/15
681/24 683/24
itself [5] 543/17
616/12 624/19 630/18
694/10
IV [1] 520/18

**J**

J.P [1] 630/22
Jack [5] 577/8 577/9
585/4 593/23 660/7
Jack's [1] 577/14
jail [2] 551/22 600/20
JAMES [1] 521/7
Janet [1] 589/24
January [1] 577/23
Jeesh [1] 577/22
Jewell [12] 680/18
681/23 687/9 687/25
688/5 688/11 689/11
689/13 689/14 690/5
690/18 696/20
JFK [1] 660/15
Jim [1] 605/16
job [2] 660/12 660/16
JOHN [1] 521/11
joint [4] 587/5 629/24
630/12 678/19
joke [2] 619/20 654/12
JPay [5] 655/12
655/13 655/16 655/19
655/23
Jr [1] 660/15
judge [7] 520/5
584/14 593/2 596/4
605/23 656/13 676/14
judges [1] 669/24
judgment [2] 626/5
656/12 656/13
judicial [3] 639/8
639/19 699/7
July [1] 573/2
June [3] 587/6 626/6
693/22
jurisdiction [7] 584/20
600/3 600/3 604/23
605/9 605/17 605/18
Jurist [1] 526/12
juror [1] 538/6
jurors [1] 599/15
jury [52] 520/14 524/4
524/24 525/24 538/7
545/19 583/20 584/21
585/10 586/3 596/6
596/7 599/3 599/16
599/21 600/14 601/2
601/23 615/23 631/24
635/9 649/5 649/7
652/11 656/15 661/7
676/16 676/20 677/2
677/3 677/16 678/3
678/13 678/15 679/20
680/2 682/4 682/4
682/8 682/11 683/18
683/19 684/23 692/15
695/18 695/24 696/3
696/6 697/2 697/2
697/16 698/4

jury's [1] 649/3
just [105] 527/2 528/5
528/21 533/10 533/14
536/23 537/6 539/14
541/19 541/25 542/21
545/15 547/7 560/13
560/20 560/24 562/1
562/16 563/7 563/8
567/5 569/13 572/15
572/21 576/13 576/20
578/13 578/16 578/19
579/2 583/5 584/15
585/2 586/2 593/6
593/9 594/6 594/8
595/23 596/5 596/9
596/11 596/13 596/14
597/25 600/6 600/13
611/7 625/2 625/18
625/19 633/23 636/22
639/3 639/4 639/17
639/24 640/14 644/2
646/2 646/20 646/23
647/14 648/10 648/22
652/18 653/2 653/19
653/21 654/12 656/2
656/17 656/21 657/12
657/23 657/23 657/24
658/8 660/19 661/12
663/3 664/7 668/1
668/17 668/21 673/14
673/15 678/1 681/16
686/1 686/2 687/3
688/9 689/6 689/21
690/2 690/10 691/16
692/3 694/15 695/24
696/6 696/15 696/18
697/10

**K**

karma [1] 548/25
keeping [3] 562/20
682/8 686/3
Kerr [3] 678/5 685/24
686/18
kind [23] 528/4 529/5
530/7 532/14 536/23
549/19 552/1 560/24
562/9 573/9 573/10
578/18 579/19 580/17
587/13 590/18 592/13
594/5 596/10 597/11
598/5 627/8 675/22
kinds [1] 691/6
king [3] 536/11 593/23
660/8
knew [6] 529/23
529/24 531/18 620/10
656/21 686/24
knocked [1] 573/9
know [143] 525/15
525/15 525/17 528/1
528/4 528/11 532/15

532/16 532/17 533/10
533/11 534/20 536/10
536/11 536/18 538/13
545/19 545/24 546/18
548/25 549/2 554/7
554/7 555/23 556/15
557/7 558/22 559/13
559/14 560/1 562/5
568/8 569/25 572/13
572/19 572/22 574/22
574/24 578/15 579/2
580/12 581/8 582/2
582/13 582/15 582/15
583/12 586/22 590/9
593/19 594/11 594/18
596/10 596/13 599/11
601/16 603/22 605/12
608/17 609/10 609/12
611/16 612/16 616/18
617/7 617/18 617/18
617/19 619/11 624/2
625/21 625/23 626/8
626/10 626/24 628/21
629/23 631/13 631/17
632/2 632/23 633/11
635/4 635/7 635/9
638/24 639/2 639/24
640/13 640/15 648/21
648/25 651/15 654/11
660/12 660/20 660/23
661/25 662/1 662/7
662/15 662/18 664/7
665/3 666/1 666/2
666/3 666/23 667/1
668/24 669/6 672/15
673/3 673/4 673/11
673/15 675/11 675/11
675/23 677/21 680/3
680/12 682/3 683/1
684/19 685/8 685/17
686/22 687/6 687/6
688/7 688/9 689/21
690/5 690/7 690/13
690/16 690/24 691/2
691/4 692/1 694/10
694/11
knowing [1] 559/24
knowingly [3] 678/9
680/20 692/18
knowledge [22]
531/25 533/6 534/15
545/5 546/12 549/14
555/19 555/25 558/18
558/22 573/6 580/16
609/13 619/18 621/13
622/1 622/12 624/13
631/11 639/1 660/21
681/22
knowledgeable [3]
575/13 577/8 665/17
known [9] 527/18
574/16 628/18 662/2

665/24 666/21 666/22
666/24 666/25
knows [1] 686/1

**L**

L.A [1] 529/13
lack [1] 692/13
ladies [1] 661/6
laid [1] 596/19
Lakers [1] 572/14
Lama [1] 548/22
language [3] 561/11
569/18 569/23
lap [1] 655/24
large [5] 539/13
575/21 694/20
Las [2] 527/21 530/7
last [15] 556/10
556/11 556/13 589/7
592/14 593/18 594/23
605/5 621/9 660/25
694/25 695/5 695/6
695/16 696/15
later [9] 557/24 558/9
558/17 602/12 640/1
657/14 657/15 657/20
675/10
latitude [1] 600/16
Laughter [1] 654/1
law [40] 521/15
562/15 562/19 584/16
585/19 585/22 587/1
587/2 588/7 589/2
591/3 591/13 593/24
593/25 594/1 594/24
594/25 596/7 605/25
664/6 667/9 676/18
676/23 681/22 682/18
683/4 683/9 683/9
684/13 687/1 687/15
687/16 687/18 688/19
688/23 696/22 696/23
697/4 698/5 698/6
lawful [6] 586/24
591/2 689/5 697/9
697/10 698/10
lawfully [2] 570/1
656/13
lawfulness [1] 584/23
laws [5] 586/19 587/3
682/18 682/25 685/14
lawyer [1] 594/10
lawyers [6] 669/24
676/21 676/24 684/12
689/3 690/12
LAX [1] 548/6
lay [1] 535/7
laziness [1] 692/21
learned [12] 556/3
556/5 556/6 616/23
660/5 664/5 664/13
665/10 665/11 665/15

## L

learned... [2] 668/22 697/20
learning [6] 681/15 681/18 689/10 689/18 689/23 692/5
least [9] 582/18 584/1 585/20 592/15 593/18 678/21 685/17 695/2 695/19
leave [2] 676/9 677/25
leaving [1] 674/12
lectern [1] 685/6
lecture [40] 531/11 531/12 532/5 532/21 532/24 533/5 534/24 535/6 535/9 535/13 535/16 540/1 540/3 540/6 540/19 540/22 554/20 554/22 559/16 563/11 563/13 564/1 564/5 574/18 577/16 577/18 577/20 578/1 617/23 618/3 618/4 618/5 618/11 618/19 619/6 619/13 622/5 622/14 624/19 625/7
lectured [1] 533/7
lectures [27] 531/23 532/3 532/4 533/9 533/16 533/18 534/19 534/20 545/2 546/2 547/11 547/13 548/14 554/17 555/14 555/16 555/21 559/9 559/18 559/20 559/22 562/21 562/23 563/17 620/13 660/1 668/22
lecturing [1] 528/8 528/10 532/6 532/9
led [1] 539/6
Lee [1] 661/18
left [2] 527/14 613/7
legal [47] 560/15 561/11 562/17 569/18 569/23 577/9 585/7 585/11 586/1 586/9 586/17 588/4 588/17 589/12 589/14 589/16 589/21 589/22 590/17 590/17 591/9 591/10 591/11 592/11 592/11 592/19 592/25 594/2 595/13 630/24 641/24 642/8 643/1 644/23 664/8 664/10 667/6 669/18 669/23 675/18 682/23 686/25 687/7 687/20 687/21 690/21 691/19
legality [1] 686/18

legally [7] 570/1 586/24 590/24 612/20 669/20 669/23 683/8
legitimate [7] 557/3 593/24 650/2 650/4 650/6 650/21 692/4
legitimately [1] 557/4
Lemuria [2] 612/14 612/14
lend [2] 686/3 686/5
lender [1] 675/21
lender but [1] 675/21
lengthy [1] 684/15
lenient [1] 695/3
Lepkojus [4] 628/18 631/9 631/16 632/9
leprechauns [1] 572/14
less [1] 662/17
let [44] 524/7 525/18 527/17 536/4 542/9 548/13 550/6 553/18 554/10 558/2 558/18 560/11 562/25 563/7 566/4 566/15 567/19 570/3 572/24 574/4 575/2 578/24 579/4 580/1 581/14 581/16 583/19 585/10 594/19 600/13 604/3 604/7 626/24 632/2 638/24 640/13 640/16 648/21 648/22 650/15 663/16 665/5 673/15 698/7
let's [20] 525/12 525/23 530/18 559/3 569/1 576/10 576/15 586/2 599/21 600/22 603/1 619/15 630/2 639/4 649/2 649/4 653/2 653/7 668/1 692/7
letter [26] 558/12 558/13 558/15 558/20 561/2 561/6 561/8 561/11 595/13 595/16 610/9 610/13 610/13 610/15 610/20 610/23 610/25 628/17 628/20 628/21 628/23 628/24 629/4 629/9 629/11 629/13
letter rogatory [1] 561/8
letters [5] 547/23 597/4 610/14 626/16 691/6
levied [3] 629/22 633/12 633/15
levy [7] 627/10 628/5 629/5 634/4 634/9 634/18 634/19

liability [5] 603/5 603/6 603/8 603/8 603/11
liable [3] 603/15 631/4 631/7
lien [5] 595/24 595/25 596/2 596/3 596/20
liens [2] 595/25 595/25
life [10] 528/6 542/7 562/17 594/12 596/14 650/9 650/14 655/9 662/3 668/15
Lifestyles [1] 559/12
light [4] 635/11 649/18 658/10 681/4
like [72] 529/12 532/7 533/12 540/21 543/12 545/3 546/20 549/16 551/10 552/1 560/10 561/3 562/8 562/20 566/22 567/16 572/20 573/7 580/6 581/2 582/6 582/22 583/11 585/4 586/21 588/5 591/20 594/15 594/17 596/2 596/10 596/12 597/11 598/2 601/23 609/23 617/20 618/11 618/12 619/24 620/22 626/23 627/8 627/13 627/24 629/17 630/15 636/8 636/10 637/15 638/23 639/7 640/6 640/12 642/9 642/13 642/17 648/19 649/13 653/9 656/22 657/24 660/13 660/13 662/19 672/18 678/18 682/21 682/22 694/2 694/5 697/19
likely [1] 562/7
limit [2] 554/3 698/9
limitation [1] 525/1
limitations [11] 545/22 578/19 619/9 619/11 678/23 678/25 694/16 694/17 694/21 695/17 695/23
Link [1] 655/25
list [2] 642/7 643/3
listed [3] 614/6 616/9 695/6
listen [5] 527/5 554/14 662/19 663/3 693/3
listened [7] 635/15 636/3 637/12 647/24 661/2 662/11 662/13
listener [2] 529/25 574/5
listeners [1] 528/18
listening [4] 545/4

554/8 555/12 555/22
listens [2] 574/6 574/7
little [6] 530/18 550/6 570/4 667/1 675/23 693/2
live [2] 580/2 625/12
lived [7] 530/11 548/21 548/22 548/23 550/12 559/13 625/11 558/3 657/23
lives [2] 656/3 657/23
living [19] 530/8 530/10 530/14 531/12 531/21 531/23 532/3 532/10 532/21 533/5 533/8 534/16 534/18 534/20 617/24 620/17 620/18 660/17 660/18
LLC [3] 642/19 642/22 655/6
loan [6] 551/9 551/23 588/13 665/11 665/11 668/12
loaned [3] 538/13 590/18 592/12
loaning [1] 595/5
loans [2] 551/12 577/13
local [1] 603/21
location [1] 566/7
long [17] 525/1 527/18 530/10 545/20 555/15 566/8 578/18 610/18 611/11 611/13 632/17 638/10 645/12 661/6 666/23 666/24 682/1
long-term [1] 645/12
longer [5] 553/14 576/22 588/2 588/2 589/22
look [35] 527/15 529/4 534/6 534/22 543/17 546/16 546/23 547/2 547/6 567/2 567/3 567/21 570/6 572/24 574/19 577/3 592/6 594/9 594/10 633/23 638/24 639/4 639/4 642/13 646/2 648/20 657/10 673/14 673/15 677/10 678/1 678/11 680/12 688/9 689/12
looked [1] 632/10
looking [15] 568/9 568/11 610/14 615/23 623/9 623/19 624/3 631/15 632/24 633/4 633/14 633/16 637/24 639/6 672/16
looks [3] 546/20 610/22 672/18
loose [1] 640/16

LOS [9] 520/15 520/24 521/9 521/16 524/1 548/4 580/12 599/1 606/14
Los Angeles [4] 548/4 580/12 599/1 606/14
lost [1] 579/21
lot [14] 528/3 528/4 560/8 562/18 562/19 569/18 572/13 590/22 593/21 625/20 638/10 656/18 660/23 662/17
lots [2] 528/1 619/3
Louis [2] 539/12 591/22
love [1] 528/21
lovely [1] 654/16
low [1] 657/11
LUCERO [1] 521/11
lucky [1] 675/19
lunch [3] 576/16 596/23 598/9
Lutheran [1] 549/10

## M

M-e-i-e-r [1] 661/19
M-o-r-t-o-n [1] 526/11
ma'am [3] 612/18 631/17 645/19
made [25] 532/18 541/24 551/25 556/7 560/24 566/19 569/8 583/6 595/3 604/9 612/8 613/16 618/19 620/25 621/21 640/3 645/21 649/12 652/21 660/18 666/7 677/4 679/19 697/17 698/7
made-up [1] 612/8
mafia [1] 627/8
magazine [5] 528/12 528/13 528/14 603/13 650/14
mail [4] 579/8 606/19 607/2 672/16
mailed [1] 610/15
mainstream [1] 528/5
maintain [2] 587/18 587/23
maintained [1] 549/12
majority [1] 570/10
MAKAREWICZ [1] 521/7
Makarewicz's [1] 657/22
make [26] 525/18 526/19 527/15 543/15 547/3 565/8 581/18 585/8 586/2 586/10 590/20 592/13 594/10 594/16 599/22 605/10 657/25 658/25 660/17

{PLAINTIFF}
{DEFENDANT}

{WITNESSNAME}
{DATE}

**M**

make... [7] 676/21
684/1 684/6 686/5
692/2 694/13 696/18
makes [7] 524/22
538/5 538/5 538/5
551/20 631/4 688/18
making [7] 526/12
551/15 584/5 585/25
586/8 586/17 654/12
man [6] 527/22 539/11
559/9 577/8 577/8
627/7
Manager [1] 674/11
mangily [1] 597/11
mankind [2] 528/7
548/20
mansion [1] 559/13
many [22] 533/5 533/8
555/11 555/19 559/22
566/9 569/17 578/18
584/3 588/5 590/4
593/12 660/7 662/7
662/13 662/22 666/3
669/5 669/6 669/20
672/25 675/11
March [8] 623/24
624/6 625/7 678/22
695/3 695/4 695/20
695/22
Mark [1] 533/21
marked [10] 534/5
546/14 554/11 562/25
570/3 572/24 577/1
618/11 626/25 673/14
market [1] 659/3
Marketing [1] 648/17
markets [1] 587/19
marking [1] 656/7
mars [1] 528/3
mastering [2] 563/6
569/25
Mateo [2] 668/16
668/17
material [1] 555/17
materials [2] 570/16
627/6
matter [16] 526/14
547/10 594/14 597/9
600/3 604/7 606/17
611/4 613/24 626/5
630/24 674/12 679/8
683/20 698/1 699/6
matters [6] 526/1
540/6 565/19 652/2
654/20 654/23
may [46] 527/15
547/19 564/4 564/13
573/16 576/18 582/3
583/4 583/11 583/12
583/22 584/2 584/5

584/7 584/13 586/7
588/19 599/22 600/24
603/7 623/10 627/6
631/19 634/24 636/12
636/19 637/19 637/22
640/23 641/13 644/13
647/6 652/15 652/25
654/3 673/9 674/1
674/20 674/24 676/4
680/19 681/9 681/15
682/15 693/2 699/10
maybe [9] 533/13
590/9 597/25 619/8
662/17 662/19 662/25
667/2 682/1
McFadden [2] 539/12
591/22
McGill [1] 580/9
me [98] 524/7 525/18
527/17 528/19 529/24
532/10 532/19 536/4
537/3 537/10 539/20
542/9 544/21 548/13
550/6 553/18 554/10
556/12 558/2 558/18
559/3 560/11 562/25
563/7 566/4 566/15
567/19 570/3 572/24
573/21 574/4 574/18
574/21 574/25 575/2
575/18 578/24 579/4
580/1 581/14 581/16
581/19 581/21 582/17
583/19 585/10 586/10
589/6 593/3 594/8
594/19 595/3 596/1
600/13 602/4 602/18
605/14 606/18 621/5
626/15 626/17 626/24
629/1 631/1 631/18
632/2 636/24 638/24
639/2 639/24 640/13
640/17 648/21 648/22
650/15 657/2 657/3
661/12 661/25 663/16
664/23 665/4 665/5
668/8 668/17 668/18
669/4 669/5 670/21
672/19 672/25 673/15
674/12 677/11 685/1
693/11 698/3 698/7
mean [35] 533/7
533/14 536/13 544/22
549/3 555/14 556/19
558/4 562/17 569/13
582/6 614/4 615/23
639/23 649/16 650/6
651/3 659/11 662/15
663/18 666/2 666/12
670/1 672/12 672/17
673/12 681/17 686/2
687/9 687/24 689/22

690/11 691/18 692/18
694/16
means [4] 543/11
592/25 659/3 690/22
measure [1] 588/6
measured [1] 587/15
measurement [1]
588/4
media [2] 579/18
684/20
Medical [1] 607/7
medicine [1] 527/22
medium [1] 588/10
meet [6] 527/20
528/20 531/10 531/25
546/9 546/11
MEIER [24] 522/8
524/20 525/9 574/13
574/14 575/12 595/10
637/11 637/12 639/9
639/20 644/11 657/16
661/11 661/18 661/20
661/23 667/18 671/12
672/10 675/3 676/1
676/4 698/1
Meier's [5] 635/21
636/16 638/1 638/15
640/3
Melchizedek [4] 613/9
613/9 613/20 613/23
MELISSA [61] 520/9
521/13 526/5 527/18
528/19 531/5 531/25
533/18 535/13 540/3
544/14 545/5 546/11
546/21 547/13 549/14
550/21 552/23 554/22
556/22 557/16 558/11
558/19 559/20 559/22
560/2 560/17 561/8
561/10 562/23 563/15
566/19 568/16 574/4
577/18 580/2 580/16
599/10 608/3 608/10
615/7 616/2 617/21
619/12 620/23 624/22
625/5 630/23 635/16
636/9 652/22 654/13
654/15 660/1 661/10
666/19 666/23 666/24
667/3 683/6 697/11
Melissa's [3] 546/19
546/20 616/10
members [2] 676/16
683/19
memory [4] 545/22
632/16 634/7 638/8
mention [1] 657/15
mentioned [10]
533/20 574/9 607/9
615/3 615/4 620/2
625/10 626/13 651/22

665/7
mentioning [1]
542/10
met [10] 530/6 550/18
556/20 556/22 557/9
557/9 574/17 662/5
668/15 668/16
metaphysical [1]
528/15
methods [1] 565/9
Mexico [2] 608/10
608/19
Microsoft [1] 571/9
middle [1] 684/4
might [7] 557/4
582/20 583/8 596/3
629/10 653/11 667/13
miles [1] 601/19
military [2] 603/20
603/23
million [7] 528/17
594/15 664/24 671/24
672/1 672/2 693/12
mind [12] 540/23
554/12 562/1 583/12
624/19 657/6 662/6
668/8 670/14 671/14
676/25 680/7
mind-body-spirit [1]
662/6
minds [1] 599/15
mine [3] 531/13
620/12 673/23
minimum [1] 651/13
mint [2] 588/2 588/2
minute [4] 541/10
544/18 586/2 619/15
minutes [24] 536/2
537/3 537/3 537/7
537/14 544/3 544/7
555/7 555/10 564/18
565/20 565/23 565/25
574/2 576/6 576/8
576/16 576/21 576/25
578/22 663/4 663/7
676/22 683/23
mistake [1] 557/23
mistaken [1] 661/1
mistrial [2] 599/9
599/18
Model [1] 678/4
modification [1]
668/13
mom [1] 597/6
moment [20] 524/24
530/18 548/8 576/7
578/13 580/1 613/2
625/2 629/2 639/3
639/17 640/14 644/2
646/20 653/21 654/4
661/12 663/3 667/18
690/2

moments [3] 677/1
677/24 677/25
monastery [1] 548/23
monetary [3] 567/12
590/11 686/8
monetize [2] 597/20
597/22
money [51] 536/14
538/16 543/6 543/15
551/4 551/5 551/14
551/15 551/16 551/16
551/18 551/20 551/20
551/23 551/25 552/6
552/10 552/22 552/23
553/20 554/1 557/7
560/8 577/12 586/25
587/14 587/16 587/22
590/10 594/20 595/4
595/5 596/22 596/23
597/14 597/16 597/23
614/23 625/20 626/17
642/20 643/5 655/13
655/18 656/23 657/9
657/12 664/11 670/17
686/5 694/7
monks [1] 548/24
monopolize [1] 588/9
monster [2] 569/14
597/3
monstrous [1] 597/6
month [1] 528/14
months [11] 557/24
558/9 558/17 568/3
580/10 596/13 626/15
626/18 675/7 675/9
694/3
Morgan [2] 583/10
630/22
Mormon [1] 549/15
morning [20] 615/3
620/4 620/14 620/24
621/20 622/3 625/10
626/13 626/19 635/4
635/16 635/17 635/23
635/25 636/2 637/11
637/25 645/11 647/25
650/10
mortgage [5] 593/13
658/7 658/25 659/2
659/4
mortgages [3] 590/22
593/13 658/25
MORTON [155] 520/9
520/10 521/13 521/19
522/5 524/10 524/11
524/15 524/16 525/5
525/7 525/15 526/5
526/5 526/11 526/22
527/4 527/10 527/13
527/17 527/18 527/20
529/20 530/22 531/25
533/18 535/10 535/13

# M

**MORTON... [127]**
536/4 537/8 537/15
539/16 540/3 541/11
541/15 542/12 544/11
544/14 544/20 545/5
546/11 549/14 549/23
550/6 550/21 552/17
554/22 555/11 555/19
556/22 557/16 558/11
558/19 559/20 559/22
560/2 560/17 561/8
561/10 562/23 563/15
564/4 566/19 568/16
574/4 574/4 575/3
575/22 577/3 577/18
578/15 578/24 579/2
580/2 580/16 581/25
583/21 583/23 583/23
583/25 584/3 584/13
584/19 585/11 593/15
599/10 600/11 600/13
602/14 608/4 608/10
609/25 610/7 612/5
615/7 616/2 618/19
620/24 621/11 622/18
623/4 623/4 623/8
623/21 624/17 624/23
625/5 625/5 627/18
628/15 630/23 632/16
636/3 638/14 644/2
644/5 645/3 647/9
650/9 651/8 651/10
653/14 653/21 654/10
654/15 654/19 658/9
658/15 659/25 660/1
660/25 661/11 661/25
663/17 663/25 665/14
666/4 666/19 666/22
667/3 667/20 672/21
674/18 676/11 680/14
682/23 683/6 683/7
685/15 687/3 690/11
693/1 694/12 697/3
697/13
**Morton's [15]** 524/20
540/19 552/23 583/6
599/10 617/21 620/23
635/16 636/9 652/23
663/14 666/16 681/6
689/2 697/11
**Mortons [10]** 649/14
650/1 651/8 683/5
686/24 688/23 689/9
690/6 691/2 692/17
**Mortons' [1]** 686/23
**most [4]** 598/5 671/22
678/10 686/3
**mostly [1]** 697/22
**motion [10]** 593/14
593/16 599/7 599/19

599/22 600/8 607/23
607/25 621/22 687/3
**motions [1]** 600/4
**motive [1]** 585/16
**move [36]** 526/17
535/2 535/18 537/2
539/17 544/7 547/15
549/4 550/1 554/24
556/10 561/15 563/23
564/9 568/21 569/1
571/1 573/12 576/6
576/13 578/3 580/14
612/23 618/12 619/24
621/16 621/18 627/24
629/17 637/15 641/13
642/9 646/13 668/12
674/1 674/8
**moved [13]** 530/11
530/12 533/11 542/18
542/19 543/3 556/2
579/13 579/24 600/4
627/15 649/13 677/19
**movement [3]** 533/14
545/2 585/5
**moving [4]** 565/20
576/7 577/1 599/9
**Mr [14]** 524/16 527/13
527/17 537/8 555/11
565/13 576/18 584/7
629/4 638/14 658/15
660/25 694/12 697/3
**Mr. [112]** 524/7 524/10
524/11 524/15 524/20
525/5 525/7 525/15
526/3 526/5 526/22
527/4 535/10 536/4
536/7 537/15 537/16
537/18 539/16 540/19
540/20 541/11 541/11
542/9 544/11 544/20
550/6 553/2 553/8
554/3 560/17 562/21
563/18 564/4 566/4
566/14 566/15 574/4
577/3 578/15 578/24
581/25 583/6 583/10
583/21 583/23 583/23
583/23 583/24 584/3
584/13 584/19 585/11
599/7 599/10 600/11
600/13 602/14 609/25
610/7 615/12 618/19
621/11 622/18 623/4
623/8 624/17 627/18
628/15 631/9 631/16
632/9 632/16 640/9
643/12 643/22 644/2
644/5 645/21 647/9
647/22 649/9 650/9
651/8 651/10 653/14
653/21 654/10 654/19
658/9 659/24 659/25

663/14 663/17 663/25
665/14 666/4 666/16
667/20 672/21 674/18
678/5 679/7 680/14
681/6 682/23 685/15
687/3 689/2 690/11
693/1 697/13
**Mr. Adams [7]** 536/7
537/16 541/11 553/2
553/8 554/3 615/12
**Mr. Adams' [2]** 537/18
542/9
**Mr. Brody [8]** 524/7
526/3 540/20 583/23
599/7 649/9 659/24
679/7
**Mr. Brody's [1]**
583/24
**Mr. Gabay [4]** 640/9
643/12 643/22 645/21
**Mr. Hall [1]** 560/17
**Mr. Kerr [1]** 678/5
**Mr. Lepkojus [3]**
631/9 631/16 632/9
**Mr. Morgan [1]** 583/10
**Mr. Morton [69]**
524/10 524/11 524/15
525/5 525/7 525/15
526/22 527/4 535/10
536/4 537/15 539/16
541/11 544/11 544/20
550/6 564/4 574/4
577/3 578/15 578/24
581/25 583/21 583/23
583/23 584/3 584/13
584/19 585/11 600/11
600/13 602/14 609/25
610/7 618/19 621/11
622/18 623/4 623/8
624/17 627/18 628/15
632/16 644/2 644/5
647/9 650/9 651/8
651/10 653/14 653/21
654/10 654/19 658/9
659/25 663/14 663/25
665/14 666/4 666/16
672/21 674/18 680/14
682/23 685/15 687/3
690/11 693/1 697/13
**Mr. Morton's [8]**
524/20 540/19 583/6
599/10 663/14 666/16
681/6 689/2
**Mr. Sean [1]** 526/5
**Mr. Seehausen [1]**
647/22
**Mr. Shrout [4]** 563/18
566/4 566/14 566/15
**Mr. Shrout's [1]**
562/21
**Mrs [8]** 583/25 612/5
620/24 623/4 623/21

636/2 636/16 645/3
**Mrs. [1]** 530/22
**Mrs. Morton [1]**
530/22
**Ms [2]** 575/22 671/12
**Ms. [31]** 524/20 525/9
527/20 529/20 541/15
542/12 549/23 552/17
555/19 574/14 575/3
575/12 593/15 635/21
637/11 637/12 639/9
641/20 642/24 644/22
644/23 645/3 645/6
657/22 661/23 667/18
672/10 675/3 676/1
676/4 676/11
**Ms. Gabay [6]** 641/20
642/24 644/22 644/23
645/3 645/6
**Ms. Makarewicz's [1]**
657/22
**Ms. Meier [13]** 524/20
525/9 574/14 575/12
637/11 637/12 639/9
661/23 667/18 672/10
675/3 676/1 676/4
**Ms. Meier's [1]** 635/21
**Ms. Morton [10]**
527/20 529/20 541/15
542/12 549/23 552/17
555/19 575/3 593/15
676/11
**much [22]** 560/9
566/12 576/22 583/8
584/2 585/2 600/14
633/11 634/9 647/9
657/9 660/23 662/19
665/3 667/18 671/5
671/6 677/8 682/21
684/7 688/14 694/11
**multiplier [2]** 686/2
686/12
**murder [1]** 619/1
**mutual [7]** 613/5
629/25 630/4 630/7
630/12 662/5 662/8
**myself [4]** 541/18
601/9 655/5 661/12
**Mysteries [1]** 529/17

# N

**name [15]** 526/8
539/12 548/3 560/2
562/11 573/20 578/17
621/6 621/9 628/7
628/9 628/13 642/2
659/18 661/16
**named [4]** 559/10
577/8 640/4 648/2
**narrow [1]** 665/6
**Narrowing [1]** 545/24
**nation [7]** 538/18

595/2 607/15 612/12
613/10 614/5 614/19
**national [14]** 543/22
543/22 589/13 589/13
591/9 591/10 592/20
592/20 601/10 601/19
603/21 603/24 606/7
657/1
**nationally [1]** 592/19
**Nations [4]** 589/4
589/9 591/5 613/11
**native [1]** 528/6
**native-American [1]**
528/6
**nature [2]** 586/18
693/23
**necessarily [2]**
691/17 691/22
**necessary [1]** 684/15
**need [14]** 526/19
526/19 545/11 586/10
586/11 586/13 588/5
589/6 590/18 592/12
614/18 657/2 669/9
685/3
**nefarious [1]** 646/25
**negotiable [2]** 590/11
590/19
**negotiated [1]** 588/21
**Nepal [1]** 548/23
**Net [1]** 587/25
**never [28]** 558/7 562/1
569/11 569/12 577/13
579/21 584/17 593/24
603/3 611/14 622/13
624/17 639/2 642/16
642/17 645/8 648/2
667/3 667/5 667/6
667/9 667/11 667/12
667/13 667/15 670/8
670/25 673/8 673/8
**new [9]** 527/21 528/15
529/5 590/12 612/13
650/9 650/14 654/20
675/12
**new-age [2]** 527/21
528/15
**news [4]** 532/14
532/17 572/15 572/22
**newsletter [2]** 528/12
553/25
**newsletters [1]**
593/20
**next [11]** 604/10
619/13 632/6 632/10
633/24 637/4 637/6
641/8 641/10 648/13
654/13
**nickel [1]** 551/10
**nightmare [1]** 558/1
**nillie [1]** 686/9
**nine [2]** 580/25 671/20

**N**

Ninth [2] 600/5 678/3
nisi [1] 526/17
No. [2] 629/22 678/19
No. 3324 [1] 629/22
No. 5 [1] 678/19
nobody [5] 597/8
664/11 682/24 683/1
698/2
non [1] 605/9
non-culpability [1]
605/9
none [3] 605/16
639/22 676/15
nonexistent [1]
686/19
nonnegotiable [3]
571/22 646/8 646/16
nonprofit [1] 651/23
nonresponsive [11]
556/10 562/3 615/21
628/11 628/12 629/7
634/12 643/7 643/9
643/25 644/5
nonsensical [1] 574/8
Nope [1] 657/20
North [1] 521/9
Northern [2] 639/20
662/4
not [155] 526/13
536/17 538/21 540/17
541/18 542/21 548/8
548/8 550/12 550/13
553/19 558/15 561/8
561/22 561/23 566/16
566/24 567/17 575/20
579/22 582/11 583/5
583/6 584/21 584/21
584/24 585/11 585/13
585/18 586/1 586/17
587/2 588/13 588/15
589/22 590/18 592/12
592/14 593/18 594/10
594/17 594/19 594/20
595/11 597/14 600/2
602/22 603/8 603/9
603/15 604/21 605/8
605/19 606/9 608/6
608/17 609/10 613/17
613/25 614/20 614/23
615/15 616/17 616/21
617/8 618/15 620/6
621/5 621/17 622/8
622/10 623/4 623/9
623/15 623/19 624/18
624/19 625/5 625/19
625/23 626/15 627/10
628/12 628/15 629/8
630/24 631/16 631/17
631/18 632/11 632/17
632/24 633/5 634/3

634/21 637/14 637/24
639/15 642/5 644/20
649/14 650/2 650/21
651/1 654/22 656/12
656/13 656/24 657/18
659/17 660/19 662/17
662/25 664/6 664/6
664/15 666/10 666/23
666/24 668/16 670/12
672/4 673/2 674/13
675/21 677/6 677/12
680/2 680/2 682/19
682/25 685/24 687/7
687/7 688/19 689/11
689/13 690/16 690/21
690/23 690/24 690/25
691/20 691/22 693/6
693/14 693/25 695/15
695/24 696/18 696/23
697/4 697/5 697/5
697/8
notarized [1] 664/18
notary [2] 637/3 656/6
note [6] 589/13 591/9
591/9 678/18 682/2
685/15
notebook [2] 622/11
624/1
notes [27] 546/20
546/20 546/21 546/23
547/10 570/1 585/25
586/8 586/17 589/5
589/10 590/3 590/4
591/6 592/22 620/25
622/4 622/5 622/9
622/13 622/19 622/20
624/7 624/18 624/20
657/9 657/13
nothing [16] 541/24
543/16 568/10 595/17
597/6 597/20 597/23
626/18 626/25 630/23
639/4 658/23 659/5
668/6 673/17 687/2
notice [22] 538/6
538/7 543/8 584/16
595/12 595/13 595/15
595/18 596/20 613/7
627/10 627/10 628/4
629/5 631/2 639/8
639/19 678/20 690/1
691/5 691/6 692/12
noticed [1] 627/16
notices [3] 595/24
595/25 596/2
notorious [1] 692/24
November [6] 673/1
674/10 678/22 679/3
693/22 695/2
November 17 [1]
674/10
nowhere [1] 645/8

number [46] 528/16
534/19 537/24 537/24
538/1 542/10 542/16
543/18 554/4 560/24
580/19 580/20 580/24
581/1 581/2 581/7
590/15 611/3 611/6
611/14 611/22 611/24
611/25 612/2 612/6
612/8 612/10 612/13
612/16 612/17 612/21
613/5 613/6 613/16
613/18 614/6 614/13
614/16 614/22 630/1
636/17 636/25 656/23
657/7 680/24 694/20
numbered [2] 636/8
679/13
numbers [7] 543/7
543/13 543/15 553/8
613/13 636/14 657/7
numerous [1] 670/4

**O**

oath [1] 586/25
object [16] 526/16
556/9 602/16 604/18
608/7 609/14 615/15
617/1 617/8 619/19
620/5 624/15 633/17
638/25 658/9 694/14
objected [3] 593/5
599/11 642/3
objecting [1] 648/23
objection [68] 527/3
535/4 540/10 540/17
558/23 561/13 563/25
593/14 594/21 600/10
600/12 604/4 604/8
604/9 604/14 604/18
606/8 606/12 607/3
607/22 609/4 609/15
609/18 614/24 614/25
615/1 615/16 616/4
616/11 616/17 617/3
618/13 619/17 621/21
622/8 624/14 625/1
625/25 630/17 631/10
632/4 632/22 633/22
634/12 635/11 638/6
639/16 640/7 640/10
641/6 641/14 641/15
643/7 643/15 643/25
644/3 644/4 644/25
645/7 646/21 648/6
648/9 650/25 658/16
658/17 679/19 682/3
692/13
objections [3] 604/22
678/15 678/17
obligation [4] 583/21
588/22 591/12 691/21

obligations [4] 587/12
592/18 592/22 592/24
obligee [1] 587/12
obstructs [1] 587/15
obtain [1] 580/17
obviously [8] 525/8
532/18 551/15 583/5
583/6 638/10 664/5
665/15
occasionally [2]
559/25 625/13
occasions [1] 689/4
occur [1] 678/22
occurred [3] 584/23
624/24 695/20
October [12] 546/22
548/3 589/21 590/16
592/10 620/25 623/7
623/17 623/21 624/12
693/14 694/2
off [22] 538/15 549/11
551/15 551/20 551/25
553/17 555/16 562/16
570/2 575/17 597/15
597/16 598/4 659/4
665/10 665/11 670/11
671/2 675/8 675/8
675/22 694/21
offense [2] 679/21
680/9
offenses [1] 678/8
offer [3] 622/17
648/14 651/4
offered [3] 527/24
546/5 624/23
offering [1] 546/4
offhand [1] 697/16
office [11] 521/15
550/12 569/22 580/14
580/14 586/25 606/23
623/13 655/13 655/15
655/22
officer [6] 588/25
628/4 628/9 628/17
632/20 633/5
offices [1] 693/12
official [2] 613/22
639/8
officially [1] 589/16
officials [1] 587/1
offset [4] 542/16
543/12 594/6 657/7
offshore [1] 567/9
often [1] 587/3
oh [19] 524/16 546/17
555/14 560/8 571/12
590/6 595/21 605/7
610/1 649/24 653/24
665/24 667/5 669/22
669/25 669/25 671/23
687/14 697/3
Ohio [2] 539/12

591/22
OID [19] 530/25
550/24 552/21 552/24
553/11 553/17 559/2
577/10 578/2 593/19
594/13 596/11 623/22
624/23 650/23 660/2
660/5 693/19 697/23
OIDs [6] 546/4 550/8
552/23 556/17 583/9
595/2
okay [72] 524/18
525/12 525/23 530/17
532/13 533/25 534/3
534/7 534/11 535/1
535/12 536/19 542/23
543/2 545/10 545/14
546/17 548/7 551/3
552/2 554/9 555/6
566/25 568/20 571/16
573/2 573/3 574/17
579/3 583/17 584/13
585/1 591/24 595/12
595/15 595/19 596/16
607/24 614/3 614/10
627/3 629/3 633/2
633/16 638/8 639/6
640/11 642/6 642/14
646/3 650/15 650/16
655/2 655/7 657/21
659/25 660/5 663/1
663/24 665/2 666/14
666/18 667/16 670/5
670/10 671/1 673/25
674/5 676/4 678/11
681/1 694/6
old [6] 548/18 638/11
655/10 674/11
ollie [2] 552/2 552/2
OMB [1] 553/12
once [16] 533/1
538/10 538/15 541/17
542/15 547/2 565/1
573/10 577/11 599/24
599/25 613/9 656/1
662/23 664/16 693/4
one [91] 528/16 529/9
529/15 529/16 534/20
536/3 537/2 537/3
537/7 537/13 541/10
541/12 543/5 543/12
543/18 544/18 547/22
555/12 558/5 559/11
560/10 560/11 561/24
568/8 568/10 570/24
571/12 578/3 581/2
585/13 586/2 588/4
590/20 592/13 593/5
597/10 597/12 597/17
598/13 602/21 607/16
607/21 610/14 610/22
613/2 615/18 620/16

{PLAINTIFF}
{DEFENDANT}
{WITNESSNAME}
{DATE}

# O

**one... [44]** 624/5 625/2
626/23 626/25 636/22
639/3 639/17 640/14
644/2 645/18 646/20
649/11 649/12 649/12
650/15 653/19 653/21
656/25 657/9 657/23
658/2 659/22 660/7
660/25 661/12 663/13
668/21 671/16 677/5
677/13 678/21 679/23
684/5 685/21 687/14
689/2 690/2 690/12
692/15 694/20 695/2
695/20 696/15 696/19
**ones [1]** 681/10
**only [30]** 536/14
540/20 543/9 543/10
551/9 553/20 556/3
556/6 562/8 565/3
588/9 590/18 592/12
598/1 615/14 619/4
620/16 621/2 623/23
624/3 645/18 646/10
654/20 657/11 659/10
677/5 679/24 685/23
687/17 694/17
**onto [2]** 576/16
588/12
**open [12]** 524/9
525/24 541/4 546/16
583/18 601/2 614/17
626/23 649/8 652/11
683/18 692/23
**opened [6]** 611/15
611/23 611/24 612/5
613/4 614/11
**opens [1]** 688/9
**operating [1]** 627/7
**opine [1]** 686/18
**opinion [10]** 533/4
536/14 536/17 542/18
542/22 569/8 585/11
585/12 593/11 678/5
**opportunity [11]**
539/19 582/13 583/14
584/6 584/14 653/4
654/18 654/22 654/25
683/24 684/1
**opposed [1]** 525/16
**opted [1]** 614/1
**option [1]** 674/13
**options [1]** 674/13
**order [6]** 587/4 597/1
605/11 646/14 664/19
674/14
**ordering [1]** 527/4
**orderly [1]** 600/22
**orders [1]** 600/18
**Oregon [1]** 635/10

**organization [8]**
542/3 553/24 603/7
603/13 650/9 650/14
650/18 651/23
**organizations [2]**
592/6 598/6
**original [15]** 529/16
531/2 552/9 577/11
577/12 597/13 615/15
623/9 623/14 623/19
624/3 629/6 637/24
644/20 658/1
**originally [2]** 532/6
567/9
**originals [3]** 623/10
623/12 624/9
**other [45]** 525/10
540/5 543/9 554/8
559/3 560/15 561/23
566/16 572/1 574/16
575/6 581/17 584/3
586/3 590/23 590/23
591/8 593/21 604/24
610/22 620/12 622/13
622/22 626/16 641/24
645/16 646/23 649/19
654/21 661/9 668/17
669/23 674/13 677/13
682/12 683/3 684/18
685/22 687/13 689/11
690/9 690/17 692/11
696/2 696/20
**others [3]** 536/11
573/6 680/15
**otherwise [5]** 590/20
592/13 677/8 688/23
689/20
**ought [3]** 683/4 688/7
688/19
**ounce [1]** 588/4
**our [21]** 549/18 557/2
559/11 567/24 567/25
568/4 573/9 587/9
595/9 595/16 597/24
631/1 640/5 641/24
656/10 657/23 658/3
666/9 668/25 679/20
698/14
**out [52]** 524/24
528/14 531/22 533/14
538/13 543/16 549/10
551/9 551/12 551/18
551/23 557/4 562/6
562/16 562/20 568/12
568/13 568/18 569/8
575/10 575/20 575/21
577/13 580/10 582/10
582/21 584/15 588/14
591/22 594/19 595/6
595/24 596/5 597/23
599/14 600/17 613/13
645/21 652/2 656/6

656/14 660/8 660/9
661/11 668/1 676/25
677/10 686/3 686/5
690/10 692/23 693/24
**outrageous [1]**
694/14
**outside [11]** 524/4
599/3 600/13 607/9
631/3 649/5 649/6
677/2 678/13 684/23
695/23
**over [17]** 539/14
555/17 557/8 557/8
557/8 575/20 589/6
591/20 604/22 604/23
611/4 611/4 632/3
651/14 668/25 670/2
678/1
**overnight [1]** 680/5
**overruled [14]** 608/8
609/5 609/15 615/16
617/3 619/21 620/7
630/19 633/19 638/7
640/10 641/7 643/16
645/9
**overt [7]** 678/21
694/25 695/2 695/5
695/6 695/16 695/20
**overturned [1]** 602/23
**overwhelmed [1]**
654/2
**owe [2]** 596/7 694/7
**owed [4]** 561/19
569/10 664/25 693/11
**owing [2]** 643/5
694/11
**own [11]** 525/16
528/23 528/25 587/8
591/21 612/17 632/23
636/11 655/15 681/7
689/2
**owned [3]** 543/4
588/7 693/25
**owner [2]** 642/19
642/22
**owns [1]** 613/9
**oxen [1]** 552/2

# P

**P-u-y-d-t [1]** 661/19
**p.m [3]** 599/1 674/10
698/19
**Pacific [1]** 613/10
**Pack [1]** 656/3
**packets [1]** 655/20
**page [17]** 528/13
529/13 546/20 546/21
547/22 548/7 550/4
571/12 571/19 571/20
610/5 610/9 636/23
637/4 637/6 673/25
699/6

**pages [2]** 520/19
546/21
**paid [17]** 590/2 592/12
603/9 606/1 606/4
606/22 615/7 615/12
615/14 615/18 615/18
616/2 616/9 620/20
625/17 642/7 659/3
**paper [9]** 538/2 538/3
538/10 569/21 579/8
585/8 586/23 644/21
650/21
**paperwork [6]** 575/14
575/16 575/19 594/17
595/7 595/17
**par [2]** 589/23 647/12
**paragraph [1]** 630/16
**pardon [6]** 529/24
532/10 537/3 539/20
556/12 559/3
**parents [3]** 549/15
655/10 656/8
**park [1]** 606/7
**parse [1]** 652/2
**part [22]** 530/25
549/23 556/11 556/13
566/16 566/24 567/17
580/8 582/20 584/5
585/2 586/5 587/7
593/3 607/25 611/20
617/23 618/15 627/6
678/1 690/12 698/14
**participants [1]** 547/1
**particular [4]** 576/13
587/13 590/14 682/20
**particularly [2]** 599/13
685/8
**parties [4]** 524/5
647/18 677/4 684/5
**parts [2]** 557/7 619/5
**party [2]** 567/1 647/16
**pass [2]** 640/20
690/20
**passage [1]** 674/7
**passed [2]** 587/5
587/21
**passing [3]** 625/21
626/6 635/10
**passport [10]** 607/12
607/19 608/23 609/3
609/8 612/13 613/12
613/22 614/2 614/3
**passports [3]** 607/15
608/12 613/24
**password [1]** 545/11
**pastor [1]** 578/17
**patience [3]** 598/10
600/17 661/7
**Pattern [1]** 678/3
**Paul [1]** 673/18
**pause [8]** 536/16
537/6 541/9 542/21

544/10 574/2 578/13
663/7
**Pausing [3]** 544/18
564/18 565/23
**pay [15]** 560/7 588/5
589/23 590/7 590/24
597/19 605/11 605/11
605/12 605/12 642/24
643/6 684/10 684/20
693/2
**payment [8]** 585/9
587/13 590/21 592/14
639/13 646/8 646/16
655/25
**payments [2]** 587/19
590/14
**pays [1]** 577/14
**Pedro [2]** 608/13
608/17
**peel [1]** 687/24
**pending [3]** 579/1
627/19 633/22
**penny [1]** 551/11
**people [68]** 529/16
532/8 533/8 533/9
533/13 533/14 533/15
538/17 538/24 539/14
542/6 543/16 545/1
545/3 549/16 549/16
552/19 556/19 556/23
557/1 557/2 557/9
557/9 562/16 562/20
566/9 566/12 572/1
573/7 573/11 577/13
585/3 585/4 588/15
590/8 591/9 591/23
591/25 592/2 592/4
593/9 594/8 594/8
594/15 595/1 595/2
597/18 601/18 602/22
607/19 620/10 642/18
645/15 645/16 655/21
656/2 656/18 658/12
658/13 658/24 660/7
669/18 669/20 670/4
689/20 691/15 691/16
692/19
**per [2]** 521/19 536/17
**percent [1]** 662/25
**percentage [1]** 562/9
**perfect [1]** 595/3
**perfectly [1]** 675/25
**perform [1]** 670/22
**perhaps [1]** 638/17
**period [5]** 572/7
574/23 580/4 580/5
669/10
**permission [9]** 535/18
535/22 541/5 541/7
555/4 568/21 571/1
571/6 578/3
**pernicious [1]** 598/5

**P**

**person [15]** 537/9 549/8 552/10 557/9 557/20 562/14 562/15 562/15 577/9 628/19 632/23 646/24 654/15 655/14 660/21
**persona [1]** 600/3
**personal [3]** 555/22 585/3 631/10
**personality [1]** 531/17
**personally [5]** 533/16 556/20 559/24 631/4 631/6
**persons [3]** 582/17 592/16 592/20
**Ph.D [2]** 579/2 580/9
**Philadelphia [1]** 693/13
**Philippines [1]** 567/10
**philosophy [13]** 536/25 538/14 539/6 543/19 548/18 548/18 552/12 557/7 565/7 577/14 577/14 656/23 658/11
**Phoenix [1]** 566/6
**phone [5]** 556/20 556/20 557/8 597/3 656/1
**phones [1]** 595/23
**photocopies [1]** 557/1
**photocopy [1]** 659/1
**phrase [1]** 696/25
**physical [1]** 579/9
**picked [1]** 549/1
**piece [3]** 538/2 538/3 588/17
**piles [1]** 671/16
**pill [1]** 599/16
**place [12]** 531/12 531/14 532/7 535/6 535/9 539/24 564/1 564/5 566/5 600/24 631/3 631/3
**placed [5]** 600/5 627/2 658/5 672/7 673/19
**places [2]** 529/12 660/13
**plaining [1]** 680/2
**plant [1]** 598/6
**platonic [1]** 590/10
**play [8]** 537/11 544/2 544/7 618/16 619/15 653/17 654/6 663/2
**played [23]** 536/1 537/5 537/12 540/19 540/22 541/8 544/5 544/9 544/17 555/8 564/17 565/22 573/19

574/1 576/4 576/9 576/23 578/12 578/21 618/8 653/18 654/7 663/5
**playing [4]** 544/16 564/15 576/2 576/20
**pleaded [1]** 569/12
**pleasant [1]** 684/21
**please [32]** 526/8 529/18 540/11 561/4 574/25 595/16 600/21 600/23 600/24 601/13 602/4 610/19 611/8 611/18 612/19 615/10 615/11 616/1 619/15 621/4 626/24 628/3 629/21 630/10 630/14 640/19 640/21 653/21 654/6 661/16 673/25 684/18
**pocket [1]** 627/6
**point [36]** 530/2 531/20 536/14 547/8 557/4 557/13 557/22 558/11 559/14 560/10 567/24 572/2 584/15 590/21 594/19 602/11 606/10 606/12 609/6 609/19 628/14 639/23 640/1 643/7 656/14 675/14 682/8 683/13 683/21 684/4 684/24 687/5 688/14 692/1 692/9 696/9
**points [2]** 665/18 679/10
**poison [1]** 599/16
**police [1]** 603/22
**policy [5]** 587/5 587/17 587/21 589/18 591/15
**politics [3]** 528/15 572/16 572/17
**poor [1]** 689/16
**popped [1]** 675/10
**portion [7]** 544/2 556/10 589/19 591/16 608/2 618/11 658/19
**position [8]** 576/3 581/17 582/15 582/24 584/9 634/3 681/2 686/24
**positions [1]** 649/7
**possibilities [1]** 528/7
**possible [1]** 661/1
**Post [1]** 606/23
**Postal [5]** 589/11 591/6 606/19 606/24 607/1
**power [3]** 587/15 587/18 587/23
**precisely [1]** 561/11

**predictions [1]** 528/15
**preparation [2]** 550/20 655/7
**prepare [9]** 559/6 572/1 615/4 615/7 615/13 616/2 643/19 659/19 663/19
**prepared [5]** 643/12 664/16 665/8 672/19 677/3
**preparer [3]** 615/19 616/9 659/18
**preparer's [1]** 615/14
**preparers [2]** 615/20 615/22
**preparing [3]** 531/5 560/3 663/17
**presence [8]** 524/4 599/3 600/14 649/5 649/6 677/2 678/13 684/23
**present [26]** 521/11 524/5 524/20 525/24 534/24 535/13 540/1 540/3 554/19 554/22 556/22 563/13 563/15 566/10 566/19 568/15 575/5 575/6 577/16 577/18 584/8 599/5 601/2 652/11 678/14 683/18
**presented [3]** 531/4 593/8 614/2
**PRESIDING [1]** 520/5
**pretty [5]** 555/24 582/17 677/8 678/7 684/7
**prevent [1]** 692/8
**previous [1]** 614/12
**previously [5]** 617/23 652/13 652/21 654/22 677/19
**primarily [1]** 538/9
**Princess [1]** 660/15
**principals [1]** 592/23
**principles [2]** 547/3 589/20
**print [1]** 543/15
**prior [6]** 554/13 623/21 624/1 636/6 645/6 645/20
**prison [10]** 556/4 641/22 643/22 645/22 647/22 655/9 655/11 655/14 655/17 655/25
**prius [1]** 526/17
**private [16]** 539/14 541/16 541/21 542/2 542/3 542/4 542/5 543/11 543/21 571/22 592/16 592/16 606/24 622/11 656/24 657/13

**privately [1]** 588/7
**privilege [1]** 525/20
**pro [2]** 521/19 678/7
**probability [1]** 680/21
**probably [12]** 534/19 555/16 559/24 577/22 580/10 660/22 662/17 673/7 673/7 673/10 673/11 674/20
**probative [1]** 651/1
**probe [1]** 616/24
**problem [1]** 651/18
**procedure [2]** 583/20 584/11
**proceed [10]** 524/8 524/25 526/2 527/8 584/25 586/7 600/22 604/7 609/22 653/2
**proceeding [3]** 578/20 628/14 639/19
**proceedings [18]** 520/14 524/4 526/17 540/15 541/4 556/3 556/6 581/15 583/18 599/3 600/1 649/5 677/2 678/13 683/20 684/23 698/19 699/5
**process [32]** 550/24 556/18 557/2 557/3 557/10 557/12 557/19 557/20 558/5 572/4 575/14 577/10 578/2 578/2 585/7 593/19 593/24 594/13 603/6 625/17 626/17 633/20 643/24 645/8 656/18 658/6 660/6 665/13 667/14 668/5 669/16 698/4
**processed [1]** 642/16
**processes [2]** 596/3 667/6
**produce [1]** 623/13
**produced [3]** 597/12 623/11 658/2
**producer [3]** 572/19 573/22 660/19
**product [1]** 648/2
**production [2]** 580/11 593/22
**products [1]** 647/25
**proffered [1]** 608/23
**program [11]** 528/17 530/1 572/5 572/12 635/15 637/10 645/13 661/2 662/9 662/20 662/22
**programs [4]** 529/17 620/3 620/15 645/19
**progress [1]** 684/7
**prohibited [1]** 586/24
**promise [2]** 576/21

589/23
**promised [1]** 590/15
**promissory [4]** 570/1 589/5 589/10 591/6
**promote [1]** 620/20
**promoted [6]** 545/15 620/2 620/3 620/9 620/14 620/16
**promoting [2]** 620/11 620/17
**promptly [1]** 684/10
**proof [8]** 569/11 596/19 605/25 624/23 648/14 651/4 680/9 684/3
**proper [2]** 587/10 631/2
**properly [6]** 587/4 664/16 664/17 664/17 664/18 664/18
**property [4]** 592/17 600/6 665/12 669/3
**Prophecy [2]** 553/24 603/12
**prophesy [1]** 528/14
**prosecution [3]** 540/17 593/6 618/15
**prosecution's [2]** 584/17 591/25
**prosecutor [4]** 621/5 652/25 653/3 654/21
**prosecutors [1]** 605/8
**protected [3]** 603/22 603/24 604/2
**protected against [1]** 604/2
**protection [1]** 603/19
**prove [4]** 619/18 695/1 695/1 695/19
**provide [1]** 672/23
**provided [5]** 569/11 591/15 607/6 627/10 659/21
**provides [2]** 588/24 589/18
**provisions [1]** 587/12
**public [24]** 541/16 541/21 542/2 553/17 560/23 570/2 571/23 571/24 579/21 579/23 586/25 587/5 587/10 587/21 589/2 589/18 589/20 589/25 591/3 591/15 591/17 604/12 606/2 628/10
**publications [1]** 566/25
**publish [16]** 535/22 541/5 547/19 555/4 564/13 571/6 573/16 578/7 580/22 628/3 629/21 637/19 644/13

**P**

publish... [3] 647/6 653/11 672/3
published [3] 528/11 553/25 603/12
Puerto [2] 567/10 660/14
punch [1] 596/3
purport [2] 561/10 587/12
purporting [1] 583/6
purpose [5] 526/13 569/5 622/16 645/18 665/8
purposes [1] 588/18
pursuant [1] 699/3
pursued [1] 533/10
purview [1] 609/10
put [27] 529/12 543/16 551/4 551/8 551/11 551/16 552/10 553/6 575/12 577/11 581/6 581/10 583/5 590/23 593/10 594/6 596/21 596/23 596/25 597/15 626/2 655/20 657/8 659/1 664/20 685/13 696/2
puts [2] 574/6 597/15
putting [4] 575/14 595/4 687/10 689/14
Pyradyne [3] 648/2 648/3 648/4
pyramids [1] 528/3

**Q**

qualification [1] 585/20
qualifications [1] 665/22
qualified [1] 585/11
qualify [1] 597/2
question [72] 537/9 538/21 539/17 544/20 545/24 549/4 558/2 562/3 562/4 562/4 579/1 582/4 582/19 601/7 601/12 601/14 601/15 601/20 602/11 603/5 603/6 603/8 603/11 604/3 604/10 605/4 605/13 611/16 616/7 617/10 617/11 617/14 622/12 624/4 624/9 624/11 626/8 627/19 631/12 632/7 632/10 632/14 633/9 633/17 633/22 633/24 634/1 634/6 634/18 639/5 639/18 641/8 641/10 641/17 644/25

648/10 648/13 648/14 651/12 652/15 652/19 654/14 655/1 655/5 655/7 658/3 660/25 675/24 685/25 686/15 691/23 691/24
questions [35] 526/23 526/25 527/5 527/6 527/13 537/16 550/5 576/13 581/12 581/18 581/21 582/16 583/8 583/22 584/1 584/7 600/21 604/19 605/16 605/17 605/24 628/15 648/24 653/3 653/4 654/17 654/20 661/5 665/6 667/17 667/19 670/10 671/7 674/23 676/2
quick [1] 653/19
quickly [1] 577/1
quite [2] 665/5 695/15
quoted [1] 667/9

**R**

radio [36] 528/17 528/19 528/22 528/23 528/25 529/2 529/2 530/1 572/4 572/9 572/10 572/10 572/11 572/12 573/4 573/6 574/5 576/1 593/21 620/12 635/15 636/4 637/10 638/9 645/19 647/24 648/17 660/18 661/2 662/9 662/20 662/22 663/14 663/16 663/22 666/16
raise [1] 677/13
raised [2] 549/9 549/15
ran [3] 531/21 603/12 620/18
rather [4] 532/19 554/10 668/19 695/2
rationally [1] 685/19
read [12] 572/15 587/3 587/24 593/3 622/9 630/15 630/19 630/20 660/20 660/20 674/7 684/10
reading [1] 632/2
ready [5] 524/21 526/2 574/20 626/24 640/13
real [2] 536/14 628/7
realize [1] 583/7
really [23] 525/3 531/17 532/15 532/25 533/15 549/20 561/23 572/23 572/23 577/10 582/11 592/21 620/16

632/17 662/18 677/5 686/16 687/8 688/7 691/20 692/14 697/5 697/19
reason [7] 526/1 542/2 561/4 561/24 581/20 599/17 660/22
reasonable [2] 557/20 680/20
reasons [2] 668/8 698/11
rebuttal [1] 684/2
recall [6] 535/9 554/19 581/11 618/19 632/20 691/10
receipt [2] 649/14 672/17
receipts [1] 659/21
receive [3] 664/22 672/10 672/12
received [40] 523/4 523/14 535/20 535/21 540/8 547/17 547/18 550/2 555/1 555/2 557/13 557/16 564/10 564/11 568/23 568/24 571/3 571/4 573/15 578/5 578/6 578/24 579/4 610/3 628/1 628/2 628/17 629/19 629/20 630/11 637/17 637/18 642/10 642/11 642/16 647/4 647/5 650/1 674/4 674/17
recently [2] 556/5 671/22
recess [10] 525/23 576/11 576/17 598/9 598/14 649/3 652/10 678/12 684/4 684/8
reclaim [1] 552/5
Reclamation [2] 585/25 586/16
recognition [1] 613/11
recognize [15] 537/8 566/2 571/21 609/25 610/6 627/5 627/22 636/22 641/2 641/4 641/5 641/12 642/15 646/5 663/9
recognized [2] 613/24 641/7
recollecting [1] 633/25
recollection [17] 551/1 564/8 566/9 570/8 631/15 631/21 632/12 633/4 633/9 633/15 634/3 634/14 634/16 634/17 634/22 653/16 673/6

record [11] 526/9 526/15 526/20 583/5 586/10 600/5 636/8 636/10 639/8 661/17 671/2
recording [4] 573/1 573/4 573/23 576/5
records [2] 636/11 636/13
recovery [3] 589/19 591/16 592/23
RECROSS [1] 522/3
redeemed [1] 549/7
redemption [1] 547/4
redirect [4] 522/3 653/4 654/19 675/1
refer [1] 621/5
reference [1] 593/15
referenced [1] 610/10
referring [2] 573/21 608/2
refers [2] 547/25 566/21
reflect [3] 636/8 651/5 651/9
refresh [5] 631/15 632/11 633/4 633/14 673/6
refreshed [4] 632/16 634/7 634/14 634/16
refreshes [1] 634/3
refreshing [1] 631/21
refund [11] 557/14 558/9 558/9 558/17 579/5 595/9 624/7 624/10 626/20 628/6 630/11
refunds [1] 614/23
refuse [1] 630/20
refused [2] 605/24 685/15
regard [4] 623/4 654/20 665/25 685/23
regarding [10] 541/15 601/21 626/20 628/5 632/12 644/24 658/17 678/19 681/5 692/12
regards [8] 541/17 593/19 594/12 595/2 595/9 595/21 657/14 669/21
registered [3] 571/22 606/14 672/17
regular [1] 574/5
regularly [1] 664/9
regulate [2] 587/16 587/22
regulation [1] 587/10
regulations [1] 699/7
relate [5] 543/7 623/1 649/25 686/15 686/16
related [2] 543/19

556/20
relates [4] 584/22 622/22 625/7 688/13
relation [1] 656/10
Relations [1] 613/15
relationship [3] 530/2 549/23 625/6
released [1] 645/12
relevance [19] 593/14 604/14 606/11 607/3 609/4 617/1 617/3 624/16 625/3 625/25 635/11 641/6 641/16 643/15 648/6 648/9 648/23 649/18 657/21
relevant [3] 624/18 626/1 651/6
relied [2] 582/17 622/14
relief [1] 598/5
religion [2] 549/17 549/22
religious [7] 548/16 549/8 549/14 549/18 553/24 603/7 603/13
remained [1] 672/20
remains [1] 676/17
remedies [1] 533/9
remedy [6] 588/15 588/16 589/19 590/13 591/15 592/9
remember [41] 530/23 535/16 545/13 545/25 545/25 564/5 566/7 578/17 581/8 605/3 605/5 606/9 610/4 610/18 611/2 612/17 615/9 617/25 618/21 618/23 618/25 619/7 630/1 632/12 633/13 634/19 634/21 634/23 643/21 645/14 645/19 645/23 645/24 654/11 654/12 656/23 669/8 669/8 669/11 673/4 693/9
remembrance [1] 634/22
remind [1] 545/19
removed [1] 630/5
rendered [1] 644/12
repair [1] 655/16
repairs [1] 655/24
repayment [1] 590/17 590/18 592/11 592/12
repeat [2] 582/1 602/18
repeated [1] 681/6
rephrase [1] 560/12
report [4] 547/22 650/2 650/21 660/17
reported [5] 649/14

# R

reported... [4] 651/6
651/20 651/20 699/5
reporter [5] 529/4
529/9 532/17 572/19
660/9
REPORTER'S [1]
520/14
reporting [2] 650/23
666/10
represent [1] 583/23
representation [1]
535/15
representing [4]
588/23 590/19 600/16
604/8
represents [1] 583/24
Republic [3] 602/15
612/13 674/11
request [2] 540/18
656/8
require [2] 585/15
587/13
required [7] 589/22
603/2 612/20 614/21
627/11 651/13 651/13
requirement [2]
590/17 592/11
requirements [2]
652/1 678/19
requires [1] 695/1
requiring [1] 590/14
rescind [2] 606/17
611/4
rescinded [1] 606/18
research [9] 553/25
567/3 593/4 603/12
642/8 643/1 644/23
680/5 680/12
reserve [27] 526/15
539/1 539/2 539/14
542/3 542/17 542/19
543/3 543/10 543/15
551/6 552/7 567/14
567/14 588/8 589/24
590/3 590/4 591/21
592/18 597/23 657/8
657/13 664/10 664/21
685/21 686/3
reserved [1] 526/12
reside [3] 601/25
602/1 602/5
resident [2] 602/14
602/16
residing [1] 601/19
Resolution [1] 587/6
resolve [2] 569/15
674/12
resolved [1] 652/24
resource [2] 672/25
675/20

resources [1] 672/25
respect [11] 531/3
537/18 540/19 542/9
564/25 577/15 602/18
639/8 645/4 650/8
658/9
respectfully [1]
540/18
respond [6] 569/14
597/3 597/4 597/4
632/6 681/11
responded [2] 595/20
689/25
response [7] 558/20
561/24 599/12 607/22
611/7 629/4 675/25
responsibility [4]
536/9 536/10 536/21
536/23
responsible [1] 631/6
rest [6] 539/7 550/5
644/7 652/18 659/5
678/7
restraint [1] 600/15
restrictions [1]
587/11
restroom [1] 652/7
result [1] 573/7
resume [5] 583/19
600/9 600/11 600/21
654/3
resumed [2] 541/4
583/18
return [25] 558/10
565/3 565/4 591/23
595/8 595/11 595/16
596/13 596/16 602/25
603/3 610/16 615/13
616/10 628/5 630/14
649/7 649/20 651/10
651/14 672/16 693/9
694/3 694/7 698/2
returned [3] 597/8
597/9 638/22
returning [4] 565/6
568/7 607/13 608/18
returns [28] 531/5
552/22 553/18 553/19
553/20 556/17 557/4
559/3 581/5 606/20
610/25 611/9 611/12
614/7 614/14 615/4
615/8 619/5 623/22
624/24 630/24 649/15
650/3 650/22 650/22
651/4 651/8 693/19
revenue [21] 533/3
553/12 567/8 567/11
592/7 595/21 597/11
598/6 606/20 610/11
610/16 610/20 619/18
628/4 628/9 628/17

632/20 633/5 633/11
679/16 685/14
RPR [1] 520/23
rule [3] 527/6 604/8
677/20
Rule 29 [1] 677/20
ruled [1] 604/9
ruling [2] 527/7
658/16
run [3] 531/12 643/4
676/21
running [3] 553/24
600/17 603/7

# S

S-e-a-n [1] 526/10
said [73] 525/19
529/21 538/19 539/4
545/3 545/4 548/25
550/7 553/16 558/7
558/7 558/7 558/8
561/3 564/20 565/15
566/23 567/1 567/17
573/20 574/19 574/23
574/25 582/2 583/11
584/23 587/8 589/25
590/2 590/4 590/7
591/22 595/16 596/9
596/16 596/18 611/6
611/7 611/8 620/4
620/14 622/4 624/5
624/17 625/17 626/16
626/19 635/25 636/2
641/12 644/5 645/11
645/15 645/15 645/17
654/23 668/18 673/10
677/4 679/15 683/1
683/22 685/24 689/20
690/7 690/11 691/11
693/11 694/2 694/4
694/7 694/8 697/8
sale [5] 574/20 575/17
669/3 674/9 675/4
same [24] 524/12
532/1 532/2 532/9
533/12 560/19 560/22
561/1 561/3 580/5
604/18 605/20 610/22
614/11 614/12 614/17
633/20 666/21 667/2
679/19 680/11 685/21
692/9 692/12
San [7] 543/12 574/18
575/8 608/13 608/17
668/16 668/17
San Francisco [3]
543/12 574/18 575/8
sand [4] 681/22
687/11 689/15 692/22
SANDRA [1] 521/6
sat [1] 660/19
save [5] 548/21
594/12 594/12 638/19

674/14
saved [1] 635/24
saw [7] 530/21 558/11
569/17 597/9 618/2
659/17 668/16
say [41] 529/6 530/10
532/13 536/4 549/6
549/22 555/12 555/22
557/10 558/17 559/22
566/12 576/7 577/23
581/16 583/2 590/23
598/7 602/14 605/23
612/22 619/3 623/19
624/3 624/10 629/8
633/8 634/10 638/16
638/17 638/22 658/11
662/13 665/4 675/5
680/2 689/13 692/7
693/5 695/4 698/7
saying [24] 539/13
549/2 551/16 562/1
591/21 592/1 593/9
638/8 640/8 641/6
645/14 650/4 658/9
669/9 682/21 682/23
687/17 689/5 690/13
690/15 690/16 690/18
690/23 698/3
says [15] 588/5 590/1
590/3 590/6 593/8
621/2 633/21 634/11
634/20 634/21 644/20
647/12 683/15 689/1
696/21
scarecrow [1] 618/23
scenes [1] 572/23
schedule [1] 684/7
scheduled [1] 669/3
scheme [1] 620/20
schizophrenic [1]
694/10
scholar [2] 577/9
577/10
schooled [1] 664/6
Sciences [1] 580/8
SciFi [1] 539/16
scope [1] 549/4
score [1] 675/8
Scott [2] 647/20
656/19 656/19
screen [3] 571/13
571/15 609/23
scroll [1] 548/7
se [1] 536/17
seal [1] 656/8
SEAN [14] 520/9
521/19 522/5 526/5
526/10 527/10 625/5
661/25 662/2 662/18
664/5 665/24 666/22
683/7
seated [4] 526/22

## S

**seated... [3]** 526/25 527/5 583/22
**SEC [1]** 579/22
**second [5]** 524/19 536/3 581/14 632/21 633/6
**secondary [1]** 659/3
**seconds [22]** 537/4 537/7 537/14 540/23 541/10 544/4 544/7 544/10 544/19 555/7 555/10 564/19 565/24 574/3 576/6 576/8 576/21 576/25 578/14 578/23 663/4 663/8
**secretary [2]** 538/4 589/1
**Section [5]** 588/17 588/23 590/25 627/11 699/3
**sections [2]** 543/4 543/5
**Secure [1]** 656/3
**securities [1]** 647/13
**security [26]** 542/10 542/11 542/13 543/13 543/19 543/24 581/3 581/6 608/16 611/3 611/5 611/14 611/22 612/6 612/17 612/21 612/22 613/6 614/6 614/13 614/16 614/20 614/22 657/1 657/4 657/7
**see [31]** 524/11 524/22 541/25 543/6 547/23 548/11 560/6 566/22 571/10 571/12 590/22 593/4 611/24 613/19 622/16 628/19 640/17 647/4 650/15 650/19 653/10 660/16 662/18 662/18 666/24 675/3 679/6 679/24 680/5 680/25 684/22
**Seehausen [3]** 647/20 647/22 656/19
**Seehausen [1]** 656/20
**seeing [1]** 673/6
**seek [1]** 690/10
**seeking [2]** 594/20 594/20
**seem [2]** 640/18 665/20
**seems [2]** 581/20 683/20
**seen [2]** 642/17 685/4
**sees [1]** 600/1
**selective [1]** 540/20
**self [1]** 525/21

**self-incrimination [1]** 525/21
**selling [2]** 533/13 659/2
**Senate [1]** 539/13
**send [6]** 538/6 561/4 595/12 595/14 655/14 682/4
**sending [1]** 641/21
**sends [1]** 691/6
**sense [4]** 525/5 595/3 651/15 689/8
**sensing [1]** 580/21
**sensitive [1]** 599/13
**sent [11]** 531/23 558/11 595/13 595/13 595/11 626/15 655/18 655/22 664/19 672/13 672/15
**sentence [3]** 589/7 630/15 655/10
**sentences [1]** 645/12
**separate [4]** 630/25 631/1 639/14 696/21
**separately [1]** 630/25
**September [1]** 535/11
**Serenity [3]** 650/8 650/13 650/17
**series [2]** 648/24 652/1
**served [1]** 674/20
**service [19]** 533/3 546/4 553/12 567/8 567/11 592/8 595/21 597/12 598/6 606/19 606/20 606/24 607/1 610/11 610/17 610/21 633/11 670/21 679/16
**services [2]** 642/25 644/12 674/11
**session [1]** 652/22
**sessions [1]** 539/23
**set [13]** 550/12 570/2 579/19 579/25 580/13 597/15 597/16 598/4 623/22 665/10 665/11 675/22 677/9
**set-off [1]** 665/11
**setoff [10]** 526/13 541/23 559/5 560/3 569/7 569/9 571/23 571/23 592/4 592/4
**setting [3]** 579/17 580/5 580/11
**settle [6]** 541/23 569/7 569/9 571/23 598/4 665/11
**settlement [4]** 526/14 559/5 560/3 588/22
**seven [9]** 537/13 555/10 568/3 571/19 571/20 656/22 668/10

**668/11 694/18**
**several [2]** 546/21 689/4
**sewer [1]** 606/5
**Shall [1]** 658/11
**share [2]** 537/21 625/14
**She'd [1]** 593/13
**shield [1]** 543/10
**shift [1]** 580/1
**shoot [1]** 580/12
**short [6]** 525/13 525/23 574/23 576/10 649/3 669/10
**shortly [2]** 579/13 674/20
**shot [2]** 660/10 690/14
**should [15]** 619/10 626/2 631/5 632/10 633/20 634/17 657/15 671/16 678/22 679/4 682/14 686/25 687/7 688/23 694/21
**shoved [1]** 591/20
**show [28]** 528/22 528/23 528/25 529/15 534/21 557/1 557/11 572/9 572/10 573/4 573/6 574/6 626/11 636/4 638/9 644/11 647/24 648/17 649/14 651/3 656/17 660/18 662/19 663/14 663/16 663/22 666/16 669/5
**showed [7]** 549/1 556/25 557/11 558/16 575/18 584/17 632/11
**showing [5]** 557/3 571/15 631/23 631/24 636/15
**shown [1]** 634/17
**shows [7]** 546/19 557/21 572/19 606/18 666/24 683/6 692/12
**Shrout [19]** 562/11 562/13 562/14 563/5 563/11 563/18 565/10 565/13 566/4 566/14 566/15 566/25 569/24 570/10 570/11 570/23 635/5 635/9 658/12
**Shrout's [2]** 562/21 570/14
**sic [1]** 630/4
**side [8]** 541/16 541/16 541/21 542/2 542/5 543/21 656/24 685/1
**sidebar [8]** 540/10 540/13 540/15 581/14 581/15 581/20 648/25 649/2

**sides [1]** 676/17
**sight [1]** 528/21
**Sightings [2]** 529/14 572/20
**sign [3]** 593/13 615/13 637/8
**signature [8]** 611/21 629/15 637/2 646/9 646/11 646/22 647/19 672/18
**signed [7]** 568/16 605/20 605/20 615/18 656/13 659/23 664/18
**significance [1]** 542/12
**significant [1]** 677/5
**signing [1]** 646/24
**silver [4]** 538/16 587/8 588/4 590/25
**simply [1]** 686/2
**SIN [1]** 580/20
**since [20]** 527/19 530/15 550/18 572/18 590/16 590/17 591/24 592/10 592/11 592/18 603/4 603/5 603/9 606/25 649/6 666/1 669/25 671/3 672/20 673/3
**single [3]** 593/7 656/24 659/22
**sir [28]** 525/11 525/22 527/3 601/25 610/17 612/8 613/16 614/1 617/13 621/23 623/18 627/5 627/13 629/13 630/16 631/22 631/25 633/23 634/5 634/6 636/22 641/2 647/2 647/19 649/23 661/8 695/9 698/12
**sitting [3]** 544/13 619/13 654/13
**situation [4]** 569/16 597/5 668/18 668/20
**situations [1]** 562/20
**six [9]** 537/7 544/6 557/24 558/9 558/16 596/13 626/15 626/18 694/3
**Sixth [3]** 600/1 604/23 605/19
**slavery [1]** 538/20
**sleep [1]** 661/6
**slight [1]** 526/1
**slow [4]** 529/18 586/11 586/13 657/2
**slowly [1]** 526/19
**small [3]** 602/21 619/4 619/5
**Smith [4]** 577/8 585/4 593/23 660/7

**so-called [1]** 530/25
**soaking [1]** 555/17
**social [27]** 542/10 542/11 542/13 543/13 543/19 543/23 580/20 581/1 581/3 581/6 611/3 611/5 611/14 611/22 612/6 612/17 612/21 612/22 613/6 614/6 614/13 614/16 614/20 614/22 656/25 657/4 657/7
**soft [1]** 685/9
**Solutions [1]** 569/25
**solve [1]** 669/4
**some [49]** 530/2 530/21 531/23 537/16 546/20 548/20 551/21 556/22 557/13 557/22 558/11 559/3 559/14 562/9 572/14 578/18 579/25 582/3 584/7 584/24 590/10 594/5 594/7 595/7 595/7 598/5 619/18 619/23 622/24 625/6 625/7 639/25 640/15 649/9 652/23 654/19 654/23 656/10 659/17 662/5 678/6 683/21 685/17 686/3 687/25 691/21 693/19 696/12 698/15
**somebody [13]** 536/8 536/9 536/10 536/12 536/13 536/21 536/23 549/1 574/9 588/5 596/7 660/19 688/6
**somehow [8]** 565/8 569/10 569/10 646/23 655/17 667/14 686/11 693/5
**someone [4]** 548/20 645/21 684/4 688/1
**something [29]** 530/18 531/15 536/5 541/12 549/19 556/8 557/6 557/6 562/8 562/9 564/20 565/13 582/19 583/12 584/19 585/6 591/23 594/15 594/17 595/17 642/1 657/25 665/1 680/7 687/6 688/19 691/7 691/21 697/14
**somewhat [2]** 676/22 684/15
**son [4]** 641/21 642/8 643/1 644/24
**sorry [34]** 524/14 525/14 534/17 536/20 539/9 547/7 549/3 549/5 549/25 550/4

**S**

**sorry...** [24] 563/7
571/12 592/15 596/22
613/3 615/10 628/7
634/11 641/9 642/6
644/13 648/4 658/8
658/15 665/2 665/3
675/23 679/12 680/24
683/19 685/7 687/12
687/13 696/16
**sort** [12] 527/24
545/17 569/20 572/12
590/10 651/19 683/10
685/12 686/13 687/10
688/10 689/10
**sounds** [6] 596/10
656/22 682/21 682/21
682/21 682/22
**sources** [3] 681/9
681/18 690/10
**South** [1] 613/10
**southern** [2] 530/12
549/11
**sovereign** [4] 601/18
602/20 602/22 602/22
**sovereignty** [1]
601/22
**spaghetti** [1] 657/22
**speak** [3] 582/10
620/17 638/1
**speaking** [5] 544/11
559/8 559/9 652/13
662/6
**speaks** [3] 616/12
630/18 650/10
**special** [3] 521/11
526/13 553/15
**specific** [5] 585/15
590/13 590/21 592/10
592/14
**specific coin** [1]
592/14
**specifically** [4] 532/13
578/2 651/15 654/12
**spell** [2] 526/8 661/17
**spending** [1] 655/9
**spent** [2] 555/12
655/19
**spirit** [1] 662/6
**spiritual** [12] 527/21
527/22 528/5 548/10
548/13 549/2 549/6
549/21 557/6 580/8
593/20 593/20
**spirituality** [1] 549/13
**spiritualty** [1] 528/1
**spoken** [1] 685/9
**Spring** [1] 521/9
**square** [1] 601/19
**stage** [2] 577/23
578/16

**stamp** [29] 535/25
537/2 537/7 537/13
541/9 541/10 544/3
544/6 544/10 544/18
555/6 555/9 564/16
564/18 565/20 565/23
565/25 573/18 574/2
576/6 576/7 576/8
576/21 576/24 578/10
578/14 578/22 663/4
663/7
**stamped** [2] 538/12
664/19
**stand** [8] 594/7 600/9
600/11 600/21 601/1
672/5 680/5 685/16
**standard** [5] 538/15
538/17 664/14 695/3
697/18
**stands** [4] 552/4
605/25 644/6 655/25
**start** [10] 529/1
543/14 589/6 607/16
653/22 657/3 659/2
678/16 682/15 698/7
**started** [10] 528/18
529/3 530/7 531/16
532/6 541/10 549/10
558/16 572/1 625/23
**starting** [5] 535/25
555/6 573/18 578/10
663/4
**state** [36] 526/8 538/4
538/4 540/23 585/7
586/19 586/21 586/22
586/23 587/3 588/15
601/9 601/17 602/1
602/2 602/20 602/22
602/24 603/3 603/9
605/2 605/5 605/10
607/18 607/20 612/12
613/10 614/5 614/19
624/18 641/21 647/17
647/17 661/16 664/17
670/13
**stated** [4] 587/1
590/20 592/13 695/19
**statement** [3] 599/10
682/17 689/16
**statements** [4] 540/19
553/4 553/5 652/21
**states** [71] 520/1
520/23 521/6 521/8
521/8 538/9 538/14
539/3 539/4 542/14
542/19 567/2 567/4
579/6 585/8 586/16
587/14 587/15 587/16
587/19 587/23 588/21
588/22 588/25 589/15
589/17 590/8 591/12
591/18 592/1 592/2

**story** [6] 539/7 539/8
539/10 575/10 575/11
690/8
**straighten** [1] 668/1
**Strange** [3] 529/2
529/14 572/11
**strategic** [1] 668/12
**street** [3] 520/24
521/9 574/22
**stricken** [8] 556/11
556/13 593/17 612/24
643/10 644/7 644/8
658/20
**strike** [11] 556/10
561/15 568/18 593/15
607/23 607/25 612/23
621/16 621/18 621/22
665/17
**strong** [2] 600/19
685/3
**struck** [1] 599/11
**stuck** [1] 681/21
**student** [1] 588/13
**studied** [1] 658/12
**studying** [2] 585/4
591/8
**stuff** [18] 547/4
572/13 572/15 572/20
596/5 596/11 619/9
622/12 624/4 638/10
643/3 643/4 659/24
660/10 660/20 688/7
694/2 697/23
**stumbling** [1] 667/1
**stupid** [1] 619/3
**subject** [6] 541/15
547/10 587/10 600/3
600/18 609/22
**submission** [1]
677/21
**submissions** [1]
677/4
**submit** [1] 656/22
**submitted** [6] 569/2
591/14 679/8 679/20
680/9 696/9
**submitting** [1] 569/5
**subsequent** [1] 625/7
**substance** [1] 575/2
**substantial** [2] 691/5
691/6
**substantive** [1] 683/9
**success** [8] 556/25
575/25 595/10 635/20
636/3 638/1 638/4
645/16
**successful** [1] 645/12
**such** [4] 546/19
592/21 599/16 650/10
**sucked** [3] 596/11
596/12 626/11
**sudden** [1] 675/10

**sued** [3] 594/16
605/14 606/1
**sufficient** [2] 681/13
697/1
**sufficiently** [1] 649/25
**suggest** [2] 688/22
692/20
**suggested** [2] 667/13
689/17
**suggestion** [1] 683/8
**suggests** [1] 685/13
**Sui** [1] 526/12
**suit** [1] 539/12
**Suite** [1] 521/15
**sum** [1] 596/24
**summaries** [2] 678/6
678/7
**summer** [1] 530/13
**supervision** [1]
659/20
**supplies** [4] 655/13
655/15 655/23 656/4
**suppose** [2] 551/21
572/17
**supposed** [6] 560/18
590/2 590/7 596/6
633/25 664/1
**supposedly** [1]
694/11
**Supreme** [2] 585/24
586/15
**sure** [17] 527/16
538/21 547/3 548/9
550/12 554/6 558/15
561/23 575/20 619/8
625/19 637/14 662/25
673/7 673/7 690/25
696/18
**sureties** [1] 592/24
**surety** [4] 589/12
589/20 591/2 592/7
**surrogate** [1] 592/7
**surrounded** [2]
689/20 691/14
**surrounding** [1] 688/8
**sustain** [1] 606/12
**sustained** [9] 558/25
561/14 604/15 607/4
615/1 616/13 635/13
645/1 658/18
**SVW** [1] 520/8
**swap** [1] 664/11
**swapping** [2] 541/12
541/25
**swimming** [1] 592/5
**Switzerland** [2]
589/11 591/7
**sworn** [4] 526/7
527/10 661/14 661/20
**system** [26] 541/24
551/6 551/13 551/19
581/18 582/3 585/19

**S**

system... [19] 585/21
588/11 590/10 594/5
597/24 598/7 604/17
605/2 605/6 605/10
606/3 606/4 619/19
624/24 668/23 668/25
670/3 686/16 697/18
systems [1] 606/5

**T**

tab [2] 549/1 640/18
table [1] 549/2
tail [1] 540/22
taken [2] 658/25 678/3
takes [5] 536/9 536/10
536/21 536/24 552/3
taking [3] 595/4 671/5
689/14
talk [8] 536/7 559/3
576/1 657/14 657/15
657/19 657/20 684/18
talked [3] 559/2
666/15 692/5
talking [12] 528/3
528/22 534/12 538/11
538/12 541/11 593/21
611/17 658/13 687/13
693/8 693/13
talks [1] 688/17
taught [4] 536/18
536/19 536/19 536/20
536/20 537/20 541/14
542/24 543/2 547/11
551/6 552/14 565/9
565/13
tax [44] 531/4 540/5
550/8 552/21 553/15
556/17 581/5 596/21
596/21 596/25 597/10
602/24 603/3 603/9
610/16 611/9 611/12
611/20 613/5 613/13
614/6 614/13 615/13
615/20 615/22 616/10
630/24 649/15 649/19
649/20 650/2 650/22
650/22 651/3 651/7
651/8 651/10 651/14
658/2 683/15 686/16
693/6 694/9 697/18
taxes [6] 531/19
550/20 569/11 586/18
596/18 694/17
taxing [1] 691/7
taxpayer [1] 538/5
Tea [1] 566/25
teach [7] 537/19
541/20 542/11 549/21
554/3 564/25 580/7
teaches [1] 562/17

teaching [3] 541/20
546/24 554/16
teachings [2] 537/18
537/20
technical [2] 619/24
652/23
Ted [3] 627/8 628/17
628/18
Tel [1] 655/25
television [2] 572/18
660/18
tell [19] 536/6 544/21
551/2 552/1 558/22
561/22 566/23 575/22
581/2 585/18 585/21
600/13 634/17 641/25
651/19 661/25 666/4
670/6 698/4
telling [4] 598/1
618/25 624/10 668/8
tells [1] 691/21
Temple [14] 531/12
531/21 531/24 532/3
532/10 532/22 533/6
533/8 534/16 534/18
534/20 617/24 620/17
620/18
ten [9] 553/19 555/10
574/17 576/15 601/19
662/2 662/16 662/17
665/24
tend [1] 685/8
tender [16] 585/7
585/9 586/9 586/17
589/12 589/14 589/16
589/21 589/22 590/17
590/17 591/9 591/11
592/11 592/12 592/25
tendered [2] 588/19
588/20
term [2] 645/12 650/5
terminology [1]
665/10
terms [5] 525/7 554/4
582/6 650/6 688/15
terrestrial [1] 528/6
terrible [2] 573/23
581/9
Testament [1] 548/19
testified [19] 527/10
583/22 616/19 616/22
619/12 620/24 621/19
622/2 622/18 622/20
635/4 635/17 635/20
635/23 637/11 637/25
645/11 650/9 661/20
testify [11] 524/16
525/8 525/20 583/21
608/5 616/4 634/13
638/3 638/18 638/20
640/9
testifying [1] 525/16

testimony [9] 524/20
526/24 581/17 584/12
585/12 594/24 599/17
616/24 659/9
Texas [1] 556/21
thank [70] 525/25
526/4 527/9 535/24
539/16 540/16 541/3
543/1 544/1 544/15
555/3 556/14 564/12
568/25 571/5 576/19
578/7 578/9 580/1
581/4 583/1 583/15
583/16 584/14 586/13
593/2 598/10 599/20
599/24 621/10 623/5
631/8 632/13 633/10
644/9 649/21 649/23
652/9 654/5 658/22
659/14 659/25 659/25
661/5 661/7 661/8
661/16 661/23 661/24
667/18 667/21 669/15
670/9 670/24 671/4
671/6 671/9 675/25
675/25 676/3 676/4
676/7 677/13 677/23
680/17 685/2 694/12
698/16 698/17 698/18
that's [104] 527/14
528/19 529/11 536/24
537/25 538/23 541/1
542/7 543/21 543/24
548/4 551/5 551/12
558/1 560/24 562/5
562/5 565/3 565/5
574/24 575/25 579/20
581/1 583/2 584/9
584/19 584/21 588/6
588/8 590/8 593/4
594/22 597/24 598/7
600/19 601/7 601/20
608/21 609/10 611/16
612/8 615/24 616/21
620/3 622/8 624/11
630/1 632/14 632/18
634/16 635/25 644/20
646/25 647/19 650/5
651/17 652/3 653/23
654/16 655/7 655/13
655/13 657/9 657/18
660/12 660/12 660/12
665/5 665/13 671/3
673/17 673/20 675/25
677/7 678/10 679/21
680/11 684/16 685/8
685/21 685/24 685/25
687/1 687/5 687/7
687/7 688/10 688/21
689/7 690/11 690/16
690/17 690/20 691/23
691/23 692/1 693/6

695/13 695/16 696/5
697/4 697/4 697/5
697/19
the Uniform [1] 561/5
their [23] 557/11
592/7 595/23 596/25
610/13 610/14 611/7
642/2 642/8 649/7
649/15 650/2 655/15
669/7 674/10 675/7
676/24 681/18 681/21
683/25 687/18 691/11
694/15
them [52] 533/19
550/9 551/22 557/5
560/11 560/11 560/25
561/21 568/2 568/3
569/11 569/18 570/22
587/4 591/20 593/7
594/9 595/9 595/10
595/11 595/12 595/22
596/16 596/25 597/8
597/15 597/15 606/4
607/19 615/18 628/15
636/15 642/16 642/16
658/4 659/18 660/16
660/20 666/3 675/22
676/9 676/22 677/11
678/1 678/1 682/15
684/11 691/16 692/5
693/20 694/11 694/14
themselves [2] 660/19
697/3
theoretically [3]
543/20 551/11 686/4
theories [2] 572/16
687/25
theory [7] 552/5
552/14 565/15 598/3
656/25 657/6 685/19
there's information
[1] 691/3
thereafter [2] 579/13
674/20
thereby [1] 587/15
therefore [10] 551/16
565/1 565/6 587/10
588/10 614/20 623/3
627/9 674/12 686/4
these [61] 539/5
539/23 543/5 543/18
548/24 554/4 556/6
556/22 559/12 565/9
565/18 565/18 568/21
569/13 582/17 590/22
590/22 591/8 592/4
593/6 593/9 595/24
596/2 597/14 597/17
598/1 598/3 600/1
602/7 602/21 604/19
608/24 620/25 622/4
622/9 622/13 622/19

624/9 624/18 626/2
636/13 639/1 639/10
640/16 642/15 642/17
649/11 649/13 656/2
656/7 670/10 676/8
682/23 683/8 683/21
684/14 687/25 693/19
694/1 694/20 697/21
they'd [1] 551/22
they've [1] 675/11
thin [1] 569/8
thing [13] 532/25
533/1 542/25 543/10
544/22 563/5 563/22
565/3 596/12 597/17
599/16 655/20 692/12
things [47] 524/23
528/1 528/2 528/2
528/4 528/15 529/5
532/9 532/18 545/17
555/16 555/16 558/5
562/18 562/19 565/18
565/18 572/15 579/24
579/25 585/13 585/22
586/4 590/22 593/21
597/7 604/24 607/17
619/3 625/8 626/2
634/10 642/7 643/4
655/11 655/21 656/10
660/13 660/16 660/17
660/19 660/23 668/25
682/24 683/8 697/7
697/19
think [100] 525/3
528/11 528/19 529/10
530/11 530/12 530/12
531/15 531/22 532/8
535/11 541/1 545/9
548/5 548/5 556/4
556/21 557/21 559/10
560/10 560/25 564/7
564/8 565/11 566/8
566/13 568/19 572/8
574/16 574/25 575/7
575/11 580/8 583/9
584/11 585/6 599/12
605/1 606/2 606/17
609/20 614/8 623/23
624/5 634/4 641/23
642/20 642/23 649/3
651/17 654/16 654/24
655/9 657/10 662/25
667/2 667/13 668/16
668/19 670/11 670/13
670/16 670/25 678/10
679/21 679/22 682/2
682/9 682/20 683/2
683/3 684/8 686/22
687/5 687/7 688/1
688/5 688/10 688/14
688/22 689/7 689/8
689/20 690/4 690/16

**T**

**think... [15]** 690/24 691/1 691/2 691/3 691/12 691/13 691/25 692/13 692/16 694/14 696/25 696/25 697/1 697/2 697/2
**thinking [2]** 557/20 685/18
**thinks [1]** 691/7
**this [376]**
**Thompson [1]** 630/23
**those [34]** 530/25 531/3 531/5 533/16 533/18 538/10 539/21 539/24 543/7 546/23 553/1 553/2 553/2 558/5 567/21 567/23 569/5 570/24 581/7 581/10 597/25 607/17 623/11 625/8 645/18 652/24 659/19 659/22 665/17 667/17 681/9 686/15 689/3 691/15
**though [7]** 575/19 581/22 594/4 596/19 600/4 607/17 683/20
**thought [15]** 593/25 594/1 594/1 594/24 594/25 594/25 595/1 630/5 684/6 684/6 686/25 688/23 688/24 696/12 698/16
**thoughts [1]** 679/7
**thousand [1]** 597/18
**thousands [3]** 545/1 545/3 552/20
**three [10]** 537/3 555/15 574/2 613/11 626/16 628/23 634/10 655/12 693/12 694/17
**three-code [1]** 613/11
**thrilled [1]** 669/3
**through [21]** 539/20 543/7 543/14 543/18 545/17 546/23 556/3 556/6 583/8 584/1 588/20 596/4 608/19 622/11 650/21 657/24 662/3 662/5 662/7 675/11 690/23
**throughout [1]** 697/17
**throw [2]** 551/22 574/21
**throwing [2]** 657/22 657/24
**thrown [1]** 527/22
**THURSDAY [4]** 520/16 524/1 532/8 599/1
**tie [1]** 650/19

**tie in [1]** 650/19
**time [99]** 525/25 528/11 528/18 529/13 532/1 532/2 535/25 537/2 537/6 537/13 539/11 540/9 541/9 541/10 544/3 544/6 544/10 544/18 545/20 549/13 551/11 555/6 555/9 555/22 558/4 560/16 561/3 564/2 564/16 564/18 565/20 565/23 565/25 566/8 566/16 568/1 568/6 572/7 573/18 573/22 574/2 574/23 575/5 575/18 576/5 576/7 576/8 576/21 576/24 578/10 578/13 578/22 579/17 579/23 580/4 580/5 585/5 591/8 596/14 598/8 600/20 602/12 605/5 610/18 611/11 611/13 612/12 612/14 613/8 613/23 614/11 614/19 618/10 632/17 632/21 633/6 635/22 638/10 651/7 653/7 659/4 663/4 663/7 663/13 664/8 666/21 667/2 668/13 668/18 668/25 669/2 669/10 670/6 671/5 672/14 674/13 675/12 675/18 682/1
**time it [1]** 659/4
**times [7]** 529/13 533/5 533/7 587/18 587/23 662/13 662/22
**tithe [1]** 557/7
**title [6]** 589/2 591/3 621/8 621/9 695/11 699/4
**Title 18 [1]** 699/4
**Title1 [1]** 588/23
**Title1 618 [1]** 588/23
**to testify [1]** 638/18
**today [9]** 526/14 554/13 592/6 604/12 605/20 607/9 618/2 684/7 697/7
**today's [1]** 636/6
**together [9]** 530/8 530/10 530/14 549/19 575/12 575/14 609/11 620/11 666/1
**told [14]** 557/22 567/6 568/1 575/11 594/9 619/4 619/6 636/2 689/3 689/9 689/18 690/6 690/12 690/20
**tomorrow [3]** 682/5

**684/9 684/22**
**tonight [1]** 684/3
**Tony [2]** 593/23 660/7
**too [8]** 576/22 605/2 609/3 625/22 631/9 665/3 682/21 698/7
**took [20]** 532/14 532/15 535/6 546/20 553/4 553/4 553/5 553/5 564/1 564/5 567/3 567/25 568/3 568/3 587/7 591/19 620/10 620/18 677/20 681/17
**top [5]** 547/22 621/2 654/16 655/12 655/24
**topic [1]** 563/20
**topics [2]** 572/12 572/21
**total [2]** 555/11 693/11
**totally [2]** 631/1 651/2
**touched [3]** 581/21 582/4 584/24
**towards [1]** 548/9
**transcript [3]** 520/14 699/5 699/6
**travel [2]** 607/21 609/11
**traveled [3]** 607/9 608/5 608/10
**Traversty [1]** 573/22
**Treasury [6]** 567/15 579/6 588/1 588/21 589/1 647/15
**treaty [4]** 589/3 589/7 589/8 591/4
**tree [1]** 573/9
**trial [9]** 520/14 596/7 596/7 616/23 681/5 685/13 697/5 697/6 697/17
**tricking [2]** 692/19 692/19
**tried [11]** 532/18 556/7 569/15 600/14 600/17 607/18 611/4 660/10 670/16 681/22 696/11
**trigger [1]** 691/21
**trillion [4]** 543/22 588/12 590/1 657/5
**truckload [1]** 688/7
**truncated [1]** 682/9
**trunk [1]** 688/9
**Trust [2]** 567/10 590/12
**trusted [1]** 681/19
**trustee [4]** 669/3 674/9 674/10 675/12
**trustees [1]** 675/12
**truth [12]** 546/25

**561/23 605/25 681/15**
**681/18 681/20 689/10 689/18 689/23 689/24 690/22 692/5
**try [12]** 572/22 579/25 594/11 594/12 594/12 595/22 607/17 657/25 660/16 675/12 683/21 693/23
**trying [14]** 555/18 573/10 579/23 614/23 619/17 642/1 657/23 670/11 670/25 684/16 689/18 692/19 693/5 696/1
**Turbo [1]** 553/15
**turn [18]** 530/18 546/14 610/5 610/9 611/20 615/10 617/21 620/22 626/23 627/1 629/1 630/2 630/10 637/4 640/6 640/12 646/1 673/25
**turned [2]** 596/18 694/8
**turning [2]** 539/18 671/14
**TV [1]** 529/15
**TWA [1]** 660/15
**two [17]** 536/2 550/23 555/7 564/18 580/10 592/5 598/5 617/23 625/8 626/23 649/11 666/8 669/10 675/6 675/9 682/12 696/19
**tying [1]** 590/14
**type [4]** 563/17 662/6 681/1 687/11
**typed [1]** 656/6
**typewriter [3]** 656/4 656/5 656/5
**typical [4]** 546/24 554/16 570/16 570/24
**typically [1]** 563/17
**typo [1]** 696/4

**U**

**U.S [14]** 567/15 567/16 585/24 586/15 587/1 587/5 588/1 588/1 592/25 647/15 668/11 674/8 674/10 674/20
**U.S.C [9]** 588/17 588/23 589/2 589/3 589/15 589/17 591/4 591/4 591/13
**U.S.D [1]** 647/12
**UCC [1]** 526/16
**UFO [1]** 529/10
**UFOs [1]** 572/14
**ultimately [5]** 575/12

**575/16 584/5 585/12 690/21**
**unabridged [1]** 547/5
**unconstitutional [2]** 682/19 696/23
**under [26]** 526/16 561/4 565/11 567/2 586/19 588/11 588/22 589/1 589/14 591/2 591/11 593/24 594/7 596/7 599/12 600/5 601/7 605/18 613/13 627/7 659/20 677/19 677/21 682/20 694/16 694/19
**understand [13]** 541/19 545/21 561/10 565/3 581/16 587/4 596/6 654/14 664/7 664/12 683/22 685/19 686/6
**understanding [10]** 553/14 574/14 584/1 593/4 600/15 615/6 624/22 664/4 684/12 695/15
**understood [5]** 536/7 536/8 541/20 542/4 653/6
**unexpected [1]** 654/4
**unfair [1]** 684/5
**unfortunately [3]** 579/20 607/17 607/20
**Uniform [2]** 561/5 565/11
**unincorporated [1]** 592/16
**union [4]** 589/11 591/6 666/10 666/10
**unique [1]** 549/20
**unit [1]** 588/6
**united [71]** 520/1 520/23 521/6 521/8 521/8 538/9 538/14 539/3 539/4 542/14 542/19 567/2 567/4 579/6 585/8 587/14 587/15 587/16 587/19 587/23 588/21 588/22 588/25 589/3 589/8 589/15 589/17 590/8 591/5 591/12 591/18 592/1 592/2 592/18 592/22 592/24 601/6 601/11 601/25 602/4 602/5 602/7 602/8 602/8 602/17 602/21 603/16 603/19 603/23 604/19 606/23 607/1 607/10 607/12 607/13 608/12 608/18 608/19 608/23 608/24 609/9

**U**

united... **[10]** 613/11
613/25 614/2 614/3
662/4 679/17 679/22
686/8 699/4 699/8
universal **[4]** 589/10
591/6 612/21 614/21
universe **[4]** 528/7
529/2 529/15 572/11
University **[1]** 580/9
unlawful **[2]** 558/8
681/17
unless **[3]** 552/3
657/18 659/5
unrebutted **[1]** 605/24
until **[4]** 622/10
625/23 693/14 697/7
unwrongly **[1]** 655/9
UPN **[1]** 529/15
upon **[15]** 581/17
581/21 582/4 582/15
584/24 588/24 607/13
608/12 621/25 622/14
677/4 684/25 690/20
697/20 698/6
upper **[2]** 537/24
538/1
us **[39]** 528/20 532/16
536/6 539/7 545/15
548/21 549/7 557/3
557/11 560/16 566/23
567/25 568/1 568/3
568/3 568/6 569/12
569/13 588/9 588/10
592/21 594/5 594/6
596/20 598/4 600/7
625/12 634/17 642/8
643/2 643/5 643/5
651/19 655/10 656/1
656/9 657/23 671/1
695/1
USA **[1]** 520/6
use **[25]** 539/5 541/1
547/3 562/8 570/22
588/9 597/17 600/14
606/2 607/21 608/15
611/7 611/22 611/25
612/2 612/6 612/21
613/5 614/16 615/14
617/20 652/6 658/17
675/18 675/20
used **[31]** 538/16
538/18 543/21 543/24
551/8 574/9 592/17
593/11 604/17 605/2
605/5 606/3 606/19
607/1 607/12 608/12
609/3 609/8 611/9
611/12 611/14 614/13
614/21 614/22 650/5
656/18 658/6 664/8

664/9 664/10 675/23
uses **[1]** 543/15
using **[7]** 551/14
565/9 584/11 595/6
595/9 606/3 628/10
usual **[1]** 658/6
usually **[1]** 538/6
Utah **[3]** 530/11
549/15 549/16
utility **[1]** 675/14

**V**

vague **[1]** 603/18
VALERIE **[3]** 521/7
605/16 621/2
valid **[3]** 675/16 683/8
693/7
validity **[1]** 557/18
value **[8]** 564/21 565/4
565/4 587/16 587/22
595/17 647/12 664/24
Vancouver **[1]** 580/13
various **[6]** 528/15
532/18 554/2 565/12
567/16 650/5
vault **[1]** 659/1
Vegas **[2]** 527/21
530/7
venue **[1]** 533/11
versus **[2]** 585/25
586/16
very **[26]** 541/3 547/6
559/13 574/23 575/13
575/21 577/8 580/21
595/18 619/4 619/4
619/5 619/5 643/1
655/10 655/12 657/11
665/21 667/18 669/10
671/5 671/6 675/19
685/18 688/14 697/2
vessel **[1]** 538/3
via **[1]** 590/12
vicious **[1]** 598/5
video **[38]** 534/13
534/15 535/15 535/25
536/1 537/5 537/12
537/15 539/20 541/8
544/5 544/6 544/9
544/21 555/8 555/9
563/4 564/15 564/17
565/22 573/19 573/25
574/1 576/4 576/9
576/23 577/7 578/12
578/16 578/21 617/23
618/2 618/6 618/8
653/10 653/18 654/7
690/12
videos **[4]** 539/23
546/2 582/16 689/3
Videotape **[1]** 544/17
Viennese **[1]** 613/14
view **[3]** 585/20

687/18 688/12
viewing **[1]** 545/1
Village **[1]** 531/15
violate **[1]** 585/16
violate the **[1]** 585/16
violated **[1]** 600/2
violating **[1]** 586/25
violation **[2]** 527/3
698/6
visit **[1]** 655/11
visited **[1]** 606/7
voice **[4]** 537/8 566/2
618/6 663/9
voiced **[1]** 604/22
void **[1]** 526/17
VOLUME **[1]** 520/18
vote **[2]** 538/6 606/14
voter **[1]** 538/5

**W**

wacky **[1]** 562/9
wait **[4]** 633/23 639/4
648/13 682/14
waited **[1]** 694/18
waive **[1]** 525/20
wall **[2]** 657/22 657/25
want **[22]** 527/13
536/17 536/17 542/22
546/14 552/2 578/13
582/4 583/13 584/15
596/9 604/22 611/6
616/24 643/23 657/3
657/18 665/4 676/8
688/9 692/2 697/14
wanted **[14]** 524/12
560/8 561/22 568/5
568/6 581/25 583/2
583/5 625/20 626/17
641/24 642/2 643/2
693/3
wants **[4]** 525/15
574/19 618/16 652/25
warned **[2]** 653/14
654/9
warning **[1]** 600/19
warnings **[4]** 689/2
693/8 693/13 694/1
warrant **[2]** 681/14
689/23
was **[464]**
Washington **[6]**
601/20 613/4 629/24
630/3 630/7 630/12
watched **[1]** 617/23
watching **[1]** 668/21
water **[1]** 606/5
way **[33]** 536/24
541/23 542/7 546/6
558/6 578/25 588/3
589/10 590/24 591/13
594/7 594/17 594/25
595/7 595/24 597/2

597/14 597/19 599/13
600/22 604/7 611/10
612/20 656/11 657/17
664/19 669/4 684/3
685/21 686/1 689/2
689/17 697/19
ways **[1]** 650/5
we **[180]** 525/25
528/13 528/14 528/17
528/21 530/6 530/6
530/21 531/16 531/19
531/22 532/2 532/14
533/20 536/4 537/23
538/15 538/16 538/18
538/19 538/19 540/18
540/21 541/11 545/15
545/15 546/25 547/1
547/22 548/4 549/9
550/9 551/12 553/4
553/4 553/5 553/5
554/1 554/1 554/7
555/15 555/23 556/2
556/6 556/21 558/11
559/2 559/4 560/24
568/7 569/10 569/12
569/12 569/13 569/15
569/15 569/17 570/1
571/10 571/11 572/15
572/22 573/10 574/17
574/23 574/25 575/8
575/10 575/24 576/14
579/17 579/21 579/21
580/5 580/10 580/12
580/13 581/25 582/25
583/19 584/12 590/7
591/14 592/3 593/6
594/2 595/4 595/6
595/10 595/12 595/13
595/13 595/15 596/11
596/12 597/2 598/11
607/16 607/17 607/23
608/3 609/12 617/23
618/2 620/10 623/10
623/23 623/23 623/23
624/4 624/5 625/23
626/11 627/9 635/15
637/12 637/25 640/5
641/23 641/23 643/2
643/3 643/4 643/4
647/24 648/24 648/25
649/3 649/7 651/22
652/6 652/13 652/21
652/23 653/20 654/3
655/9 655/11 655/17
655/17 655/18 655/19
655/22 656/18 658/3
658/9 658/17 658/23
658/24 659/17 659/21
659/23 659/24 660/14
664/14 664/14 664/23
668/6 668/15 668/16
669/21 675/9 676/15

676/22 679/20 682/8
682/14 683/22 684/3
684/4 684/8 684/9
685/4 689/25 693/5
693/6 693/7 694/7
697/25 698/1
we filed **[1]** 624/5
we'd **[2]** 550/18 684/6
we'll **[14]** 524/24
524/25 539/16 576/10
576/16 594/11 598/11
639/25 652/3 657/14
657/15 657/20 684/22
696/13
we're **[24]** 524/5 526/2
539/4 551/5 584/9
584/18 591/24 592/5
592/5 592/6 595/19
596/23 599/5 602/22
607/16 619/23 649/6
664/12 664/13 684/7
684/21 684/24 694/3
we've **[6]** 583/8
595/17 607/18 607/18
665/25 666/1
web **[2]** 553/13 553/17
website **[18]** 544/23
544/23 544/24 544/25
545/1 545/6 545/8
545/12 545/18 546/1
548/2 553/12 555/16
570/13 570/14 570/17
595/8 657/10
week **[2]** 638/11
669/10
weeks **[2]** 666/8
669/10
weight **[1]** 621/17
welcome **[1]** 676/6
well **[77]** 525/6 528/11
529/8 530/6 531/22
532/7 532/14 533/7
534/11 534/22 536/8
539/4 542/3 542/13
548/25 550/18 553/19
553/23 553/23 555/16
555/21 555/21 556/2
557/22 558/2 558/18
559/16 561/21 561/22
566/23 567/24 568/8
570/15 572/13 574/16
575/24 578/3 582/11
590/2 590/3 591/22
603/1 603/21 607/15
609/20 611/7 612/11
615/23 617/10 622/18
623/23 624/2 624/17
625/18 631/12 634/15
635/7 637/9 638/3
665/16 673/10 680/4
681/23 683/5 683/7

**W**

**well...** [12] 683/14
687/19 687/21 688/14
689/7 690/11 690/15
691/13 691/23 693/4
695/16 697/3
**went** [24] 528/14
531/22 533/19 538/15
549/11 550/16 550/20
555/15 555/21 579/18
579/18 579/21 584/1
591/19 608/19 620/10
653/20 666/9 670/2
675/6 675/6 681/19
691/10 692/5
**weren't** [4] 573/21
654/10 679/13 693/19
**WESTERN** [1] 520/3
**what** [208]
**what exactly** [1]
529/6
**what's** [21] 532/15
534/5 546/14 554/11
562/25 570/3 572/22
572/22 572/23 572/24
577/1 589/25 605/17
605/18 606/9 628/7
628/9 628/12 649/1
681/2 686/13
**when's** [1] 575/25
**whenever** [1] 551/4
**where** [41] 527/20
531/10 538/16 543/24
544/25 546/3 546/3
550/10 550/13 553/11
555/25 557/2 558/5
566/5 567/3 567/16
569/23 570/8 571/11
573/23 580/9 584/9
594/18 594/18 597/6
617/23 626/6 632/22
651/20 655/20 655/20
657/3 657/10 658/3
658/3 680/22 680/22
683/22 684/4 690/4
691/10
**whereas** [3] 587/7
587/9 587/11
**whether** [13] 585/13
631/16 633/5 634/3
639/18 651/13 656/12
656/24 677/6 677/11
680/5 680/6 680/11
**which** [69] 528/12
528/17 531/12 538/14
538/19 538/19 543/11
543/13 547/5 549/20
551/20 552/4 552/12
553/25 555/14 560/23
561/2 569/11 569/25
580/8 580/9 580/23

581/2 583/25 587/12
589/16 589/17 591/14
595/7 595/19 596/2
597/10 597/10 597/24
603/12 606/22 606/24
611/13 627/16 628/10
631/3 631/3 639/19
640/16 644/14 645/18
651/21 651/22 652/22
655/12 655/25 656/3
657/8 657/11 657/13
659/3 660/21 675/3
675/21 676/18 678/2
687/14 688/10 690/20
693/14 693/25 695/1
695/20 696/21
**while** [5] 530/6 548/21
549/12 559/11 682/15
**white** [1] 527/14
**who** [42] 524/20 531/8
531/9 531/21 533/9
533/23 536/8 536/9
536/10 541/18 544/13
546/5 550/14 556/19
556/19 559/15 562/13
562/14 562/15 562/15
574/9 574/12 578/15
583/23 607/19 620/18
622/5 628/21 628/22
630/23 646/24 647/11
647/13 656/2 656/21
656/21 658/24 660/8
660/19 685/24 688/6
689/20
**who's** [3] 578/15
647/16 660/21
**whoever** [1] 553/2
**whole** [17] 532/25
533/1 536/14 542/1
544/22 549/1 551/19
577/23 580/13 585/5
591/18 591/23 641/24
652/1 660/5 662/3
668/15
**wholly** [1] 630/25
**whose** [2] 544/24
592/16
**why** [20] 537/25 542/2
553/19 553/20 557/21
558/3 561/20 579/16
579/24 586/20 608/6
609/22 619/11 642/3
655/18 660/12 660/12
660/22 675/5 696/2
**why the** [1] 542/2
**wife** [28] 567/25 574/7
593/11 607/1 609/3
609/8 613/5 619/12
622/5 622/19 625/11
625/15 629/24 630/3
630/13 630/24 631/9
631/16 632/9 632/20

633/5 640/3 643/12
643/19 644/23 645/20
658/24 693/25
**wife's** [1] 637/2
**willful** [4] 594/2
688/10 692/7 698/14
**willfully** [4] 670/16
681/1 688/1 690/22
**willie** [1] 686/9
**willie-nillie** [1] 686/9
**Williston** [1] 547/5
**WILSON** [1] 520/5
**window** [1] 597/23
**Winston** [15] 562/11
562/13 562/14 563/5
563/11 565/9 566/25
569/24 570/10 570/11
570/14 570/23 635/5
635/9 658/12
**Winston's** [1] 565/7
**wish** [4] 584/25
584/25 586/23 599/25
600/6 629/10 654/18
693/1
**wishes** [1] 585/21
**withdraw** [2] 558/2
652/4
**within** [3] 533/12
693/8 695/17
**without** [5] 525/1
586/25 631/23 646/2
672/16
**witness** [35] 524/10
524/12 524/15 524/19
525/9 525/16 525/16
526/6 526/7 527/10
533/21 553/16 601/1
601/14 605/21 621/5
627/2 631/19 634/13
636/10 638/24 640/8
640/12 645/25 646/10
646/12 646/23 647/20
648/19 659/8 661/14
661/20 672/4 672/7
673/19
**witnessed** [1] 656/21
**witnesses** [8] 522/3
525/10 568/7 592/1
642/5 661/9 676/11
676/14
**Witter** [1] 551/21
**wolf** [1] 574/19
**wolves** [2] 669/12
669/13
**woman** [1] 640/4
**won't** [7] 576/21 597/3
597/3 597/4 658/4
672/15 682/8
**word** [13] 537/23
538/18 538/19 558/3
568/12 568/13 568/18
571/9 602/16 643/25

644/5 681/16 689/22
**words** [15] 547/6
581/18 584/3 599/9
622/13 622/22 645/16
649/19 654/22 669/23
683/3 689/2 689/11
692/11 696/2
**work** [10] 534/1
560/18 594/11 614/4
638/14 638/15 638/21
660/16 664/1 675/17
**worked** [15] 529/8
529/9 529/9 529/10
556/18 557/10 557/12
575/23 599/10 666/5
666/6 666/7 675/5
675/17 698/1
**working** [10] 532/19
557/2 559/15 568/4
612/11 612/14 614/18
660/14 666/1 675/9
**workings** [1] 667/4
**works** [5] 550/24
557/20 557/21 585/19
619/19
**world** [5] 536/11
536/13 536/22 538/3
549/20
**worse** [2] 596/12
596/14
**worth** [6] 543/20
588/13 657/9 657/11
686/8 690/14
**would** [102] 525/4
526/22 527/13 528/14
529/18 537/10 540/18
540/21 548/20 548/23
555/11 557/21 559/22
560/25 562/7 563/18
564/7 566/12 566/13
568/2 577/23 585/6
586/20 586/20 593/12
595/11 595/12 600/9
604/21 605/12 605/17
608/3 608/7 618/10
618/12 619/19 620/5
625/12 626/11 631/15
631/18 632/2 633/4
633/14 636/8 636/10
639/7 640/21 647/14
648/24 649/7 649/13
651/3 651/7 651/18
651/20 651/25 653/9
655/5 655/11 658/24
659/8 662/13 663/3
664/15 664/19 664/20
664/20 664/22 671/14
671/22 673/6 673/25
676/19 676/25 677/6
677/7 678/18 679/22
680/1 683/13 684/3
684/4 684/4 684/5

685/15 686/23 687/1
689/9 689/17 690/5
690/25 691/2 691/3
692/9 692/14 693/16
694/4 695/22 697/1
697/7 698/2
**wouldn't** [4] 605/15
631/17 671/21 692/8
**wound** [1] 643/5
**wow** [1] 566/12
**write** [2] 642/24 686/9
**writing** [6] 593/20
611/8 631/18 632/20
686/10 686/19
**written** [1] 595/1
**wrong** [4] 595/14
691/7 696/6 698/5
**wrote** [9] 569/12
596/16 624/6 628/23
629/4 631/9 631/16
632/9 633/5
**WWW.Stevebrodylaw.
com** [1] 521/17

**Y**

**yeah** [31] 528/5 532/5
532/12 533/19 549/15
560/8 566/3 567/22
568/12 573/2 573/2
573/9 575/6 581/1
605/15 605/15 621/24
625/20 642/7 643/23
662/17 664/5 666/6
666/6 666/17 669/14
672/24 672/24 673/23
674/19 674/21
**year** [14] 548/23
551/24 552/3 552/12
577/21 580/7 580/10
608/20 651/7 651/7
662/4 662/24 693/16
695/13
**years** [22] 529/3
552/22 553/19 553/21
554/4 574/17 593/12
599/11 614/17 626/16
635/2 651/14 662/2
662/7 665/24 666/1
667/2 668/11 682/2
694/17 694/17 694/19
**Yellen** [1] 589/24
**Yep** [1] 540/14
**yesterday** [4] 524/12
525/19 677/4 677/7
**yet** [1] 673/17
**York** [1] 590/13
**you say** [1] 532/13
**you'd** [2] 557/16
566/22
**you'll** [8] 538/6 543/8
590/21 593/4 594/9
613/7 613/19 676/24

**Y**

**you've [22]** 537/23
549/3 582/2 584/23
591/23 596/4 602/10
603/3 603/9 603/24
604/2 604/6 607/9
609/17 609/20 666/22
670/19 670/21 672/20
673/15 697/17 698/11
**yourself [9]** 528/8
549/8 557/13 567/5
582/4 600/16 653/4
654/19 655/1

**Z**

**zero [3]** 535/25 564/16
578/10
**zeroed [1]** 693/24
**Zinaida [1]** 640/4
**zoom [2]** 580/24
615/14