1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                   WESTERN DIVISION

4

5   THE HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

6

    USA,                          )
7                                  )
            Plaintiff,             )
8                                  )
      vs.                          )        No. CR-15-611-SVW
9                                  )
    SEAN DAVID MORTON AND MELISSA )
10   MORTON,                        )
                                   )
11          Defendants.            )
    _____)

12

13

14      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

15              LOS ANGELES, CALIFORNIA

16              THURSDAY, MAY 7, 2017

17

18                  **VOLUME IV OF IV**

19                 **PAGES 700 – 808**

20

21

22   _____

23              DEBORAH K. GACKLE, CSR, RPR
                United States Courthouse
24            350 W. First Street, 4th Floor
              Los Angeles, California 90012
25                  (213) 894-8913


    UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**APPEARANCES OF COUNSEL:**

**For the Plaintiff:**

EILEEN DECKER
UNITED STATES ATTORNEY
BY:  VALERIE MAKAREWICZ
BY:  JAMES HUGHES
ASSISTANT UNITED STATES ATTORNEYS
1400 United States Courthouse
312 North Spring Street
Los Angeles, California  90012

ALSO PRESENT:  JOHN LUCERO, IRS SPECIAL AGENT

**For the Defendant Melissa Morton:**

LAW OFFICE OF STEVEN BRODY
350 S. Figueroa, Suite 975
Los Angeles, California  90071
(213) 290 5294
WWW.Stevebrodylaw.com

DEFENDANT SEAN DAVID MORTON, PRO PER

- - - - -

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1      **LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 7, 2017; 9:25 A.M.**

2                              - - - - -

3          (Proceedings held outside the presence of the jury:)

4

5              THE COURT:  We're present with the defendants and

6      counsel, and I'm about to instruct the jury; but I did consider

7      overnight the comments by counsel and the objections by the

8      defendants; and the court's ruling is that it will withdraw the

9      willful violence instruction.  It will withdraw the instruction

10     that it's not a defense to -- what was the instruction? --

11     follow the law.

12             MR. BRODY:  Good faith disagreement with the law.

13             THE COURT:  Yes.  But with regard to the issue of

14     whether the IRS is an agency, that is, under the cases I

15     examined being a question of law.  So I will instruct as that

16     instruction is given.

17             So we're going to call the jury, and I'll begin the

18     instructions, and then we'll have the arguments.

19                     (Open Court – Jury Present)

20             THE COURT:  Good morning, again, members of the jury.

21     Thank you, again, for making an effort to be on time.

22             Members of the jury, now that you have heard all the

23     evidence, it is my duty to instruct you on the law that applies

24     to this case.  A copy of these instructions will be available

25     in the jury room for you to consult.  It is your duty to weigh

1    and to evaluate all the evidence received in the case and in

2    that process to decide the facts.  It is also your duty to

3    apply the law as I give it to you to the facts as you find them

4    whether you agree with the law or not.  You must decide the

5    case solely on the evidence and law and must not be influenced

6    any by personal likes or dislikes, opinions, prejudices or

7    sympathy.  You will recall that you took an oath promising to

8    do so at the beginning of the case.

9            You must follow all these instructions and not single

10   out some and ignore others.  They are all important.  Please do

11   not read into these instructions or into anything I may have

12   said or done any suggestion as to what verdict you should

13   return; that is a matter entirely up you to.  The indictment is

14   not evidence.  The defendants have pleaded not guilty to the

15   charges.  The defendants are presumed to be innocent unless and

16   until the government proves the defendants guilty beyond a

17   reasonable doubt.  In addition, the defendants do not have to

18   testify or present any evidence to prove innocence.  The

19   government has the burden of proving every element of the

20   charges beyond a reasonable doubt.

21           A defendant in a criminal case has a constitutional

22   right not to testify.  You may not draw any inference of any

23   kinds from the fact that the defendant Melissa Morton did not

24   testify.  Defendant Sean David Morton has testified.  You

25   should treat this testimony just as you would the testimony of

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   any other witness.

2              Proof beyond a reasonable doubt is proof that leaves

3   you firmly convinced the defendant is guilty.  It is not

4   required that the government prove guilt beyond all possible

5   doubt.  A reasonable doubt is a doubt based upon reason and

6   commonsense and is not based purely on speculation.  It may

7   arise from a careful and impartial consideration of all the

8   evidence or from lack of evidence.  If after a careful and

9   impartial consideration of all the evidence you are not

10   convinced beyond a reasonable doubt that the defendants are

11   guilty, it is your duty to find the defendants not guilty.  On

12   the other hand, if after a careful and impartial consideration

13   of all the evidence you are convinced beyond a reasonable doubt

14   that the defendant is guilty, it is your duty to find the

15   defendant guilty.

16              The evidence you are to consider in deciding what the

17   facts are consist of, one, the sworn testimony of any witness,

18   and two, the exhibits received in evidence.  In reaching your

19   verdict, you may only consider the testimony and exhibits

20   received in evidence.

21              The following things are not evidence and you may not

22   consider them in deciding what the facts are:  Questions,

23   statements, objections, arguments by the lawyers are not

24   evidence.  The lawyers are not witnesses.  Although you must

25   consider a lawyer's question to understand the answers of a

```
1   witness, the lawyer's questions are not evidence.  Similarly,
2   what lawyers have said in their opening statements, what they
3   will say in their closing arguments, and at other times is
4   intended to help you interpret the evidence, but it is not
5   evidence.  If the facts as you remember them differ from the
6   way the lawyers state them, your memory of them controls.  Any
7   testimony that I've excluded, stricken or instructed you to
8   disregard is not evidence.  Anything you may have seen or heard
9   when the court was not in session is not evidence.  You are to
10  decide the case solely on the evidence received at the trial.
11          Evidence may be direct or circumstantial.  Direct
12  evidence is direct proof of a fact, such as testimony by a
13  witness about what that witness personally saw or heard or did.
14  Circumstantial evidence is indirect evidence, that is, it is
15  proof of one or more facts from which you could find another
16  fact.  You are to consider both direct and circumstantial
17  evidence.  Either can be used to prove any fact.  The law makes
18  no distinction between the weight to be given to either direct
19  or circumstantial evidence.  It is for you to decide how much
20  weight to give to any evidence.  In deciding the facts in this
21  case, you may have to decide which testimony to believe and
22  which testimony not to believe.  You may believe everything a
23  witness says or part of it or none of it.
24          In considering the testimony of any witness, you may
25  take into account the witness's opportunity and ability to see
```

1   or hear or know the things testified to; the witness's memory;

2   the witness's manner while testifying; the witness's interest

3   in the outcome of the case, if any; the witness's bias or

4   prejudice, if any; whether other evidence contradicted the

5   witness's testimony; the reasonableness of the witness's

6   testimony in light of all the evidence; and any other factors

7   that bear on believability.  The weight of the evidence as to a

8   fact does not necessarily depend on the number of witnesses who

9   testify.  What is important is how believable the witnesses

10  were and how much weight you think their testimony deserves.

11         You are here only to determine whether the defendant

12  is guilty or not guilty of the charges in the indictment.  The

13  defendant is not on trial for any conduct or offense not

14  charged in the indictment.

15         When I say "defendant" or "defendants," I am

16  referring to both defendants unless I say otherwise.

17         A separate crime is charged against one or more

18  defendants in each count.  The charges have been joined for

19  trial.  You must decide the case of each defendant on each

20  crime charged against that defendant separately.  Your verdict

21  on any count as to any defendant should not control your

22  verdict on another count as to any other defendant.  All the

23  instructions apply to each defendant and to each count unless a

24  specific instruction states that it applies only to a

25  specific count -- specific defendant or count.

1          Charts and summaries have been admitted in evidence.

2    Charts and summaries are only as good as the underlying

3    supporting material.  You should therefore give them only such

4    weight as you think the underlying material deserves.

5          Sean David Morton has decided to represent himself in

6    this trial and not to use the services of a lawyer.  He has a

7    constitutional right to do that.  His decision has no bearing

8    on whether he is guilty or not guilty, and it must not affect

9    your consideration of the case.  Because Sean David Morton has

10   decided to act as his own lawyer, you will hear him speak at

11   various times -- or you have during the trial.  He has asked

12   questions and made objections and argued to the court.  I want

13   to remind you that when Sean David Morton spoke during the

14   trial, he is acting as a lawyer in the case, and his words are

15   not evidence.  The only evidence in this case comes from

16   witnesses who testify under oath on the witness stand and from

17   exhibits that are admitted.  Mr. Morton did testify as a

18   witness.  His testimony is evidence just like the testimony of

19   any other witness.

20         The defendants are charged in the count one of the

21   superseding indictment with conspiring to defraud the United

22   States by obstructing the lawful functions of the Internal

23   Revenue Service by deceitful or dishonest means in violation of

24   Section 371 of Title 18 of the United States Code.  In order

25   for the defendants to be found guilty of that charge, the

1    government must prove each of the following elements beyond a

2    reasonable doubt:  First, beginning in or about March 2009, and

3    continuing at least until -- until in or about April 2013,

4    there was an agreement between defendants to defraud the United

5    States by obstructing the lawful functions of the Internal

6    Revenue Service by deceitful or dishonest means as charged in

7    the superseding indictment; second, defendants became members

8    of the conspiracy knowing of at least one of its objects and

9    intending to help accomplish it; and third, one of the members

10   of the conspiracy performed at least one overt act on or after

11   November 4, 2010, for the purpose of carrying out the

12   conspiracy with all of you agreeing on a particular overt act

13   that you find was committed.  An agreement to defraud is an

14   agreement to deceive or to cheat.  A conspiracy is a kind of

15   criminal partnership, an agreement of two or more persons to

16   commit one or more crimes.  The crime of conspiracy is the

17   agreement to do something unlawful.  It does not matter whether

18   the crime agreed upon was committed.  For a conspiracy to have

19   existed, it is not necessary that the conspirators made a

20   formal agreement or that they agreed on every detail of the

21   conspiracy.  It is not enough, however, that they simply met,

22   discussed matters of common interest, acted in similar ways, or

23   perhaps helped one another.  You must find that there was a

24   plan to commit at least one of the crimes alleged in the

25   superseding indictment as an object of the conspiracy with all

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  of you agreeing as to the particular crime which the

2  conspirators agreed to commit.  One becomes a member of the

3  conspiracy by willfully participating in the unlawful plan with

4  the intent to advance or further some object or purpose of the

5  conspiracy even though the person does not have full knowledge

6  of all the details of the conspiracy.  Furthermore, one who

7  wilfully joins an existing conspiracy is as responsible for it

8  as the originators.  On the other hand, one who has no

9  knowledge of a conspiracy but happens to act in a way which

10  furthers some object or purpose of the conspiracy does not

11  thereby become a conspirator.  Similarly, a person does not

12  become a conspiracy merely by associating with one or more

13  persons who are conspirators or merely by knowing that a

14  conspiracy exists.

15          An overt act does not itself have to be unlawful.  A

16  lawful act may be an element of the conspiracy if it was done

17  for the purpose of carrying out the conspiracy.  The government

18  is not required to prove that the defendant personally did one

19  of the overt acts.  You must decide whether the conspiracy

20  charged in the superseding indictment existed, and if it did,

21  who at least some of its members were.  If you find that the

22  conspiracy charged did not exist, then you must return a not

23  guilty verdict even though you may find that some other

24  conspiracy existed.  Similarly, if you find that a defendant

25  was not a member of the charged conspiracy, then you must find

1   that the defendant -- you must find defendant not guilty even

2   though the defendant may have been a member of some other

3   conspiracy.

4          A conspiracy may continue for a long period of time

5   and may include the performance of many transactions.  It is

6   not necessary that all members of the conspiracy join it at the

7   same time, and one may become a member of a conspiracy without

8   full knowledge of all the details of the unlawful scheme or the

9   names, identities or locations of all the other members.  Even

10  though a defendant did not directly conspire with other

11  conspirators in the overall scheme, the defendant has, in

12  effect, agreed to participate in the conspiracy if the

13  government proves each of the following beyond a reasonable

14  doubt:  One, the defendant directly conspired with one or more

15  conspirators to carry out at least one of the objects of the

16  conspiracy; two, the defendant knew, or had to reason to know,

17  that other conspirators were involved with those with whom the

18  defendant directly conspired; three, the defendant had reason

19  to believe that whatever benefits the defendant might get from

20  the conspiracy were probably dependent upon the success of the

21  entire venture.  It is not a defense that a person's

22  participation in a conspiracy was minor or for a short time.

23  Before being convicted of a conspiracy, an individual must

24  conspire with at least one co-conspirator.

25          Counts two and three of the superseding indictment

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    charge defendant Sean David Morton with violations of Title 18,

2    United States Code, Section 287.  Counts four and five of the

3    superseding indictment charge defendant Melissa Morton with

4    violations of Title 18 United States Code, Section 287.

5    Section 287 of Title 18 of the United States Code provides, in

6    part, as follows:  Whoever makes or presents to any person in a

7    civil service of the United States or to any department or

8    agency thereof any claim upon or against the United States or

9    any department or agency thereof knowing such claim to be

10   false, fictitious or fraudulent, is guilty of violation of

11   Title 18, United States Code, Section 287.

12            In order for defendants, Sean David Morton and

13   Melissa, to be found guilty of making a false claim against the

14   United States as charged in counts two and three of superseding

15   indictment and for defendant Sean David Morton in counts four

16   and five -- there's something not quite right about the

17   language in this part.

18            Approach the sidebar.

19              (Proceedings held at sidebar:)

20       THE COURT:  Doesn't make sense to me.  Should it --

21       MS. MAKAREWICZ:  Two and three are for Mr. Morton.

22   Counts four and five are for Mrs. --

23       THE COURT:  Sean David Morton --

24       MS. MAKAREWICZ:  And Melissa Morton.  Trying to parse

25   the two counts.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          THE COURT:  "In order for the" --

2          MS. MAKAREWICZ:  You can remove "as charged in counts

3     two and three" and just go to the government here, Your Honor.

4     You could omit "between."

5          THE COURT:  Take all of that out.

6          MS. MAKAREWICZ:   -- the commas --

7          THE COURT:  Okay.

8              (Proceedings resumed in open court)

9          THE COURT:  Relating that instruction from the start.

10         In order for defendants Sean David Morton and Melissa

11    Morton to be found guilty of making a false claim against the

12    United States, the government must prove each of the following

13    elements beyond a reasonable doubt:  First the defendant

14    presented or caused to be presented a claim against the United

15    States or agency of the United States; second, the claim was

16    false, fictitious or fraudulent; and third, the defendant knew

17    that the claim was false, fictitious or fraudulent.  A

18    statement is false or fictitious if untrue when made and then

19    known to be untrue by the person making it or causing it to be

20    made.  A statement or representation is fraudulent if known to

21    be untrue and made or caused to be made with the intent to

22    deceive the government agency to whom submitted.

23         Title 18 United States Code, Section 287 makes it a

24    federal crime or offense for anyone to knowingly make a false,

25    fictitious or fraudulent claim against any department or agency

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    of the United States.  You are instructed that the Internal

2    Revenue Service is a department or agency of the United States

3    within the meaning of that law.  You are further instructed

4    that a tax return seeking a refund is claim against the United

5    States.  Furthermore, defendants may be found guilty of the

6    offense of making a false claim against the government even if

7    there is no proof that the claim has been honored by the United

8    States.

9           An act is done knowingly if the defendant is aware of

10   the act and does not act through ignorance, mistake or

11   accident.  You may consider evidence of the defendant's words,

12   acts or omissions along with all the other evidence in deciding

13   whether the defendants acted knowingly.  You may determine

14   whether a defendant had an honest good faith belief in the

15   truth of the claims he or she committed in determining whether

16   on or not the defendant acted with intent to defraud.  This is

17   so even if the defendant's belief is not objectively

18   reasonable.  The fact that an individual's name is signed to a

19   return is prima facie evidence for all purposes that the return

20   was actually signed by that person.  In other words, you may

21   infer and find that a tax return was in fact signed by the

22   person whose name appears to be signed to it.  You are not

23   required, however, to accept any such inference or make such --

24   or to make any such finding.

25           Count six, seven and counts nine through 32 of the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    superseding indictment charge defendant Sean David Morton with

2    violations of Title 18 United States Code, Section 514.  Count

3    eight and counts 33 through 56 of the superseding indictment

4    charge Melissa Morton with violations of Title 18 United States

5    Code, Section 514.  Section 514 of Title 18 of the United

6    States Code provides in part as follows:  Whoever with the

7    intent to defraud passes, utters, presents, offers, brokers

8    issues, sells or attempts or causes the same or with like

9    intent possesses within the United States any false or

10   fictitious instrument, document or other item appearing,

11   representing, purporting or contriving through scheme or

12   artifice to be an actual security or other financial instrument

13   issued under the authority of the United States, a foreign

14   government, a state or other political subdivision of the

15   United States or an organization is guilty of Title 18 United

16   States Code, Section 514.

17         Counts two and three of the superseding indictment

18   relating to defendant Sean David Morton, and counts four and

19   counts four -- and counts four and five of the superseding

20   indictment relating to Melissa Morton charge defendant with

21   knowingly passing, uttering, presenting or offering or

22   attempting to pass, utter, present or offering, a false or

23   fictitious financial instrument.  In order for defendant Sean

24   David Morton and Melissa Morton to be found guilty of this

25   crime, the government must prove each of the following elements

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    beyond a reasonable doubt:  First, that the defendant passed,

2    uttered, presented or offered or attempted to pass, utter,

3    present or offer the false or fictitious instrument, document

4    or other items identified in the superseding indictment;

5    second, that the instrument, document or other items appeared,

6    represented, purported or contrived a scheme or artifice to be

7    an actual security or other financial instrument issued under

8    the authority of the United States or other political

9    subdivision of the United States; and third, the defendant did

10   so with the intent to defraud.

11           MS. MAKAREWICZ:  I'm sorry, Your Honor.  May I

12   interject and ask for a sidebar, sir?

13           THE COURT:  All right.

14               (Proceedings held at sidebar:)

15           MS. MAKAREWICZ:  There was a typographical error on

16   the last instruction.  It's not count two and three, it's six

17   and seven, and count eight for Melissa Morton.  Only count

18   eight for Melissa Morton.

19           THE COURT:  That's not good.

20           MS. MAKAREWICZ:  Thank you, Your Honor.

21               (Proceedings resumed in open court)

22           THE COURT:  Was there a typographical error in that

23   instruction so I'm going to reread it to you in its correct

24   form.  Of course, you will get it in its correct form.

25               Counts six and seven of the superseding indictment

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    relating to defendant relate to Sean David Morton, and count

2    eight of the superseding indictment relates to Melissa Morton.

3    In order for defendants Sean David Morton and Melissa Morton to

4    be found guilty of this crime, the government must prove each

5    of the following elements beyond a reasonable doubt:  First,

6    that the defendant passed, uttered, presented, or offered or

7    attempted to pass, utter, present or offer the false or

8    fictitious instrument, document, or other items identified in

9    the superseding indictment; second, that the instrument,

10   document or other items appeared, presented, purported or

11   contrived through scheme or artifice to be an actual security

12   or other financial instrument issued under the authority of the

13   United States or other political subdivision of the United

14   States; and third, that the defendant did so with the intent to

15   defraud.

16          Under the first element of this offense, fictitious

17   instruments are not those which are counterfeits of already

18   existing documents, rather they are those which do not actually

19   exist anywhere in commerce.  The nonexistence of such documents

20   is unknown by, and not revealed to, the intended recipient of

21   the document.  Such obligations are illegal regardless of their

22   status as negotiable or nonnegotiable.  The term "passing"

23   means to give an obligation in payment or exchange for

24   something.  The term "uttering" means to declare an obligation

25   is good or to offer to show that it is good.  It means putting

1   or sending into circulation but does not require proof that

2   anything of value was received in exchange for the obligation.

3   To merely show an obligation without an offer to pass it is not

4   to utter it.  An obligation is uttered when it is delivered for

5   the purpose of being passed.  The term "instrument" means a

6   written, legal document that defines rights, duties,

7   entailments, or liabilities such as a statute, contract, will,

8   promissory note, or share or certificate.

9           In commercial law, an instrument is an unconditional

10   promise or order to pay a fixed amount of money with or without

11   interest or other fixed charges described in the promise or

12   order.  Commercial paper or a security or any other writing

13   that evidences a right to the payment of money, and that is not

14   itself a security, agreement or lease, but that is of a type

15   that, in the ordinary course of business, is transferred by

16   delivery with any necessary endorsement or assignment.

17           A fictitious obligation is also one that appears to

18   be actual in the sense that it bears a family resemblance to

19   genuine financial instruments containing enough of the various

20   hallmarks and indicia of financial obligations such that they

21   objectively appear within that class.  Such hallmarks include,

22   but are not limited to, official seals, serial numbers,

23   portraits of government buildings or states, persons, symbols

24   or models of the issuing nation or entity; official signatures;

25   dates of issue; and statements to the affect that the document

1    shall serve as legal tender or be redeemable for something of

2    value.  Fictitious obligations include even bogus obligations

3    that a prudent person might, upon consideration, be unlikely to

4    accept as genuine so long as those documents bear a family

5    resemblance to actual financial obligations.  An artifice is a

6    clever plan or idea, especially one intended to deceive.

7           The government must also prove beyond a reasonable

8    doubt that the defendants acted with fraudulent intent.  If a

9    person acts with intent to defraud, it means to act with intent

10   to deceive or cheat ordinarily for the purpose of causing some

11   financial loss to another or bringing about some financial gain

12   to oneself.  It is not necessary, however, to prove that the

13   United States or anyone was in fact defrauded or suffered a

14   loss so long as it is established that the defendants acted

15   with the intent to defraud.  The term "security" means a note,

16   stock certificate, Treasury stock certificate, bond, Treasury

17   bond, debenture, certificate of deposit, interest coupon, bill,

18   check, draft, warrant, debit instrument, as defined in Section

19   916 (c) of the Electronic Funds Transfer Act.  Money order,

20   travelers check, letters of crediting -- why I am reading all

21   those items when the only item in question here is the

22   debenture, correct?  Is that right, coupon?

23           MR. BRODY:  Yes, Your Honor.  I believe that's

24   correct.

25           THE COURT:  I'm reading you definitions, but there's

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    no evidence in the case about a lot of these things; they're

 2    just in the statute.  You have heard that the instruments that

 3    are for your consideration are the bond and the coupon,

 4    correct?

 5            MS. MAKAREWICZ:  Yes, Your Honor.

 6            THE COURT:  And those are alleged to be the false

 7    instrument.

 8            Title 18 United States Code, Section 2 (b) provides,

 9    in pertinent part:  Whoever willfully causes an act to be done

10    which, if directly proved by him or another, would be an

11    offense against the United States is punishable as a principal.

12            I'm going to have to call a brief recess.  I have to

13    reorganization some things, for about five or ten minutes.

14    Thank you.

15       (Proceedings held outside the presence of the jury:)

16            THE COURT:  Was there an instruction -- give me five

17    minutes.

18                    (Open Court - Jury Present)

19            THE COURT:  We're present with counsel.  In the last

20    instruction, 2(b) as I --

21            MR. BRODY:  I'm sorry, Your Honor.  Mr. Morton and

22    Mrs. Morton are not here -- here they are.

23            DEFENDANT SEAN DAVID MORTON:  Pardon me, Judge.

24            THE COURT:  Yes.

25            As I read the instruction regarding causing an act to
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    be done, section 2(b), and then the follow section, it appeared
2    to me that just giving that instruction bear bones would not
3    guide the jury adequately.  So I intend to add to that
4    instruction the following.  And I'm only going to -- and it
5    says "Defendant is charged in count two through 56."  I think
6    it should be nine through 56.  That's No. 1.
7              Do you see that, Mr. Brody?
8              MS. MAKAREWICZ:  The indictment charges Section 2(b)
9    starting at count two, Your Honor.
10             THE COURT:  Yeah, I'm not going to give that.  It's
11   too confusing.
12             MS. MAKAREWICZ:  Okay.
13             THE COURT:  I'm going to start with count nine
14   through 56.
15             Do you see that, Mr. Brody?
16             MR. BRODY:  Yes -- yes, Your Honor.
17             THE COURT:  Next to the last instruction.
18             MR. BRODY:  Yes, Your Honor.
19             THE COURT:  And then I'm going to add to that
20   instruction this language -- before I do it, I want you to hear
21   it -- "These counts relate to the alleged fictitious bonds in
22   the names of persons other than defendants.  First, you must
23   determine whether, based upon my previous instructions, those
24   bonds were false or fictitious.  If you find that they were
25   false or fictitious, as previously defined, then you should
```

1   determine whether the defendants caused others to pass, utter,

2   or present those instruments as those terms were previously

3   defined."

4           MR. BRODY:  I have no objection to that, Your Honor.

5           THE COURT:  Okay.

6           Call the jury back.

7           MS. MAKAREWICZ:  While we're waiting for the jury to

8   return, may I discuss a small housekeeping matter with respect

9   to the verdict forms?

10          THE COURT:  No.

11                  (Open Court – Jury Present)

12          THE COURT:  Sorry for the brief interruption.  I only

13  have three short instructions to give you.  As I said, you will

14  have copies to consult.

15          Title 18 United States Code, Section 2(b) provides,

16  in pertinent part:  Whoever willfully causes an act to be done

17  which is directly performed by him or another would be an

18  offense against the United States is punishable as a principal.

19          The defendants are charged in counts nine through 56

20  of the superseding indictment with causing an act to be done,

21  in violation of Title 18 United States Code, Section 2(b).  In

22  order for defendants to be guilty of that charge, the

23  government must prove the following elements beyond a

24  reasonable doubt:  First, defendants wilfully caused an act to

25  be done by another person; and second, if the defendants had

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   performed the act, it would have been an offense against the

2   United States.

3           These counts to which I just read this instruct,

4   relate to the alleged fictitious bonds in the names of persons

5   other than the defendants.  First, you must determine, based

6   upon my previous instructions, whether those bonds were false

7   or fictitious.  If you find that they were false or fictitious

8   as previously defined, then you should determine whether the

9   defendants caused others to pass, utter or present those

10  instruments as those terms were previously defined.

11          "Willfully" as used in Title 18 United States Code,

12  Section 2(b) mean purposefully causing an act to be done.

13          Now, I have some parting instructions to deliver to

14  you regarding how you organize yourselves, communicate with me

15  and so forth, but I'll await giving you those instructions

16  until after the lawyers have had a chance to deliver their

17  final arguments.

18          First we'll hear from the government.

19          MS. MAKAREWICZ:  Ladies and gentlemen, a few days

20  ago, my colleague stood here and told you that this case was

21  about two things:  False tax returns and false bonds.  Over the

22  course of this trial, we've presented you with a lot of

23  exhibits, witnesses and a lot of numbers.  In the first part of

24  our case, our job is to prove to you beyond a reasonable doubt

25  that defendants filed false tax returns and false bonds with

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    the IRS.  The second part of the case, our job was to prove to

2    you beyond a reasonable doubt that defendants made and passed

3    fake bonds on behalf of others to pay off mortgages, credit

4    cards and taxes.  We've presented this evidence to prove to you

5    that defendants knew all along what they were doing:  They knew

6    the numbers on the returns were false, that the OID forms were

7    false, and that the bonds were false.

8            Defendants will argue shortly that what they really

9    truly believed that all of this was legal.  Not only have we

10   shown you actual proof that they disregarded warning after

11   warning, telling them that what they were doing was wrong and

12   illegal, but we've also shown you proof of how their actions,

13   their own actions, show you that they knew it was illegal.

14   They told everyone that what they were doing was legal, but

15   their actions show they knew it wasn't.  They didn't keep going

16   because they believed it would work, they kept going because

17   they new one return, one bond, would slip through and work

18   because it had that one time.  Now, the court has just

19   instructed you as to the law that you are to apply to this

20   case, and I am going to show you under that very law the

21   evidence you heard proves the defendant's guilt beyond a

22   reasonable doubt to the charges now before you.  I'm here to

23   assist you to help you see how the evidence fits into the

24   elements of crime defendants now face.  So let's get to it.

25            Let's start with the fake tax returns they submitted

1    to the IRS as part of their conspiracy to defraud the United

2    States.  Defendant attempted to scam the IRS and turn false

3    income tax returns into real cash by seeking fraudulent

4    refunds.  Defendants' scheme for the false returns was carried

5    over a time period, a time line that stretched from March 2009

6    through April 2nd, 2013.

7         There's really no dispute that all the returns that

8    defendants submitted were false, I submit to you, but let's

9    briefly break them down and see how they fit into the case that

10   the government's presented to you.

11        The first batch of returns filed around March and

12   April 2009, defendant Sean David Morton filed 2005, 2006, 2007,

13   and 2008, four returns, and the total refunds claimed was over

14   $3.9 million.  Defendant Melissa Morton filed 2007 returns,

15   same idea, same made-up numbers.  Her refund claim:  $12,000.

16   They did it together, lockstep, same scheme, fake same OIDs,

17   same request for refund of tax they didn't pay.  I submit to

18   you defendants wanted actual tangible money, not pieces of

19   paper.

20        Ms. Morgan, our first witness from the IRS Service

21   Center, testified that the IRS received these returns.  She

22   testified that IRS records show the defendants didn't have any

23   form 1099-OID interest income or any federal income tax paid to

24   the IRS for any of these years despite what defendants put on

25   their returns.  You heard from representatives from the bank

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   who corroborated those records.  Now, as you heard, the IRS

2   stopped all the refunds with the false 1099-OID except for that

3   one.  On April 17, 2009, defendants hit the jackpot:  The

4   $480,000 from Sean Morton's 2008 income tax return deposited

5   into defendant's joint account with Washington Mutual ending

6   3324.  What did they do?  They made sure the IRS couldn't get

7   it back.  The IRS would know about the joint account ending

8   3324 because that's the account that Sean David Morton listed

9   on the return that generated the refund.  It's too easy.  So

10  they went down to the branch office and opened up two more

11  joint accounts together; they were both present.  Account 4249;

12  account 5891, signed by the defendants on the signature card on

13  the same day.  The same bank accounts that defendant Sean David

14  Morton used a tax payer identification number that Kristy

15  Morgan couldn't find in the IDRS system.  On that day,

16  defendants transferred 90 percent of the money out of that

17  account.  Two new accounts, one withdrawal, two transfers, by

18  both defendants.  Armed with these new accounts, Melissa Morton

19  transferred 110,000 into the new account ending 4249 and

20  250,000 into the new account ending 5891.  Meanwhile, Sean

21  David Morton withdrew $70,000 in cash.  I submit to you it

22  wasn't just one defendant or the other that made these

23  withdrawals and transfers, it was both.  They both did it.

24          At the close of business on April 17, 2009, the

25  balance of the account that was known to the IRS, 3324, which

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   earlier that day had $480,000 deposited, was down to a mere

2   41,000, less than ten percent of the refund issued by the IRS.

3   And as you can see by the bank statements at the end of the

4   statement period, it was only 15,000 left.  I submit that the

5   subterfuge just didn't stop by moving the refund into different

6   accounts; it continued after the initial transfers of 110,000

7   and 250,000 into these brand-new accounts.  Let's take a look

8   at what happened.

9   Q.   For the 4249 account, the account that Melissa transferred

10  the 110,000, between 4/17/09 and 6/8/09, less than two months,

11  defendants deplete the account by spending it or transferring

12  the money out by various wires; so in that short time, the

13  initial 110,000 was down to 9800 -- eventually, at the end of

14  this period, it was down to 9800.  And as for the account 5891,

15  the dissipation of the $250,000 Melissa had transferred, went

16  even quicker.

17          Three days after the initial transfer, on 4/20/09,

18  Sean David Morton transfers out $23,000, and on May 15,

19  defendant Melissa Morton withdraws $200,000.  It's gone, out of

20  the reach of the IRS, because soon thereafter the IRS came to

21  get it.  Halloween 2010, the IRS levied the defendants' joint

22  account 3324 because the defendants are in receipt of an

23  erroneous refund.  Three days later, Sean David Morton --

24          MR. BRODY:  Object, Your Honor, to the statement that

25  defendant's in receipt of erroneous refunds.  That misstates

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    the evidence.

 2              THE COURT:  Overruled.

 3              MS. MAKAREWICZ:  Three days later, Sean David Morton

 4    writes this letter --

 5              THE COURT:  I think it's argument.  That's why I

 6    overruled your objection, not because it is fact.  It's

 7    argument.

 8              MR. BRODY:  Thank you, Your Honor.

 9              MS. MAKAREWICZ:  Three days later, Sean David Morton

10    writes this letter to the IRS denying that he had anything to

11    do with the joint account where he put the refund, denying that

12    the defendants did anything wrong.

13              Recall IRS FIRE specialist Mark Everson.  Everson

14    told you that the 1099s that were submitted on the FIRE system

15    didn't come from the banks.  Everson told you that the TCC

16    number that transferred -- or that transmitted those

17    informations returns belonged to one person:  Garrett Adams,

18    the brother of this man, Brandon Adams, the guy who laughed

19    with the defendants about how he had an IRS criminal

20    investigation special agent's phone number in his phone; and

21    with Melissa Morton sitting by his side, Sean David Morton

22    acknowledged he had been warned by attorneys that what they

23    were doing was illegal, like the IRS --

24              DEFENDANT SEAN DAVID MORTON:  Objection, Your Honor.

25    That's not what was said.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Overruled.
 2              MS. MAKAREWICZ:  -- like the IRS would tell them over
 3    and over again.  The first letter that Sean David Morton
 4    received from the IRS told him the OID returns were frivolous,
 5    and if he continued, he'd be fined $5,000 per return filed.
 6    The IRS in this letter even gave Mr. Morton a chance, one last
 7    chance, to reconsider filing these returns.  It told
 8    Mr. Morton, If you want to try again and file a correct return,
 9    we won't assess a frivolous filing penalty against you.  I
10    submit defendant Sean David Morton disregarded this offer.
11    Kristy Morgan told you that Sean David Morton had 19 separate
12    penalty assessments against him for filing frivolous tax
13    returns, and defendant Melissa Morton had 14, a total of
14    $165,000 in penalties alone for filing frivolous returns.
15    That's how many times defendants disregarded the law, ladies
16    and gentlemen.
17              In August 2010, defendants tried it again.  They
18    really didn't change their approach.  They submitted the same
19    returns that they had in the first set, signed and dated them
20    and mailed them to the IRS.  The only real difference with
21    these returns was that defendants didn't include any bank
22    accounts where, if tricked again, the IRS could directly
23    deposit the erroneous refunds.  I submit why didn't they have
24    money deposited into a bank account?  The defendants had
25    several to choose from.  I submit to you an easy explanation:
```

1   If the IRS was tricked again, the defendants didn't want the

2   IRS to have any more information from which they could try to

3   collect that erroneous refund.  You heard Kristy Morgan say

4   that if no bank account is listed on your return, you'll get

5   issued a paper check, but this time IRS wasn't tricked; no

6   refunds were issued, but the IRS did issue defendants

7   something:  Notices, two each of them, with the consequences of

8   their actions explicitly clear:  "Please be advised that people

9   who violate the tax laws may be subject to federal criminal

10  prosecution and imprisonment."

11          But the defendants didn't give up; they tried again;

12  they both tried again, but this time, I submit, it was go for

13  broke.  They filed returns in November and December 2010.  The

14  numbers were larger, the refunds bigger.  The returns didn't

15  list any bank accounts.  But in this set of returns, they

16  didn't even follow their own scheme.  Defendants didn't report

17  any fake OID income.  All they reported was fake withholding.

18  I submit you to, ladies and gentlemen, defendants didn't even

19  make a token effort to show that the returns were anything

20  other than what they were:  A grab for money.  At this point,

21  it didn't matter what defendants filed; it didn't matter to the

22  defendants.  I submit the IRS was a slot machine.  Defendants

23  kept putting in the coins and keep hitting spin, keep playing

24  until you hit that jackpot.

25          But at this time, it wasn't just fake returns filed.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   Now defendant Sean David Morton submitted a check for
 2   5.2 million, a check that William Kerr, a fraud examiner,
 3   determined in his opinion was fictitious and completely
 4   fabricated.  Nevertheless, as Mr. Kerr told you, it contained
 5   marks of legitimacy that made it appear that it was an actual
 6   financial instrument issued under the authority of the United
 7   States, but neither defendant has any authority to back up that
 8   obligation.  So this leads us to certain charges against the
 9   defendants that I would like to highlight for you.
10        THE COURT:  You said something about neither
11   defendant has anything to back that up.  As I told the jury,
12   defendants don't have to present any evidence.
13        MS. MAKAREWICZ:  Yes, Your Honor.
14        THE COURT:  I didn't want to interrupt your argument,
15   but I wanted to make it clear because of what you said that the
16   defendants are not obligated to present any evidence in this
17   case.  It's the government's obligation.  You understand that.
18        MS. MAKAREWICZ:  Yes, sir, and my statement was poor.
19   My point was that neither defendants have the authority to
20   obligate treasury funds.
21        This leads us to certain charges against the
22   defendants that I would like to highlight for you.
23        In the November 2010 batch of returns are the 2006
24   return filed by Sean David Morton and the 2007 returns from
25   Melissa Morton, which are the returns that the government
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

charged in counts two and four found at Exhibit 15 and 17.

You've just heard the instructions regarding the elements of

this crime.  Despite no record of OID income or withholding,

the defendants submitted the false returns to the IRS.  They

were false claims, which you were told by Mr. Kerr and now by

the court, is an agency of the government.

Also in this set of returns is the submission of the

bogus check by Sean David Morton for $5.2 million at count six

and Exhibit 14.

After the submissions of the November returns, both

defendants submitted another claim for refund to the IRS.  This

time on a different form actually entitled "Claim for refund."

On June 26, defendant submitted the same form -- sean David

Morton for 2006; Melissa Morton for 2007 -- requesting refunds.

Same day, same form, same false claim for refund.  These two

are the counts three and four, Exhibits 18 and 19.

Lastly, are the events that took place on April 2nd,

2013, which are the subjects of count seven against Sean David

Morton and count eight against Melissa Morton.  Same day, same

bond.  The last charge in relation to this part of this scheme

starts with the first:  Count one.  Here, the defendants are

charged with conspiracy to defraud the United States.  I submit

you to, ladies and gentlemen, for all of the reasons I've just

enumerated:  The first set of returns; the issue of the

$480,000 refund; the rapid transfer and withdrawals of that

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    refund; the disregarded warning from the IRS; the second set of

2    returns; another disregarded stronger warning from the IRS; the

3    third set of returns; the fake check; the claims for refund;

4    and the fake bonds.

5            I submit, ladies and gentlemen, that all of these

6    actions taken together prove that the defendants conspired to

7    defraud the United States.  The object of their conspiracy is

8    obvious:  To get them cash, real money, from the IRS based on

9    the full, faith and credit of the people of the United States.

10           I submit defendants were lock step together in this

11   conspiracy.  Each time they both took the same actions to get

12   the same results.  Three sets of returns; one set of claim for

13   refunds; one set of bonds; on or about the same dates.  Every

14   time defendant mailed something to the IRS, whether it was a

15   tax return, claim for a refund, check, bond, they agreed to do

16   something unlawful.  The evidence is clear that both of them

17   had the same object:  To deceive and cheat the IRS out of

18   whatever taxpayer dollars they could get.

19           I submit all of this evidence, ladies and gentlemen,

20   to show that the defendants had a clear plan to deceive the

21   United States; they were in it together.  The numbers may be

22   different, but they did the same actions.  I submit these

23   charges, one through eight, the government has proven beyond a

24   reasonable doubt.  But just as my co-counsel told you a few

25   days ago, we're not done.  Defendants now turn to the second

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    part of their scheme:  The selling, production and mailing fake

2    bonds, which they sold to numerous people as a way to get out

3    of their commercial debt.

4          The government has charged each defendant with

5    making, producing, presenting and offering false bonds for the

6    various clients that paid thousands of dollars to get worthless

7    pieces of paper.  Counts nine through 32 relate to Sean David

8    Morton, and counts 33 through 56 relate to Melissa Morton, but

9    they're the exact same with respect to the clients that the

10   Mortons made and mailed bonds for.  They were both on the

11   bonds.  We went through them one by one with Mr. Kerr on

12   Wednesday.  He signed them; she notarized.  You heard her

13   explain that just like the bonds the defendant submitted to the

14   IRS, these other bonds were not legitimate financial

15   instruments.  Defendants made these bonds with instructions to

16   draw upon Treasury accounts that the defendants or their

17   clients have no access to.  The bonds that Agent Kirsling

18   talked to you about also on Wednesday that were found on the

19   computer in defendant's apartment, Word file after Word file,

20   template after template saved under the user profile "Melissa."

21   You heard Barbara Lavender tell you that the first bond she

22   received from defendant Melissa Morton didn't even have her

23   correct information.  I submit to you that's how much they

24   cared about the integrity of their product they sold to

25   Ms. Lavender for $2500.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          Just like the bonds submitted to the IRS, you heard

2     that these bonds didn't work.  We had representatives from

3     various banks:  CitiMortgage, Chase, and PennyMac Bank who

4     corroborated this fact.  There's one more point regarding these

5     bonds I'd like to make.

6          Remember the original bond that I showed Mr. Kerr,

7     the one that Sean David Morton sent to the California Franchise

8     Tax Board.  This is the bond that the government has charged

9     each defendant with its creation and passing at counts 10 and

10    34.  You heard special agent Yoo who found the bond file.  In

11    Exhibit 58, which is in evidence, the file that was found with

12    the search warrant, you'll find a letter from the Franchise Tax

13    Board to Sean David Morton acknowledging their receipt of the

14    original bond, the one that I showed Mr. Kerr, and the FTB

15    rejected it.  The letter is dated September 25th, 2014.  The

16    government has charged defendants with making and passing three

17    bonds prior to this date, and the FTB rejecting this bond.

18    This letter, just like the letters defendants got from the IRS,

19    didn't stop them.

20          The government has charged defendants with making and

21    passing 21 bonds after the date of this letter.  I submit to

22    you, ladies and gentlemen, the defendants knew their bonds were

23    junk, but it didn't deter defendants from selling their bonds

24    to other people.  In fact, just the opposite.  Exhibit 32,

25    you'll see the bank records from Heaven & Earth, the entity

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    that the defendants co-owned, and you'll find check after check

2    from the bond clients who paid $2500 for paper that Mr. Kerr

3    said you can buy at Staples.

4           You heard in the past few days about things that are

5    real and genuine and things that are fraudulent and

6    illegitimate.  You've seen the defendant use forms for fake

7    income; fake withholding; fake EINs; fake TINs; but ladies and

8    gentlemen, you know what real is?  Real is the $480,000

9    deposited into defendants' bank account, and check after check

10   defendants cashed from their client for their bond package.

11          In a few moments defendants still stand here before

12   you just like I am and argue that they had a good faith basis

13   to believe all of this.  Ladies and gentlemen, I submit to you

14   there was no good faith basis by either defendant, none.  Both

15   defendants were active participants in their schemes, whether

16   it be with respect to the OID scheme or the bond scheme.  They

17   did it together each and every step.  They will want you to

18   believe that they thought it was legal, but their actions show

19   they knew it wasn't; and the government has proven that beyond

20   a reasonable doubt.

21          For all of the crimes alleged in the superseding

22   indictment, return a verdict and find the defendants guilty on

23   all counts.

24          THE COURT:  How do the defendants proceed to argue,

25   in what order?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1           MR. BRODY:  I plan to argue first, Your Honor.

2           THE COURT:  All right.  Go ahead.

3           MR. BRODY:  Thank you, Your Honor.

4           Good morning, ladies and gentlemen.  Thank you again

5   for your time in this case and for your careful attention to

6   the evidence.

7           You've seen all the evidence at this point, and it's

8   time now for you to consider it and make your decision.  When

9   we started, I told you -- I asked you, if you would, to look

10  closely at the government's case but look for be what's missing

11  there; and there's a huge hole in the government's case.

12          Now, we can talk about the elements of the crimes; we

13  can go through the specifics of the conspiracy; we can talk

14  about the definition an instrument; the definition of

15  fictitious, all of these things; but what this case is really

16  about is what Melissa Morton believed when she submitted those

17  claims to the IRS and what she believed when she sent out those

18  bonds.

19          The government has to prove beyond a reasonable doubt

20  that that she acted in bad faith.  The government has to prove

21  beyond a reasonable doubt that she knew those claims were

22  false, that she knew those bonds were worthless and was trying

23  to commit a fraud when she did that.  Now, what did they bring

24  you to show that?  Virtually nothing.  Let's talk for a moment

25  about the search of the Mortons' home.  The government referred

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    to that in their closing statement.

2           There were some ten-plus IRS agents there.  They

3    seized the computers; they seized hard drives; they seized

4    telephones; they made a forensic copy of those hard drives;

5    they were able to search them for months on end; they had,

6    according to their expert, millions, millions of files; and

7    they didn't turn up one email, one text message, one letter,

8    one chat message, one voice mail, nothing, so much as

9    suggesting that at any point Melissa Morton said something

10   like, You know, I wonder if this is legitimate, or Hey, listen,

11   we've got some great scam here going, and, you know, this is a

12   great way to get money from the government.  It's a little

13   shady, but it works.  Nothing, not one admission of any kind in

14   millions of documents that they searched through.

15          And they didn't bring you a witness to say anything

16   like that either.  They didn't bring you one witness who could

17   ever say that Melissa Morton ever said anything to suggest that

18   she knew any of this was a scam.  I think that's really

19   important.  They didn't have one person who they could bring in

20   here and say, Yeah, you know what she said to me is this a

21   great scheme or this is a scam, or I'm not sure if this is

22   legal, nothing, not one person, not one witness out of all of

23   the people the Mortons seemed to interact with that they

24   couldn't bring you one person.

25          They brought the expert witness, Mr. Kerr, and we had

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    some lively back-and-forth between Mr. Kerr and Mr. Morton.

2    But in the end, what did we learn from Mr. Kerr?  We learned

3    that the bonds were false.  Now, how did we know that?  We

4    learned that the coupon wasn't legitimate, we learned that the

5    bonds were false, and we learned that he knew that because he

6    has some 30-plus years in finance and banking; Melissa Morton

7    didn't have the benefit of that.  William Kerr can look at

8    those bonds and say, Okay.  You know, the exchange

9    stabilization fund doesn't have the power to transfer money to

10   the International Monetary Fund, to the ICC, or whatever it

11   was.  Melissa Morton doesn't have the benefit of that

12   knowledge; the government certainly hasn't shown anything to

13   that affect.

14          None of their evidence -- none of their evidence of

15   supposed fraud, of supposed knowledge of fraud, or knowledge of

16   the falsity of these instruments, really holds any water.  The

17   argument that they moved this money very quickly after they got

18   it is a total red herring.  Mr. Morton testified that he

19   received that check as a paper check, and he went to the bank,

20   and he deposited it, and then they transferred money, they took

21   money out, just like anybody might do with money that they

22   thought was theirs.  And Mr. Morton said it was for some kind

23   of investment with entertainment or something like that, fine.

24   So what?  Whatever.  Doesn't matter.  They did with that money

25   what they wanted because they thought it was theirs.  That's

1    not evidence of anything.

2         They said, All right, Ms. Morton was present when

3    Sean Morton at that -- at that Brandon Adams lecture, said

4    attorneys had warned him.  Okay.  Well, what attorneys?  Were

5    they credible?  What did they say?  Did the Mortons consult any

6    of their own attorneys?  Well, we know they didn't really feel

7    like they had to; they felt that they were surrounded by

8    experts on the subject.

9         Yeah, Mr. Morton was kind of gloating there, and

10   Brandon Adams was kind of gloating there too.  We found a

11   loophole; we're cleaver; we figured it out; we got something

12   all the other people who are afraid of the scare crow aren't

13   doing we found a hoop hole.  That's arrogant I'll give you that

14   but it is not criminal.  It is not criminal.

15        We saw that after the IRS started coming after

16   Mr. Morton for money, that he sent them a coupon for $5

17   million, and Melissa Morton -- $5 million plus, and Melissa

18   Morton for some $4400- dollars.  Those amounts were way in

19   excess of what was owed to the IRS.  I mean, that check or --

20   pardon me, that check -- that coupon for $5 million-plus, I

21   mean, of course it's ridiculous.  It's ridiculous, and you

22   don't send something like to the IRS unless there's some

23   tortured, twisted logic behind it that you think makes sense.

24   It just doesn't make sense otherwise.  And that is exactly the

25   story in this case.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          We heard that Melissa Morton was surrounded by really

2     an almost cult-like group of finance gurus, of tax and

3     economics supposed specialists, people who seemed very

4     knowledgeable, people who kind of strutted back and forth on

5     the stage with an answer for everything with clever stories

6     about how they -- you know, they put one over on this person,

7     and they're so brilliant.  You know, the IRS guy even said

8     "You're so clever" to Mr. Shrout.

9          These people were convincing:  Brandon Adams, Garrett

10    Adams, Winston Schrout, Jack Smith, Gordon Hall, people with

11    hundreds of followers, and they weren't giving these lectures,

12    you know, in a basement at midnight with the lights turned

13    down.  I mean, this was out in the open.  This was hundreds of

14    people attending lectures at hotels.

15         And I think, very importantly, Melissa Morton was

16    clearly listening, listening closely to those lectures,

17    listening closely to Brandon Adams, and that I think is very

18    clear from her notes, notes in her handwriting, 37 pages of

19    notes on what Brandon Adams' teachings were, thirty-seven pages

20    of meticulous notes.

21         If this OID scheme, if this tax return scheme, was

22    just, Hey, guess what?  If you put a big number on this

23    document and you send it to the IRS, there's a reasonable

24    chance you're going to get a big payoff.  That was the

25    government's slot machine analogy.  If that was your idea -- I

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    mean, that is one-paged scam; that is a five-second lecture,

2    that is not 37 pages of careful notes, that is not hundreds of

3    hours that Melissa Morton sat through listening to Brandon

4    Adams.

5            All of that stuff:  The bankruptcy 1933; the Gold

6    Standard; fractionalization; creating money by writing checks;

7    using the banks; drawing on your collateral as a U.S. and on

8    and on and on.  It's all nonsense in the plain light of day.

9    In this courtroom, it's obviously nonsense; but at that time,

10   people believed it, and Melissa Morton believed it.

11           You know, it's crazy that someone would believe that.

12   I mean, people say that all the time about all kinds of things,

13   and people say that about other people's religions.  That's

14   ridiculous, you know.  People say that about Scientology, for

15   example, but we know people believe it, people believe it.

16           We saw evidence from the government's witness Mark

17   Everson that Brandon Adams and his family were filing hundreds

18   of these 1099-OID documents on behalf of hundreds of people,

19   500 people in 2009 alone, and it appeared to work.  People were

20   getting their money back.  And of course that bolstered

21   Ms. Morton's belief that this was legitimate, of course it did.

22           We heard from the government's witness Kristy Morgan

23   that sometimes the IRS paid out claims before they really fully

24   audited them, before they'd gone and checked to see did a bank

25   actually withhold that.  They pay out checks of -- you know, as

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    much as $400,000, millions of dollars, who knows?  That's

2    shocking, that's shocking.  Who knew that?  Who knew that?

3         Well, Kristy Morgan did because she had 30-plus years

4    at the IRS, but if you're the average, ordinary person, and

5    you're submitting these claims, and one of them comes back, and

6    you get $100,000; 2; $300,000; $400,000, I think -- you're

7    going to believe that's evidence -- that's going to bolster

8    your belief in what you're doing.  You might think, you know,

9    Yeah, you know?  What Brandon Adams is right.  This is

10   legitimate.  I am entitled to this money.

11        All of this was right out in the open.  Melissa

12   Morton sent her returns to the IRS, bonds to the IRS, with her

13   phone number, with an address, with a Social Security number.

14   You certainly didn't hear any evidence from the government that

15   that wasn't her Social Security number, that wasn't her phone

16   number, that wasn't her address.  She wasn't trying to hide

17   anything.  She was submitting those things to the IRS in the

18   plain light of day.  Why?  Because she believed it because she

19   was surrounding by all of these -- these people:  Brandon

20   Adams; Garrett Adams; Winston Shrout; Jack Smith; Gordon Hall;

21   and, yes, Sean Morton sean David Morton as well.  People

22   believed in Sean Morton.

23        Barbara Lavender came in here.  She very candidly

24   said that it made sense to her.  The way Sean Morton explained

25   it, it made sense to her; she believed it; she thought it was

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    worth a try; she never thought it was illegal.  She said, You

2    know what?  People find loopholes.  Rich people find loopholes.

3    Why not the ordinary person?

4              Carol Meier came in here, too.  She believed, as

5    well, She believed in Sean David Morton.  She believed in his

6    expertise she still does.  She thought he was brilliant; she

7    still thinks he's brilliant.

8              There's absolutely no reason to believe that Melissa

9    Morton didn't think exactly the same thing.  Married to Sean

10   Morton for over a decade, nearly two decades with him since

11   they met, since 1998, living together.  I'm not here to throw

12   Sean Morton under the bus, but I think you have to imagine the

13   shear onslaught of rhetoric and twisted logic that Melissa

14   Morton was exposed to under those circumstances for years.  Of

15   course she began to subscribe to it.

16             Now, it's up to you to decide whether or not

17   Mr. Morton is a true believer or a con artist or whatever.  I'm

18   Melissa Morton's attorney.  It doesn't matter as to Melissa

19   Morton whether he is a con man, a snake oil salesman, or

20   whether he's a true believer.  These are two separate cases.

21   Either way, the defendant is very clear that Melissa Morton had

22   every reason to believe him, just like Barbara Lavender, just

23   like Carol Meier.

24             The judge instructed you, you have to treat their

25   cases separately.  They're two separate people.  It's not an

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   all or nothing.  Yes, Melissa Morton notarized those documents;
 2   she mailed them in; she believed; she believed in them; she
 3   believed in Sean Morton.  He described her as a, quote,
 4   "dutiful wife."
 5            I want to talk for just a minute about a really
 6   critical legal concept in this trial, and that is proof beyond
 7   a reasonable doubt.  It's the highest standard in the justice
 8   system, the highest standard of proof that tests any case that
 9   the government brings.  It is absolutely the cornerstone of our
10   criminal justice system.  You cannot convict somebody of a
11   federal felony, you cannot put that black mark on their record
12   for the rest of their lives, you cannot threaten to take away
13   the freedom without proof beyond a reasonable doubt.  The
14   government has to eliminate every reasonable doubt --
15            THE COURT:  You know, I meant to tell you this at the
16   outset, Mr. Brody:  When it comes to the instructions, my
17   strong preference is that the lawyers refer to the instructions
18   in the exact words I gave them or in parts of them.  That
19   wasn't in the instruction.
20            MR. BRODY:  Understand, Your Honor.
21            THE COURT:  And you can argue the facts as you wish
22   with regard to those instructions, but when either side refers
23   to the instructions, use the exact words I delivered to the
24   jury.
25            MR. BRODY:  Your Honor, I'd like to --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  And no criticism whatsoever was intended

 2   so please proceed.

 3            MR. BRODY:  Thank you, Your Honor.  I'd like to argue

 4   some relative standards of proof with respect to for beyond a

 5   reasonable doubt.

 6            THE COURT:  No, no.

 7            MR. BRODY:  Understood, Your Honor.

 8            It the incredibly important that you put the

 9   government to that test because when you think about this case

10   days from now, weeks from now, even years from now, and you

11   will think about this case years from now, it may not seem like

12   the most exciting case in the world, but you will thing about

13   it.

14            THE COURT:  Let me rethink that.  You can mention

15   even though it's not in the instruction that in a normal civil

16   case, it's preponderance of the evidence, that is, more likely

17   true than not.  In this instruction, the burden is as

18   articulated.  Essentially the jury has to have a firm

19   convicting.

20            MR. BRODY:  Understood, Your Honor.  In fact, I have

21   a slide of the relevant burdens of proof.

22            THE COURT:  I wouldn't use that.

23            MR. BRODY:  Would you mind reviewing it first, Your

24   Honor?

25            THE COURT:  No, I don't think that is required, and I
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    would prefer that you deal with the instruction as given, in

2    whole or in part, and weave it into the evidence as you see

3    fit.  I think the instructions are sometimes difficult for the

4    jurors to comprehend because it's a different language, and I

5    want them to remain as I gave them.

6                MR. BRODY:  Understood, Your Honor.

7                THE COURT:  Yes.

8                MR. BRODY:  In light of the instruction that the

9    court has given, I think you can refer to that, and I will say

10   that the government has not come close to establishing that

11   kind of proof in this case.  They haven't come close to

12   establishing anything like that with respect to Melissa Morton.

13               I'm not here to tell you that these bonds were, in

14   fact, worth $10 million or $100 million or whatever; I'm not

15   here to tell you that that coupon for $5 million or $44,000 was

16   a real thing thank should have been cashed by the IRS.  I'm

17   here to tell you that the government hasn't even come close to

18   proving beyond a reasonable doubt that Melissa Morton knew her

19   claims were false, or that she ever set out to defraud anybody,

20   and that's why she is not guilty.  She is not guilty on all

21   counts.  Thank you.

22               THE COURT:  Thank you, Mr. Brody.

23               We'll take a short recess, and then we'll hear from

24   Mr. Morton and the government's rebuttal.

25                    (Open Court – Jury Present)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Mr. Morton, do you wish to make your

 2     closing argument?

 3              DEFENDANT SEAN DAVID MORTON:  Yes.

 4              Good morning, ladies and gentlemen of the jury.  As

 5     you know, I'm facing ten lifetimes in prison, 650 years,

 6     according to the government, which is the kind of stuff they

 7     give to Jeffrey Dahmer and Charles Manson.

 8              MS. MAKAREWICZ:  Objection, Your Honor.

 9              THE COURT:  You will shortly here that punishment, if

10     there is any in this case, is not for you to consider, among

11     other things.

12              Objection is sustained.

13              DEFENDANT SEAN DAVID MORTON:  So I'm just saying that

14     right now I'm -- we're pleading for our lives here.

15              Tell you a quick story.  We had a blessing really

16     this week.  We had -- my wife and I breed and raise and show

17     championship Norwegian Forest cats, like some of the biggest

18     cats you can have without a license; and so we had four kittens

19     and one of the kittens were born a bit premature.  So while

20     were -- all this stuff is going on, all this hell, trying to

21     put things together for the court, trying to put things

22     together for everything else, we're spending late nights with

23     this little baby kitten actually swaddled in a cloth with an

24     eye dropper feeding her milk just to get her to survive.  And,

25     unfortunately, because we've had to be here and we couldn't
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    help her, she died a couple of days ago; but I think it just

2    goes to show the kind of people that we try to be, and because

3    a lot of what you're going to have to decide -- I mean, this

4    whole case is going to boil down really to willful intention,

5    You know, were we not doing something we thought was truthful.

6    Was it not something that we were born -- that we were -- that

7    we spiritually knew in our guts and our hearts -- I mean, I'm

8    one of those people that believe that angles watch our every

9    move, that millions of them are here now watching what's

10   happening on this earthly plane.

11            So as to intent, let me give you just a little bit

12   about background and as far as what this is, kind of, all about

13   throughout my entire life and believing in alternative things

14   for so many years and then presenting them to the public --

15   right or wrong -- and then having them become mainstream in

16   1974, way back in the day.  We had the jack-booted thugs of the

17   Food and Drug Administration come to our house, beat up my

18   step-dad, Frank Salaman, drag us all out in chains at gun point

19   because we were trying to bring alternative cancer therapies

20   into the county.  We were bringing Laetrile, apricot pits,

21   jicama, whatever else across the border from Mexico, and even

22   though we had a court order to do it, the FDA didn't like it.

23   So my dad fought them for a long, long time for this, and this

24   is, once again, we knew something was true.  We knew that we

25   were trying help people with cancer.  We had people coming to

1     our homes that were dying and shuffling off to clinics in

2     Mexico to try to help them with something that the whole

3     medical establishment was saying was completely fake.

4          My mother later on became president of the National

5     Health Federation for 37 years, Maureen Kennedy Salaman.  We

6     wrote books called *Foods that Heal*; *Nutrition*, the Cancer

7     Answer.  She ran for vice-president of the United States in

8     1984, and all of this was to try to change the establishment,

9     to try to take what was and turn it into something better to

10    give people hope, and because of our efforts, we got

11    chiropractics legalized in 33 states; chelation therapy is

12    legalized; naturopathy is legalized, all fighting the

13    government every step of the way, all fighting the billions and

14    billions and billions of dollars that were generated with all

15    of this.

16         And I want you to notice the entities that are lined

17    against us, you know, the mountains of stuff there.  They're

18    all about -- and this is the banks and the Internal Revenue

19    Service who are lock step with each other.  In what many

20    Americans believed and what Brandon Adams believed and Winston

21    Shrout believed, are involved in oppression of the American

22    people.

23         So with this said, I just wanted -- and I also want

24    to give you quickly my spiritual background going to intention

25    of this.  Originally, we were Catholics, and then we became

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    Lutherans.  You know, Catholics got beaten up by big Irish
 2    nuns; Lutherans got beaten up by big German nuns going to
 3    school; and I was a successful night club owner, and I owned
 4    restaurants here in Los Angeles.  I went to the University of
 5    Southern California; I graduated with degrees in political
 6    science and drama, and I eventually got my Ph.D from a school
 7    in Canada.  And I had a crisis of things going on in my
 8    personal life, and I traveled to India; and I went to India,
 9    and I lived in a Darbosola(phonetic)with the Dalai Lama for a
10    long time, and then I went to a monastery in Nepal called Tang
11    Majai(phonetic).  And I learned about karma and dharma, and I
12    took an oath at that time, which I take very, very seriously,
13    to act for the enlightenment of all sentient beings.  I mean,
14    it's not -- it's not in me to harm people.  It's just
15    everything that I tried to do was to help people from my heart,
16    from my soul.  I found something -- and when people -- when
17    Carol Meier came to me -- and she was really -- she was really
18    one of the first ones of these that we did, and we saw that it
19    worked for her -- you know, she was in a desperate situation;
20    she had the wolf at her door; she had the banks about ready to
21    foreclose on her; she and her family were going to be kicked
22    out in the street, and from everything that I saw, as I said,
23    the bond had worked for her, and then when she got up on the
24    radio and talked about it, a lot of people came to me in these
25    desperate situations, just be crushed by the banks, crushed by
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    the government, crushed by the Internal Revenue Service with

 2    notices of lien, by the way, they hand out willy-nilly, as

 3    opposed to an actual lien.  I just need you to know the

 4    difference here.  I have no federal liens against me, none,

 5    none.  The prosecution hasn't brought that up by the way

 6    because there hasn't been a single lien that's gone through a

 7    court, that's been signed by a judge, that has a claimant on

 8    it -- the actual person that's been harmed -- nothing .

 9            Now, the government is going to sit here and tell you

10    that, Oh, look at all these frivolous filing liens and all this

11    other stuff.  They have no -- in my opinion, what legal force

12    do they have because you can take them to court ask get them

13    off you, but you got to go to court, you got to do all kinds of

14    stuff.  These are just things that they issue with, in my

15    opinion, no due process and yet they place tens of thousands --

16    they just make up a number, and they get to apply it to you and

17    crush you down with it.  They have IRS agents that call your

18    family, that call your landlord, they call everybody to chase

19    you around with all this stuff.

20            So spiritual in this is also -- even though I moved

21    into Nepalese and Buddhism, my argument always had been, you

22    know, You guys are all bound with the chains of karma and

23    Buddha and everything, you know?  We got a guy in the west who

24    picked up the tab for the whole table.  That's interesting.  I

25    sort of wore my Easter clothes today because, you know, Easter
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    is next, and Good Friday is coming up.  And what is that about?

2    It's about redemption.  It's about redemption of the blood of

3    Christ, that bondage occurs -- we are literally in the bond

4    age -- that bondage occurs from all this debt from the Old

5    Testament that then gets washed away by Christ, and that was

6    key to what Brandon was talking about; that was key to what

7    Winston was talking about, that there was a way to redeem us

8    from the bondage of the banks, from the bondage of the IRS,

9    from the bondage of these pernicious agencies.

10           Let me give you an idea:  My goal with this -- had

11   the bonds been working -- and by the way, we had no proof

12   really that they didn't because I was taught by Brandon and

13   Winston that acceptance is part of the whole process.  That's

14   what the Uniform Commercial Code is all about by the way, that

15   if I give something, that if I give you the Joe DiMaggio

16   baseball card and you keep it, then the debt is paid off.

17   There's a lot of other ways to pay things other than Federal

18   Reserve notes.  Now, you have Mr. Kerr actually up on the stand

19   here who didn't even know, even though he was the government

20   expert, he didn't even know the Federal Reserve was private; I

21   thought everybody knew that.  They go in front of Congress, in

22   front of Ron Paul, and then Ron Paul says, How can you just

23   print $15 trillion and just give it away?

24           And Bernanke said, Well, it's our money.  We can do

25   whatever we want with it.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              And, again, in the aspect of all this, the redemption
 2    of the blood of Christ, picking up the table for the whole
 3    table I felt was a concept that was actually being
 4    physicalized, if you will, by what Brandon and Winston and
 5    Gordon and all these people were doing.
 6              So all of us come from around the world -- and I'm
 7    not sure if the judge is going to let me make this argument or
 8    not -- but we all come from around the world to enjoy the
 9    freedoms in America given to us by God, protected by the
10    Constitution, but, I mean, let's list the Constitutional
11    violations that are happening here.
12              It starts with -- it starts with the indictment.  The
13    search warrant has "probable cause" blanked out.  They come
14    in -- start with the indictment.  The indictment has lie after
15    lie after lie, which we've proven here in the court, and under
16    common law, if you just prove one lie, the whole thing falls
17    apart.  For example, they harp over and over again that Melissa
18    and I were, quote, "legally married" under the State of
19    California, and why aren't we?  Because under our belief
20    system, we don't believe putting the government in bed with you
21    as a third party, if you will, we don't think it's right; so we
22    had a marriage contract, which means that we couldn't file IRS
23    stuff as married, which would have been of a benefit to us
24    because we weren't legally married because we actually had a
25    contract between two individuals which we felt was stronger
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    than some license from the state.

2            So if you look at the indictment itself, again, lie

3    after lie after lie that just unravels the whole thing.  Then

4    if you look at the search warrant, "probable cause" is crossed

5    off.  The affidavit that is supposed to tell you where to

6    search is sitting in the agent's car.  In the aspect of all of

7    this, they tore our place apart.  They came in -- I don't care

8    what this agent said; I am testifying to you now -- that they

9    kicked in our door with guys in helmets and machine guns.  My

10   wife had a wheelchair next to her bed because she just had --

11   she just had surgery.  She's screaming bloody murder when these

12   people kick in the door and they're holding an M16.  If you've

13   ever had this happen, somebody climb up on your bed, stand over

14   you with a pointed gun in your face for filing paperwork,

15   again, and I hear my wife screaming in the other room, and I

16   woke up about 6:00 a.m.  They took her wheelchair and threw it

17   across the room.  She's screaming.  She got her knee -- she

18   just had knee surgery, all bandaged up, and somebody grabbed

19   her by her arms, bruised up her arms and dragged her across the

20   room.

21           As this was going on for -- for what?  Again, as they

22   dragged us into the front room, tearing the place to sheds -- I

23   remembered in my mind looking at history books when I was going

24   to school of what the Red Coats used to do, and how they used

25   to just trash somebody's house, and this is what we put the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Fourth Amendment in place for.  What you saw is a photographer

2    who said, Well, I took a picture of -- this was her office, and

3    I took a picture of a box of files.  I know it's obvious that

4    they called it her office because she has a computer in there,

5    but she works for a pet company where she trains dogs and

6    babysits houses.  Why don't they call it the cat room, because

7    it's got like six cat boxes in there because we have a lot of

8    cats.

9           So the violation of the Fourth Amendment, this first

10   thing.  Fifth Amendment violations are kind of interesting

11   because if you actually look at the 1040, they actually make

12   you testify against yourself with actually your information

13   that they're going to use against you later, which is

14   theoretically a violation of your Fifth Amendment just to fill

15   out the tax forms.

16          Now, the government wants to point out that I'm

17   somehow a tax denier.  Completely untrue.  I think the tax

18   today is fine.  I think everything -- one of the tax laws are

19   perfectly right.  As a matter of fact we filed things that we

20   thought were under the codes and strategically under the laws

21   to be able to make what was happening work.

22          Now -- and don't even get me started.  I've tried to

23   raise it a number of times in this court, as you noticed, but

24   violations of the Sixth Amendment, under common law, you have

25   the right to face your accuser.  Doesn't that make sense to

```
 1    you?  That if you've harmed somebody, okay.  And this is
 2    interesting:  The Judeo Code, you sue people.  In Christianity,
 3    Jesus said, No.  You go to your brother with a friend or
 4    whatever else.  You got to your brother seven -- seven -- not
 5    seven times, seven times 70, which you try to work things out.
 6    You get that person in front you and say, Sir.  I've harmed
 7    you.  I'm sorry.  What can I do?
 8           And in this case, they haven't brought anybody with a
 9    claim.  Now, this is another interesting case in point, law
10    that applies here.  Under Gore v Bush, when Gore sued Bush for
11    the election results, the hanging chads and all that stuff,
12    they showed up in the Supreme Court with just stacks and stacks
13    and stacks, a 100 times more than this -- this pile of crap
14    that they have here, and they stand in front of the Supreme
15    Court.  You know what the Supreme Court ruled?  The Supreme
16    Court said, Do you have somebody with a claim?  Can you
17    actually just have a single person that comes in here that can
18    hold up a voter card and say, I was personally harmed and
19    damaged by this hanging chad here, and my vote didn't count?
20    And the government couldn't produce one actual human being with
21    a claim, and they dismissed the case.  They said, Nope, you're
22    not going to recount it because you can't produce somebody with
23    a claim.  I've asked over and over again, interjected into
24    these proceedings, as to where's the claimant?  Where's the
25    mythical United States of America?  Where is their imaginary
```

1   friend that's been harmed?  And, again, what they're trying to

2   tell you -- let me also point out:  There's no damage here.

3   This is paperwork.  It didn't cost the government anything.

4   They're not seeking monetary damages.

5        MS. MAKAREWICZ:  Objection, Your Honor.

6        DEFENDANT SEAN DAVID MORTON:  They aren't.

7        THE COURT:  Overruled.

8        DEFENDANT SEAN DAVID MORTON:  So in the case of

9   this -- and don't let the numbers of the -- you know, you're

10  seeing a lot of big numbers.  I'm a film director and a

11  producer, and I've been involved in television; I've been

12  involved in movies; and at the time all this was happening, I

13  just directed a film.  I wrote and directed a comedy that's

14  called *Joe Killionaire*.  It was a funny thing about -- kind of

15  like the *Bachelor* except everybody goes to a mysterious castle,

16  and they all get killed in funny ways; and that movie was now

17  refinanced and was now redistributed -- it was a huge hit in

18  Taiwan for some reason; it is very strange.  But at the same

19  time, every single one of the numbers -- by the way, the

20  government is not disputing any of this -- but all the numbers

21  that we put in to make the OID work were legitimate numbers.

22  If the IRS was working the way it's supposed to have, they

23  would have audited us, and they would have said, Okay, show us

24  the receipts.  We have every evidence single receipt,

25  everything that went in there.  And I want you to understand

```
 1    how you're dealing with this mythical beast.
 2              We're studying Brandon Adams; we're studying Winston
 3    Shrout -- I mean, I'm soaking this in, and I'm very sorry.
 4    When I testified I read you a whole bunch of law about public
 5    exactions, about how can the government force you to pay
 6    something.  Under Article I, Section 10 of the Constitution,
 7    there's no gold or silver.  How did that work?  And I'm sorry I
 8    read off that whole thing to you about Beard v. Georgia,
 9    whatever else, but it was to go to my state of mind of -- I
10    studied law.  I got out the books and Black's Law and the
11    definitions in the dictionaries of everything to see what we
12    were doing was legally correct.  I wasn't fighting their codes;
13    I wasn't fighting their stuff; I was trying to see, Wow, maybe
14    there's a way that because you put money in the bank and the
15    bank fractionalizes that money and makes a lot of money off you
16    that at the end of the year you get some of that interest that
17    back.
18              Now, again, I pointed out that if you put $20,000 in
19    a Dean Witter account, or some investment account, and they do
20    that, they go to jail; but the banks have the right, who are on
21    a fractional banking system, to be able to do this kind of
22    thinking.  So we thought, all right, by filing a 1099
23    abandoned -- because here was the theory that Brandon was
24    teaching us, okay, you got all this money at the end of the
25    year, ollie ollie oxen free.  Anybody want it?  Anybody want
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    it?  And now we're going to take it, which means now the banks
 2    and the Internal Interview Service are all in it on each other.
 3          Theoretically, what they were teaching is that
 4    they're robbing you every year; they're taking this money for
 5    themselves unless you file the proper forms to get it returned;
 6    that makes sense to me.
 7          So -- anyway.  One other thing also that -- and let
 8    me just get back to the indictment.  I want to show what's also
 9    happening here.  There's statutes of limitations on this stuff:
10    Three years, five years.  They get around all that here by
11    saying, Oh, it's one big conspiracy.  It all happened over
12    seven years.  You know, they came like the day before -- I
13    think this is when Peter Lu came to the house, and I just said
14    I didn't want to talk to him, you know.  Mr. Lu came to the
15    house, and I said, Okay, sir.  You're going to have to fill out
16    a form.  I need to know your badge number; I need to know your
17    pocket pass or whatever; I need to know what your jurisdiction
18    is to come here and bang on my door.  I said to him and all
19    these other agents, these forms -- and by the way, the next
20    time I saw him, he had a gun in my face, didn't answer anything
21    that I put in; and you're going to see in this case, we weren't
22    ducking the IRS, we were sending stuff directly to the criminal
23    investigation division because we did not think we did anything
24    wrong.  So here you go.
25          And as far as the number of the coupon -- okay, so
```

```
 1    the $5 million coupon, which Gordon Hall actually made up and
 2    sent in -- as far as the coupon, why was it for so much?  And
 3    if they kept it and cashed it or put it on deposit, how is that
 4    benefiting me other than setting off a debt that they created
 5    in the first place?
 6           So I'll wrap up the whole events of this here, but
 7    they keep just showing you the bond, which Ms. Makarewicz --
 8    Makarewicz -- and let me point out also that the reason you
 9    can't use first names in the court is because that in a common
10    law court everybody uses first names.  So I'm the only human
11    being here; my wife is the only human being here.  All these
12    other people have masks on; all of them are representing our
13    invisible friend.  That's why it's Ms. Makarewicz; that's why
14    it's Mr. Hughes; that's why it's Mr. Brody.  You have to use
15    all these names because they don't exist.  We're the only
16    people here.  They're all players and actors that are
17    representing a dead corporation, a corporation that is now
18    claiming to be harmed for millions of dollars and wants to put
19    us in jail for hundreds of years.
20           So they just showed you a piece of paper, but let me
21    remind you that what Brandon and Winston and Jack Smith, and
22    everybody else taught, that the bonds are a worthless piece of
23    paper -- we've said this over and over -- they're a worthless
24    piece of paper to anybody that doesn't know how to use them.
25    If I hand you a Superman One action comic and you agree it's
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    worth $3 million.  To my mom, she throws it in the trash; she

2    just thinks it's colored paper and just junk that's taken up

3    the house.  But to a banker, they would know how to access

4    that, and our whole thing of this was everybody had told us,

5    all these gurus, that if the banks keep the bonds, they put

6    them on deposit, and they borrow against it to be able to

7    offset the charge; that's what we believed, and nobody with the

8    exception of the mangled little brother of the IRS, which is

9    the California Franchise Tax Board, they are the only ones that

10   showed up with an original piece of paper.  We have tried to

11   get this stuff back; we've begged them; we've given subpoenas

12   to the banks to get the bonds, and they say no -- you should

13   hear the excuses.  Wow, you sent a package, and the bond wasn't

14   in it.  Oh, we're going to wipe out your account and give you

15   another account with another number on it.  Oh, the dog ate it.

16   Oh, we had a clerk that got a new desk, and the bond was in the

17   desk.  You can't believe it.

18           Barbara Lavender, their own witness by the way -- and

19   let me also tell you about Barbara.  We never gave any

20   guarantees to Barbara as she pointed out; I've always said I'm

21   not an attorney.  This might not work.  It's our best chance,

22   and at the very end unfortunately -- and Barbara was sending us

23   emails under John's name, and I'm not sure that -- well, I

24   wasn't sure we actually knew who it was, but the reason that we

25   didn't respond to Barbara and she got left hanging, is you'll

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   notice that the date of the email was September 26th --

 2            MR. BRODY:  Your Honor, I object to this as arguing

 3   facts not in evidence at this point.

 4            DEFENDANT SEAN DAVID MORTON:  No, it is in evidence;

 5   there was an email that was actually submitted.

 6            THE COURT:  I'm going to sustain that objection.

 7            DEFENDANT SEAN DAVID MORTON:  There was an email that

 8   was actually --

 9            THE COURT:  I sustained the objection.

10            DEFENDANT SEAN DAVID MORTON:  Okay.  Anyway, the IRS

11   had actually taken all our computers, which did not allow us to

12   respond to her.

13            But with the bond -- and this is -- this is how hard

14   we wanted these things back -- with the bond itself -- which

15   they're just telling you, Oh, you just got -- first they said,

16   by the way, that we somehow forged it, and then they said, Oh,

17   you're forging what's a -- we know a certificate, official

18   piece of paper, and Ms. Makarewicz is now saying that, Oh, you

19   can buy this down at the store, which we've said from the

20   beginning.  They're trying to save the coupon that was sent for

21   set-off, settlement, discharge, but it was somehow duplicated

22   or was somehow artificially made.  And, again, you buy them by

23   the box.  They say "void" on them for a reason, by them by the

24   box at Office Depot.  So it's not like we were running some

25   counterfeiting operation.  And by the way -- I have a question
```

```
 1    here -- where is the secret service?  Secret service is what

 2    deals with bonds.  They're the ones that deal with all this

 3    stuff.  What hell is the IRS doing investigating bonds when

 4    it's not a tax issue?  So that's just another case in point.

 5            So when I send Peter Lu a letter, and he doesn't

 6    respond, and I send him a request to say I'd be happy to talk

 7    to you if you give me some information about yourself and what

 8    this is about and they don't respond, that's the problem here.

 9    We've begged the Internal Revenue Service; we've called them;

10    we've sent them letters and over and over again, and we just

11    get form letters back --

12            MR. BRODY:  Objection, Your Honor --

13            DEFENDANT SEAN DAVID MORTON:  I'm sorry.  I didn't

14    mean to use the word "we."  I'm so sorry.

15            THE COURT:  What was that?

16            MR. BRODY:  I was objecting to improper argument of

17    facts not in evidence with respect --

18            THE COURT:  He stopped.  He stopped.

19            MR. BRODY:  Thank you, Your Honor.

20            DEFENDANT SEAN DAVID MORTON:  So my question is --

21    becomes if the bonds were presented to the United States of

22    America, once again, the mythical imaginary friend of the

23    prosecutors here, where are they?  You produce one, produce one

24    for the California Franchise Tax Board -- where is the

25    organization of any of this?  Theoretically, it's all hearsay
```

```
 1    evidence.  You guys could have tricked all that stuff up in
 2    Photoshop, for God's sake.  That's why I continued objecting to
 3    it.  You didn't present a single original document with the
 4    exception of the California Franchise Tax Board.  And let me
 5    point out, that when we sent the bond to the California -- and
 6    the California Franchise Tax Board sent us a bill for taxes
 7    that were owed that were based on information that the IRS gave
 8    them.  Well, if the return was erroneous, I was writing the
 9    California Franchise Tax Board saying how are you taxing us if
10    it's an erroneous return?  How can we now owe this that you've
11    assimilated off information that the IRS itself is claiming
12    it's wrong?  So we sent the bond to the California Franchise
13    Tax Board --
14            MR. BRODY:  I'm sorry, Your Honor.  I'm going to have
15    to object again to arguing facts not in evident concerning
16    Melissa Morton.
17            THE COURT:  That's sustained.
18            MR. BRODY:  Thank you.
19            DEFENDANT SEAN DAVID MORTON:  So when we -- anyway,
20    so the whole thing was is that California Franchise Tax Board
21    sent me a letter that said, Oh, we're sorry.  Please wipe all
22    this out.  Please don't worry about it.  It's our mistake, it's
23    our error, and thank you so much for playing.  Just take this
24    down to the county, and they'll take the lien off -- or the
25    notice of lien.
```

```
1          So we thought we were fine until they turned around
2    months later and said, Oh, no, you owe us the money again.  So
3    once again, which is it?  Do we owe you the money?  Do we not
4    owe you the money?  And with the bond -- and this is what they
5    don't -- I believe it's in evidence -- but there was a legal
6    letter of advice that said, Please submit this to your legal
7    department.  Please tell us if this is okay.  Please tell us if
8    this fits the proper laws.  This is the evidence of fraud on
9    the bond, by the way.  This is what they claim:  That there was
10   a nonnegotiable instrument; it was then certified by the
11   county, went down and certified it at L.A. County; and then it
12   was apostilled by the secretary of state; then there was a
13   Uniform Commercial Code filing with the secretary of state,
14   with the UCC people in California; then there was a request for
15   return saying, If there's anything you don't like about this,
16   send it back.
17          Now, not only that, when we sent it, then we sent
18   subsequent notices that said, Okay, this is a notice of fault,
19   opportunity to cure.  We sent you an instrument.  It is okay?
20   Is it all right?  Is there anything wrong with it, anything at
21   all, please sends it back.  Nothing.  Thirty days later, notice
22   of default.  Okay.  We sent you a bond; you didn't do anything
23   with it.  Are you going to respond?  Finally, under the UCC
24   mind you, we sent a notice of default and dishonor -- or I sent
25   actually -- a notice of default and dishonor, and that notice
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   of default and dishonor, then said, All right.  We've given you
 2   90 days under California law, and under the terms of
 3   acquiescence -- once again, I've given you my Joe DiMaggio
 4   baseball card.  Are you going to give it back, or are we cool
 5   with the debt?  And we did not hear from any of these banks,
 6   none of them, and we got involved in court cases to try to
 7   press this.  Never anybody, no judge, nobody told us that the
 8   bonds were fake or that they were illegal, as Carol Meier
 9   testified, no one until now, until the United States.  So let's
10   just talk about the 1099-OID.  I had no understanding of the
11   1099-OIDs really when we got into this.  I was directing a
12   movie; I wrote a newsletter; I had a spiritual newsletter
13   called The Delphi Associates Newsletter; I got up on the radio
14   and talked every now and then, mostly about things like remote
15   viewing, you know, UFOs, aliens, unicorns, chupacabras.  You
16   know, I believe in all kinds of weird, funny stuff; but I had
17   no real understanding of it, and this is where Brandon and
18   Winston Shrout and Jack Smith and all of these guys who were
19   into gurus.  And please let me remind you that these lectures
20   of all these guys get really kind of dull because they're just
21   doing nothing but quoting the law and then telling us to do our
22   own research and getting Black's Law Dictionary and doing all
23   the definitions so we wouldn't break the law; so that we would
24   do everything that we thought was right.  And there was one
25   refund that was approved, and this is what they talk about the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   $480,000 refund.  What they don't tell you is that I got a
 2   notice from the IRS, and they said there's been a computational
 3   error.  We found your math is wrong.  Would you like another
 4   $500?  I wrote them back, said, Okay, and then they sent me a
 5   paper check, mind you.  Now, in your reasonable mind, if you
 6   filed for a tax return, and they said, We audited your return.
 7   We're going to give you more money.  Wouldn't you think that
 8   the IRS paid attention?  Wouldn't you, as a reasonable person,
 9   think that, Okay, I did the process.  The process worked.
10   They're going to give me a refund.  Thank you for the extra
11   $500, and then they sent the check.  And please remember:  The
12   big number of the check was because -- by the way, the whole
13   thing had 48 percent withholding on it -- as I probably showed
14   you actually from the forms that the prosecutions entered into
15   evidence -- 48 percent withholding, which is ten percent -- I
16   think it's 38 percent, 35.  It's at least ten percent more than
17   the actual withholding.
18          So the other question becomes how did I damage the
19   Internal Revenue Service when I gave them 48 percent
20   withholding on something?  Where did that money go?  So I had
21   it for six months.  We were setting up another film production
22   company called Asgaard Media at the time, and we took the money
23   out and did things with it because we got a refund as anybody
24   would do -- what do you do when you get a refund from the IRS?
25   Do you go out and maybe have a nice dinner?  Do you go out and,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   you know, take your wife someplace nice, your husband someplace
 2   good?  Whatever else.  And so the reason it got moved is
 3   because it went into stocks and it went into different things
 4   to support this film company going public.  By the way, the
 5   film company didn't go public, and we wound up losing all the
 6   money.
 7            So the Internal Revenue Service, by the way found,
 8   that the refund -- this is their word now -- the refund was
 9   erroneous.  That's not my fault.  It's not my fault they said
10   it was erroneous, not frivolous, not illegal, erroneous.  I
11   didn't find this out for six months when I tossed a bunch of
12   doorstep and cleaned out bank accounts.  That gets into Melissa
13   Morton's case but it's again if it was against me, she had
14   nothing to do with that if there was a joint account, her
15   protests are look I didn't have anything to do with this.
16            MR. BRODY:  Your Honor, objection.  Arguing facts not
17   in evidence.
18            THE COURT:  Sustained.
19            DEFENDANT SEAN DAVID MORTON:  So in my communications
20   with the IRS, I was told that the refund by them was a computer
21   error; this whole thing started with a computer error, and it
22   was erroneous because their computer screwed up.  Now, to add
23   insult to injury on top of this, just to show that I didn't
24   think I was doing anything wrong again, the IRS sent me three
25   more notices about the other tax years, and they sent me three
```

1     more notices that said, We owe you a bunch more money, a lot

2     more money.  And from '5, '6 and '7, they sent me things that

3     said they owed me, according to them, something like

4     four-and-a-half-million dollars based on all the money they'd

5     gone through for the film companies, gone through the financial

6     stuff we were doing.  So you think -- you look at these big

7     numbers, but, again, when you're selling a movie, the movie

8     costs hundreds of thousand dollars, and there's expenses for

9     it, and then there's distribution and other things; so don't be

10    shocked by the big numbers.  We were putting in everything

11    properly into the system.

12            So the IRS sends me letters from the Ogden -- I'm

13    sorry -- from the Austin, Philadelphia and Fresno offices.  And

14    by the way, I didn't send anything into those office; they

15    spread it out for whatever reason.  I didn't even know these

16    offices existing.  They sent us back a bunch of stuff and said,

17    We owe you more money for this.

18            So in a six-month period of time, again, we had money

19    that I thought we legally owed because we filled out the whole

20    process properly.

21            Now, everything was being done in good faith.  We

22    were trying -- part of what Brandon was teaching is that if you

23    put it in and you put the high withholdings in, that all of

24    this was showing good faith to benefit the people of the United

25    States of America.  So I believed everything that I was doing.

```
 1    And this -- look, you're going to be all getting together and
 2    deciding the fate of my life here in a couple of minutes.  You
 3    know, they're talking about, again, paperwork that I don't see
 4    where there's really been any harm to these people, where
 5    there's been -- they're not claiming really any damages other
 6    than wanting to throw us in jail forever; that would make their
 7    imaginary friend happy because I don't get to face my accuser,
 8    you'll notice.  I tried to call him in, but I guess he got
 9    caught in traffic, the -- Mr. United States of America.
10          So I believed everything I was doing within the scope
11    and the letter of the law.  And let me also point out that what
12    they're trying to tell you is that we're guilty of thought
13    crimes, thought crimes, like 1984, thought crimes.  They're
14    talking about an inchoate offense which means that just because
15    you thought about doing it, we can charge you as if you did it.
16    Okay.  That only works if you have somebody being harmed.
17    Okay, if I raise my fist and threaten to punch somebody, there
18    is a harm of assault on the person I might want to punch, but
19    if I'm just flailing around in the air, who am hurting?
20    Because the challenge here is that they've also got stuff in
21    the indictment, if you'll notice, that is -- just because you
22    sent us a letter, we want to throw you in jail, swear to God.
23    You just wrote us a letter of a notice of default, notice of
24    fault, notice of default, notice of default and dishonor; it's
25    in there.  Where just because you wrote us a letter, they --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    now we want to throw you in jail for that, too.

2          So I studied Brandon, Winston, Jack Smith, Gordon

3    Hall; I befriended these people.  We all studied the law to

4    make sure that we were operating within it and you'll hear the

5    words "willful intent" -- they used this over and over --

6    willful intent.  I had no willful intent.  I had none.  And I

7    had only the deep desire to operate within the confines of the

8    law and the code.  That's why we studied all this stuff.  We

9    went -- the law books and all this stuff, we studied over and

10   over and over to make sure everything was right, as we

11   interpreted it, as -- should I say Brandon interpreted it, and

12   it became a way to help others; and, again, I took a sacred vow

13   to work for the enlightenment of sentient beings.  I'm -- I'm

14   just incapable of harming somebody.  It's just -- it's not in

15   my wheelhouse.  It goes to, you know, Melissa and I being up

16   late at night, you know, nursing this little kitten that

17   wouldn't latch onto a nipple, you know, feed it milk and have

18   it die anyway because we come here.

19          But the government, the biggest thing they have, is

20   that they have not presented a single witness as to willfulness

21   or what's called culpability.  They can't prove it because it's

22   a state of mind, and it's a big thing with the Ninth Circuit

23   court, willfulness and culpability.  Valerie -- I'm sorry --

24   Ms. Makarewicz pointed out that she said, You're suing me in a

25   California court.  Well, yeah, I am because I could not get

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    this court -- well, I'm sorry.  I put in a notice, an affidavit
 2    nonculpability and nonintent with this court, which I'm not
 3    sure if you get to see or not, and none of them responded to
 4    it.  By the way, the rules of an affidavit are if they don't
 5    respond to it, it stands as true.  You got to respond to this,
 6    especially in a legal environment where people's lives are at
 7    stake, where you're talking about putting -- putting me in jail
 8    for years and year and -- for the rest of my life for doing
 9    this, for something I believe.
10            And so, yeah, I sued these people, and the reason I
11    sued them is because I needed a judgment from another court in
12    California of a declaratory claim for a judge to stand up and
13    say, Hey, did you answer this?  Did you answer -- this guy, he
14    is a harmed man.  Did you answer any of his claims?  Nope.  And
15    so that's what I need to get a declaratory judgment against
16    these people because them, like the IRS, like the government,
17    don't talk to you, don't respond, don't pick up the phone,
18    don't you write letters other than to write you form letters
19    that are threats from nameless, faceless people who use aliases
20    to interact with the public because you see a lot of that
21    today.
22            Anyway, facing life in prison and causing nobody
23    harm.  Again, no intent to defraud or cheat anyone at any time.
24    It's disgusting the fact -- I mean, it's disgusting.  It's
25    obscene that they stand here as proof of evidence that, Oh, you
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    got a refund and you spent it because none of that is against

2    the law.  You got a refund, and you put it places.  Again,

3    trying to benefit the world by investing in stuff, trying to

4    hire people, trying to get stuff done.  So -- and I was taught

5    by Brandon and Winston -- and this is -- I can't even tell you

6    the hundreds of hours of lectures and books and study, and it's

7    so interesting because when the IRS came into the house, they

8    took everything that had to do with Brandon, everything that

9    had to do with Winston, they -- by the way, they took two

10   editions -- Edition Three and Edition Five -- of *Black's Law*

11   *Dictionaries*.  They didn't want us to have law dictionaries to

12   defend ourselves against these people; that's the kind of stuff

13   that they took.

14          So, again, no original bond or coupon.  They have no

15   proof that they aren't on deposit somewhere.  I don't know if

16   that's true or not.  Nobody knows because they haven't produced

17   the originals.  These are presentments to the United States,

18   and they don't even give you the presentment.  Doesn't that

19   strike as you strange?  Doesn't that strike you as funny that

20   the stuff that they want to throw us in jail for, they don't

21   even have original copies of?  That's why I objected to

22   Mr. Kerr up there, who, by the way, didn't know what a W-4 was.

23   Their financial expert never filled out a W-4?  Doesn't know

24   that the Federal Reserve is private?  And said himself -- their

25   witness said himself, that all of this -- all of this is

created by the credit of the people of the United States;

that's is you.  You, me, my wife are the only real people in

here.  We're the only people being harmed.  All these guys are

fake; they're all fiction; they all represent a fiction.  We're

the harmed people; we're the harmed the claimant.

So -- and since the banks -- and you're also okay,

why were the bonds for so much?  This is what Winston was

saying but -- and Winston and Brandon, once again, as my

absorbing their information, Why did you make these bonds for

so much?  Why is it for so much money?  Well, as they taught,

they said because you put a bond into the bank, the bank can't

fractionalize the bond like they can a Federal Reserve note.

If I put a dollar into the bank, the bank loves that because

it's a Federal Reserve note printed by the private Federal

Reserve based on the credit of the Treasury -- or the

treasurer -- you'll notice there's two numbers.  There's the

treasurer of the United states, Rosie Rios, and the Secretary

of Treasury, who I assume is still Jacob Lew.  He has that

funny signature that goes loop de loop de loop.

So they can fractionalize that.  They can loan 99

cents out against that.  But with a bond, as a Brandon and

Winston were saying, with a bond that can't be fractionalized;

they just have to take it at face value.  So that's why the

bonds are so big, and, by the way, there isn't any money in

real life because nothing is based on gold or silver anymore,

1      it's all -- it's the public and the private back and forth.  So

2      that's why this is for so much.

3            So -- anyway.  So this is all done, we thought, by --

4      or should I say Brandon and Winston and Jack and Gordon that by

5      putting a bond in for more, you're actually helping the banks.

6      You're actually not only helping setoff, settle and discharge

7      the debt of a person being crushed by the bank and the

8      mortgage, whatever else, that this was helping.

9            And let me also point out now that Brandon -- and

10     you've seen evidence, by the way, presented by their witness --

11     I'm not sure if it was Mr. Kerr -- it was Mr. Kerr, I

12     believe -- it was Mr. Kerr.  You saw evidence that Brandon -- I

13     told that you Brandon did all of this stuff out of his house.

14     He had all the equipment there.  He had to buy a dot matrix

15     printer.  You know those little printers that have the little

16     wheels on them with the little teeth?  He had to buy a dot

17     matrix printer because there were red forms you had to order

18     from the Internal Revenue Service so they couldn't be copied,

19     and then you had to put them through a dot matrix printer.  So

20     he had to buy the printer, and he bought -- he had all the

21     equipment to do the OIDs there.

22           You'll also notice his brother Garrett worked what

23     was called the FIRE system, which put them into the system.

24     Garrett did 5831099 OIDs.  Do you see any of those people here?

25     Do you see any of those people being raped by the government?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Do you see any of those people that the government has some

2    kind of imaginary complaint against?  No.  And also, Alexander

3    Adams, their father was a CPA, father was a CPA.

4           Now, the father -- they pointed out that Brandon was

5    in jail -- I didn't know that before we got here -- but the

6    father, Alexander Adams, got a civil injunction from the IRS to

7    make 'em stop.  Another one named Jacquelyn Coehello also got

8    it to just make 'em stop.  We don't want you filing these

9    documents for people; we don't want people getting this money

10   back.  Alexander got something like $14 million back for his

11   clients, and the IRS sued him civilly just to make him stop

12   filing the forms.  Does that look like fraud to you?

13          So -- anyway.  I'm just saying that with this whole

14   thing, we got -- with the OIDs, everything we did -- I knew

15   nothing about them.  I -- who knows anything about this stuff?

16   Again, I'm a radio guy; I'm a TV guy; I'm a producer; I'm a

17   writer; I don't know about any of this junk, and to tell you

18   the truth, it's just -- in the end it just wrecked my life

19   because even the funds that we got back as a return, those all

20   got spent in a film company that never went public or couldn't

21   go public.  As a matter of fact, the IRS took the stock

22   certificates out of our house and eventually just gave them

23   back because they were worthless.  So anyway.

24          But none of the banking actions we took -- I want to

25   point this out again -- all the banking actions that we took

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    were perfectly legal.  There was nothing that said from anybody
 2    that the refund check that I got was anything other than -- it
 3    said "U.S. Treasury" right on it -- was illegal.  So if they're
 4    trying to do this as some criminal -- she's going on and on and
 5    on apparently, it's not illegal; it's not illegal to spend
 6    money.
 7           So I thought we had a refund; I invested it all; none
 8    of this was illegal.  Again, it was erroneous, not my fault
 9    that it was erroneous.  So -- anyway.
10           By the way, the coupon that we point -- they keep
11    calling it a check -- the coupon was not a check, it was a
12    coupon for setoff, settlement and discharge.  It was -- it said
13    "void" all the way across it.  I think I'm almost done here.
14    All right.
15           Last but not least, here's a question:  Is it legal
16    for -- and the judge actually asked this question before.  This
17    was actually a point of law that the judge asked -- is it legal
18    for a citizen to access the Federal Reserve?  Now, remember,
19    you know why a citizen can't?  Because the Federal Reserve is
20    private.  It's not a public organization; it's private
21    organization.  It's 12 member banks that take your credit, the
22    people of the nation, and they create money out of nothing.
23    What did they do with your mortgage?  Let me give you an
24    example.  What did they do with your mortgage?  They take your
25    mortgage, and they use your sweat-equity signature on the
```

```
 1   mortgages for them to borrow the money into existence.  They're
 2   borrowing against your credit.  So you go in, you sign a
 3   mortgage.  The bank takes that, makes a certified copy of it,
 4   puts it in a vault, and then that mortgage gets sold on the
 5   secondary bond market.  Just goes over and over and over.
 6   Makes money all around the world.  If you've ever got your
 7   original mortgage back, there's stamps on it from Deutsch Bank;
 8   there's stamps on it from Barclays; there's stamps on it for
 9   whatever else.  You'll never see it again.  But you go to
10   court -- and I've had this happen where you go to court and
11   demand:  Produce the original instrument.  That used to be
12   part our juris prudence system, which is something the
13   prosecutors don't know because they only presented one original
14   instrument in this whole thing; and you'll never get it.
15   There's a guy right now that I know in Beverly Hills who just
16   keeps going to court with the bank saying, "I demand the
17   original instrument," and they go, Oh, we can't find it.
18   We're looking for it.  Give us another year or six months.
19   He's lived in his house, like, seven years because they can't
20   produce the original mortgage because they, again, create that
21   money out of nothing based against your credit.
22            So are there any laws, codes or statutes that state
23   that it's legal or illegal, and, if no, what are they?  The
24   prosecution has not at any time during the course of this trial
25   brought them forth, and if not then, I'm not sure the judge can
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   rule on it, or he can rule if he -- rule for it to be legal

 2   because there's a first time for everything.

 3          So we as private citizens are not -- can't directly

 4   access it.  Now, we can't directly access the Federal Reserve.

 5   The funds were accessed by the banks on behalf of you, the

 6   people of the United States.  Mr. Kerr said himself that the

 7   people are now the credit of nation.  Used to be gold and

 8   silver; now it's human beings.  We used to have a term for that

 9   in America.  It's called slavery, and that's what the banks are

10   putting you into, and the IRS is helping them enforce that.

11          We prepared a legal document with a set of

12   instructions, once again, under Winston Shrout, Brandon Adams,

13   that was given to the bank.  The bank, we believe, used that

14   document to access those credits from the Federal Reserve and

15   subsequently from a citizens line of credit that is then linked

16   to the CUSIP number, which is on the back of your Social

17   Security card and a Social Security number -- and by the way,

18   there is no law that says you have to use a Social Security

19   number to open a bank account.  Do not let these people

20   persuade it's bank policy.  It says right in the Social

21   Security code that this is not to be used as universal unifier,

22   and you cannot be denied benefits or privileges by not using

23   it.  And if you go into -- and I've done this a couple times --

24   when you go into a bank -- or I've done it with a friend,

25   actually, who knew about this stuff -- he said, Well, I don't
```

1    want to use a Social Security number.  Can I use a tax I.D.

2    number?  And the first person he got to says No, no, no, no,

3    no.

4              I want to see the branch manager.

5              And the branch manager will come out -- and I've

6    overheard a conversation with a gentleman who is doing this --

7    the branch manager comes out and goes, No, it's just that's --

8    you can open -- you can open an account with somebody other

9    than an SSN.  That's only bank policy.  It's bank policy, but

10   it's not federal law.  Just so you know.  So this whole big

11   fuss they're putting together about Social Security numbers,

12   what number did you open this, that, and the other thing,

13   again, we're the people of the State of California; we're not

14   your slaves.

15             So the Federal Reserve, the funds were accessed by

16   the banks on the behalf of the citizens and prepared a legal

17   document.  Now, the bank used the document to access those

18   credits for the Federal Reserve and subsequently from a

19   citizens line of credit -- this is how they work the

20   mortgage -- that is linked to the CUSIP number and a Social

21   Security number, and those citizens would then be used to

22   setoff, settle, and discharge the debt, and the rest would be

23   loaned out by the bank.

24             Question:  Was the government or the IRS -- and this

25   is the big thing you have to ask yourself -- was the government

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   or the IRS --

 2           MR. HUGHES:  Your Honor, I would ask the defendant to

 3   please return to the lectern.

 4           DEFENDANT SEAN DAVID MORTON:  I can't move around?

 5           THE COURT:  I prefer you stay at the lectern.  The

 6   lawyers have -- that's the general procedure.

 7           DEFENDANT SEAN DAVID MORTON:  It's not like on TV.

 8   Okay.  Thank you, sir.

 9           What are they hurt?  This is what -- this is what

10   you're going to have to ask yourself.  You got a couple of

11   questions.  Do we send these nice people who care for kittens

12   and raise cats to jail forever?  Do we -- did they have willful

13   intent of any of this, and where is the harm?  Who got harmed?

14   Was the government or was the International Revenue Service

15   actually harmed?  Actually, I got one refund.  Nobody else

16   involved in this -- and for that one refund, which was a check,

17   by the way, for the one refund, they handed out tens of

18   thousands of dollars in notices of lien, notices, not liens,

19   notices of lien, which these are not legal; they don't have

20   legal force; they put them with the county, which means the

21   county is co-conspiring with the IRS to put a bunch of crap on

22   you because, again, the judge can actually tell you how a lien

23   works.  You got to go through a court to do that.  Does the IRS

24   do that?  So the answer is no, nobody's been hurt, because the

25   money was borrowed from me to pay the bank, and the government
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    and IRS would receive future revenues from those credits once

2    they were entered into circulation within the economy.

3           And, once again, you can't use a bond -- you cannot

4    use -- you can't -- they keep saying, Oh, cash the bond -- you

5    can't use a bond to get money, to get Federal Reserve notes.  I

6    can't -- if I borrow a thousand dollars from all of you on the

7    jury, I can't pay you back with a bond because you can't

8    monetize it; you can't create money out of nothing like the

9    banks do.  The banks can do it, the court can do it, and the

10   Internal Revenue Service can do it.  As a matter of fact, this

11   court case right now has three CUSIP numbers on it.  It's in

12   three different financial funds:  4X Global Financial.  Is

13   court case right now is generating in funds something like $55

14   billion because that's how the bond system works, but they

15   don't want to tell you about.

16          So, again, there's no loss.  They've only benefited,

17   and our hope was everyone would win, and we the people, and the

18   government, and the setoff, settlement, and discharge, when you

19   go into the bank, the bank creates the money out of nothing,

20   and you can only discharge a debt with a bond when a bank

21   actually borrows the money off your credit.  You can't use this

22   to just go down to the bank and say, Hey, give me $100,000

23   Federal Reserve notes.  That's the illusion that's going on

24   here.  You have to be able to go into a bank or financial

25   institution or credit card company to actually get the money in

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1    the first place.

 2            So -- but the money came from us and then went back

 3    to us and then back to the government and then back to us

 4    because it continually -- all this is about -- it's all about

 5    life.  It continually circulates.

 6            So to wrap this up, my entire career has been about

 7    trying to help people.  My entire career from my family,

 8    fighting for health freedom, writing books with my; mom, *Foods*

 9    *that Heal; Nutrition, the Cancer Answer; The Dieter's Bible*.

10    My step-dad set up alternative cancer clinics in Reno and

11    Tijuana, and, again, everybody called us crazy, that there were

12    cures for cancer, that there were -- that there were ways to

13    treat people other than the -- the medical profession.  That --

14    that vaccines might be bad; that the pharmaceutical companies

15    might have it in for us, that *Monsanto*, all these -- you know,

16    all these -- this is what I deal in.

17            Now, I uncovered things like area 51.  Have you --

18    have you noticed the -- have you noticed the level of

19    persecution here, how much money the government spent on this

20    for something that they don't want -- there's no monetary

21    damages for any of this.

22            And I just want you to know that lightening angels

23    are around us now looking down on all of us, looking down on

24    us.  There are millions of people watching this case to find

25    out whether -- whether you folks take an entire philosophy,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   really a religion, if you will, whether or not you want to
 2   persecute that, whether or not you want to persecute people
 3   that think there's some hope out there.  The biggest thing that
 4   I thought I could do with the bond process, if it was real, if
 5   it worked -- I still in my heart of hearts think it's real, the
 6   challenge is -- and I think it might still be working somewhere
 7   because, again, it's within the scope of the law.  My hope here
 8   was to be able to help students setoff debt.
 9           $1.7 trillion in student debt that the government
10   won't let you bankrupt out of, that the government won't give
11   you any break on.  They violated your constitutional rights to
12   bankruptcy just so the banks could get paid.  And that was my
13   hope.  My hope was to start maybe doing some process like that.
14   But, again, if you -- if don't find us not guilty, if you don't
15   go in there and say -- because it does really boil down to what
16   Mr. Brody said.  It boils down to -- do you really think we
17   have willful intent?  Do you really think we out there with
18   people like, you know, lovely Barbara Lavender.  I said, Look, I
19   don't know if this is going to work.  I'm not a lawyer.  I'm
20   not your -- and I told everybody this:  We're going to give
21   this a shot.  It's all going to depend on whether or not they
22   accept it.  By the way, Barbara testified that when I said,
23   Look, if we get the bond back, I'll give you back your money,
24   and she called Navient, the bank, and she said, Can I have the
25   bond back, please.  No.  Why are these so valuable.  Why do
```

```
 1   they keep them?  And in every single situation:  Can I have the
 2   bond back?
 3           No.
 4           Where is the bond?
 5           We don't know.
 6           What did you do with it?
 7           Oh, we destroyed it.
 8           Do you have any proof you destroyed it?
 9           By the way, was there one person that they put up
10   here who actually physically saw a bond and destroyed it?  No.
11   So there's gigantic holes in their case.
12           So, again, I -- I -- all I can say is that my goal in
13   live is to work for the enlightenment of all salient beings, to
14   work for the benefit of everyone, and if you don't find us not
15   guilty, that life ends, it ends, and the millions of people
16   that are watching this case are going to realize the IRS and
17   the government -- not exactly popular, not exactly truthful, if
18   you look at all the things they've done to you and us, the
19   American people -- has won again by crushing people that were
20   doing nothing but trying to do good.
21           And so in your heart of heart if you really think
22   that we have willfulness and culpability -- it's culpability,
23   it's all about -- it's all about our state of mind.  There's
24   been nothing that's been proven here.  They haven't put one
25   witness up here that talks about state of mind.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            So with that, I -- I plead, I beg, I pray, I ask for
 2   mercy of Jesus Christ, I ask for angels to guide your hearts
 3   and your souls and your minds to come to the proper aspect of
 4   this to understand that we had no willful intent here.  We had
 5   no intent to defraud.  We had no culpability in any of this
 6   other than to study.  We did not want to work outside the laws
 7   of the United States, which is why -- the bible says "Study to
 8   show yourself approved."
 9            And we also believe that there -- that, once again,
10   that no weapon formed against thee shall prosper and "Yea,
11   though we walk through the valley of the shadow of death, you
12   shall fear no evil," and this is our -- this is our shadow of
13   death, and you are the angels that we are hoping we can reach
14   up into the light and have save us.
15            Thank you very much.  Thank you for your time.  Thank
16   you for being here.
17            THE COURT:  Members of the jury, it's now into the
18   lunch hour.  The government has an opportunity to rebut.  I'm
19   going to recess for the lunch hour, come back at 20 after 1:00.
20   the government will deliver -- I understand lunch has been
21   ordered for you because we didn't know what the schedule will
22   be.  So I guess you can eat it or buy your own lunch, whatever
23   you choose, and come back at 1:20.  We'll hear the government's
24   rebuttal, I'll deliver some brief concluding instructions, and
25   then you'll have the case for decision.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1              Don't talk to each other about the case.

2              Yes.

3              MR. HUGHES:  Your Honor, I can be finished in three

4    minutes if that would move things along.

5              THE COURT:  I didn't realize that.  Go ahead.

6              We may have a few minutes more, then.

7              MR. HUGHES:  That man's paid $1 in tax over the last

8    20 years.

9              DEFENDANT SEAN DAVID MORTON:  Objection, Your Honor.

10             MR. HUGHES:  You heard that from Kristy Morgan --

11             DEFENDANT SEAN DAVID MORTON:  Objection, Your Honor.

12             THE COURT:  That's not proper rebuttal because his

13   payment of taxes never came up in his argument.  So rebuttal

14   only can deal with matters that were raised in the defense

15   argument.

16             DEFENDANT SEAN DAVID MORTON:  Ask to strike it from

17   the record, Your Honor.

18             THE COURT:  Stricken.

19             MR. HUGHES:  Very well.  That man has just told you

20   why he believes he was entitled to 3-million plus in refunds.

21   He told you that he had a good-faith belief in the OID program.

22   But ask yourself and look what happened when he actually

23   received a chunk of that refund.

24             DEFENDANT SEAN DAVID MORTON:  Objection, Your Honor.

25   It's already been explained.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  Well, it was brought up again in your
 2   argument so the government can rebut.  Overruled.  Go ahead.
 3            MR. HUGHES:  They moved the funds into two new
 4   accounts they'd set up that day; they withdrew 70,000 extra in
 5   cash.  The defense counsel for Melissa Morton called this a red
 6   herring.  He said the fact that the day they received the
 7   refund, they move it out immediately:  Ninety percent into two
 8   new accounts that had no tie to that man's Social Security
 9   number, the same Social Security number on those returns.
10            Defense counsel for Melissa Morton, he talked about
11   the statements that Mr. Morton made in the recording where he
12   talked about the warnings that he had received from attorneys
13   and from others that what he was doing --
14            DEFENDANT SEAN DAVID MORTON:  Objection, that's not
15   what was said.
16            THE COURT:  Overruled.
17            MR. HUGHES:  But I'd like to point out there was
18   another comment that Mr. Morton made.  He said of all the tax
19   returns that are filed in the United States, the IRS actually
20   sent out about 1200 letters or so after people, and of those
21   they take actual action against about 500, and anything that
22   actually then results in penalties or fines or whatever boils
23   down to about 250 people a year to give you an idea.  That's
24   what a scarecrow does.  That's not a justification, that's an
25   invocation to play-the-audit lottery.  It doesn't say that what
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    you think you're doing is right, it says you think you won't

2    get caught.

3              Now, when he was on the stand, defendant Sean David

4    Morton, he tried to make -- when he was on this lectern, well,

5    he tried to make it sound as if this was the government's fault

6    that they sent letters, that they said again and again, We need

7    help.  The one thing they never did:  They never filed

8    legitimate returns.  They never filed returns that took out

9    that OID income.

10             DEFENDANT SEAN DAVID MORTON:  Objection, Your Honor.

11   That's --

12             THE COURT:  Overruled.

13             MR. HUGHES:  It's the same thing with the bonds,

14   ladies and gentlemen.  They got notice; they kept going.

15   Notice from the FTB telling them, These aren't legitimate

16   instruments.  They kept going; they kept charging $2500 a

17   piece.

18             And defense -- they've also talked about how -- if

19   Barbara Lavender and Carol Meier believed this, why not Melissa

20   Morton?  Well, the answer to that is those two had not been

21   told by the FTB this is frivolous; this isn't legitimate, and

22   two, they didn't type the bond up on their computer.

23             Ladies and gentlemen, I submit to you that defendants

24   committed fraud after fraud despite warning after warning, and

25   that's why you should return a verdict of guilty on all counts.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    Thank you.
 2              THE COURT:  Members of the jury, I have some
 3    concluding instructions.  Just one moment.  When you begin your
 4    deliberations, elect one member of the jury as your presiding
 5    juror who will preside over the deliberations and speak for you
 6    here in court.  You will then discuss the case with your fellow
 7    jurors to reach agreement if you can do so.  Your verdict,
 8    whether guilty or not guilty, must be unanimous.  Each of you
 9    must decide the case for yourself but you should do so only
10    after you have considered all the evidence, discussed it fully
11    with the other jurors, and listened to the views of your fellow
12    jurors.  Do not be afraid to change your opinion if the
13    discussion persuades you that you should, but do not come to a
14    decision simply because other jurors think it is right.  It is
15    important that you attempt to reach unanimous verdict only if
16    each of you can do so after having made your own conscientious
17    decision.  Do not change an honest belief about the weight and
18    affect of the evidence simply to reach a verdict.  Some of you
19    have taken notes during the trial.  Whether or not you took
20    notes, you should rely on your own memory of what was said.
21    Notes are only to assist your memory.  You should not be overly
22    influenced by your notes or those of your fellow jurors.
23              The punishment provided by law for this crime is for
24    the court to decide.  You may not consider punishment in
25    deciding whether the government has proved its case against the
```

1    defendant beyond a reasonable doubt.

2           A verdict form has been prepared for you.  After you

3    have reached a unanimous agreement on a verdict, your presiding

4    juror should complete the verdict form according to your

5    deliberations, sign and date it and advise the bailiff that you

6    are ready to return to the courtroom.

7           If it becomes necessary during your deliberations to

8    communicate with me, you may send a note through the bailiff

9    signed by any one or more of you.  No member of the jury should

10   ever attempt to communicate with me except by a signed writing,

11   and I will respond to the jury concerning the case only in

12   writing or here in open court.

13          If you send out a question, I'll consult with the

14   lawyers before answering it, which may take some time.  You may

15   continue your deliberations while waiting for the answer to any

16   question.  Remember that you are not to tell anyone, including

17   me, how the jury stands, numerically or otherwise, on any

18   question submitted to you including the question of the guilt

19   of the defendant until after you've reached unanimous verdict

20   or have been discharged.

21          Will the bailiff come forward.

22          Please state your full name and spell your name for

23   the record.  David William, W-i-l-l-i-a-m-s.

24          (Bailiff sworn.)

25          THE BAILIFF:  Yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE CLERK:  Thank you.

 2            THE COURT:  Members of the jury, you can now begin

 3   your deliberations.  As I said, lunch has been ordered for you.

 4   You have to remain as a body from this point forward, that is,

 5   you have to deliberate only when 12 of you are together.  You

 6   can't deliberate until you have the full 12.

 7            With regard to the alternates, Mr. Urman and

 8   Ms. Borja, let me thank you for your careful attention to the

 9   case and your punctuality.  It's appreciated, but the rules

10   don't allow you to deliberate because all the other jurors have

11   been here throughout, but your service is just as significant

12   because there does come -- there are occasions when, for one

13   reason for another, a juror becomes incapacitated, and without

14   your willingness to serve as alternates those trials could

15   become nullities.  So we appreciate what you did, and

16   unfortunately I have to excuse you at this time.  So thank you.

17   You're excused.  If you have any items in the jury room, please

18   retrieve those items and leave the jury room before the other

19   jurors arrive.  Thank you.

20            I will shortly give you a copy of the instructions

21   that I read, a verdict form, and all the exhibits which have

22   been received into evidence, and you can begin your

23   deliberations as soon as you get to the jury room, or if you

24   want to have your lunch first or a combination, whatever you

25   decide.
```

1          You may file out now.

2       (Proceedings held outside the presence of the jury:)

3          THE COURT:  Mr. Brody, you had a motion.

4          MR. BRODY:  Yes, thank you, Your Honor.  Just very

5  briefly a motion for mistrial based on the court's limitation

6  of my closing argument.

7          THE COURT:  Motion is denied.

8          MR. BRODY:  Thank you, Your Honor.

9          THE COURT:  There was some discussion about the

10 verdict form.  What does that involve?

11         MS. MAKAREWICZ:  Your Honor, last week we submitted

12 proposed verdict forms for each defendant separately.  The

13 format that the government used only identified or made

14 reference to specific count to the superseding indictment, and

15 the government understands and submits that the indictment

16 shouldn't, as the court ruled yesterday, be presented to the

17 jury except because of the multiplicity, or the multitude of

18 counts, there's nothing on each verdict form to identify --

19         THE COURT:  Let me show what you have proposed.

20         MS. MAKAREWICZ:  Yes, sir.

21         May I approach?

22         THE COURT:  Yes.

23         It seems as though the government's amended verdict

24 form would be helpful because there is no indictment going to

25 the jury.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. BRODY:  I haven't seen it, Your Honor.

 2              THE COURT:  Then take a look at it.  It just has a

 3    brief caption so the jury knows what each count relates to.

 4              MS. MAKAREWICZ:  I think --

 5              THE COURT:  Just one moment.  Let him look at it.

 6              MR. BRODY:  I don't have any objection.

 7              THE COURT:  The verdict form can go to the jury.

 8              I'll get the instructions finalized, and they'll go

 9    to the jury, and the exhibits that have been received will go

10    to the jury.

11              We've only been in this court house a few months so

12    is there a room where you're available for a --

13                 (Discussion held off the record)

14              THE COURT:  Mr. Morton, will you be in the attorney

15    lounge also in case we have to call you if there's a jury note

16    or verdict or something?

17              DEFENDANT SEAN DAVID MORTON:  Can I go get lunch?

18              THE COURT:  Yeah, you can get lunch for sure.

19              DEFENDANT SEAN DAVID MORTON:  Just be around.

20              THE COURT:  Do you know about the attorney lounge,

21    Mr. Morton, on the second floor?

22              DEFENDANT SEAN DAVID MORTON:  There is an attorney

23    lounge?  Oh, my.  It's like a private club?

24              THE COURT:  I don't know.  I've never been there.

25    Might be a good place to wait because the jury may send a note
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    or something, and you have to be present when that happens.

2              DEFENDANT SEAN DAVID MORTON:  Thank you.

3          MS. MAKAREWICZ:  Your Honor, I beg the court's

4    indulgence.  I'm confused as to the ruling regarding the

5    verdict forms.  There's no identifying -- for example, if the

6    jury agreed with the coupon and it didn't agree with the bond,

7    there's no way in the jury verdict form for the --

8              THE COURT:  The verdict was the one you prepared --

9              DEFENDANT SEAN DAVID MORTON:  Yeah --

10          MS. MAKAREWICZ:  Yes, but at that moment, at the time

11   that we filed, you had ruled that the indictment would go back

12   to the jury.

13             THE COURT:  Oh, I misunderstood.  I thought this was

14   the -- I thought the verdict form was just "guilty" or "not

15   guilty" as to the various counts, and you're saying that the

16   verdict form I just examined, which had just a caption of the

17   charge for each count, that's a revised verdict form, correct?

18          MS. MAKAREWICZ:  No, this is the verdict form that we

19   submitted last week when the ruling was that the indictment

20   would go back to the jury.  So there's no way to correlate

21   count by count to the verdict forms.

22             THE COURT:  Why not?  I mean, the jury has heard

23   argument about what counts relate to what violations.  Oh, I

24   mean, there are a number of counts, but it was clear to the

25   jury that count nine through 56 --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          MS. MAKAREWICZ:  Yes.

2          THE COURT:   -- all relate to the same situation, a

3    third party misusing the bonds, and I think the jury has enough

4    to guide them.

5          MS. MAKAREWICZ:  Thank you, Your Honor.

6          THE COURT:  Thank you.

7          (Noon recess)

8          ///

9          ///

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1      LOS ANGELES, CALIFORNIA; THURSDAY, MAY 7, 2017;  2:10 P.M.

 2                         - - - - - -

 3      (Proceedings held outside the presence of the jury:)

 4

 5             THE COURT:  Back on the record with the defendants

 6      and counsel.  I received a note from the jury --

 7             THE CLERK:  It was a verbal request through me.

 8             THE COURT:  It was verbal request through Mr. Cruz.

 9      They want a copy of the exhibit list.

10             THE CLERK:  This is a redacted list prepared by the

11      government of only the exhibits admitted into evidence.

12             THE COURT:  Did you want to see this, Mr. --

13             MR. BRODY:  I have a copy.  Thank you, Your Honor.

14             THE COURT:  I have no objection.  It's hard to follow

15      all the exhibits without an exhibit list.  I didn't give them

16      anything else so I'm going to let them see it.

17             MR. BRODY:  Your Honor, could I be heard?

18             THE COURT:  Yes.

19             MR. BRODY:  I do have an objection.

20             THE COURT:  What is that?

21             MR. BRODY:  I mean, first of all -- well,

22      specifically there's at least one exhibit here entitled "False

23      Financial Instrument."

24             THE COURT:  That's the kind of thing that I want to

25      know about because that shouldn't be in the list.  I mean,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   anything like any language that is more suggestive than the
2   briefest description of what the exhibit is should not be given
3   to the jury.  So why don't you take -- I am inclined to give
4   them a copy of an exhibit list, but I don't want any suggestive
5   language in it.
6           Can you take a look at it and see if there's anything
7   else like that in there.
8           MR. BRODY:  I can, Your Honor, although, just for the
9   record, I do object to them getting any list at all.  I think
10  it -- I mean, describing the documents, it's sort of almost
11  like a summary of the documents.  I mean, it's improper.  It's
12  additional evidence.  It's not the evidence.  The evidence are
13  the documents themselves.
14          DEFENDANT SEAN DAVID MORTON:  I object, as well, Your
15  Honor.
16          MR. BRODY:  The jury's been --
17          THE COURT:  They do know the general category of
18  things.  I'll have to --
19          MS. MAKAREWICZ:  Your Honor --
20          THE COURT:  Yes.
21          MS. MAKAREWICZ:  If it might assist the jury, the
22  exhibit list is in order of presentation.  So, for example, if
23  they are looking for 1099-OID information, that will appear at
24  the -- in the front of the exhibits, and then the 514
25  information will come latter.  So if the court would like to
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    orally assist the jurors by giving them some parameters, it
 2    really wasn't the most -- in the order of presentation.
 3            MR. BRODY:  And I would have no objection to a
 4    response to the jury simply saying that the exhibits are in the
 5    order of presentation.
 6            MS. MAKAREWICZ:  I would say 80 percent of them are
 7    in order of presentation.
 8            DEFENDANT SEAN DAVID MORTON:  Without the list.
 9            THE COURT:  Let me give that a little thought.
10            I'll get back to you.  Stay here.
11            MS. MAKAREWICZ:  Your Honor, we're also happy to send
12    Mr. Brody the document, and if he wants to edit it to his
13    liking, we can do that as well.
14            THE COURT:  Well, I don't see anything in the list
15    that's like what he said except for that No. 20, which says
16    "False Financial Instrument."
17            DEFENDANT SEAN DAVID MORTON:  Twenty-one, Your Honor.
18            THE COURT:  Twenty-one also.
19            MS. MAKAREWICZ:  Move to redact that --
20            THE COURT:  I'm looking at them.  Let me just look at
21    them now.
22            I would even redact some of the descriptions at or
23    about -- starting at Exhibit 79, when it says "Submitted by
24    Sean David Morton" to "Revenue found during search of
25    computers."  In other words, that's descriptive --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              MR. BRODY:  Yes, Your Honor.

 2              THE COURT:  I would limit it to just "Printout of

 3    Microsoft Word file discharge bond and indemnity."

 4              MR. BRODY:  Your know, I still think that if they

 5    look at that exhibit at this point, the government's put on

 6    this case, they've told them what it is, they've told them

 7    where it was found.  I don't think that any --

 8              THE COURT:  I understand what you're saying.

 9              MR. BRODY:  Yes, Your Honor.

10              THE COURT:  Let's take a look and see where else some

11    of these descriptions might be deleted.

12              DEFENDANT SEAN DAVID MORTON:  Again, Your Honor, I

13    object to the entire list rather than just --

14              THE COURT:  You made your objection, sir.

15              DEFENDANT SEAN DAVID MORTON:  Exception.

16              THE COURT:  All that found language is in almost all

17    the descriptive language about 79, forward; so all of that

18    would have to be deleted if the --

19              MR. BRODY:  Also, Your Honor, for example, on item

20    No. 116 -- and there are some others like it that says "bond

21    client e-file."

22              "Bond client" itself is instructive.

23              MS. MAKAREWICZ:  We can leave it.

24              THE COURT:  I think you're right.

25              MR. BRODY:  Your Honor, if I may?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Yes.
 2              MR. BRODY:  Many of these also say -- well, for
 3    example, No. 121, "For Barbara Lavender re: Navient."
 4              THE COURT:  "Re" -- I see.  That should go out, too.
 5              MR. BRODY:  Yes, yes.
 6              DEFENDANT SEAN DAVID MORTON:  Also 120.  Says the
 7    same thing.
 8              THE COURT:  All right.  That should go out.
 9              DEFENDANT SEAN DAVID MORTON:  Also 123.
10              MR. BRODY:  Yes, there are a lot of those.
11              MS. MAKAREWICZ:  We can make those changes.
12              DEFENDANT SEAN DAVID MORTON:  Again, I object to this
13    entire list, Your Honor.
14              THE COURT:  You've made your objection.  Let's go
15    through it and see what language there is in it that may be
16    beyond a description.  I'm listening to your comments as I
17    look.
18              DEFENDANT SEAN DAVID MORTON:  131 --
19              MS. MAKAREWICZ:  Your Honor, we could --
20              THE COURT:  I didn't ask for your comment.  Just hold
21    on a second until we get this done in an orderly way.
22              131 does have that comment.
23              DEFENDANT SEAN DAVID MORTON:  Also 132, Judge.
24              THE COURT:  Right.
25              DEFENDANT SEAN DAVID MORTON:  It's all part of the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    same thing, 133, 134.

 2              THE COURT:  I see it.

 3              MR. BRODY:  I think perhaps also if some of them do

 4    have the "re:" language and others, for example, 132, says

 5    "Printout of Word file nonnegotiable payment bond for David M.

 6    Sipes/Barclay bond."

 7              DEFENDANT SEAN DAVID MORTON:  Also 139, 140.

 8              THE COURT:  Just one moment.

 9              DEFENDANT SEAN DAVID MORTON:  Sorry?

10              THE COURT:  Just one second.  Let me consider what

11    Mr. Brody just said.

12              Just give me a few moments to ponder this, and then

13    I'll get back to you.

14              MR. BRODY:  Thank you, Your Honor.

15                         (Recess)

16              THE COURT:  Back on the record.

17              As I was walking out, the bailiff handed me a jury

18    note at 2:15 p.m., and it says, "The jury requests the

19    following:  Which charge is associated with Exhibit 161?"

20               So it does appear as though the jury is having some

21    difficulty with the numbering of the exhibits.  It's signed

22    Leticia Mariscol, and just for your information, that would be

23    juror No. -- let's see.  I lost her.  Which one is she?

24              MR. BRODY:  She's not -- juror No. 8, Your Honor?  Am

25    I mistaken?  Could be mistaken.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  I had so many cross-outs --

 2              THE CLERK:  I believe it is juror No. 1, last name is

 3   Leticia Perez.

 4              THE COURT:  Why did she sign is "Mariscol"?

 5              THE CLERK:  That, I don't know, Your Honor, but juror

 6   No. 1 is Leticia Perez.

 7              THE COURT:  Oh, maybe that's -- her maiden name is

 8   Mariscol.  So must be Leticia Mariscol Perez, but she must

 9   associate herself with the name Mariscol.

10              So it's juror No. 1 who is the foreperson of the

11   jury.  Okay.  Let me give this a moment's thought, and then

12   I'll get back to you.

13              MR. BRODY:  Could I add one thing, Your Honor?

14              THE COURT:  Yes.

15              MR. BRODY:  Actually, I'm sorry.  Never mind.

16              DEFENDANT SEAN DAVID MORTON:  Your Honor, one

17   thought.  That was the -- that document, 161, that you were

18   talking about was only -- was only witnessed by me.  It doesn't

19   have Melissa on it; it doesn't have anybody else on it.

20              THE CLERK:  All rise.

21                         (Recess )

22      (Proceedings held outside the presence of the jury:)

23              THE COURT:  Back on the record with the defendants

24   and counsel.  To the best of my memory, no one has ever

25   objected to the jury getting an exhibit list, and so I've never
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    had to give it a tremendous amount of thought.  I have given

2    the exhibit list, as have many other courts in cases like this

3    on many, many occasions.  It's such a self-evident proposition

4    that there is no case law on it except that I did locate a case

5    in the Second Circuit, which doesn't directly speak to this

6    question, but it held that when an exhibit list was given to

7    the jury and the exhibit list contained exhibits that -- some

8    exhibits that weren't even received into evidence, that that

9    was not prejudicial error; and here, of course, there's nothing

10   like that.  All exhibits have been received into evidence.

11           So I am going to allow the jury to get the exhibit

12   list on the proviso that the government make the redactions

13   that we've discussed, show them to counsel, and I'm going to

14   tell the jury that an exhibit list is being prepared.

15           DEFENDANT SEAN DAVID MORTON:  Your Honor?

16           THE COURT:  Yes.

17           DEFENDANT SEAN DAVID MORTON:  There is a question

18   about 161, which is the Scott Seehausen bond, which isn't even

19   a charge.

20           THE COURT:  But, I mean, is that admitted into

21   evidence, that bond?

22           MS. MAKAREWICZ:  The exhibit was admitted into

23   evidence, Your Honor.

24           THE COURT:  Then that will be part of it.

25           The objection is noted by the defendants, but when
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    you agree in its redacted form, give it to Mr. Cruz; he'll give

2    it to the jury.

3           MR. BRODY:  Thank you, Your Honor.

4           THE COURT:  The specific question was "Which charge

5    is associated with Exhibit 161"?

6           I'll think about my answer about their getting an

7    exhibit list satisfactorily answers that, doesn't directly, but

8    it's as much as I want to get into it.

9                        (Recess)

10                 (Open Court - Jury Present)

11          THE COURT:  We're present with the parties and

12   counsel.

13          Second note:  The jury said we answered our own

14   question after our review. and then the jury checked the box

15   indicating they have reached a unanimous verdict, signed by

16   Leticia Perez.

17          Ms. Perez, would you hand up the verdict to my

18   courtroom deputy.

19          The verdict as to defendant Sean Morton as to count

20   one, it's guilty; count two, guilty; count three, guilty; count

21   six, guilty; count seven, guilty; count nine, guilty; count

22   ten, guilty; count 11, guilty; count 12, guilty; and guilty as

23   to counts 13 through 32.

24          And as to defendant Melissa Morton, guilty as to

25   count one; guilty, count four; guilty, count five; guilty,

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   count eight; guilty, count 33; guilty, count 34, 35, 36, 37,

 2   38, 39, 40, 41, 42, 43, 44; guilty as to the remaining

 3   counts --

 4                       (Interruption)

 5           THE COURT:  Would the jury file out -- don't leave,

 6   just file out.

 7                   (Pause in the proceedings)

 8                 (Open Court - Jury Present)

 9           THE COURT:  Members of the jury, I read the verdicts

10   as to both the defendants.  Your verdict was guilty as all

11   counts charged.

12           Is that the verdict, so say each of you?  I see all

13   heads nodding.

14           Do you wish the jury polled?

15           MR. BRODY:  If you would, Your Honor.

16           THE CLERK:  Ladies and gentlemen, as I call you name,

17   please answer "yes" if this is the verdict as presented and

18   read.

19           Ms. Perez?

20   A.   Yes, this is the verdict as presented and read.

21           THE CLERK:  Okay.

22           Mr. Cooke?

23   A.   Yes.

24           THE CLERK:  Mr. Johnson?

25   A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE CLERK:  Ms. Nguyen?
 2   A.   Yes.
 3                THE CLERK:  Ms. Ingebretson?
 4   A.   Ingebretson, yes.
 5                THE CLERK:  Ms. Moore?
 6   A.   Yes.
 7                THE CLERK:  Ms. Benudiz?
 8   A.   Yes.
 9                THE CLERK:  Mr. Liu?
10   A.   Yes.
11                THE CLERK:  Ms. Niketen?
12   A.   Yes.
13                THE CLERK:  Mr. Raza?
14   A.   Yes.
15                THE CLERK:  Mr. Napier?
16   A.   Yes.
17                THE CLERK:  Ms. Nguyen?
18   A.   Yes.
19                THE COURT:  Members of the jury, let me thank you for
20   your valuable service in this case.  You were a very attentive
21   and very punctual jury.  I observed you following the
22   testimony.  This case was well suited for your determination.
23   Frankly, I couldn't have decided the case any better than you.
24   This was a very appropriate jury case.  You rendered a verdict.
25   We appreciate your verdict, and we thank you for your valuable
```

 1   service.  You're discharged with the court's thanks and

 2   appreciation.

 3          I'm sorry for both Mr. and Mrs. Morton that

 4   Mrs. Morton collapsed, but in your absence the paramedics were

 5   here, and her vital signs seemed to be okay.  So hopefully

 6   she'll make a recovery.

 7          Thank you, again, for your service.  I hope it was an

 8   informative experience for you and thank you again.

 9     (Proceedings held outside the presence of the jury:)

10          THE COURT:  We have to set a date for sentencing.

11          What date, Paul?

12          THE CLERK:  June 19th at 11 a.m.

13          THE COURT:  Is that satisfactory to you, Mr. Brody?

14          MR. BRODY:  It is, Your Honor.  Thank you.

15          (Proceedings concluded at 3:36 p.m.)

16                      – – – – –

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1                    C E R T I F I C A T E

2

3          I hereby certify that pursuant to Section 753,

4    Title 18, United States Code, the foregoing is a true and

5    correct transcript of the stenographically reported proceedings

6    held in the above-entitled matter and that the transcript page

7    format is in conformance with the regulations of the Judicial

8    Conference of the United States.

9

10    Date:  June 13, 2017

11

12              /S/_____

13              Deborah K. Gackle
                CSR No. 7106
14

15

16

17

18

19

20

21

22

23

24

25


UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**DEFENDANT SEAN DAVID MORTON: [42]** 719/22 727/23 747/2 747/12 757/5 757/7 762/3 762/6 762/9 763/12 763/19 764/18 768/18 781/3 781/6 787/8 787/10 787/15 787/23 788/13 789/9 794/16 794/18 794/21 795/1 795/8 798/13 799/7 799/16 800/11 800/14 801/5 801/8 801/11 801/17 801/22 801/24 802/6 802/8 803/15 804/14 804/16

**MR. BRODY: [52]** 702/11 718/22 719/20 720/15 720/17 721/3 726/23 727/7 735/25 736/2 744/19 744/24 745/2 745/6 745/19 745/22 746/5 746/7 762/1 763/11 763/15 763/18 764/13 764/17 768/15 793/3 793/7 793/25 794/5 797/12 797/16 797/18 797/20 798/7 798/15 799/2 799/25 800/3 800/8 800/18 800/24 801/1 801/4 801/9 802/2 802/13 802/23 803/12 803/14 805/2 806/14 808/13

**MR. HUGHES: [8]** 781/1 787/2 787/6 787/9 787/18 788/2 788/16 789/12

**MS. MAKAREWICZ: [36]** 711/20 711/23 712/1 712/5 715/10 715/14 715/19 719/4 720/7 720/11 721/6 722/18 727/2 727/8 728/1 730/12 730/17 747/7 757/4 793/10 793/19 794/3 795/2 795/9 795/17 795/25 796/4 798/18 798/20 799/5 799/10 799/18 800/22 801/10 801/18 804/21

**THE BAILIFF: [1]** 791/24

**THE CLERK: [19]** 791/25 797/6 797/9 803/1 803/4 803/19 806/15 806/20 806/23 806/25 807/2 807/4

807/6 807/8 807/10 807/12 807/14 807/16 808/11

**THE COURT: [120]**

**$**

**$1 [1]** 787/7
**$1.7 [1]** 784/9
**$1.7 trillion [1]** 784/9
**$10 [1]** 746/14
**$100 [1]** 746/14
**$100,000 [2]** 742/6 782/22
**$12,000 [1]** 724/15
**$14 [1]** 776/10
**$15 [1]** 752/23
**$165,000 [1]** 728/14
**$20,000 [1]** 758/18
**$200,000 [1]** 726/19
**$23,000 [1]** 726/18
**$250,000 [1]** 726/15
**$2500 [3]** 733/25 735/2 789/16
**$3 [1]** 761/1
**$3.9 [1]** 724/14
**$3.9 million [1]** 724/14
**$300,000 [1]** 742/6
**$400,000 [2]** 742/1 742/6
**$44,000 [1]** 746/15
**$4400 [1]** 739/18
**$480,000 [5]** 725/4 726/1 731/25 735/8 767/1
**$5 [5]** 739/16 739/17 739/20 746/15 760/1
**$5,000 [1]** 728/5
**$5.2 [1]** 731/8
**$5.2 million [1]** 731/8
**$500 [2]** 767/4 767/11
**$55 [1]** 782/13
**$70,000 [1]** 725/21

**'**

**'5 [1]** 769/2
**'6 [1]** 769/2
**'7 [1]** 769/2
**'em [2]** 776/7 776/8

**/**

**/S [1]** 809/12

**0**

**09 [3]** 726/10 726/10 726/17

**1**

**10 [2]** 734/9 758/6
**100 [1]** 756/13
**1040 [1]** 755/11
**1099 [1]** 758/22

**1099-OID [5]** 724/23 725/2 741/18 766/10 798/23
**1099-OIDs [1]** 766/11
**1099s [1]** 727/14
**11 [2]** 805/22 808/12
**110,000 [4]** 725/19 726/6 726/10 726/13
**116 [1]** 800/20
**12 [4]** 777/21 792/5 792/6 805/22
**120 [1]** 801/6
**1200 [1]** 788/20
**121 [1]** 801/3
**123 [1]** 801/9
**13 [2]** 805/23 809/10
**131 [2]** 801/18 801/22
**132 [2]** 801/23 802/4
**133 [1]** 802/1
**134 [1]** 802/1
**139 [1]** 802/7
**14 [2]** 728/13 731/9
**140 [1]** 802/7
**1400 [1]** 701/8
**15 [2]** 726/18 731/1
**15,000 [1]** 726/4
**161 [4]** 802/19 803/17 804/18 805/5
**17 [3]** 725/3 725/24 731/1
**18 [16]** 707/24 711/1 711/4 711/5 711/11 712/23 714/2 714/4 714/5 714/15 719/8 721/15 721/21 722/11 731/16 809/4
**19 [2]** 728/11 731/16
**1933 [1]** 741/5
**1974 [1]** 748/16
**1984 [2]** 749/8 770/13
**1998 [1]** 743/11
**19th [1]** 808/12
**1:00 [1]** 786/19
**1:20 [1]** 786/23

**2**

**20 [3]** 786/19 787/8 799/15
**2005 [1]** 724/12
**2006 [3]** 724/12 730/23 731/14
**2007 [4]** 724/12 724/14 730/24 731/14
**2008 [2]** 724/13 725/4
**2009 [6]** 708/2 724/5 724/12 725/3 725/24 741/19
**2010 [5]** 708/11 726/21 728/17 729/13 730/23
**2013 [3]** 708/3 724/6 731/18

**2014 [1]** 734/15
**2017 [4]** 700/16 702/1 797/1 809/10
**21 [1]** 734/21
**213 [2]** 700/25 701/16
**250 [1]** 788/23
**250,000 [2]** 725/20 726/7
**25th [1]** 734/15
**26 [1]** 731/13
**26th [1]** 762/1
**287 [5]** 711/2 711/4 711/5 711/11 712/23
**290 [1]** 701/16
**2:10 [1]** 797/1
**2:15 [1]** 802/18
**2nd [2]** 724/6 731/17

**3**

**3-million [1]** 787/20
**30-plus [2]** 738/6 742/3
**312 [1]** 701/9
**32 [4]** 713/25 733/7 734/24 805/23
**33 [4]** 714/3 733/8 749/11 806/1
**3324 [4]** 725/6 725/8 725/25 726/22
**34 [2]** 734/10 806/1
**35 [2]** 767/16 806/1
**350 [2]** 700/24 701/15
**36 [1]** 806/1
**37 [4]** 740/18 741/2 749/5 806/1
**371 [1]** 707/24
**38 [2]** 767/16 806/2
**39 [1]** 806/2
**3:36 [1]** 808/15

**4**

**4/17/09 [1]** 726/10
**4/20/09 [1]** 726/17
**40 [1]** 806/2
**41 [1]** 806/2
**41,000 [1]** 726/2
**42 [1]** 806/2
**4249 [3]** 725/11 725/19 726/9
**43 [1]** 806/2
**44 [1]** 806/2
**48 [3]** 767/13 767/15 767/19
**4th [1]** 700/24
**4X [1]** 782/12

**5**

**5.2 million [1]** 730/2
**500 [2]** 741/19 788/21
**51 [1]** 783/17
**514 [5]** 714/2 714/5 714/5 714/16 798/24

**5294 [1]** 701/16
**56 [7]** 714/3 720/5 720/6 720/14 721/19 733/8 795/25
**58 [1]** 734/11
**5831099 [1]** 775/24
**5891 [3]** 725/12 725/20 726/14

**6**

**6/8/09 [1]** 726/10
**650 [1]** 747/5
**6:00 [1]** 754/16

**7**

**70 [1]** 756/5
**70,000 [1]** 788/4
**700 [1]** 700/19
**7106 [1]** 809/13
**753 [1]** 809/3
**79 [2]** 799/23 800/17

**8**

**80 [1]** 799/6
**808 [1]** 700/19
**8913 [1]** 700/25
**894-8913 [1]** 700/25

**9**

**90 [2]** 725/16 766/2
**90012 [2]** 700/24 701/9
**90071 [1]** 701/16
**916 [1]** 718/19
**975 [1]** 701/15
**9800 [2]** 726/13 726/14
**99 [1]** 774/20
**9:25 [1]** 702/1

**A**

**a.m [3]** 702/1 754/16 808/12
**abandoned [1]** 758/23
**ability [1]** 705/25
**able [6]** 737/5 755/21 758/21 761/6 782/24 784/8
**above [1]** 809/6
**above-entitled [1]** 809/6
**absence [1]** 808/4
**absolutely [2]** 743/8 744/9
**absorbing [1]** 774/9
**accept [3]** 713/23 718/4 784/22
**acceptance [1]** 752/13
**access [7]** 733/2 761/3 777/18 779/4 779/4 779/14 780/1

**A**

**accessed [2]** 779/5
780/15
**accident [1]** 713/11
**accomplish [1]** 708/9
**according [4]** 737/6
747/6 769/3 791/4
**account [26]** 705/25
725/5 725/7 725/8
725/11 725/12 725/17
725/19 725/20 725/25
726/9 726/9 726/11
726/14 726/22 727/11
728/24 729/4 735/9
758/19 758/19 761/14
761/15 768/14 779/19
780/8
**accounts [12]** 725/11
725/13 725/17 725/18
726/6 726/7 728/22
729/15 733/16 768/12
788/4 788/8
**accuser [2]** 755/25
770/7
**acknowledged [1]**
727/22
**acknowledging [1]**
734/13
**acquiescence [1]**
766/3
**across [4]** 748/21
754/17 754/19 777/13
**act [19]** 707/10 708/10
708/12 709/9 709/15
709/16 713/9 713/10
713/10 718/9 718/19
719/9 719/25 721/16
721/20 721/24 722/1
722/12 750/13
**acted [6]** 708/22
713/13 713/16 718/8
718/14 736/20
**acting [1]** 707/14
**action [2]** 760/25
788/21
**actions [10]** 723/12
723/13 723/15 729/8
732/6 732/11 732/22
735/18 776/24 776/25
**active [1]** 735/15
**actors [1]** 760/16
**acts [3]** 709/19 713/12
718/9
**actual [13]** 714/12
715/7 716/11 717/18
718/5 723/10 724/18
730/5 751/3 751/8
756/20 767/17 788/21
**actually [34]** 713/20
716/18 731/12 741/25
747/23 752/18 753/3

753/24 755/11 755/11
755/12 756/17 760/1
761/24 762/5 762/8
762/11 765/25 767/14
775/5 775/6 777/16
777/17 779/25 781/15
781/15 781/22 782/21
782/25 785/10 787/22
788/19 788/22 803/15
**Adams [17]** 727/17
727/18 739/3 739/10
740/9 740/10 740/17
741/4 741/17 742/9
742/20 742/20 749/20
758/2 776/3 776/6
779/12
**Adams' [1]** 740/19
**add [4]** 720/3 720/19
768/22 803/13
**addition [1]** 703/17
**additional [1]** 798/12
**address [2]** 742/13
742/16
**adequately [1]** 720/3
**Administration [1]**
748/17
**admission [1]** 737/13
**admitted [5]** 707/1
707/17 797/11 804/20
804/22
**advance [1]** 709/4
**advice [1]** 765/6
**advise [1]** 791/5
**advised [1]** 729/8
**affect [4]** 707/8
717/25 738/13 790/18
**affidavit [3]** 754/5
772/1 772/4
**afraid [2]** 739/12
790/12
**after [29]** 704/8
704/12 708/10 722/16
723/10 726/6 726/17
731/10 733/19 733/20
734/21 735/1 735/9
738/17 739/15 739/15
753/14 753/15 754/3
754/3 786/19 788/20
789/24 789/24 790/10
790/16 791/2 791/19
805/14
**again [59]** 702/20
702/21 728/3 728/8
728/17 728/22 729/1
729/11 729/12 736/4
748/24 753/1 753/17
754/2 754/15 754/21
756/23 757/1 758/18
762/22 763/10 763/22
764/15 765/2 765/3
766/3 768/13 768/24
769/7 769/18 770/3

771/12 772/23 773/2
773/14 774/8 776/16
776/25 777/8 778/9
778/20 779/12 780/13
781/22 782/3 782/16
783/11 784/7 784/14
785/12 785/19 786/9
788/1 789/6 789/6
800/12 801/12 808/7
808/8
**against [34]** 706/17
706/20 711/8 711/13
712/11 712/14 712/25
713/4 713/6 719/11
721/18 722/1 728/9
728/12 730/8 730/21
731/18 731/19 749/17
751/4 755/12 755/13
761/6 768/13 772/15
773/1 773/12 774/21
776/2 778/2 778/21
786/10 788/21 790/25
**age [1]** 752/4
**agencies [1]** 752/9
**agency [8]** 702/14
711/8 711/9 712/15
712/22 712/25 713/2
731/6
**agent [4]** 701/11
733/17 734/10 754/8
**agent's [2]** 727/20
754/6
**agents [3]** 737/2
751/17 759/19
**ago [3]** 722/20 732/25
748/1
**agree [4]** 703/4
760/25 795/6 805/1
**agreed [6]** 708/18
708/20 709/2 710/12
732/15 795/6
**agreeing [2]** 708/12
709/1
**agreement [9]** 708/4
708/13 708/14 708/15
708/17 708/20 717/14
790/7 791/3
**ahead [3]** 736/2 787/5
788/2
**air [1]** 770/19
**Alexander [3]** 776/2
776/6 776/10
**aliases [1]** 772/19
**aliens [1]** 766/15
**all [149]**
**alleged [5]** 708/24
719/6 720/21 722/4
735/21
**allow [3]** 762/11
792/10 804/11
**almost [4]** 740/2
777/13 798/10 800/16

**alone [2]** 728/14
741/19
**along [3]** 713/12
723/5 787/4
**already [2]** 716/17
787/25
**also [33]** 701/11 703/2
717/17 718/7 723/12
731/7 733/18 749/23
751/20 757/2 759/7
759/8 760/8 761/19
770/11 770/20 774/6
775/9 775/22 776/2
776/7 786/9 789/18
794/15 799/11 799/18
800/19 801/2 801/6
801/9 801/23 802/3
802/7
**alternates [2]** 792/7
792/14
**alternative [3]** 748/13
748/19 783/10
**although [2]** 704/24
798/8
**always [2]** 751/21
761/20
**am [11]** 706/15 718/20
723/20 735/12 742/10
754/8 770/19 771/25
798/3 802/24 804/11
**amended [1]** 793/23
**Amendment [5]** 755/1
755/9 755/10 755/14
755/24
**America [6]** 753/9
756/25 763/22 769/25
770/9 779/9
**American [2]** 749/21
785/19
**Americans [1]** 749/20
**among [1]** 747/10
**amount [2]** 717/10
804/1
**amounts [1]** 739/18
**analogy [1]** 740/25
**ANGELES [7]** 700/15
700/24 701/9 701/16
702/1 750/4 797/1
**angels [3]** 783/22
786/2 786/13
**angles [1]** 748/8
**answer [12]** 740/5
749/7 759/20 772/13
772/13 772/14 781/24
783/9 789/20 791/15
805/6 806/17
**answered [1]** 805/13
**answering [1]** 791/14
**answers [2]** 704/25
805/7
**any [77]** 703/6 703/12
703/18 703/22 703/22

704/1 704/17 705/6
705/17 705/20 705/24
706/3 706/4 706/6
706/13 706/21 706/21
706/22 707/19 711/6
711/7 711/8 711/9
712/25 713/23 713/24
714/9 717/12 717/16
724/22 724/23 724/24
728/21 729/2 729/15
729/17 730/7 730/12
730/16 737/9 737/13
737/18 738/16 739/5
742/14 744/8 747/10
757/20 761/19 763/25
766/5 770/4 770/5
772/14 772/23 774/24
775/24 775/25 776/1
776/17 778/22 778/24
781/13 783/21 784/11
785/8 786/5 791/9
791/15 791/17 792/17
794/6 798/1 798/4
798/9 800/7 807/23
**anybody [10]** 738/21
746/19 756/8 758/25
758/25 760/24 766/7
767/23 777/1 803/19
**anymore [1]** 774/25
**anyone [4]** 712/24
718/13 772/23 791/16
**anything [30]** 703/11
705/8 717/2 727/10
727/12 729/19 730/11
737/15 737/17 738/12
739/1 742/17 746/12
757/3 759/20 759/23
765/15 765/20 765/20
765/22 768/15 768/24
769/14 776/15 777/2
788/21 797/16 798/1
798/6 799/14
**anyway [9]** 759/7
762/10 764/19 771/18
772/22 775/3 776/13
776/23 777/9
**anywhere [1]** 716/19
**apart [2]** 753/17 754/7
**apartment [1]** 733/19
**apostilled [1]** 765/12
**apparently [1]** 777/5
**appear [4]** 717/21
730/5 798/23 802/20
**APPEARANCES [1]**
701/1
**appeared [4]** 715/5
716/10 720/1 741/19
**appearing [1]** 714/10
**appears [2]** 713/22
717/17

**applies [3]** 702/23
706/24 756/10

{PLAINTIFF} | {WITNESS NAME}
{DEFENDANT} | {DATE}

**A**

**apply [4]** 703/3 706/23
723/19 751/16
**appreciate [2]** 792/15
807/25
**appreciated [1]** 792/9
**appreciation [1]** 808/2
**approach [3]** 711/18
728/18 793/21
**appropriate [1]**
807/24
**approved [2]** 766/25
786/8
**apricot [1]** 748/20
**APRIL [7]** 702/1 708/3
724/6 724/12 725/3
725/24 731/17
**are [106]** 703/10
703/15 704/9 704/10
704/13 704/16 704/17
704/21 704/22 704/23
704/24 705/1 705/9
705/16 706/11 707/2
707/14 707/17 707/20
709/13 711/21 711/22
713/1 713/3 713/22
716/17 716/17 716/18
716/21 717/22 719/3
719/3 719/6 719/22
719/22 721/19 723/19
726/22 730/16 730/23
730/25 731/16 731/17
731/18 731/21 735/4
735/5 739/12 743/20
746/3 748/9 749/16
749/19 749/21 751/14
751/22 752/3 753/11
755/10 755/18 758/20
759/2 760/12 760/16
760/22 761/9 763/23
764/9 765/23 766/4
766/4 768/15 772/4
772/6 772/19 773/17
774/2 774/3 774/24
778/22 778/23 779/3
779/7 779/9 781/9
781/19 783/23 783/24
784/25 785/16 785/16
786/13 786/13 788/19
790/21 791/6 791/16
792/5 792/12 795/24
798/12 798/23 799/4
799/6 800/20 801/10
**area [1]** 783/17
**aren't [5]** 739/12
753/19 757/6 773/15
789/15
**argue [6]** 723/8
735/12 735/24 736/1
744/21 745/3
**argued [1]** 707/12

**arguing [3]** 762/2
764/15 768/16
**argument [13]** 727/5
727/7 730/14 738/17
747/2 751/21 753/7
763/16 787/13 787/15
788/2 793/6 795/23
**arguments [4]** 702/18
704/23 705/3 722/17
**arise [1]** 704/7
**Armed [1]** 725/18
**arms [2]** 754/19
754/19
**around [11]** 724/11
751/19 753/6 753/8
759/10 765/1 770/19
778/6 781/4 783/23
794/19
**arrive [1]** 792/19
**arrogant [1]** 739/13
**Article [1]** 758/6
**articulated [1]** 745/18
**artifice [4]** 714/12
715/6 716/11 718/5
**artificially [1]** 762/22
**artist [1]** 743/17
**as [136]**
**Asgaard [1]** 767/22
**ask [10]** 715/12
751/12 780/25 781/2
781/10 786/1 786/2
787/16 787/22 801/20
**asked [5]** 707/11
736/9 756/23 777/16
777/17
**aspect [3]** 753/1 754/6
786/3
**assault [1]** 770/18
**assess [1]** 728/9
**assessments [1]**
728/12
**assignment [1]**
717/16
**assimilated [1]**
764/11
**assist [4]** 723/23
790/21 798/21 799/1
**ASSISTANT [1]** 701/8
**associate [1]** 803/9
**associated [2]** 802/19
805/5
**Associates [1]** 766/13
**associating [1]**
709/12
**assume [1]** 774/18
**at [84]** 703/8 705/3
705/10 707/10 708/3
708/8 708/10 708/24
709/21 710/6 710/15
710/24 711/19 715/14
720/9 725/24 726/3
726/8 726/13 729/20

**B**

**baby [1]** 747/23
**babysits [1]** 755/6
**Bachelor [1]** 757/15
**back [44]** 721/6 725/7
730/7 730/11 738/1
740/4 741/20 742/5

729/25 731/1 731/8
734/9 735/3 736/7
736/10 737/9 738/7
739/3 739/3 740/12
740/14 741/9 742/4
744/15 748/18 750/12
750/20 751/10 754/2
754/4 754/23 755/11
757/12 757/18 758/16
758/24 761/22 762/3
762/19 762/24 765/11
765/20 767/16 767/22
769/6 771/16 772/6
772/23 774/23 778/24
781/5 785/18 786/19
786/23 792/16 794/2
794/5 795/10 795/10
797/22 798/6 798/9
798/23 799/20 799/20
799/22 799/23 800/5
800/5 802/18 808/12
808/15
**ate [1]** 761/15
**attempt [2]** 790/15
791/10
**attempted [3]** 715/2
716/7 724/2
**attempting [1]** 714/22
**attempts [1]** 714/8
**attending [1]** 740/14
**attention [3]** 736/5
767/8 792/8
**attentive [1]** 807/20
**attorney [6]** 701/6
743/18 761/21 794/14
794/20 794/22
**attorneys [6]** 701/8
727/22 739/4 739/4
739/6 788/12
**audit [1]** 788/25
**audited [3]** 741/24
757/23 767/6
**August [1]** 728/17
**Austin [1]** 769/13
**authority [6]** 714/13
715/8 716/12 730/6
730/7 730/19
**available [2]** 702/24
794/12
**average [1]** 742/4
**await [1]** 722/15
**aware [1]** 713/9
**away [3]** 744/12 752/5
752/23

748/16 758/17 759/8
761/11 762/14 763/11
765/16 765/21 766/4
767/4 769/16 775/1
776/10 776/10 776/19
776/23 778/7 779/16
782/7 783/2 783/3
783/3 784/23 784/23
784/25 785/2 786/19
786/23 795/11 795/20
797/5 799/10 802/13
802/16 803/12 803/23
**back-and-forth [1]**
738/1
**background [2]**
748/12 749/24
**bad [2]** 736/20 783/14
**badge [1]** 759/16
**bailiff [5]** 791/5 791/8
791/21 791/24 802/17
**balance [1]** 725/25
**bandaged [1]** 754/18
**bang [1]** 776/1
**bank [39]** 724/25
725/13 726/3 728/21
728/24 729/4 729/15
734/3 734/25 735/9
738/19 741/24 758/14
758/15 768/12 774/11
774/11 774/13 774/13
775/7 778/3 778/7
778/16 779/13 779/13
779/19 779/20 779/24
780/9 780/9 780/17
780/23 781/25 782/19
782/19 782/20 782/22
782/24 784/24
**banker [1]** 761/3
**banking [4]** 738/6
758/21 776/24 776/25
**bankrupt [1]** 784/10
**bankruptcy [2]** 741/5
784/12
**banks [21]** 727/15
734/3 741/7 749/18
750/20 750/25 752/8
758/20 759/1 761/5
761/12 766/5 774/6
775/5 777/21 779/5
779/9 780/16 782/9
782/9 784/12
**Barbara [12]** 733/21
742/23 743/22 761/18
761/19 761/20 761/22
761/25 784/18 784/22
789/19 801/3
**Barclay [1]** 802/6
**Barclays [1]** 778/8
**baseball [2]** 752/16
766/4
**based [11]** 704/5
704/6 720/23 722/5

732/8 764/7 769/4
774/15 774/25 778/21
793/5
**basement [1]** 740/12
**basis [2]** 735/12
735/14
**batch [2]** 724/11
730/23
**bear [3]** 706/7 718/4
720/2
**Beard [1]** 758/8
**bearing [1]** 707/7
**bears [1]** 717/18
**beast [1]** 758/1
**beat [1]** 748/17
**beaten [2]** 750/1
750/2
**became [4]** 708/7
749/4 749/25 771/12
**because [85]** 707/9
723/16 723/16 723/18
725/8 726/20 726/22
727/6 730/15 738/5
738/25 742/3 742/18
742/18 745/9 746/4
747/25 748/2 748/19
749/10 751/6 751/12
751/25 752/12 753/19
753/24 753/24 754/10
755/4 755/6 755/7
755/11 756/22 758/14
758/23 759/23 760/9
760/15 766/20 767/12
767/23 768/3 768/22
769/19 770/7 770/14
770/20 770/21 770/25
771/18 771/21 771/25
772/11 772/16 772/20
773/1 773/7 773/16
774/11 774/13 774/25
775/17 776/19 776/23
777/19 778/13 778/19
778/20 779/2 781/22
781/24 782/7 782/14
783/4 784/7 784/15
786/21 787/12 790/14
792/10 792/12 793/17
793/24 794/25 797/25
**become [5]** 709/11
709/12 710/7 748/15
792/15
**becomes [5]** 709/2
763/21 767/18 791/7
792/13
**bed [3]** 753/20 754/10
754/13
**befriended [1]** 771/3
**beg [2]** 786/1 795/3
**began [1]** 743/15
**begged [1]** 761/11
763/9
**begin [4]** 702/17

**B**

**begin... [3]** 790/3
792/2 792/22
**beginning [3]** 703/8
708/2 762/20
**behalf [4]** 723/3
741/18 779/5 780/16
**behind [1]** 739/23
**beings [4]** 750/13
771/13 779/8 785/13
**belief [7]** 713/14
713/17 741/21 742/8
753/19 787/21 790/17
**believability [1]** 706/7
**believable [1]** 706/9
**believe [23]** 705/21
705/22 705/22 710/19
718/23 735/13 735/18
741/11 741/15 741/15
742/7 743/8 743/22
748/8 753/20 761/17
765/5 766/16 772/9
775/12 779/13 786/9
803/2
**believed [22]** 723/9
723/16 736/16 736/17
741/10 741/10 742/18
742/22 742/25 743/4
743/5 743/5 744/2
744/2 744/3 749/20
749/20 749/21 761/7
769/25 770/10 789/19
**believer [2]** 743/17
743/20
**believes [1]** 787/20
**believing [1]** 748/13
**belonged [1]** 727/17
**benefit [6]** 738/7
738/11 753/23 769/24
773/3 785/14
**benefited [1]** 782/16
**benefiting [1]** 760/4
**benefits [2]** 710/19
779/22
**Benudiz [1]** 807/7
**Bernanke [1]** 752/24
**best [2]** 761/21 803/24
**better [2]** 749/9
807/23
**between [6]** 705/18
708/4 712/4 726/10
738/1 753/25
**Beverly [1]** 778/15
**beyond [26]** 703/16
703/20 704/2 704/4
704/10 704/13 708/1
710/13 712/13 715/1
716/5 718/7 721/23
722/24 723/2 723/21
732/23 735/19 736/19
736/21 744/6 744/13

745/4 746/18 791/1
801/16
**bias [1]** 706/3
**bible [2]** 783/9 786/7
**big [13]** 740/22 740/24
750/1 750/2 757/10
759/11 767/12 769/6
769/10 771/22 774/24
780/10 780/25
**bigger [1]** 729/14
**biggest [3]** 747/17
771/19 784/3
**bill [2]** 718/17 764/6
**billion [1]** 782/14
**billions [3]** 749/13
749/14 749/14
**bit [2]** 747/19 748/11
**black [1]** 744/11
**Black's [3]** 758/10
766/22 773/10
**blanked [1]** 753/13
**blessing [1]** 747/15
**blood [2]** 752/2 753/2
**bloody [1]** 754/11
**Board [9]** 734/8
734/13 761/9 763/24
764/4 764/6 764/9
764/13 764/20
**body [1]** 792/4
**bogus [2]** 718/2 731/8
**boil [2]** 748/4 784/15
**boils [2]** 784/16
788/22
**bolster [1]** 742/7
**bolstered [1]** 741/20
**bond [55]** 718/16
718/17 719/3 723/17
731/20 732/15 733/21
734/6 734/8 734/10
734/14 734/17 735/2
735/10 735/16 750/23
752/3 760/7 761/13
761/16 762/13 762/14
764/5 764/12 765/4
765/9 765/22 773/14
774/11 774/12 774/21
774/22 775/5 778/5
782/3 782/4 782/5
782/7 782/14 782/20
784/4 784/23 784/25
785/2 785/4 785/10
789/22 795/6 800/3
800/20 800/22 802/5
802/6 804/18 804/21
**bondage [5]** 752/3
752/4 752/8 752/8
752/9
**bonds [45]** 720/21
720/24 722/4 722/6
722/21 722/25 723/3
723/7 732/4 732/13
733/2 733/5 733/10

733/11 733/13 733/14
733/15 733/17 734/1
734/2 734/5 734/17
734/21 734/22 734/23
736/18 736/22 738/3
738/5 738/8 742/12
746/13 752/11 760/22
761/5 761/12 763/2
763/3 763/21 766/8
774/7 774/9 774/24
789/13 796/3
**bones [1]** 720/2
**books [6]** 749/6
754/23 758/10 771/9
773/6 783/8
**booted [1]** 748/16
**border [1]** 748/21
**Borja [1]** 792/8
**born [2]** 747/19 748/6
**borrow [3]** 761/6
778/1 782/6
**borrowed [1]** 781/25
**borrowing [1]** 778/2
**borrows [1]** 782/21
**both [14]** 705/16
706/16 725/11 725/18
725/23 725/23 729/12
731/10 732/11 732/16
733/10 735/14 806/10
808/3
**bought [1]** 775/20
**bound [1]** 751/22
**box [4]** 755/3 762/23
762/24 805/14
**boxes [1]** 755/7
**branch [4]** 725/10
780/4 780/5 780/7
**brand [1]** 726/7
**brand-new [1]** 726/7
**Brandon [31]** 727/18
739/3 739/10 740/9
740/17 740/19 741/3
741/17 742/9 742/19
749/20 752/6 752/12
753/4 758/2 758/23
760/21 766/17 769/22
771/2 771/11 773/5
773/8 774/8 774/21
775/4 775/9 775/12
775/13 776/4 779/12
**break [3]** 724/9
766/23 784/11
**breed [1]** 747/16
**brief [4]** 719/12
721/12 786/24 794/3
**briefest [1]** 798/2
**briefly [2]** 724/9 793/5
**brilliant [3]** 740/7
743/6 743/7
**bring [6]** 736/23
737/15 737/16 737/19
737/24 748/19

**bringing [2]** 718/11
748/20
**brings [1]** 744/9
**BRODY [11]** 701/15
720/7 720/15 744/16
746/22 760/14 784/16
793/3 799/12 802/11
808/13
**broke [1]** 729/13
**brokers [1]** 714/7
**brother [5]** 727/18
756/3 756/4 761/8
775/22
**brought [5]** 737/25
751/5 756/8 778/25
788/1
**bruised [1]** 754/19
**Buddha [1]** 751/23
**Buddhism [1]** 751/21
**buildings [1]** 717/23
**bunch [5]** 758/4
768/11 769/1 769/16
781/21
**burden [2]** 703/19
745/17
**burdens [1]** 745/21
**bus [1]** 743/12
**Bush [2]** 756/10
756/10
**business [2]** 717/15
725/24
**buy [7]** 735/3 762/19
762/22 775/14 775/16
775/20 786/22

**C**

**CALIFORNIA [23]**
700/2 700/15 700/24
701/9 701/16 702/1
734/7 750/5 753/19
761/9 763/24 764/4
764/5 764/6 764/9
764/12 764/20 765/14
766/2 771/25 772/12
780/13 797/1
**call [10]** 702/17
719/12 721/6 751/17
751/18 751/18 755/6
770/8 794/15 806/16
**called [13]** 749/6
750/10 755/4 757/14
763/9 766/13 767/22
771/21 775/23 779/9
783/11 784/24 788/5
**calling [1]** 777/11
**came [12]** 726/20
742/23 743/4 750/17
750/24 754/7 759/12
759/13 759/14 773/7
783/2 787/13
**can [55]** 705/17 712/2
726/3 735/3 736/12

736/13 736/13 738/7
744/21 745/14 746/9
747/18 751/12 752/22
752/24 756/7 756/16
756/17 758/5 762/19
764/10 770/15 774/12
774/20 774/20 778/25
779/1 780/1 780/8
780/8 781/22 782/9
782/9 782/10 782/20
784/24 785/1 785/12
786/13 786/22 787/3
787/14 788/2 790/7
790/16 792/2 792/22
794/7 794/17 794/18
798/6 798/8 799/13
800/23 801/11
**can't [2]** 756/22
760/9 761/17 771/21
773/5 774/11 774/22
777/19 778/17 778/19
779/3 779/4 781/4
782/3 782/4 782/5
782/6 782/7 782/7
782/8 782/21 792/6
**Canada [1]** 750/7
**cancer [6]** 748/19
748/25 749/6 783/9
783/10 783/12
**candidly [1]** 742/23
**cannot [5]** 744/10
744/11 744/12 779/22
782/3
**caption [2]** 794/3
795/16
**car [1]** 754/6
**card [6]** 725/12
752/16 756/18 766/4
779/17 782/25
**cards [1]** 723/4
**care [2]** 754/7 781/11
**cared [1]** 733/24
**career [2]** 783/6 783/7
**careful [6]** 704/7
704/8 704/12 736/5
741/2 792/8
**Carol [5]** 743/4 743/23
750/17 766/8 789/19
**carried [1]** 724/4
**carry [1]** 710/15
**carrying [2]** 708/11
709/17
**case [59]** 702/24
703/1 703/5 703/8
703/21 705/10 705/21
706/3 706/19 707/9
707/14 707/15 719/1
722/20 722/24 723/1
723/20 724/9 730/17
736/5 736/10 736/11
736/15 739/25 744/8
745/9 745/11 745/12

**C**

**case... [31]** 745/16
746/11 747/10 748/4
756/8 756/9 756/21
757/8 759/21 763/4
768/13 782/11 782/13
783/24 785/11 785/16
786/25 787/1 790/6
790/9 790/25 791/11
792/9 794/15 800/6
804/4 804/4 807/20
807/22 807/23 807/24
**cases [5]** 702/14
743/20 743/25 766/6
804/2
**cash [5]** 724/3 725/21
732/8 782/4 788/5
**cashed [3]** 735/10
746/16 760/3
**castle [1]** 757/15
**cat [2]** 755/6 755/7
**category [1]** 798/17
**Catholics [2]** 749/25
750/1
**cats [4]** 747/17 747/18
755/8 781/12
**caught [2]** 770/9
789/2
**cause [2]** 753/13
754/4
**caused [5]** 712/14
712/21 721/1 721/24
722/9
**causes [3]** 714/8
719/9 721/16
**causing [6]** 712/19
718/10 719/25 721/20
722/12 772/22
**Center [1]** 724/21
**CENTRAL [1]** 700/2
**cents [1]** 774/21
**certain [2]** 730/8
730/21
**certainly [2]** 738/12
742/14
**certificate [5]** 717/8
718/16 718/16 718/17
762/17
**certificates [1]** 776/22
**certified [3]** 765/10
765/11 778/3
**certify [1]** 809/3
**chad [1]** 756/19
**chads [1]** 756/11
**chains [2]** 748/18
751/22
**challenge [2]** 770/20
784/6
**championship [1]**
747/17
**chance [5]** 722/16

**728/6** 728/7 740/24
761/21
**change [4]** 728/18
749/8 790/12 790/17
**changes [1]** 801/11
**charge [14]** 707/25
711/1 711/3 714/1
714/4 714/20 721/22
731/20 761/7 770/15
795/17 802/19 804/19
805/4
**charged [19]** 706/14
706/17 706/20 707/20
708/6 709/20 709/22
709/25 711/14 712/2
720/5 721/19 731/1
731/22 733/4 734/8
734/16 734/20 806/11
**charges [10]** 703/15
703/20 706/12 706/18
717/11 720/8 723/22
730/8 730/21 732/23
**charging [1]** 789/16
**Charles [1]** 747/7
**Charts [2]** 707/1 707/2
**chase [2]** 734/3
751/18
**chat [1]** 737/8
**cheat [4]** 708/14
718/10 732/17 772/23
**check [23]** 718/18
718/20 729/5 730/1
730/2 731/8 732/3
732/15 735/1 735/1
735/9 735/9 738/19
738/19 739/19 739/20
767/5 767/11 767/12
777/2 777/11 777/11
781/16
**checked [2]** 741/24
805/14
**checks [2]** 741/6
741/25
**chelation [1]** 749/11
**chiropractics [1]**
749/11
**choose [2]** 728/25
786/23
**Christ [4]** 752/3 752/5
753/2 786/2
**Christianity [1]** 756/2
**chunk [1]** 787/23
**chupacabras [1]**
766/15
**Circuit [2]** 771/22
804/5
**circulates [1]** 783/5
**circulation [2]** 717/1
782/2
**circumstances [1]**
743/14
**circumstantial [4]**

**705/11** 705/14 705/16
705/19
**CitiMortgage [1]**
734/3
**citizen [2]** 777/18
777/19
**citizens [5]** 779/3
779/15 780/16 780/19
780/21
**civil [3]** 711/7 745/15
776/6
**civilly [1]** 776/11
**claim [23]** 711/8 711/9
711/13 712/11 712/14
712/15 712/17 712/25
713/4 713/6 713/7
724/15 731/11 731/12
731/15 732/12 732/15
756/9 756/16 756/21
756/23 765/9 772/12
**claimant [3]** 751/7
756/24 774/5
**claimed [1]** 724/13
**claiming [3]** 760/18
764/11 770/5
**claims [9]** 713/15
731/5 732/3 736/17
736/21 741/23 742/5
746/19 772/14
**class [1]** 717/21
**cleaned [1]** 768/12
**clear [7]** 729/8 730/15
732/16 732/20 740/18
743/21 795/24
**clearly [1]** 740/16
**cleaver [1]** 739/11
**clerk [1]** 761/16
**clever [3]** 718/6 740/5
740/8
**client [3]** 735/10
800/21 800/22
**clients [5]** 733/6 733/9
733/17 735/2 776/11
**climb [1]** 754/13
**clinics [2]** 749/1
783/10
**close [4]** 725/24
746/10 746/11 746/17
**closely [3]** 736/10
740/16 740/17
**closing [4]** 705/3
737/1 747/2 793/6
**cloth [1]** 747/23
**clothes [1]** 751/25
**club [2]** 750/3 794/23
**co [4]** 710/24 732/24
735/1 781/21
**co-conspirator [1]**
710/24
**co-conspiring [1]**
781/21
**co-counsel [1]** 732/24

**co-owned [1]** 735/1
**Coats [1]** 754/24
**code [20]** 707/24
711/2 711/4 711/5
711/11 712/23 714/2
714/5 714/6 714/16
719/8 721/15 721/21
722/11 752/14 756/2
765/13 771/8 779/21
809/4
**codes [3]** 755/20
758/12 778/22
**Coehello [1]** 776/7
**coins [1]** 729/23
**collapsed [1]** 808/4
**collateral [1]** 741/7
**colleague [1]** 722/20
**collect [1]** 729/3
**colored [1]** 761/2
**combination [1]**
792/24
**come [18]** 727/15
746/10 746/11 746/17
748/17 753/6 753/8
753/13 759/18 771/18
780/5 786/3 786/19
786/23 790/13 791/21
792/12 798/25
**comedy [1]** 757/13
**comes [5]** 707/15
742/5 744/16 756/17
780/7
**comic [1]** 760/25
**coming [3]** 739/15
748/25 752/1
**commas [1]** 712/6
**comment [3]** 788/18
801/20 801/22
**comments [2]** 702/7
801/16
**commerce [1]** 716/19
**commercial [5]** 717/9
717/12 733/3 752/14
765/13
**commit [4]** 708/16
708/24 709/2 736/23
**committed [4]** 708/13
708/18 713/15 789/24
**common [4]** 708/22
753/16 755/24 760/9
**commonsense [1]**
704/6
**communicate [3]**
722/14 791/8 791/10
**communications [1]**
768/19
**companies [2]** 769/5
783/14
**company [6]** 755/5
767/22 768/4 768/5
776/20 782/25
**complaint [1]** 776/2

**complete [1]** 791/4
**completely [3]** 730/3
749/3 755/17
**comprehend [1]**
746/4
**computational [1]**
767/2
**computer [6]** 733/19
755/4 768/20 768/21
768/22 789/22
**computers [3]** 737/3
762/11 799/25
**con [2]** 743/17 743/19
**concept [2]** 744/6
753/3
**concerning [2]** 764/15
791/11
**concluded [1]** 808/15
**concluding [2]** 786/24
790/3
**conduct [1]** 706/13
**Conference [1]** 809/8
**confines [1]** 771/7
**conformance [1]**
809/7
**confused [1]** 795/4
**confusing [1]** 720/11
**Congress [1]** 752/21
**conscientious [1]**
790/16
**consequences [1]**
729/7
**consider [11]** 702/6
704/16 704/19 704/22
704/25 705/16 713/11
736/8 747/10 790/24
802/10
**consideration [6]**
704/7 704/9 704/12
707/9 718/3 719/3
**considered [1]** 790/10
**considering [1]**
705/24
**consist [1]** 704/17
**conspiracy [37]** 708/8
708/10 708/12 708/14
708/16 708/18 708/21
708/25 709/3 709/5
709/6 709/7 709/9
709/16 709/17 709/19
709/22 709/24 709/25
710/3 710/4 710/6
710/7 710/12 710/16
710/20 710/22 710/23
724/1 731/22 732/7
732/11 736/13 759/11
**conspirator [2]**
709/11 710/24
**conspirators [6]**
708/19 709/2 709/13
710/11 710/15 710/17

**C**

conspire [2] 710/10
710/24
conspired [3] 710/14
710/18 732/6
conspiring [2] 707/21
781/21
Constitution [2]
753/10 758/6
constitutional [4]
703/21 707/7 753/10
784/11
consult [4] 702/25
721/14 739/5 791/13
contained [2] 730/4
804/7
containing [1] 717/19
continually [2] 783/4
783/5
continue [2] 710/4
791/15
continued [3] 726/6
728/5 764/2
continuing [1] 708/3
contract [3] 717/7
753/22 753/25
contradicted [1]
706/4
contrived [2] 715/6
716/11
contriving [1] 714/11
control [1] 706/21
controls [1] 705/6
conversation [1]
780/6
convict [1] 744/10
convicted [1] 710/23
convicting [1] 745/19
convinced [2] 704/3
704/10 704/13
convincing [1] 740/9
Cooke [1] 806/22
cool [1] 766/4
copied [1] 775/18
copies [2] 721/14
773/21
copy [7] 702/24 737/4
778/3 792/20 797/9
797/13 798/4
cornerstone [1] 744/9
corporation [2]
760/17 760/17
correct [10] 715/23
715/24 718/22 718/24
719/4 728/8 733/23
758/12 795/17 809/5
correlate [1] 795/20
corroborated [2]
725/1 734/4
cost [1] 757/3
costs [1] 769/8

could [16] 705/15
712/4 728/22 729/2
732/18 737/16 737/19
764/1 771/25 784/4
784/12 792/14 797/17
801/19 802/25 803/13
couldn't [9] 725/6
725/15 737/24 747/25
753/22 756/20 775/18
776/20 807/23
counsel [11] 701/1
702/6 702/7 719/19
732/24 788/5 788/10
797/6 803/24 804/13
805/12
count [42] 706/18
706/21 706/22 706/23
706/25 706/25 707/20
713/25 714/2 715/16
715/17 715/17 716/1
720/5 720/9 720/13
731/8 731/18 731/19
731/21 756/19 793/14
794/3 795/17 795/21
795/21 795/25 805/19
805/20 805/20 805/20
805/21 805/21 805/21
805/22 805/22 805/25
805/25 805/25 806/1
806/1 806/1
count five [1] 805/25
count two [1] 805/20
counterfeiting [1]
762/25
counterfeits [1]
716/17
counts [32] 710/25
711/2 711/14 711/15
711/22 711/25 712/2
713/25 714/3 714/17
714/18 714/19 714/19
715/25 720/21 721/19
722/3 731/1 731/16
733/7 733/8 734/9
735/23 746/21 789/25
793/18 795/15 795/23
795/24 805/23 806/3
806/11
county [6] 748/20
764/24 765/11 765/11
781/20 781/21
couple [4] 748/1
770/2 779/23 781/10
coupon [16] 718/17
718/22 719/3 738/4
739/16 739/20 746/15
759/25 760/1 760/2
762/20 773/14 777/10
777/11 777/12 795/6
course [9] 715/24
717/15 722/22 739/21
741/20 741/21 743/15

778/24 804/9
court [46] 700/1
702/19 705/9 707/12
712/8 715/21 719/18
721/11 723/18 731/6
746/9 746/25 747/21
748/22 751/7 751/12
751/13 753/15 755/23
756/12 756/15 756/15
756/16 760/9 760/10
766/6 771/23 771/25
772/1 772/2 772/11
778/10 778/10 778/16
781/23 782/9 782/11
782/13 790/6 790/24
791/12 793/16 794/11
798/25 805/10 806/8
court's [4] 702/8
793/5 795/3 808/1
Courthouse [2]
700/23 701/8
courtroom [3] 741/9
791/6 805/18
courts [1] 804/2
CPA [2] 776/3 776/3
CR [1] 700/8
CR-15-611-SVW [1]
700/8
crap [2] 756/13
781/21
crazy [2] 741/11
783/11
create [3] 777/22
778/20 782/8
created [2] 760/4
774/1
creates [1] 782/19
creating [1] 741/6
creation [1] 734/9
credible [1] 739/5
credit [12] 723/3
732/9 774/1 774/15
777/21 778/2 778/21
779/7 779/15 780/19
782/21 782/25
crediting [1] 718/20
credits [3] 779/14
780/18 782/1
crime [11] 706/17
706/20 708/16 708/18
709/1 712/24 714/25
716/4 723/24 731/3
790/23
crimes [7] 708/16
708/24 735/21 736/12
770/13 770/13 770/13
criminal [9] 703/21
708/15 727/19 729/9
739/14 739/14 744/10
759/22 777/4
crisis [1] 750/7
critical [1] 744/6

criticism [1] 745/1
cross [1] 803/1
cross-outs [1] 803/1
crossed [1] 754/4
crow [1] 739/12
crush [1] 751/17
crushed [4] 750/25
750/25 751/1 775/7
crushing [1] 785/19
Cruz [2] 797/8 805/1
CSR [2] 700/23
809/13
culpability [5] 771/21
771/23 785/22 785/22
786/5
cult [1] 740/2
cult-like [1] 740/2
cure [1] 765/19
cures [1] 783/12
CUSIP [3] 779/16
780/20 782/11

**D**

dad [3] 748/18 748/23
783/10
Dahmer [1] 747/7
Dalai [1] 750/9
damage [2] 757/2
767/18
damaged [1] 756/19
damages [2] 757/4
770/5 783/21
Darbosola [1] 750/9
date [7] 734/17 734/21
762/1 791/5 808/10
808/11 809/10
dated [2] 728/19
734/15
dates [2] 717/25
732/13
DAVID [42] 700/9
701/20 703/24 705/5
707/9 707/13 711/1
711/12 711/15 711/23
712/10 714/1 714/18
714/24 716/1 716/3
724/12 725/8 725/13
725/21 726/18 726/23
727/3 727/9 727/21
728/3 728/10 728/11
730/1 730/24 731/8
731/13 731/18 733/7
734/7 734/13 742/21
743/5 789/3 791/23
799/24 802/5
day [11] 725/13
725/15 726/1 731/15
731/19 741/8 742/18
748/16 759/12 788/4
788/6
days [11] 722/19
726/17 726/23 727/3

727/9 732/25 735/4
745/10 748/1 765/21
766/2
de [2] 774/19 774/19
dead [1] 760/17
deal [4] 746/1 763/2
783/16 787/14
dealing [1] 758/1
deals [1] 763/2
Dean [1] 758/19
death [2] 786/11
786/13
debenture [2] 718/17
718/22
debit [1] 718/18
DEBORAH [2] 700/23
809/13
debt [10] 733/3 752/4
752/16 760/4 766/5
775/7 780/22 782/20
784/8 784/9
decade [1] 743/10
decades [1] 743/10
deceitful [2] 707/23
708/6
deceive [6] 708/14
712/22 718/6 718/10
732/17 732/20
December [1] 729/13
decide [12] 703/2
703/4 705/10 705/19
705/21 706/19 709/19
743/16 748/3 790/9
790/24 792/25
decided [3] 707/5
707/10 807/23
deciding [6] 704/16
704/22 705/20 713/12
770/2 790/25
decision [5] 707/7
736/8 786/25 790/14
790/17
DECKER [1] 701/6
declaratory [2] 772/12
772/15
declare [1] 716/24
deep [1] 771/7
default [7] 765/22
765/24 765/25 766/1
770/23 770/24 770/24
defend [1] 773/12
defendants [90]
700/11 702/5 702/8
703/14 703/15 703/16
703/17 704/10 704/11
706/15 706/16 706/18
707/20 707/25 708/4
708/7 711/12 712/10
713/5 713/13 716/3
718/8 718/14 720/22
721/1 721/19 721/22
721/24 721/25 722/5

## D

**defendants... [60]**
722/9 722/25 723/2
723/5 723/8 723/24
724/8 724/18 724/22
724/24 725/3 725/12
725/16 725/18 726/11
726/22 727/12 727/19
728/15 728/17 728/21
728/24 729/1 729/6
729/11 729/16 729/18
729/21 729/22 729/22
730/9 730/12 730/16
730/19 730/22 731/4
731/11 731/21 732/6
732/10 732/20 732/25
733/15 733/16 734/16
734/18 734/20 734/22
734/23 735/1 735/10
735/11 735/15 735/22
735/24 789/23 797/5
803/23 804/25 806/10

**defendants' [3]** 724/4
726/21 735/9

**defense [6]** 702/10
710/21 787/14 788/5
788/10 789/18

**defined [5]** 718/18
720/25 721/3 722/8
722/10

**defines [1]** 717/6

**definition [2]** 736/14
736/14

**definitions [3]** 718/25
758/11 766/23

**defraud [15]** 707/21
708/4 708/13 713/16
714/7 715/10 716/15
718/9 718/15 724/1
731/22 732/7 746/19
772/23 786/5

**defrauded [1]** 718/13

**degrees [1]** 750/5

**deleted [2]** 800/11
800/18

**deliberate [3]** 792/5
792/6 792/10

**deliberations [7]**
790/4 790/5 791/5
791/7 791/15 792/3
792/23

**deliver [4]** 722/13
722/16 786/20 786/24

**delivered [2]** 717/4
744/23

**delivery [1]** 717/16

**Delphi [1]** 766/13

**demand [2]** 778/11
778/16

**denied [2]** 779/22
793/7

**denier [1]** 755/17

**denying [2]** 727/10
727/11

**department [5]** 711/7
711/9 712/25 713/2
765/7

**depend [2]** 706/8
784/21

**dependent [1]** 710/20

**deplete [1]** 726/11

**deposit [5]** 718/17
728/23 760/3 761/6
773/15

**deposited [5]** 725/4
726/1 728/24 735/9
738/20

**Depot [1]** 762/24

**deputy [1]** 805/18

**described [2]** 717/11
744/3

**describing [1]** 798/10

**description [2]** 798/2
801/16

**descriptions [2]**
799/22 800/11

**descriptive [2]** 799/25
800/17

**deserves [2]** 706/10
707/4

**desire [1]** 771/7

**desk [2]** 761/16
761/17

**desperate [2]** 750/19
750/25

**despite [3]** 724/24
731/3 789/24

**destroyed [3]** 785/7
785/8 785/10

**detail [1]** 708/20

**details [2]** 709/6 710/8

**deter [1]** 734/23

**determination [1]**
807/22

**determine [6]** 706/11
713/13 720/23 721/1
722/5 722/8

**determined [1]** 730/3

**determining [1]**
713/15

**Deutsch [1]** 778/7

**dharma [1]** 710/2

**dictionaries [3]**
758/11 773/11 773/11

**Dictionary [1]** 766/22

**did [56]** 702/6 703/23
705/13 707/17 709/18
709/20 709/22 710/10
715/9 716/14 724/16
725/6 725/23 727/12
729/6 732/22 735/17
736/23 736/23 738/2
738/3 738/24 739/5

**739/5** 741/21 741/24
742/3 750/18 758/7
759/23 759/23 762/11
766/5 767/9 767/18
767/20 767/23 770/15
772/13 772/13 772/14
774/9 775/13 775/24
776/14 777/23 777/24
780/12 781/12 785/6
786/6 789/7 792/15
797/12 803/4 804/4

**didn't [56]** 723/15
724/17 724/22 726/5
727/15 728/18 728/21
728/23 729/1 729/11
729/14 729/16 729/16
729/18 729/21 729/21
730/14 733/22 734/2
734/19 734/23 737/7
737/15 737/16 737/19
738/7 739/6 742/14
743/9 748/22 752/12
752/19 752/20 756/19
757/3 759/14 759/20
761/25 763/13 764/3
765/22 768/5 768/11
768/15 768/23 769/14
769/15 773/11 773/22
776/5 786/21 787/5
789/22 795/6 797/15
801/20

**die [1]** 771/18

**died [1]** 748/1

**Dieter's [1]** 783/9

**differ [1]** 705/5

**difference [2]** 728/20
751/4

**difference here [1]**
751/4

**different [6]** 726/5
731/12 732/22 746/4
768/3 782/12

**difficult [1]** 746/3

**difficulty [1]** 802/21

**DiMaggio [2]** 752/15
766/3

**dinner [1]** 767/25

**direct [5]** 705/11
705/11 705/12 705/16
705/18

**directed [2]** 757/13
757/13

**directing [1]** 766/11

**directly [1]** 710/10
710/14 710/18 719/10
721/17 728/22 759/22
779/3 779/4 804/5
805/7

**director [1]** 757/10

**disagreement [1]**
702/12

**discharge [7]** 762/21

**775/6** 777/12 780/22
782/18 782/20 800/3

**discharged [2]** 791/20
808/1

**discuss [2]** 721/8
790/6

**discussed [3]** 708/22
790/10 804/13

**discussion [3]** 790/13
793/9 794/13

**disgusting [2]** 772/24
772/24

**dishonest [2]** 707/23
708/6

**dishonor [2]** 765/24
765/25 766/1 770/24

**dislikes [1]** 703/6

**dismissed [1]** 756/21

**dispute [1]** 724/7

**disputing [1]** 757/20

**disregard [1]** 705/8

**disregarded [5]**
723/10 728/10 728/15
732/1 732/2

**dissipation [1]** 726/15

**distinction [1]** 705/18

**distribution [1]** 769/9

**DISTRICT [3]** 700/1
700/2 700/5

**division [2]** 700/3
759/23

**do [75]** 703/8 703/10
703/17 707/7 708/17
716/18 720/7 720/15
720/20 725/6 727/11
732/15 735/24 738/21
747/1 748/22 750/15
751/12 751/13 752/24
754/24 756/7 756/16
758/19 758/21 765/3
765/3 765/22 766/21
766/24 767/24 767/24
767/24 767/25 767/25
768/14 768/15 773/8
773/9 775/21 775/24
775/25 776/1 777/4
777/23 777/24 779/19
781/11 781/12 781/23
781/24 782/9 782/9
782/9 782/10 784/4
784/16 784/17 784/25
785/6 785/8 785/20
790/7 790/9 790/12
790/13 790/16 790/17
794/20 797/19 798/9
798/17 799/13 802/3
806/14

**document [16]** 714/10
715/3 715/5 716/8
716/10 716/21 717/6
717/25 740/23 764/3
779/11 779/14 780/17

**780/17** 799/12 803/17

**documents [10]**
716/18 716/19 718/4
737/14 741/18 744/1
776/9 798/10 798/11
798/13

**does [17]** 706/8
708/17 709/5 709/10
709/11 709/15 713/10
717/1 743/6 776/12
781/23 784/15 788/24
792/12 793/10 801/22

**doesn't [17]** 711/20
738/9 738/11 738/24
739/24 743/18 755/25
760/24 763/5 773/18
773/19 773/23 788/25
803/18 803/19 804/5
805/7

**dog [1]** 761/15

**dogs [1]** 755/5

**doing [23]** 723/5
723/11 723/14 727/23
739/13 742/8 748/5
753/5 758/12 763/3
766/21 766/22 768/24
769/6 769/25 770/10
770/15 772/8 780/6
784/13 785/20 788/13
789/1

**dollar [1]** 774/13

**dollars [10]** 732/18
733/6 739/18 742/1
749/14 760/18 769/4
769/8 781/18 782/6

**don't [49]** 730/12
739/22 745/25 753/20
753/21 754/7 755/6
755/22 757/9 760/15
763/8 764/22 765/5
765/15 767/1 769/9
770/3 770/7 772/4
772/17 772/17 772/17
772/18 773/15 773/18
773/20 776/8 776/9
776/17 778/13 779/25
781/19 782/15 783/20
784/14 784/14 784/19
785/5 785/14 787/1
792/10 794/6 794/24
798/3 798/4 799/14
800/7 803/5 806/5

**done [18]** 703/12
709/16 713/9 719/9
720/1 721/16 721/20
721/25 722/12 732/25
769/21 773/4 775/3
777/13 779/23 779/24
785/18 801/21

**door [4]** 750/20 754/9
754/12 759/18

**D**

**doorstep [1]** 768/12
**dot [3]** 775/14 775/16
775/19
**doubt [28]** 703/17
703/20 704/2 704/5
704/5 704/5 704/10
704/13 708/2 710/14
712/13 715/1 716/5
718/8 721/24 722/24
723/2 723/22 732/24
735/20 736/19 736/21
744/7 744/13 744/14
745/5 746/18 791/1
**draft [1]** 718/18
**drag [1]** 748/18
**dragged [2]** 754/19
754/22
**drama [1]** 750/6
**draw [2]** 703/22
733/16
**drawing [1]** 741/7
**drives [2]** 737/3 737/4
**dropper [1]** 747/24
**Drug [1]** 748/17
**ducking [1]** 759/22
**due [1]** 751/15
**dull [1]** 766/20
**duplicated [1]** 762/21
**during [6]** 707/11
707/13 778/24 790/19
791/7 799/24
**duties [1]** 717/6
**dutiful [1]** 744/4
**duty [5]** 702/23
702/25 703/2 704/11
704/14
**dying [1]** 749/1

**E**

**e-file [1]** 800/21
**each [25]** 706/18
706/19 706/19 706/23
706/23 708/1 710/13
712/12 714/25 716/4
729/7 732/11 733/4
734/9 735/17 749/19
759/2 787/1 790/8
790/16 793/12 793/18
794/3 795/17 806/12
**earlier [1]** 726/1
**Earth [1]** 734/25
**earthly [1]** 748/10
**Easter [2]** 751/25
751/25
**easy [2]** 725/9 728/25
**eat [1]** 786/22
**economics [1]** 740/3
**economy [1]** 782/2
**edit [1]** 799/12
**Edition [2]** 773/10

**editions [1]** 773/10
**effect [1]** 710/12
**effort [2]** 702/21
729/19
**efforts [1]** 749/10
**eight [7]** 714/3 715/17
715/18 716/2 731/19
732/23 806/1
**EILEEN [1]** 701/6
**EINs [1]** 735/7
**either [6]** 705/17
705/18 735/14 737/16
743/21 744/22
**elect [1]** 790/4
**election [1]** 756/11
**Electronic [1]** 718/19
**element [3]** 703/19
709/16 716/16
**elements [8]** 708/1
712/13 714/25 716/5
721/23 723/24 731/2
736/12
**eliminate [1]** 744/14
**else [13]** 747/22
748/21 756/4 758/9
760/22 768/2 775/8
778/9 781/15 797/16
798/7 800/10 803/19
**email [4]** 737/7 762/1
762/5 762/7
**emails [1]** 761/23
**end [8]** 726/3 726/13
737/5 738/2 758/16
758/24 761/22 776/18
**ending [4]** 725/5
725/7 725/19 725/20
**endorsement [1]**
717/16
**ends [2]** 785/15
785/15
**enforce [1]** 779/10
**enjoy [1]** 753/8
**enlightenment [3]**
750/13 771/13 785/13
**enough [3]** 708/21
717/19 796/3
**entailments [1]** 717/7
**entered [2]** 767/14
782/2
**entertainment [1]**
738/23
**entire [7]** 710/21
748/13 783/6 783/7
783/25 800/13 801/13
**entirely [1]** 703/13
**entities [1]** 749/16
**entitled [5]** 731/12
742/10 787/20 797/22
809/6
**entity [2]** 717/24
734/25

**enumerated [1]**
731/24
**environment [1]**
772/6
**equipment [2]** 775/14
775/21
**equity [1]** 777/25
**erroneous [12]**
726/23 726/25 728/23
729/3 764/8 764/10
768/9 768/10 768/10
768/22 777/8 777/9
**error [7]** 715/15
715/22 764/23 767/3
768/21 768/21 804/9
**especially [2]** 718/6
772/6
**Essentially [1]** 745/18
**established [1]**
718/14
**establishing [2]**
746/10 746/12
**establishment [2]**
749/3 749/8
**evaluate [1]** 703/1
**even [30]** 709/5
709/23 710/1 710/9
713/6 713/17 718/2
726/16 728/6 729/16
729/18 733/22 740/7
745/10 745/15 746/17
748/21 751/20 752/19
752/19 752/20 755/22
769/15 773/5 773/18
773/21 776/19 799/22
804/8 804/18
**events [2]** 731/17
760/6
**eventually [3]** 726/13
750/6 776/22
**ever [7]** 737/17 737/17
746/19 754/13 778/6
791/10 803/24
**Everson [4]** 727/13
727/13 727/15 741/17
**every [13]** 703/19
708/20 732/13 735/17
743/22 744/14 748/8
749/13 757/19 757/24
759/4 766/14 785/1
**everybody [8]** 751/18
752/21 757/15 760/10
760/22 761/4 783/11
784/20
**everyone [3]** 723/14
782/17 785/14
**everything [19]**
705/22 740/5 747/22
750/15 750/22 751/23
755/18 757/25 758/11
766/24 769/10 769/21
769/25 770/10 771/10

773/8 773/8 776/14
779/2
**evidence [80]** 702/23
703/1 703/5 703/14
703/18 704/8 704/8
704/9 704/13 704/16
704/18 704/20 704/21
704/24 705/1 705/4
705/5 705/8 705/9
705/10 705/11 705/12
705/14 705/14 705/17
705/19 705/20 706/4
706/6 706/7 707/1
707/15 707/15 707/18
713/11 713/12 713/19
719/1 723/4 723/21
723/23 727/1 730/12
730/16 732/16 732/19
734/11 736/6 736/7
738/14 738/14 739/1
741/16 742/7 742/14
745/16 746/2 757/24
762/3 762/4 763/17
764/1 765/5 765/8
767/15 768/17 772/25
775/10 775/12 790/10
790/18 792/22 797/11
798/12 798/12 798/12
804/8 804/10 804/21
804/23
**evidences [1]** 717/13
**evident [2]** 764/15
804/3
**evil [1]** 786/12
**exact [3]** 733/9 744/18
744/23
**exactions [1]** 758/5
**exactly [4]** 739/24
743/9 785/17 785/17
**examined [2]** 702/15
795/16
**examiner [1]** 730/2
**example [8]** 741/15
753/17 777/24 795/5
798/22 800/19 801/3
802/4
**except [6]** 725/2
757/15 791/10 793/17
799/15 804/4
**exception [3]** 761/8
764/4 800/15
**excess [1]** 739/19
**exchange [3]** 716/23
717/2 738/8
**exciting [1]** 745/12
**excluded [1]** 705/7
**excuse [1]** 792/16
**excused [1]** 792/17
**excuses [1]** 761/13
**exhibit [22]** 731/1
731/9 734/11 734/24
797/9 797/15 797/22

798/2 798/4 798/22
799/23 800/5 802/19
803/25 804/2 804/6
804/7 804/11 804/14
804/22 805/5 805/7
**exhibits [15]** 704/18
704/19 707/17 722/23
731/16 792/21 794/9
797/11 797/15 798/24
799/4 802/21 804/7
804/8 804/10
**exist [3]** 709/22
716/19 760/15
**existed [3]** 708/19
709/20 709/24
**existence [1]** 778/1
**existing [3]** 709/7
716/18 769/16
**exists [1]** 709/14
**expenses [1]** 769/8
**experience [1]** 808/8
**expert [4]** 737/6
737/25 752/20 773/23
**expertise [1]** 743/6
**experts [1]** 739/8
**explain [1]** 733/13
**explained [2]** 742/24
787/25
**explanation [1]**
728/25
**explicitly [1]** 729/8
**exposed [1]** 743/14
**extra [1]** 767/10 788/4
**eye [1]** 747/24

**F**

**fabricated [1]** 730/4
**face [6]** 723/24 754/14
755/25 759/20 770/7
774/23
**faceless [1]** 772/19
**facie [1]** 713/19
**facing [1]** 747/5
772/22
**fact [18]** 703/23
705/12 705/16 705/17
706/8 713/18 713/21
718/13 727/6 734/4
734/24 745/20 746/14
755/19 772/24 776/21
782/10 788/6
**factors [1]** 706/6
**facts [12]** 703/2 703/3
704/17 704/22 705/5
705/15 705/20 744/21
762/3 763/17 764/15
768/16
**faith [8]** 702/12
713/14 732/9 735/12
735/14 736/20 769/21
769/24 787/21
**fake [16]** 723/3 723/25

**F**

fake... [14] 724/16
729/17 729/17 729/25
732/3 732/4 733/1
735/6 735/7 735/7
735/7 749/3 766/8
774/4
falls [1] 753/16
false [38] 711/10
711/13 712/11 712/16
712/17 712/18 712/24
713/6 714/9 714/22
715/3 716/7 719/6
720/24 720/25 722/6
722/7 722/21 722/21
722/25 722/25 723/6
723/7 723/7 724/2
724/4 724/8 725/2
731/4 731/5 731/15
733/5 736/22 738/3
738/5 746/19 797/22
799/16
falsity [1] 738/16
family [6] 717/18
718/4 741/17 750/21
751/18 783/7
far [3] 748/12 759/25
760/2
fate [1] 770/2
father [4] 776/3 776/3
776/4 776/6
fault [6] 765/18 768/9
768/9 770/24 777/8
789/5
FDA [1] 748/22
fear [1] 786/12
federal [20] 712/24
724/23 729/9 744/11
751/4 752/17 752/20
773/24 774/12 774/14
774/14 777/18 777/19
779/4 779/14 780/10
780/15 780/18 782/5
782/23
Federation [1] 749/5
feed [1] 771/17
feeding [1] 747/24
feel [1] 739/6
fellow [3] 790/6
790/11 790/22
felony [1] 744/11
felt [3] 739/7 753/3
753/25
few [7] 722/19 732/24
735/4 735/11 787/6
794/11 802/12
fiction [2] 774/4 774/4
fictitious [20] 711/10
712/16 712/17 712/18
712/25 714/10 714/23
715/3 716/8 716/16

717/17 718/2 720/21
720/24 720/25 722/4
722/7 722/7 730/3
736/15
Fifth [2] 755/10
755/14
fighting [5] 749/12
749/13 758/12 758/13
783/8
Figueroa [1] 701/15
figured [1] 739/11
file [13] 728/8 733/19
733/19 734/10 734/11
753/22 759/5 793/1
800/3 800/21 802/5
806/5 806/6
filed [15] 722/25
724/11 724/12 724/14
728/5 729/13 729/21
729/25 730/24 755/19
767/6 788/19 789/7
789/8 795/11
files [2] 737/6 755/3
filing [11] 728/7 728/9
728/12 728/14 741/17
751/10 754/14 758/22
765/13 776/8 776/12
fill [2] 755/14 759/15
filled [2] 769/19
773/23
film [7] 757/10 757/13
767/21 768/4 768/5
769/5 776/20
final [1] 722/17
finalized [1] 794/8
Finally [1] 765/23
finance [2] 738/6
740/2
financial [18] 714/12
714/23 715/7 716/12
717/19 717/20 718/5
718/11 718/11 730/6
733/14 769/5 773/23
782/12 782/12 782/24
797/23 799/16
find [25] 703/3 704/11
704/14 705/15 708/13
708/23 709/21 709/23
709/24 709/25 710/1
713/21 720/24 722/7
725/15 734/12 735/1
735/22 743/2 743/2
768/11 778/17 783/24
784/14 785/14
finding [1] 713/24
fine [3] 738/23 755/18
765/1
fined [1] 728/5
fines [1] 788/22
finished [1] 787/3
FIRE [3] 727/13
727/14 775/23

firm [1] 745/18
firmly [1] 704/3
first [31] 700/24 708/2
712/13 715/1 716/5
716/16 720/22 721/24
722/5 722/18 722/23
724/11 724/20 728/3
728/19 731/21 731/24
733/21 736/1 745/23
750/18 755/9 760/5
760/9 760/10 762/15
779/2 780/2 783/1
792/24 797/21
fist [1] 770/17
fit [2] 724/9 746/3
fits [2] 723/23 765/8
five [10] 711/2 711/16
711/22 714/19 719/13
719/16 741/1 759/10
773/10 805/25
five-second [1] 741/1
fixed [2] 717/10
717/11
flailing [1] 770/19
floor [2] 700/24
794/21
folks [1] 783/25
follow [5] 702/11
703/9 720/1 729/16
797/14
followers [1] 740/11
following [10] 704/21
708/1 710/13 712/12
714/25 716/5 720/4
721/23 802/19 807/21
follows [2] 711/6
714/6
Food [1] 748/17
Foods [2] 749/6 783/8
force [3] 751/11 758/5
781/20
foreclose [1] 750/21
foregoing [1] 809/4
foreign [1] 714/13
forensic [1] 737/4
foreperson [1] 803/10
Forest [1] 747/17
forever [2] 770/6
781/12
forged [1] 762/16
forging [1] 762/17
form [22] 715/24
715/24 724/23 731/12
731/13 731/15 759/16
763/11 772/18 791/2
791/4 792/21 793/10
793/18 793/24 794/7
795/7 795/14 795/16
795/17 795/18 805/1
form for [1] 795/7
formal [1] 708/20
format [2] 793/13

809/7
formed [1] 786/10
forms [12] 721/9
723/6 735/6 755/15
759/5 759/19 767/14
775/17 776/12 793/12
795/5 795/21
forth [5] 722/15 738/1
740/4 775/1 778/25
forward [3] 791/21
792/4 800/17
fought [1] 748/23
found [18] 707/25
711/13 712/11 713/5
714/24 716/4 731/1
733/18 734/10 734/11
739/10 739/13 750/16
767/3 768/7 799/24
800/7 800/16
four [12] 711/2 711/15
711/22 714/18 714/19
714/19 724/13 731/1
731/16 747/18 769/4
805/25
four-and-a-half-millio
n [1] 769/4
Fourth [2] 755/1 755/9
fractional [1] 758/21
fractionalization [1]
741/6
fractionalize [2]
774/12 774/20
fractionalized [1]
774/22
fractionalizes [1]
758/15
Franchise [9] 734/7
734/12 761/9 763/24
764/4 764/6 764/9
764/12 764/20
Frank [1] 748/18
Frankly [1] 807/23
fraud [8] 730/2 736/23
738/15 738/15 765/8
776/12 789/24 789/24
fraudulent [8] 711/10
712/16 712/17 712/20
712/25 718/8 724/3
735/5
free [1] 758/25
freedom [2] 744/13
783/8
freedoms [1] 753/9
Fresno [1] 769/13
Friday [1] 752/1
friend [6] 756/3 757/1
760/13 763/22 770/7
779/24
frivolous [7] 728/4
728/9 728/12 728/14
751/10 768/10 789/21
front [6] 752/21

752/22 754/22 756/6
756/14 798/24
FTB [4] 734/14 734/17
789/15 789/21
full [5] 709/5 710/8
732/9 791/22 792/6
fully [2] 741/23 790/10
functions [2] 707/22
708/5
fund [2] 738/9 738/10
funds [8] 718/19
730/20 776/19 779/5
780/15 782/12 782/13
788/3
funny [5] 757/14
757/16 766/16 773/19
774/19
further [2] 709/4
713/3
Furthermore [2] 709/6
713/5
furthers [1] 709/10
fuss [1] 780/11
future [1] 782/1

**G**

GACKLE [2] 700/23
809/13
gain [1] 718/11
Garrett [5] 727/17
740/9 742/20 775/22
775/24
gave [7] 728/6 744/18
746/5 761/19 764/7
767/19 776/22
general [2] 781/6
798/17
generated [2] 725/9
749/14
generating [1] 782/13
gentleman [1] 780/6
gentlemen [14]
722/19 728/16 729/18
731/23 732/5 732/19
734/22 735/8 735/13
736/4 747/4 789/14
789/23 806/16
genuine [3] 717/19
718/4 735/5
Georgia [1] 758/8
German [1] 750/2
get [51] 710/19 715/24
723/24 725/6 726/21
729/4 732/8 732/11
732/18 733/2 733/6
737/12 740/24 742/6
747/24 751/12 751/16
755/22 756/6 757/16
758/16 759/5 759/9
759/10 761/11 761/12
763/11 766/20 767/24
770/7 771/25 772/3

**G**

**get... [19]** 772/15
773/4 778/14 782/5
782/5 782/25 784/12
784/23 789/2 792/23
794/8 794/17 794/18
799/10 801/21 802/13
803/12 804/11 805/8
**gets [3]** 752/5 768/12
778/4
**getting [7]** 741/20
766/22 770/1 776/9
798/9 803/25 805/6
**gigantic [1]** 785/11
**give [39]** 703/3 705/20
707/3 716/23 719/16
720/10 721/13 729/11
739/13 747/7 748/11
749/10 749/24 752/10
752/15 752/15 752/23
761/14 763/7 766/4
767/7 767/10 773/18
777/23 778/18 782/22
784/10 784/20 784/23
788/23 792/20 797/15
798/3 799/9 802/12
803/11 804/1 805/1
805/1
**given [12]** 702/16
705/18 746/1 746/9
753/9 761/11 766/1
766/3 779/13 798/2
804/1 804/6
**giving [4]** 720/2
722/15 740/11 799/1
**gloating [2]** 739/9
739/10
**Global [1]** 782/12
**goal [2]** 752/10 785/12
**God [2]** 753/9 770/22
**God's [1]** 764/2
**gold [4]** 741/5 758/7
774/25 779/7
**gone [5]** 726/19
741/24 751/6 769/5
769/5
**good [18]** 702/12
702/20 707/2 713/14
715/19 716/25 716/25
735/12 735/14 736/4
747/4 752/1 768/2
769/21 769/24 785/20
787/21 794/25
**good-faith [1]** 787/21
**Gordon [6]** 740/10
742/20 753/5 760/1
771/2 775/4
**Gore [2]** 756/10
756/10
**government [69]**
703/16 703/19 704/4

708/1 709/17 710/13
712/3 712/12 712/22
713/6 714/14 714/25
716/4 717/23 718/7
721/23 722/18 730/25
731/6 732/23 733/4
734/8 734/16 734/20
735/19 736/19 736/20
736/25 737/12 738/12
742/14 744/9 744/14
745/9 746/10 746/17
747/6 749/13 751/1
751/9 752/19 753/20
755/16 756/20 757/3
757/20 758/5 771/19
772/16 775/25 776/1
780/24 780/25 781/14
781/25 782/18 783/3
783/19 784/9 784/10
785/17 786/18 786/20
788/2 790/25 793/13
793/15 797/11 804/12
**grab [1]** 729/20
**grabbed [1]** 754/18
**graduated [1]** 750/5
**great [3]** 737/11
737/12 737/21
**group [1]** 740/2
**guarantees [1]** 761/20
**guess [3]** 740/22
770/8 786/22
**guide [3]** 720/3 786/2
796/4
**guilt [3]** 704/4 723/21
791/18
**guilty [51]** 703/14
703/16 704/3 704/11
704/11 704/14 704/15
706/12 706/12 707/8
707/8 707/25 709/23
710/1 711/10 711/13
712/11 713/5 714/15
714/24 716/4 721/22
735/22 746/20 746/20
770/12 784/14 785/15
789/25 790/8 790/8
795/14 795/15 805/20
805/20 805/20 805/21
805/21 805/21 805/22
805/22 805/22 805/22
805/24 805/25 805/25
805/25 806/1 806/1
806/2 806/10
**gun [3]** 748/18 754/14
759/20
**guns [1]** 754/9
**gurus [3]** 740/2 761/5
766/19
**guts [1]** 748/7
**guy [7]** 727/18 740/7
751/23 772/13 776/16
776/16 778/15

**guys [6]** 751/22 754/9
764/1 766/18 766/20
774/3

**H**

**had [83]** 710/16
710/18 713/14 721/25
722/16 723/18 726/1
726/15 727/10 727/19
727/22 728/11 728/13
728/19 728/24 732/17
732/20 734/2 735/12
737/5 737/25 739/4
739/7 742/3 743/21
747/15 747/16 747/18
747/25 748/16 748/22
748/25 750/7 750/20
750/20 750/23 751/21
752/10 752/11 752/22
753/24 754/10 754/10
754/11 754/13 754/18
759/20 761/4 761/16
762/11 766/10 766/12
766/16 767/13 767/20
768/13 769/18 771/6
771/6 771/7 773/8
773/9 775/14 775/14
775/16 775/17 775/19
775/20 775/20 777/7
778/10 786/4 786/4
786/5 787/21 788/8
788/12 789/20 793/3
795/11 795/16 803/1
804/1
**half [1]** 769/4
**Hall [4]** 740/10 742/20
760/1 771/3
**hallmarks [2]** 717/20
717/21
**Halloween [1]** 726/21
**hand [5]** 704/12 709/8
751/2 760/25 805/17
**handed [2]** 781/17
802/17
**handwriting [1]**
740/18
**hanging [3]** 756/11
756/19 761/25
**happen [2]** 754/13
778/10
**happened [3]** 726/8
759/11 787/22
**happening [5]** 748/10
753/11 755/21 757/12
759/9
**happens [2]** 709/9
795/1
**happy [3]** 763/6 770/7
799/11
**hard [4]** 737/3 737/4
762/13 797/14
**harm [5]** 750/14 770/4

770/18 772/23 781/13
**harmed [13]** 751/8
756/1 756/6 756/18
757/1 760/18 770/16
772/14 774/3 774/5
774/5 781/13 781/15
**harming [1]** 771/14
**harp [1]** 753/17
**has [47]** 703/19
703/21 703/24 707/5
707/6 707/7 707/9
707/11 709/8 710/11
713/7 723/18 730/7
730/11 732/23 733/4
734/8 734/16 734/20
735/19 736/19 736/20
738/6 744/14 745/18
746/9 746/10 751/7
753/13 753/14 755/4
774/18 776/1 778/24
782/11 783/6 785/19
786/18 786/20 787/19
790/25 791/2 792/3
794/2 795/22 796/3
803/24
**hasn't [4]** 738/12
746/17 751/5 751/6
**have [131]**
**haven't [5]** 746/11
756/8 773/16 785/24
794/1
**having [3]** 748/15
790/16 802/20
**he'd [1]** 728/5
**he'll [1]** 805/1
**heads [1]** 806/13
**Heal [2]** 749/6 783/9
**health [2]** 749/5 783/8
**hear [11]** 706/1
707/10 720/20 722/18
742/14 746/23 756/15
761/13 766/5 771/4
786/23
**heard [19]** 702/22
705/8 705/13 719/2
723/21 724/25 725/1
729/3 731/2 733/12
733/21 734/1 734/10
735/4 740/1 741/22
787/10 795/22 797/17
**hearsay [1]** 763/25
**heart [4]** 750/15 784/5
785/21 785/21
**hearts [3]** 748/7 784/5
786/2
**Heaven [1]** 734/25
**held [11]** 702/3 711/19
715/14 719/15 793/2
794/13 797/3 803/22
804/6 808/9 809/6
**hell [2]** 747/20 763/3
**helmets [1]** 754/9

**help [11]** 705/4 708/9
723/23 748/1 748/25
749/2 750/15 771/12
783/7 784/8 789/7
**helped [1]** 708/23
**helpful [1]** 793/24
**helping [4]** 775/5
775/6 775/8 779/10
**here [67]** 706/11
712/3 718/21 719/22
719/22 722/20 723/22
731/21 735/11 737/11
737/20 742/23 743/4
743/11 746/13 746/15
746/17 747/9 747/14
747/25 748/9 750/4
751/4 751/9 752/19
753/11 753/15 756/10
756/14 756/17 756/19
757/2 758/23 759/9
759/10 759/18 759/24
760/6 760/11 760/11
760/16 763/1 763/8
763/23 770/2 770/20
771/18 772/25 774/3
775/24 776/5 777/13
782/24 783/19 784/7
785/10 785/24 785/25
786/4 786/16 790/6
791/12 792/11 797/22
799/10 804/9 808/5
**here's [1]** 777/15
**hereby [1]** 809/3
**herring [2]** 738/18
788/6
**herself [1]** 803/9
**Hey [4]** 737/10 740/22
772/13 782/22
**hide [1]** 742/16
**high [1]** 769/23
**highest [2]** 744/7
744/8
**highlight [2]** 730/9
730/22
**Hills [1]** 778/15
**himself [4]** 707/5
773/24 773/25 779/6
**hire [1]** 773/4
**his [17]** 707/7 707/10
707/14 707/18 727/20
727/21 730/3 741/17
743/5 772/14 775/13
775/22 776/10 778/19
787/12 787/13 799/12
**history [1]** 754/23
**hit [3]** 725/3 729/24
757/17
**hitting [1]** 729/23
**hold [2]** 756/18
801/20
**holding [1]** 754/12
**holds [1]** 738/16

## H

**hole** [2] 736/11 739/13
**holes** [1] 785/11
**home** [1] 736/25
**homes** [1] 749/1
**honest** [2] 713/14
790/17
**Honor** [67] 712/3
715/11 715/20 718/23
719/5 719/21 720/9
720/16 720/18 721/4
726/24 727/8 727/24
730/13 736/1 736/3
744/20 744/25 745/3
745/7 745/20 745/24
746/6 747/8 757/5
762/2 763/12 763/19
764/14 768/16 781/2
787/3 787/9 787/11
787/17 787/24 789/10
793/4 793/8 793/11
794/1 795/3 796/5
797/13 797/17 798/8
798/15 798/19 799/11
799/17 800/1 800/9
800/12 800/19 800/25
801/13 801/19 802/14
802/24 803/5 803/13
803/16 804/15 804/23
805/3 806/15 808/14
**HONORABLE** [1]
700/5
**honored** [1] 713/7
**hoop** [1] 739/13
**hope** [7] 749/10
782/17 784/3 784/7
784/13 784/13 808/7
**hopefully** [1] 808/5
**hoping** [1] 786/13
**hotels** [1] 740/14
**hour** [2] 786/18
786/19
**hours** [2] 741/3 773/6
**house** [10] 748/17
754/25 759/13 759/15
761/3 773/7 775/13
776/22 778/19 794/11
**housekeeping** [1]
721/8
**houses** [1] 755/6
**how** [31] 705/19 706/9
706/10 722/14 723/12
723/23 724/9 727/19
728/15 733/23 735/24
738/3 740/6 752/22
754/24 758/1 758/5
758/7 760/3 760/24
761/3 762/13 764/9
764/10 767/18 780/19
781/22 782/14 783/19
789/18 791/17

**huge** [2] 736/11
757/17
**HUGHES** [2] 701/7
760/14
**human** [4] 756/20
760/10 760/11 779/8
**hundreds** [8] 740/11
740/13 741/2 741/17
741/18 760/19 769/8
773/6
**hurt** [2] 781/9 781/24
**hurting** [1] 770/19
**husband** [1] 768/1

## I

**I'd** [5] 734/5 744/25
745/3 763/6 788/17
**I'll** [13] 702/17 722/15
739/13 760/6 784/23
786/24 791/13 794/8
798/18 799/10 802/13
803/12 805/6
**I'm** [61] 702/6 715/11
715/23 718/25 719/12
719/21 720/4 720/10
720/13 720/19 723/22
737/21 743/11 743/17
746/13 746/14 746/16
747/5 747/13 747/14
748/7 753/6 755/16
756/7 757/10 758/3
758/3 758/7 760/10
761/20 761/23 762/6
763/13 763/14 764/14
764/14 769/12 770/19
771/13 771/13 771/23
772/1 772/2 775/11
776/13 776/16 776/16
776/16 776/16 777/13
778/25 784/19 784/19
786/18 795/4 797/16
799/20 801/16 803/15
804/13 808/3
**I've** [15] 705/7 731/23
755/22 756/6 756/23
757/11 757/11 761/20
766/3 778/10 779/23
779/24 780/5 794/24
803/25
**I.D** [1] 780/1
**ICC** [1] 738/10
**idea** [5] 718/6 724/15
740/25 752/10 788/23
**identification** [1]
725/14
**identified** [3] 715/4
716/8 793/13
**identify** [1] 793/18
**identifying** [1] 795/5
**identities** [1] 710/9
**IDRS** [1] 725/15
**if** [112]

**ignorance** [1] 713/10
**ignore** [1] 703/10
**illegal** [12] 716/21
723/12 723/13 727/23
743/1 766/8 768/10
777/3 777/5 777/5
777/8 778/23
**illegitimate** [1] 735/6
**illusion** [1] 782/23
**imaginary** [4] 756/25
763/22 770/7 776/2
**imagine** [1] 743/12
**immediately** [1] 788/7
**impartial** [3] 704/7
704/9 704/12
**important** [5] 703/10
706/9 737/19 745/8
790/15
**importantly** [1]
740/15
**imprisonment** [1]
729/10
**improper** [2] 763/16
798/11
**in** [343]
**incapable** [1] 771/14
**incapacitated** [1]
792/13
**inchoate** [1] 770/14
**inclined** [1] 798/3
**include** [4] 710/5
717/21 718/2 728/21
**including** [2] 791/16
791/18
**income** [8] 724/3
724/23 724/23 725/4
729/17 731/3 735/7
789/9
**incredibly** [1] 745/8
**indemnity** [1] 800/3
**India** [2] 750/8 750/8
**indicating** [1] 805/15
**indicia** [1] 717/20
**indictment** [32]
703/13 706/12 706/14
707/21 708/7 708/25
709/20 710/25 711/3
711/15 714/1 714/3
714/17 714/20 715/4
715/25 716/2 716/9
720/8 721/20 735/22
753/12 753/14 753/14
754/2 759/8 770/21
793/14 793/15 793/24
795/11 795/19
**indirect** [1] 705/14
**individual** [1] 710/23
**individual's** [1]
713/18
**individuals** [1] 753/25
**indulgence** [1] 795/4
**infer** [1] 713/21

**inference** [2] 703/22
713/23
**influenced** [2] 703/5
790/22
**information** [10]
729/2 733/23 755/12
763/7 764/7 764/11
774/9 798/23 798/25
802/22
**informations** [1]
727/17
**informative** [1] 808/8
**Ingebretson** [2] 807/3
807/4
**initial** [3] 726/6 726/13
726/17
**injunction** [1] 776/6
**injury** [1] 768/23
**innocence** [1] 703/18
**innocent** [1] 703/15
**institution** [1] 782/25
**instruct** [4] 702/6
702/15 702/23 722/3
**instructed** [5] 705/7
713/1 713/3 723/19
743/24
**instruction** [20] 702/9
702/9 702/10 702/16
706/24 712/9 715/16
715/23 719/16 719/20
719/25 720/2 720/4
720/17 720/20 744/19
745/15 745/17 746/1
746/8
**instructions** [22]
702/18 702/24 703/9
703/11 706/23 720/23
721/13 722/6 722/13
722/15 731/2 733/15
744/16 744/17 744/22
744/23 746/3 779/12
786/24 790/3 792/20
794/8
**instructive** [1] 800/22
**instrument** [22]
714/10 714/12 714/23
715/3 715/5 715/7
716/8 716/9 716/12
717/5 717/9 718/18
719/7 730/6 736/14
765/10 765/19 778/11
778/14 778/17 797/23
799/16
**instruments** [8]
716/17 717/19 719/2
721/2 722/10 733/15
738/16 789/16
**insult** [1] 768/23
**integrity** [1] 733/24
**intend** [1] 720/3
**intended** [4] 705/4
716/20 718/6 745/1

**intending** [1] 708/9
**intent** [20] 709/4
712/21 713/16 714/7
714/9 715/10 716/14
718/8 718/9 718/9
718/15 748/11 771/5
771/6 771/6 772/23
781/13 784/17 786/4
786/5
**intention** [2] 748/4
749/24
**interact** [2] 737/23
772/20
**interest** [6] 706/2
708/22 717/11 718/17
724/23 758/16
**interesting** [5] 751/24
755/10 756/2 756/9
773/7
**interject** [1] 715/12
**interjected** [1] 756/23
**Internal** [11] 707/22
708/5 713/1 749/18
751/1 759/2 763/9
767/19 768/7 775/18
782/10
**International** [2]
738/10 781/14
**interpret** [1] 705/4
**interpreted** [2] 771/11
771/11
**interrupt** [1] 730/14
**interruption** [2]
721/12 806/4
**Interview** [1] 759/2
**into** [50] 703/11
703/11 705/25 717/1
723/23 724/3 724/9
725/5 725/19 725/20
726/5 726/7 728/24
735/9 746/2 748/20
749/9 751/21 754/22
756/23 766/11 766/19
767/14 768/3 768/3
768/12 769/11 769/14
773/7 774/11 774/13
775/23 778/1 779/10
779/23 779/24 782/2
782/19 782/24 786/14
786/17 788/3 788/7
792/22 797/11 804/8
804/10 804/20 804/22
805/8
**invested** [1] 777/7
**investigating** [1]
763/3
**investigation** [2]
727/20 759/23
**investing** [1] 773/3
**investment** [2] 738/23
758/19
**invisible** [1] 760/13

{PLAINTIFF}
{DEFENDANT}

{WITNESS NAME}
{DATE}

**I**

invocation [1] 788/25
involve [1] 793/10
involved [6] 710/17
749/21 757/11 757/12
766/6 781/16
Irish [1] 750/1
IRS [83] 701/11
702/14 723/1 724/1
724/2 724/20 724/21
724/22 724/24 725/1
725/6 725/7 725/25
726/2 726/20 726/20
726/21 727/10 727/13
727/19 727/23 728/2
728/4 728/6 728/20
728/22 729/1 729/2
729/5 729/6 729/22
731/4 731/11 732/1
732/2 732/8 732/14
732/17 733/14 734/1
734/18 736/17 737/2
739/15 739/19 739/22
740/7 740/23 741/23
742/4 742/12 742/12
742/17 746/16 751/17
752/8 753/22 757/22
759/22 761/8 762/10
763/3 764/7 764/11
767/2 767/8 767/24
768/20 768/24 769/12
772/16 773/7 776/6
776/11 776/21 779/10
780/24 781/1 781/21
781/23 782/1 785/16
788/19
issue [6] 702/13
717/25 729/6 731/24
751/14 763/4
issued [7] 714/13
715/7 716/12 726/2
729/5 729/6 730/6
issues [1] 714/8
issuing [1] 717/24
it [312]
it's [101] 702/10
715/16 715/16 720/10
725/9 726/19 727/5
727/6 730/17 736/7
737/12 739/21 739/21
741/8 741/9 741/11
743/16 743/25 744/7
745/15 745/16 746/4
750/14 750/14 750/14
752/2 752/2 752/24
753/21 755/3 755/7
757/22 759/11 760/13
760/14 760/14 760/25
761/2 761/21 762/24
763/4 763/25 764/10
764/12 764/22 764/22

765/5 767/16 767/16
768/9 768/13 770/24
771/14 771/14 771/21
771/22 772/24 772/24
772/24 773/6 774/14
775/1 775/1 776/18
777/5 777/5 777/20
777/20 777/21 778/23
779/8 779/9 779/20
780/7 780/9 780/10
781/7 782/11 783/4
784/5 784/7 784/21
785/22 785/23 785/23
786/17 787/25 789/13
792/9 794/23 797/14
798/10 798/11 798/11
798/12 801/25 802/21
803/10 804/3 805/8
805/20
item [3] 714/10 718/21
800/19
items [7] 715/4 715/5
716/8 716/10 718/21
792/17 792/18
its [7] 708/8 709/21
715/23 715/24 734/9
790/25 805/1
itself [6] 709/15
717/14 754/2 762/14
764/11 800/22
IV [2] 700/18 700/18

**J**

jack [7] 740/10 742/20
748/16 760/21 766/18
771/2 775/4
jack-booted [1]
748/16
jackpot [2] 725/3
729/24
Jacob [1] 774/18
Jacquelyn [1] 776/7
jail [9] 758/20 760/19
770/6 770/22 771/1
772/7 773/20 776/5
781/12
JAMES [1] 701/7
Jeffrey [1] 747/7
Jesus [2] 756/3 786/2
jicama [1] 748/21
job [2] 722/24 723/1
Joe [3] 752/15 757/14
766/3
JOHN [1] 701/11
John's [1] 761/23
Johnson [1] 806/24
join [1] 710/6
joined [1] 706/18
joins [1] 709/7
joint [6] 725/5 725/7
725/11 726/21 727/11
768/14

Judeo [1] 756/2
judge [12] 700/5
719/23 743/24 751/7
753/7 766/7 772/12
777/16 777/17 778/25
781/22 801/23
judgment [2] 772/11
772/15
Judicial [1] 809/7
June [3] 731/13
808/12 809/10
junk [3] 734/23 761/2
776/17
juris [1] 778/12
jurisdiction [1] 759/17
juror [8] 790/5 791/4
792/13 802/23 802/24
803/2 803/5 803/10
jurors [9] 746/4 790/7
790/11 790/12 790/14
790/22 792/10 792/19
799/1
jury [72] 700/14 702/3
702/6 702/17 702/19
702/20 702/22 702/25
719/15 719/18 720/3
721/6 721/7 721/11
730/11 744/24 745/18
746/25 747/4 782/7
786/17 790/2 790/4
791/9 791/11 791/17
792/2 792/17 792/18
792/23 793/2 793/17
793/25 794/3 794/7
794/9 794/10 794/15
794/25 795/6 795/7
795/12 795/20 795/22
795/25 796/3 797/3
797/6 798/3 798/21
799/4 802/17 802/18
802/20 803/11 803/22
803/25 804/7 804/11
804/14 805/20 805/10
805/13 805/14 806/5
806/8 806/9 806/14
807/19 807/21 807/24
808/9
jury's [1] 798/16
just [102] 703/25
707/18 712/3 719/2
720/2 722/3 723/18
725/22 726/5 729/25
731/2 731/23 732/24
733/13 734/1 734/18
734/24 735/12 738/21
739/24 740/22 743/22
743/22 744/5 747/13
747/24 748/1 748/11
749/23 750/14 750/25
751/3 751/14 751/16
752/22 752/23 753/16
754/3 754/10 754/11

754/18 754/25 755/14
756/12 756/17 757/13
759/8 759/13 760/7
760/20 761/2 761/2
762/15 762/15 763/4
763/10 764/23 766/10
766/20 768/23 770/14
770/19 770/21 770/23
770/25 771/14 771/14
774/23 776/8 776/11
776/13 776/18 776/18
776/22 778/5 778/15
780/7 780/10 782/22
783/22 784/12 787/19
790/3 792/11 793/4
792/2 794/5 794/19
795/14 795/16 795/16
798/8 799/20 800/2
800/13 801/20 802/8
802/10 802/21 802/12
802/22 806/6
just wanted [1]
749/23
justice [2] 744/7
744/10
justification [1]
788/24

**K**

karma [2] 750/11
751/22
keep [9] 723/15
729/23 729/23 752/16
760/7 761/5 777/10
782/4 785/1
keeps [1] 778/16
Kennedy [1] 749/5
kept [6] 723/16 729/23
760/3 789/14 789/16
789/16
Kerr [17] 730/2 730/4
731/5 733/11 734/6
734/14 735/2 737/25
738/1 738/2 738/7
752/18 773/22 775/11
775/11 775/12 779/6
key [2] 752/6 752/6
kick [1] 754/12
kicked [2] 750/21
754/9
killed [1] 757/16
Killionaire [1] 757/14
kind [17] 708/14
737/13 738/22 739/9
739/10 740/4 746/11
747/6 748/2 748/12
755/10 757/14 758/21
766/20 773/12 776/2
797/24
kinds [4] 703/23
741/12 751/13 766/16
Kirsling [1] 733/17

kitten [2] 747/23
771/16
kittens [3] 747/18
747/19 781/11
knee [2] 754/17
754/18
knew [22] 710/16
712/16 723/5 723/5
723/13 723/15 734/22
735/19 736/21 736/22
737/18 738/5 742/2
742/2 746/18 748/7
748/24 748/24 752/21
761/24 776/14 779/25
know [73] 706/1
710/16 725/7 735/8
737/10 737/11 737/20
738/3 738/8 739/6
740/6 740/7 740/12
741/11 741/14 741/15
741/25 742/8 742/9
743/2 744/15 747/5
748/5 749/17 750/1
750/19 751/3 751/22
751/23 751/25 752/19
752/20 755/3 756/15
757/9 759/12 759/14
759/16 759/16 759/17
760/24 761/3 762/17
766/15 766/16 768/1
769/15 770/3 771/15
771/16 771/17 773/15
773/22 773/23 775/15
776/5 776/17 777/19
778/13 778/15 780/10
783/15 783/22 784/18
784/19 785/5 786/21
794/20 794/24 797/25
798/17 800/4 803/5
knowing [3] 708/8
709/13 711/9
knowingly [4] 712/24
713/9 713/13 714/21
knowledge [6] 709/5
709/9 710/8 738/12
738/15 738/15
knowledgeable [1]
740/4
known [3] 712/19
712/20 725/25
knows [4] 742/1
773/16 776/15 794/3
Kristy [6] 725/14
728/11 729/3 741/22
742/3 787/10

**L**

L.A [1] 765/11
lack [1] 704/8
ladies [14] 722/19
728/15 729/18 731/23
732/5 732/19 734/22

## L

**ladies... [7]** 735/7
735/13 736/4 747/4
789/14 789/23 806/16
**Laetrile [1]** 748/20
**Lama [1]** 750/9
**landlord [1]** 751/18
**language [9]** 711/17
720/20 746/4 798/1
798/5 800/16 800/17
801/15 802/4
**larger [1]** 729/14
**last [10]** 715/16
719/19 720/17 728/6
731/20 777/15 787/7
793/11 795/19 803/2
**Lastly [1]** 731/17
**latch [1]** 771/17
**late [2]** 747/22 771/16
**later [7]** 726/23 727/3
727/9 749/4 755/13
765/2 765/21
**latter [1]** 798/25
**laughed [1]** 727/18
**Lavender [8]** 733/21
733/25 742/23 743/22
761/18 784/18 789/19
801/3
**law [38]** 701/15
702/11 702/12 702/15
702/23 703/3 703/4
703/5 705/17 713/3
717/9 723/19 723/20
728/15 753/16 755/24
756/9 758/4 758/10
758/10 760/10 766/2
766/21 766/22 766/23
770/11 771/3 771/8
771/9 773/2 773/10
773/11 777/17 779/18
780/10 784/7 790/23
804/4
**lawful [3]** 707/22
708/5 709/16
**laws [6]** 729/9 755/18
755/20 765/8 778/22
786/6
**lawyer [4]** 707/6
707/10 707/14 784/19
**lawyer's [2]** 704/25
705/1
**lawyers [8]** 704/23
704/24 705/2 705/6
722/16 744/17 781/6
791/14
**leads [2]** 730/8 730/21
**learn [1]** 738/2
**learned [5]** 738/2
738/4 738/4 738/5
750/11
**lease [1]** 717/14

**least [10]** 708/3 708/8
708/10 708/24 709/21
710/15 710/24 767/16
777/15 797/22
**leave [3]** 792/18
800/23 806/5
**leaves [1]** 704/2
**lectern [3]** 781/3
781/5 789/4
**lecture [2]** 739/3
741/1
**lectures [5]** 740/11
740/14 740/16 766/19
773/6
**left [2]** 726/4 761/25
**legal [20]** 717/6 718/1
723/9 723/14 735/18
737/22 744/6 751/11
765/5 765/6 772/6
777/1 777/15 777/17
778/23 779/1 779/11
780/16 781/19 781/20
**legalized [3]** 749/11
749/12 749/12
**legally [4]** 753/18
753/24 758/12 769/19
**legitimacy [1]** 730/5
**legitimate [9]** 733/14
737/10 738/4 741/21
742/10 757/21 789/8
789/15 789/21
**less [2]** 726/2 726/10
**let [26]** 745/14 748/11
752/10 753/7 757/2
757/9 759/7 760/8
760/20 761/19 764/4
766/19 770/11 775/9
777/23 779/19 784/10
792/8 793/19 794/5
797/16 799/9 799/20
802/10 803/11 807/19
**let's [10]** 723/24
723/25 724/8 726/7
736/24 753/10 766/9
800/10 801/14 802/23
**Leticia [5]** 802/22
803/3 803/6 803/8
805/16
**letter [16]** 727/4
727/10 728/3 728/6
734/12 734/15 734/18
734/21 737/7 763/5
764/21 765/6 770/11
770/22 770/23 770/25
**letters [9]** 718/20
734/18 763/10 763/11
769/12 772/18 772/18
788/20 789/6
**level [1]** 783/18
**levied [1]** 726/21
**Lew [1]** 774/18
**liabilities [1]** 717/7

**license [2]** 747/18
754/1
**lie [7]** 753/14 753/15
753/15 753/16 754/2
754/3 754/3
**lien [8]** 751/2 751/3
751/6 764/24 764/25
781/18 781/9 781/22
**liens [3]** 751/4 751/10
781/18
**life [9]** 748/13 750/8
770/2 772/8 772/22
774/25 776/18 783/5
785/15
**lifetimes [1]** 747/5
**light [5]** 706/6 741/8
742/18 746/8 786/14
**lightening [1]** 783/22
**lights [1]** 740/12
**like [57]** 707/18 714/8
727/23 728/2 730/9
730/22 733/13 734/1
734/5 734/18 735/12
737/10 737/16 738/21
738/23 739/7 739/22
740/2 743/22 743/23
744/25 745/3 745/11
746/12 747/17 748/22
755/7 757/15 759/12
762/24 765/15 766/14
767/3 769/3 770/13
772/16 772/16 774/12
776/10 776/12 778/19
781/7 782/8 782/13
783/17 784/13 784/18
788/17 794/23 798/1
798/7 798/11 798/25
799/15 800/20 804/2
804/10
**likely [1]** 745/16
**likes [1]** 703/6
**liking [1]** 799/13
**limit [1]** 800/2
**limitation [1]** 793/5
**limitations [1]** 759/9
**limited [1]** 717/22
**line [3]** 724/5 779/15
780/19
**lined [1]** 749/16
**linked [2]** 779/15
780/20
**list [20]** 729/15 753/10
797/9 797/10 797/15
797/25 798/4 798/9
798/22 799/8 799/14
800/13 801/13 803/25
804/2 804/6 804/7
804/12 804/14 805/7
**listed [2]** 725/8 729/4
**listen [1]** 737/10
**listened [1]** 790/11
**listening [5]** 740/16

740/16 740/17 741/3
801/16
**literally [1]** 752/3
**little [9]** 737/12 747/23
748/11 761/8 771/16
775/15 775/15 775/16
799/9
**Liu [1]** 807/9
**live [1]** 785/13
**lived [2]** 750/9 778/19
**lively [1]** 738/1
**lives [3]** 744/12
747/14 772/6
**living [1]** 743/11
**loan [1]** 774/20
**loaned [1]** 780/23
**locate [1]** 804/4
**locations [1]** 710/9
**lock [2]** 732/10 749/19
**lockstep [1]** 724/16
**logic [2]** 739/23
743/13
**long [6]** 710/4 718/4
718/14 748/23 748/23
750/10
**look [22]** 726/7 736/9
736/10 738/7 751/10
754/2 754/4 755/11
768/15 769/6 770/1
776/12 784/23 785/18
787/22 794/2 794/5
798/6 799/20 800/5
800/10 801/17
**Look,I [1]** 784/18
**looking [6]** 754/23
778/18 783/23 783/23
798/23 799/20
**loop [3]** 774/19
774/19 774/19
**loophole [1]** 739/11
**loopholes [2]** 743/2
743/2
**LOS [7]** 700/15 700/24
701/9 701/16 702/1
750/4 797/1
**losing [1]** 768/5
**loss [3]** 718/11 718/14
782/16
**lost [1]** 802/23
**lot [12]** 719/1 722/22
722/23 748/3 750/24
752/17 755/7 757/10
758/15 769/1 772/20
801/10
**lottery [1]** 788/25
**lounge [3]** 794/15
794/20 794/23
**lovely [1]** 784/18
**loves [1]** 774/13
**Lu [3]** 759/13 759/14
763/5
**LUCERO [1]** 701/11

**lunch [8]** 786/18
786/19 786/20 786/22
792/3 792/24 794/17
794/18
**Lutherans [2]** 750/1
750/2

## M

**M16 [1]** 754/12
**machine [3]** 729/22
740/25 754/9
**made [24]** 707/12
708/19 712/18 712/20
712/21 712/21 723/2
724/15 725/6 725/22
730/5 733/10 733/15
737/4 742/24 742/25
760/1 762/22 788/11
788/18 790/16 793/13
800/14 801/14
**made-up [1]** 724/15
**maiden [1]** 803/7
**mail [1]** 737/8
**mailed [4]** 728/20
732/14 733/10 744/2
**mailing [1]** 733/1
**mainstream [1]**
748/15
**Majai [1]** 750/11
**MAKAREWICZ [6]**
701/7 760/7 760/8
760/13 762/18 771/24
**make [28]** 711/20
712/24 713/23 713/24
729/19 730/15 734/5
736/8 739/24 747/1
751/16 753/7 755/11
755/21 755/25 757/21
770/6 771/4 771/10
774/9 776/7 776/8
776/11 789/4 789/5
801/11 804/12 808/6
**makes [8]** 705/17
711/6 712/23 739/23
758/15 759/6 778/3
778/6
**making [8]** 702/21
711/13 712/11 712/19
713/6 733/5 734/16
734/20
**man [4]** 727/18 743/19
772/14 787/19
**man's [2]** 787/7 788/8
**manager [3]** 780/4
780/5 780/7
**mangled [1]** 761/8
**manner [1]** 706/2
**Manson [1]** 747/7
**many [9]** 710/5 728/15
748/14 749/19 801/2
803/1 804/2 804/3
804/3

**M**

**March [3]** 708/2 724/5
724/11
**Mariscol [5]** 802/22
803/4 803/8 803/8
803/9
**mark [3]** 727/13
741/16 744/11
**market [1]** 778/5
**marks [1]** 730/5
**marriage [1]** 753/22
**married [4]** 743/9
753/18 753/23 753/24
**masks [1]** 760/12
**material [2]** 707/3
707/4
**math [1]** 767/3
**matrix [3]** 775/14
775/17 775/19
**matter [11]** 703/13
708/17 721/8 729/21
729/21 738/24 743/18
755/19 776/21 782/10
809/6
**matters [2]** 708/22
787/14
**Maureen [1]** 749/5
**may [38]** 700/16
703/11 703/22 704/6
704/19 704/21 705/8
705/11 705/21 705/22
705/24 709/16 709/23
710/2 710/4 710/5
710/7 713/5 713/11
713/13 713/20 715/11
721/8 726/18 729/9
732/21 745/11 787/6
790/24 791/8 791/14
791/14 793/1 793/21
794/25 797/1 800/25
801/15
**maybe [4]** 758/13
767/25 784/13 803/7
**me [57]** 711/20 719/16
719/23 720/2 722/14
737/20 739/20 745/14
748/11 750/14 750/17
750/24 751/4 752/10
753/7 755/22 757/2
759/6 759/8 760/4
763/7 764/4 764/21
766/19 767/4 767/10
768/13 768/24 768/25
769/2 769/3 769/12
770/11 771/24 772/7
774/2 775/9 777/23
781/25 782/22 791/8
791/10 791/17 792/8
793/19 797/7 799/9
799/20 802/10 802/12

802/17 803/11 803/18
807/19
**mean [20]** 722/12
739/19 739/21 740/13
741/1 741/12 748/3
748/7 750/13 753/10
758/3 763/14 772/24
795/22 795/24 797/21
797/25 798/10 798/11
804/20
**meaning [1]** 713/3
**means [12]** 707/23
708/6 716/23 716/24
716/25 717/5 718/9
718/15 753/22 759/1
770/14 781/20
**meant [1]** 744/15
**Meanwhile [1]** 725/20
**Media [1]** 767/22
**medical [2]** 749/3
783/13
**Meier [5]** 743/4 743/23
750/17 766/8 789/19
**MELISSA [56]** 700/9
701/13 703/23 711/3
711/13 711/24 712/10
714/4 714/20 714/24
715/17 715/18 716/2
716/3 724/14 725/18
726/9 726/15 726/19
727/21 728/13 730/25
731/14 731/19 733/8
733/20 733/22 736/16
737/9 737/17 738/6
738/11 739/17 739/17
740/1 740/15 741/3
741/10 742/11 743/8
743/13 743/18 743/18
743/21 744/1 746/12
746/18 753/17 764/16
768/12 771/15 788/5
788/10 789/19 803/19
805/24
**member [7]** 709/2
709/25 710/2 710/7
777/21 790/4 791/9
**members [12]** 702/20
702/22 708/7 708/9
709/21 710/6 710/9
786/17 790/2 792/2
806/9 807/19
**memory [5]** 705/6
706/1 790/20 790/21
803/24
**mention [1]** 745/14
**mercy [1]** 786/2
**mere [1]** 726/1
**merely [3]** 709/12
709/13 717/3
**message [2]** 737/7
737/8
**met [2]** 708/21 743/11

**meticulous [1]** 740/20
**Mexico [2]** 748/21
749/2
**Microsoft [1]** 800/3
**midnight [1]** 740/12
**might [12]** 710/19
718/3 738/21 742/8
761/21 770/18 783/14
783/15 784/6 794/25
798/21 800/11
**milk [2]** 747/24 771/17
**million [14]** 724/14
730/2 731/8 739/17
739/17 739/20 746/14
746/14 746/15 760/1
761/1 769/4 776/10
787/20
**million-plus [1]**
739/20
**millions [8]** 737/6
737/6 737/14 742/1
748/9 760/18 783/24
785/15
**mind [10]** 745/23
754/23 758/9 765/24
767/5 767/5 771/22
785/23 785/25 803/15
**mind of [1]** 758/9
**minds [1]** 786/3
**minor [1]** 710/22
**minute [1]** 744/5
**minutes [5]** 719/13
719/17 770/2 787/4
787/6
**missing [1]** 736/10
**misstates [1]** 726/25
**mistake [2]** 713/10
764/22
**mistaken [2]** 802/25
802/25
**mistrial [1]** 793/5
**misunderstood [1]**
795/13
**misusing [1]** 796/3
**models [1]** 717/24
**mom [2]** 761/1 783/8
**moment [5]** 736/24
790/3 794/5 795/10
802/8
**moment's [1]** 803/11
**moments [2]** 735/11
802/12
**monastery [1]** 750/10
**monetary [3]** 738/10
757/4 783/20
**monetize [1]** 782/8
**money [55]** 717/10
717/13 718/19 724/18
725/16 726/12 728/24
729/20 732/8 737/12
738/9 738/17 738/20
738/21 738/21 738/24

739/16 741/6 741/20
742/10 752/24 758/14
758/15 758/15 758/24
759/4 765/2 765/3
765/4 767/7 767/20
767/22 768/6 769/1
769/2 769/4 769/17
769/18 774/10 774/24
776/9 777/6 777/22
778/1 778/6 778/21
781/25 782/5 782/8
782/19 782/21 782/25
783/2 783/19 784/23
**Monsanto [1]** 783/15
**month [1]** 769/18
**months [7]** 726/10
737/5 765/2 767/21
768/11 778/18 794/11
**Moore [1]** 807/5
**Morgan [7]** 724/20
725/15 728/11 729/3
741/22 742/3 787/10
**morning [3]** 702/20
736/4 747/4
**mortgage [9]** 775/8
777/23 777/24 777/25
778/3 778/4 778/7
778/20 780/20
**mortgages [2]** 723/3
778/1
**MORTON [116]**
**Morton's [4]** 725/4
741/21 743/18 768/13
**Mortons [3]** 733/10
737/23 739/5
**Mortons' [1]** 736/25
**most [2]** 745/12 799/2
**mostly [1]** 766/14
**mother [1]** 749/4
**motion [3]** 793/3
793/5 793/7
**mountains [1]** 749/17
**move [5]** 748/9 781/4
787/4 788/7 799/19
**moved [4]** 738/17
751/20 768/2 788/3
**movie [4]** 757/16
766/12 769/7 769/7
**movies [1]** 757/12
**moving [1]** 726/5
**Mr [8]** 737/25 740/8
746/22 759/14 760/14
760/14 797/12 807/9
**Mr. [48]** 707/17 711/21
719/21 720/7 720/15
728/6 728/8 730/4
731/5 733/11 734/6
734/14 735/2 738/1
731/8 738/2 738/18
738/22 739/9 739/16
743/17 744/16 746/24
747/1 752/18 770/9

773/22 775/11 775/11
775/12 779/6 784/16
788/11 788/18 792/7
793/3 794/14 794/21
797/8 799/12 802/11
805/1 806/22 806/24
807/13 807/15 808/3
808/13
**Mr. and [1]** 808/3
**Mr. Brody [8]** 720/7
720/15 744/16 784/16
793/3 799/12 802/11
808/13
**Mr. Cooke [1]** 806/22
**Mr. Cruz [2]** 797/8
805/1
**Mr. Johnson [1]**
806/24
**Mr. Kerr [14]** 730/4
731/5 733/11 734/6
734/14 735/2 738/1
738/2 752/18 773/22
775/11 775/11 775/12
779/6
**Mr. Morton [17]**
707/17 711/21 719/21
728/6 728/8 738/1
738/18 738/22 739/9
739/16 743/17 746/24
747/1 788/11 788/18
794/14 794/21
**Mr. Napier [1]** 807/15
**Mr. Raza [1]** 807/13
**Mr. United [1]** 770/9
**Mr. Urman [1]** 792/7
**Mrs [3]** 711/22 719/22
808/3
**Mrs. [1]** 808/4
**Mrs. Morton [1]** 808/4
**Ms [6]** 739/2 760/7
760/13 806/19 807/1
807/3
**Ms. [11]** 724/20
733/25 741/21 762/18
771/24 792/8 805/17
807/5 807/7 807/11
807/17
**Ms. Benudiz [1]** 807/7
**Ms. Borja [1]** 792/8
**Ms. Lavender [1]**
733/25
**Ms. Makarewicz [2]**
762/18 771/24
**Ms. Moore [1]** 807/5
**Ms. Morgan [1]**
724/20
**Ms. Morton's [1]**
741/21
**Ms. Nguyen [1]**
807/17
**Ms. Niketen [1]**
807/11

**M**

Ms. Perez [1] 805/17
much [14] 705/19
706/10 733/23 737/8
742/1 760/2 764/23
774/7 774/10 774/10
775/2 783/19 786/15
805/8
multiplicity [1] 793/17
multitude [1] 793/17
murder [1] 754/11
Mutual [1] 725/5
mysterious [1] 757/15
mythical [3] 756/25
758/1 763/22

**N**

name [9] 713/18
713/22 761/23 791/22
791/22 803/2 803/7
803/9 806/16
named [1] 776/7
nameless [1] 772/19
names [6] 710/9
720/22 722/4 760/9
760/10 760/15
Napier [1] 807/15
nation [3] 717/24
777/22 779/7
National [1] 749/4
naturopathy [1]
749/12
Navient [2] 784/24
801/3
nearly [1] 743/10
necessarily [1] 706/8
necessary [5] 708/19
710/6 717/16 718/12
791/7
need [6] 751/3 759/16
759/16 759/17 772/15
789/6
needed [1] 772/11
negotiable [1] 716/22
neither [3] 730/7
730/10 730/19
Nepal [1] 750/10
Nepalese [1] 751/21
never [14] 743/1
761/19 766/7 773/23
776/20 778/9 778/14
787/13 789/7 789/7
789/8 794/24 803/15
803/25
Nevertheless [1]
730/4
new [9] 723/17 725/17
725/18 725/19 725/20
726/7 761/16 788/3
788/8
newsletter [3] 766/12

next [4] 720/17 752/1
754/10 759/19
Nguyen [2] 807/1
807/17
nice [3] 767/25 768/1
781/11
night [2] 750/3 771/16
nights [1] 747/22
Niketen [1] 807/11
nilly [1] 751/2
nine [7] 713/25 720/6
720/13 721/19 733/7
795/25 805/21
Ninety [1] 788/7
Ninth [1] 771/22
nipple [1] 771/17
No. [8] 720/6 799/15
800/20 801/3 802/24
803/2 803/6 803/10
No. 1 [4] 720/6 803/2
803/6 803/10
No. 116 [1] 800/20
No. 121 [1] 801/3
No. 20 [1] 799/15
No. 8 [1] 802/24
nobody [5] 761/7
766/7 772/22 773/16
781/15
nobody's [1] 781/24
nodding [1] 806/13
nonculpability [1]
772/2
none [12] 705/23
735/14 738/14 738/14
751/4 751/5 766/6
771/6 772/3 773/1
776/24 777/7
nonexistence [1]
716/19
nonintent [1] 772/2
nonnegotiable [3]
716/22 765/10 802/5
nonsense [2] 741/8
741/9
Noon [1] 796/7
Nope [2] 756/21
772/14
normal [1] 745/15
North [1] 701/9
Norwegian [1] 747/17
not [180]
notarized [2] 733/12
744/1
note [10] 717/8
718/15 774/12 774/14
791/8 794/15 794/25
797/6 802/18 805/13
noted [1] 804/25
notes [12] 740/18
740/18 740/19 740/20
741/2 752/18 782/5

766/12 766/13
782/23 790/19 790/20
790/21 790/22
nothing [20] 736/24
737/8 737/13 737/22
744/1 751/8 765/21
766/21 768/14 774/25
776/15 777/1 777/22
778/21 782/8 782/19
785/20 785/24 793/18
804/9
notice [20] 749/16
762/1 764/25 765/18
765/21 765/24 765/25
765/25 767/2 770/8
770/21 770/23 770/23
770/24 770/24 772/1
774/16 775/22 789/14
789/15
noticed [3] 755/23
783/18 783/18
notices [8] 729/7
751/2 765/18 768/25
769/1 781/18 781/18
781/19
November [4] 708/11
729/13 730/23 731/10
nullities [1] 792/15
number [26] 706/8
725/14 727/16 727/20
740/22 742/13 742/13
742/15 742/16 751/16
755/23 759/16 759/25
761/15 767/12 779/16
779/17 779/19 780/1
780/2 780/12 780/20
780/21 788/9 788/9
795/24
numbering [1] 802/21
numbers [16] 717/22
722/23 723/6 724/15
729/14 732/21 757/9
757/10 757/19 757/20
757/21 769/7 769/10
774/16 780/11 782/11
numerically [1]
791/17
numerous [1] 733/2
nuns [2] 750/2 750/2
nursing [1] 771/16
Nutrition [2] 749/6
783/9

**O**

oath [3] 703/7 707/16
750/12
object [12] 708/25
709/4 709/10 726/24
732/7 732/17 762/2
764/15 798/9 798/14
800/13 801/12
objected [2] 773/21
803/25

objecting [2] 763/16
764/2
objection [22] 721/4
727/6 727/24 747/8
747/12 757/5 762/6
762/9 763/12 768/16
787/9 787/11 787/24
788/14 789/10 794/6
797/14 797/19 799/3
800/14 801/14 804/25
objections [3] 702/7
704/23 707/12
objectively [2] 713/17
717/21
objects [2] 708/8
710/15
obligate [1] 730/20
obligated [1] 730/16
obligation [8] 716/23
716/24 717/2 717/3
717/4 717/17 730/8
730/17
obligations [5] 716/21
717/20 718/2 718/2
718/5
obscene [1] 772/25
observed [1] 807/21
obstructing [2]
707/22 708/5
obvious [2] 732/8
755/3
obviously [1] 741/9
occasions [2] 792/12
804/3
occurs [2] 752/3
752/4
off [13] 723/3 749/1
751/13 752/16 754/5
758/8 758/15 760/4
762/21 764/11 764/24
782/21 794/13
offense [8] 706/13
712/24 713/6 716/16
719/11 721/18 722/1
770/14
offer [5] 715/3 716/7
716/25 717/3 728/10
offered [2] 715/2
716/6
offering [3] 714/21
714/22 733/5
offers [1] 714/7
office [6] 701/15
725/10 755/2 755/4
762/24 769/14
offices [2] 769/13
769/16
official [3] 717/22
717/24 762/17
offset [1] 761/7
Ogden [1] 769/12
Oh [18] 751/10 759/11

761/14 761/15 761/16
762/15 762/16 762/18
764/21 765/2 772/25
778/17 782/4 785/7
794/23 795/19 795/23
803/7
OID [14] 723/6 724/23
725/2 728/4 729/17
731/3 735/16 740/21
741/18 757/21 766/10
787/21 789/9 798/23
OIDs [5] 724/16
766/11 775/21 775/24
776/14
oil [1] 743/19
okay [24] 712/7
720/12 721/5 738/8
739/4 756/1 757/23
758/24 759/15 759/25
762/10 765/7 765/18
765/19 765/22 767/4
767/9 770/16 770/17
774/6 781/8 803/11
806/21 808/5
Old [1] 752/4
ollie [2] 758/25 758/25
omissions [1] 713/12
omit [1] 712/4
once [9] 748/24
763/22 765/3 766/3
774/8 779/12 782/1
782/3 786/9
one [92] 704/17
705/15 706/17 707/20
708/8 708/9 708/10
708/16 708/23 708/24
709/2 709/6 709/8
709/12 709/18 710/7
710/14 710/14 710/15
710/24 717/17 718/6
723/17 723/17 723/18
725/3 725/17 725/22
727/17 728/6 731/21
732/12 732/13 732/23
733/11 733/11 734/4
734/7 734/14 737/7
737/7 737/7 737/8
737/8 737/13 737/16
737/19 737/22 737/22
737/24 740/6 741/1
742/5 747/19 748/8
750/18 753/16 755/18
756/20 757/19 759/7
759/11 760/25 763/23
763/23 766/9 766/24
776/7 778/13 781/15
781/16 781/17 785/9
785/24 789/7 790/3
790/4 791/9 792/12
794/5 795/8 797/22
799/17 799/18 802/8
802/10 802/23 803/13

**O**

one... [4] 803/16
803/24 805/20 805/25
one-paged [1] 741/1
ones [3] 750/18 761/9
763/2
oneself [1] 718/12
only [38] 704/19
706/11 706/24 707/2
707/3 707/15 715/17
718/21 720/4 721/12
723/9 726/4 728/20
760/10 760/11 760/15
761/9 765/17 770/16
771/7 774/2 774/3
775/6 778/13 780/9
782/16 782/20 787/14
790/9 790/15 790/21
791/11 792/5 793/13
794/11 797/11 803/18
803/18
onslaught [1] 743/13
onto [1] 771/17
open [15] 702/19
712/8 715/21 719/18
721/11 740/13 742/11
746/25 779/19 780/8
780/8 780/12 791/12
805/10 806/8
opened [1] 725/10
opening [1] 705/2
operate [1] 771/7
operating [1] 771/4
operation [1] 762/25
opinion [4] 730/3
751/11 751/15 790/12
opinions [1] 703/6
opportunity [3]
705/25 765/19 786/18
opposed [1] 751/3
opposite [1] 734/24
oppression [1] 749/21
orally [1] 799/1
order [17] 707/24
711/12 712/1 712/10
714/23 716/3 717/10
717/12 718/19 721/22
735/25 748/22 775/17
798/22 799/2 799/5
799/7
ordered [2] 786/21
792/3
orderly [1] 801/21
ordinarily [1] 718/10
ordinary [3] 717/15
742/4 743/3
organization [4]
714/15 763/25 777/20
777/21
organize [1] 722/14
original [11] 734/6

734/14 761/10 764/3
773/14 773/21 778/7
778/11 778/13 778/17
778/20
Originally [1] 749/25
originals [1] 773/17
originators [1] 709/8
other [64] 704/1
704/12 705/3 706/4
706/6 706/22 707/19
709/8 709/23 710/2
710/9 710/10 710/17
713/12 713/20 714/10
714/12 714/14 715/4
715/5 715/7 715/8
716/8 716/10 716/12
716/13 717/11 717/12
720/22 722/5 725/22
729/20 733/14 734/24
739/12 741/13 747/11
749/19 751/11 752/17
752/17 754/15 759/2
759/7 759/19 760/4
760/12 767/18 768/25
769/9 770/5 772/18
777/2 780/8 780/12
783/13 786/6 787/1
790/11 790/14 792/10
792/18 799/25 804/2
others [8] 703/10
721/1 722/9 723/3
771/12 788/13 800/20
802/4
otherwise [3] 706/16
739/24 791/17
our [31] 722/24
722/24 723/1 724/20
744/9 747/14 748/7
748/7 748/8 748/17
749/1 749/10 752/24
753/19 754/7 754/9
760/12 761/4 761/21
762/11 764/22 764/23
766/21 776/22 778/12
782/17 785/23 786/12
786/12 805/13 805/14
ourselves [1] 773/12
out [75] 703/10
708/11 709/17 710/15
712/5 725/16 726/12
726/18 726/19 732/17
733/2 736/17 737/22
738/21 739/11 740/13
741/23 741/25 742/11
746/19 748/18 750/22
751/2 753/13 755/15
755/16 756/5 757/2
758/10 758/18 759/15
760/8 761/14 761/20
764/5 764/22 767/23
767/25 767/25 768/11
768/12 769/15 769/19

770/11 771/24 773/23
774/21 775/9 775/13
776/4 776/22 776/25
777/22 778/21 780/5
780/7 780/23 781/17
782/8 782/19 783/25
784/3 784/10 784/17
788/7 788/17 788/20
789/8 791/13 793/1
801/4 801/8 802/17
806/5 806/6
outcome [1] 706/3
outs [1] 803/1
outset [1] 744/16
outside [7] 702/3
719/15 786/6 793/2
797/3 803/22 808/9
over [27] 722/21 724/5
724/13 728/2 728/3
740/6 743/10 753/17
753/17 754/13 756/23
756/23 759/11 760/23
760/23 763/10 763/10
771/5 771/5 771/9
771/10 771/10 778/5
778/5 778/5 787/7
790/5
overall [1] 710/11
overheard [1] 780/6
overly [1] 790/21
overnight [1] 702/7
overruled [7] 727/2
727/6 728/1 757/7
788/2 788/16 789/12
overt [4] 708/10
708/12 709/15 709/19
owe [6] 764/10 765/2
765/3 765/4 769/1
769/17
owed [4] 739/19 764/7
769/3 769/19
own [10] 707/10
723/13 729/16 739/6
761/18 766/22 786/22
790/16 790/20 805/13
owned [2] 735/1
750/3
owner [1] 750/3
oxen [1] 758/25

**P**

p.m [3] 797/1 802/18
808/15
package [2] 735/10
761/13
page [1] 809/6
paged [1] 741/1
pages [4] 700/19
740/18 740/19 741/2
paid [8] 724/23 733/6
735/2 741/23 752/16
767/8 784/12 787/7

paper [13] 717/12
724/19 729/5 733/7
735/2 738/19 760/20
760/23 760/24 761/2
761/10 762/18 767/5
paperwork [3] 754/14
757/3 770/3
paramedics [1] 808/4
parameters [1] 799/1
pardon [2] 719/23
739/20
parse [1] 711/24
part [17] 705/23 711/6
711/17 714/6 719/9
721/16 722/23 723/1
724/1 731/20 733/1
746/2 752/13 769/22
778/12 801/25 804/24
participants [1]
735/15
participate [1] 710/12
participating [1]
709/3
participation [1]
710/22
particular [2] 708/12
709/1
parties [1] 805/11
parting [1] 722/13
partnership [1]
708/15
parts [1] 744/18
party [2] 753/21 796/3
pass [7] 714/22 715/2
716/7 717/3 721/1
722/9 759/17
passed [4] 715/1
716/6 717/5 723/2
passes [1] 714/7
passing [5] 714/21
716/22 734/9 734/16
734/21
past [1] 735/4
Paul [3] 752/22
752/22 808/11
Pause [1] 806/7
pay [8] 717/10 723/3
724/17 741/25 752/17
758/5 781/25 782/7
payer [1] 725/14
payment [4] 716/23
717/13 787/13 802/5
payoff [1] 740/24
penalties [2] 728/14
788/22
penalty [2] 728/9
728/12
PennyMac [1] 734/3
people [75] 729/8
732/9 733/2 734/24
737/23 739/12 740/3
740/4 740/9 740/10

740/14 741/10 741/12
741/13 741/14 741/15
741/15 741/18 741/19
741/19 742/19 742/21
743/2 743/2 743/25
748/2 748/8 748/25
748/25 749/10 749/22
750/14 750/15 750/16
750/24 753/5 754/12
756/2 760/12 760/16
765/14 769/24 770/4
771/3 772/10 772/16
772/19 773/4 773/12
774/1 774/2 774/3
774/5 775/24 775/25
776/1 776/9 776/9
777/22 779/6 779/7
779/19 780/13 781/11
782/17 783/7 783/13
783/24 784/2 784/18
785/15 785/19 785/19
788/20 788/23
people's [2] 741/13
772/6
per [2] 701/20 728/5
percent [10] 725/16
726/2 767/13 767/15
767/15 767/16 767/16
767/19 788/7 799/6
Perez [6] 803/3 803/6
803/8 805/16 805/17
806/19
perfectly [2] 755/19
777/1
performance [1]
710/5
performed [3] 708/10
721/17 722/1
perhaps [2] 708/23
802/3
period [5] 710/4 724/5
726/4 726/14 769/18
pernicious [1] 752/9
persecute [2] 784/2
784/2
persecution [1]
783/19
person [24] 709/5
709/11 711/6 712/19
713/20 713/22 718/3
718/9 721/25 727/17
737/19 737/22 737/24
740/6 742/4 743/3
751/8 756/6 756/17
767/8 770/18 775/7
780/2 785/9
person's [1] 710/21
personal [2] 703/6
750/8
personally [3] 705/13
709/18 756/18
persons [5] 708/15

## P

**persons... [4]** 709/13 717/23 720/22 722/4
**persuade [1]** 779/20
**persuades [1]** 790/13
**pertinent [2]** 719/9 721/16
**pet [1]** 755/5
**Peter [2]** 759/13 763/5
**Ph.D [1]** 750/6
**pharmaceutical [1]** 783/14
**Philadelphia [1]** 769/13
**philosophy [1]** 783/25
**phone [5]** 727/20 727/20 742/13 742/15 772/17
**phonetic [2]** 750/9 750/11
**photographer [1]** 755/1
**Photoshop [1]** 764/2
**physicalized [1]** 753/4
**physically [1]** 785/10
**pick [1]** 772/17
**picked [1]** 751/24
**picking [1]** 753/2
**picture [2]** 755/2 755/3
**piece [6]** 760/20 760/22 760/24 761/10 762/18 789/17
**pieces [2]** 724/18 733/7
**pile [1]** 756/13
**pits [1]** 748/20
**place [8]** 731/17 751/15 754/7 754/22 755/1 760/5 783/1 794/25
**places [1]** 773/2
**plain [2]** 741/8 742/18
**plan [5]** 708/24 709/3 718/6 732/20 736/1
**plane [1]** 748/10
**play [1]** 788/25
**play-the-audit [1]** 788/25
**players [1]** 760/16
**playing [2]** 729/23 764/23
**plead [1]** 786/1
**pleaded [1]** 703/14
**pleading [1]** 747/14
**please [16]** 703/10 729/8 745/2 764/21 764/22 765/6 765/7 765/7 765/21 766/19 767/11 781/3 784/25 791/22 792/17 806/17

**plus [6]** 737/2 738/6 739/17 739/20 742/3 787/20
**pocket [1]** 759/17
**point [21]** 729/20 730/19 734/4 736/7 737/9 748/18 755/16 756/9 757/2 760/8 762/3 763/4 764/5 770/11 775/9 776/25 777/10 777/17 788/17 792/4 800/5
**pointed [5]** 754/14 758/18 761/20 771/24 776/4
**policy [3]** 779/20 780/9 780/9
**political [4]** 714/14 715/8 716/13 750/5
**polled [1]** 806/14
**ponder [1]** 802/12
**poor [1]** 730/18
**popular [1]** 785/17
**portraits [1]** 717/23
**possesses [1]** 714/9
**possible [1]** 704/4
**power [1]** 738/9
**pray [1]** 786/1
**prefer [2]** 746/1 781/5
**preference [1]** 744/17
**prejudice [1]** 706/4
**prejudices [1]** 703/6
**prejudicial [1]** 804/9
**premature [1]** 747/19
**prepared [6]** 779/11 780/16 791/2 795/8 797/10 804/14
**preponderance [1]** 745/16
**presence [6]** 702/3 719/15 793/2 797/3 803/22 808/9
**present [22]** 701/11 702/5 702/19 703/18 714/22 715/3 716/7 719/18 719/19 721/2 721/11 722/9 725/11 730/12 730/16 739/2 746/25 764/3 795/1 805/10 805/11 806/8
**presentation [4]** 798/22 799/2 799/5 799/7
**presented [15]** 712/14 712/14 715/2 716/6 716/10 722/22 723/4 724/10 763/21 771/20 775/10 778/13 793/16 806/17 806/20
**presenting [3]** 714/21 733/5 748/14
**presentment [1]**

773/18
**presentments [1]** 773/17
**presents [2]** 711/6 714/7
**preside [1]** 790/5
**president [2]** 749/4 749/7
**presiding [3]** 700/5 790/4 791/3
**press [1]** 766/7
**presumed [1]** 703/15
**previous [2]** 720/23 722/6
**previously [4]** 720/25 721/2 722/8 722/10
**prima [1]** 713/19
**principal [2]** 719/11 721/18
**print [1]** 752/23
**printed [1]** 774/14
**printer [4]** 775/15 775/17 775/19 775/20
**printers [1]** 775/15
**Printout [1]** 800/2 802/5
**prior [1]** 734/17
**prison [2]** 747/5 772/22
**private [8]** 752/20 773/24 774/14 775/1 777/20 777/20 779/3 794/23
**privileges [1]** 779/22
**PRO [1]** 701/20
**probable [2]** 753/13 754/4
**probably [2]** 710/20 767/13
**problem [1]** 763/8
**procedure [1]** 781/6
**proceed [2]** 735/24 745/2
**proceedings [15]** 700/14 702/3 711/19 712/8 715/14 715/21 719/15 756/24 793/2 797/3 803/22 806/7 808/9 808/15 809/5
**process [8]** 703/2 751/15 752/13 767/9 767/9 769/20 784/4 784/13
**produce [6]** 756/20 756/22 763/23 763/23 778/11 778/20
**produced [1]** 773/16
**producer [2]** 757/11 776/16
**producing [1]** 733/5
**product [1]** 733/24
**production [2]** 733/1

767/21
**profession [1]** 783/13
**profile [1]** 733/20
**program [1]** 787/21
**promise [2]** 717/10 717/11
**promising [1]** 703/7
**promissory [1]** 717/8
**proof [18]** 704/2 704/2 705/12 705/15 713/7 717/1 723/10 723/12 744/6 744/8 744/13 745/4 745/21 746/11 752/11 772/25 773/15 785/8
**proper [4]** 759/5 765/8 786/3 787/12
**properly [2]** 769/11 769/20
**proposed [2]** 793/12 793/19
**proposition [1]** 804/3
**prosecution [3]** 729/10 751/5 778/24
**prosecutions [1]** 767/14
**prosecutors [2]** 763/23 778/13
**prosper [1]** 786/10
**protected [1]** 753/9
**protests [1]** 768/15
**prove [19]** 703/18 704/4 705/17 708/1 709/18 712/12 714/25 716/4 718/7 718/12 721/23 722/24 723/1 723/4 732/6 736/19 736/20 753/16 771/21
**proved [2]** 719/10 790/25
**proven [4]** 732/23 735/19 753/15 785/24
**proves [3]** 703/16 710/13 723/21
**provided [1]** 790/23
**provides [4]** 711/5 714/6 719/8 721/15
**proving [2]** 703/19 746/18
**proviso [1]** 804/12
**prudence [1]** 778/12
**prudent [1]** 718/3
**public [9]** 748/14 758/4 768/4 768/5 772/20 775/1 776/20 776/21 777/20
**punch [2]** 770/17 770/18
**punctual [1]** 807/21
**punctuality [1]** 792/9
**punishable [2]** 719/11 721/18

**punishment [3]** 747/9 790/23 790/24
**purely [1]** 704/6
**purported [2]** 715/6 716/10
**purporting [1]** 714/11
**purpose [6]** 708/11 709/4 709/10 709/17 717/5 718/10
**purposefully [1]** 722/12
**purposes [1]** 713/19
**pursuant [1]** 809/3
**put [29]** 724/24 727/11 740/6 740/22 744/11 745/8 747/21 747/21 754/25 757/21 758/14 758/18 759/21 760/3 760/18 761/5 769/23 769/23 772/1 773/2 774/11 774/13 775/19 775/23 781/20 781/21 785/9 785/24 800/5
**puts [1]** 778/4
**putting [9]** 716/25 729/23 753/20 769/10 772/7 772/7 775/5 779/10 780/11

## Q

**question [17]** 702/15 704/25 718/21 762/25 763/20 767/18 777/15 777/16 780/24 791/13 791/16 791/18 791/18 804/6 804/17 805/4 805/14
**questions [4]** 704/22 705/1 707/12 781/11
**quick [1]** 747/15
**quicker [1]** 726/16
**quickly [2]** 738/17 749/24
**quite [1]** 711/16
**quote [2]** 744/3 753/18
**quoting [1]** 766/21

## R

**radio [3]** 750/24 766/13 776/16
**raise [4]** 747/16 755/23 770/17 781/12
**raised [1]** 787/14
**ran [1]** 749/7
**raped [1]** 775/25
**rapid [1]** 731/25
**rather [2]** 716/18 800/13
**Raza [1]** 807/13
**re [3]** 801/3 801/4

**R**

**re...** [1] 802/4
**reach** [5] 726/20
786/13 790/7 790/15
790/18
**reached** [3] 791/3
791/19 805/15
**reaching** [1] 704/18
**read** [9] 703/11
719/25 722/3 758/4
758/8 792/21 806/9
806/18 806/20
**reading** [2] 718/20
718/25
**ready** [2] 750/20
791/6
**real** [12] 724/3 728/20
732/8 735/5 735/8
735/8 746/16 766/17
774/2 774/25 784/4
784/5
**realize** [2] 785/16
787/5
**really** [25] 723/8 724/7
728/18 736/15 737/18
738/16 739/6 740/1
741/23 744/5 747/15
748/4 750/17 750/17
752/12 766/11 766/20
770/4 770/5 784/1
784/15 784/16 784/17
785/21 799/2
**reason** [13] 704/5
710/16 710/18 743/8
743/22 757/18 760/8
761/24 762/23 768/2
769/15 772/10 792/13
**reasonable** [30]
703/17 703/20 704/2
704/5 704/10 704/13
708/2 710/13 712/13
713/18 715/1 716/5
718/7 721/24 722/24
723/2 723/22 732/24
735/20 736/19 736/21
740/23 744/7 744/13
744/14 745/5 746/18
767/5 767/8 791/1
**reasonableness** [1]
706/5
**reasons** [1] 731/23
**rebut** [2] 786/18 788/2
**rebuttal** [4] 746/24
786/24 787/12 787/13
**recall** [2] 703/7 727/13
**receipt** [4] 726/22
726/25 734/13 757/24
**receipts** [1] 757/24
**receive** [1] 782/1
**received** [17] 703/1
704/18 704/20 705/10

717/2 724/21 728/4
733/22 738/19 787/23
788/6 788/12 792/22
794/9 797/6 804/8
804/10
**recess** [7] 719/12
746/23 786/19 796/7
802/15 803/21 805/9
**recipient** [1] 716/20
**reconsider** [1] 728/7
**record** [9] 731/3
744/11 787/17 791/23
794/13 797/5 798/9
802/16 803/23
**recording** [1] 788/11
**records** [3] 724/22
725/1 734/25
**recount** [1] 756/22
**recovery** [1] 808/6
**red** [4] 738/18 754/24
775/17 788/5
**redact** [2] 799/19
799/22
**redact that** [1] 799/19
**redacted** [2] 797/10
805/1
**redactions** [1] 804/12
**redeem** [1] 752/7
**redeemable** [1] 718/1
**redemption** [3] 752/2
752/2 753/1
**redistributed** [1]
757/17
**refer** [2] 744/17 746/9
**reference** [1] 793/14
**referred** [1] 736/25
**referring** [1] 706/16
**refers** [1] 744/22
**refinanced** [1] 757/17
**refund** [33] 713/4
724/15 724/17 725/9
726/2 726/5 726/23
727/11 729/3 731/11
731/12 731/15 731/25
732/1 732/3 732/15
766/25 767/1 767/10
767/23 767/24 768/8
768/8 768/20 773/1
773/2 777/2 777/7
781/15 781/16 781/17
787/23 788/7
**refunds** [10] 724/4
724/13 725/2 726/25
728/23 729/6 729/14
731/14 732/13 787/20
**regard** [3] 702/13
744/22 792/7
**regarding** [5] 719/25
722/14 731/2 734/4
795/4
**regardless** [1] 716/21
**regulations** [1] 809/7

**rejected** [1] 734/15
**rejecting** [1] 734/17
**relate** [7] 716/1
720/21 722/4 733/7
733/8 795/23 796/2
**relates** [2] 716/2
794/3
**relating** [4] 712/9
714/18 714/20 716/1
**relation** [1] 731/20
**relative** [1] 745/4
**relevant** [1] 745/21
**religion** [1] 784/1
**religions** [1] 741/13
**rely** [1] 790/20
**remain** [2] 746/5
792/4
**remaining** [1] 806/2
**remember** [5] 705/5
734/6 767/11 777/18
791/16
**remembered** [1]
754/23
**remind** [3] 707/13
760/21 766/19
**remote** [1] 766/14
**remove** [1] 712/2
**rendered** [1] 807/24
**Reno** [1] 783/10
**reorganization** [1]
719/13
**report** [1] 729/16
**reported** [2] 729/17
809/5
**REPORTER'S** [1]
700/14
**represent** [2] 707/5
774/4
**representation** [1]
712/20
**representatives** [2]
724/25 734/2
**represented** [1] 715/6
**representing** [3]
714/11 760/12 760/17
**request** [5] 724/17
763/6 765/14 797/7
797/8
**requesting** [1] 731/14
**requests** [1] 802/18
**require** [1] 717/1
**required** [4] 704/4
709/18 713/23 745/25
**reread** [1] 715/23
**research** [1] 766/22
**resemblance** [2]
717/18 718/5
**Reserve** [14] 752/18
752/20 773/24 774/12
774/14 774/15 777/18
777/19 779/4 779/14
780/15 780/18 782/5

782/23
**respect** [6] 721/8
733/9 735/16 745/4
746/12 763/17
**respond** [9] 761/25
762/12 763/6 763/8
765/23 772/5 772/5
772/17 791/11
**responded** [1] 772/3
**response** [1] 799/4
**responsible** [1] 709/7
**rest** [3] 744/12 772/8
780/22
**restaurants** [1] 750/4
**results** [3] 732/12
756/11 788/22
**resumed** [2] 712/8
715/21
**rethink** [1] 745/14
**retrieve** [1] 792/18
**return** [26] 703/13
709/22 713/4 713/19
713/19 713/21 721/8
723/17 725/4 725/9
728/5 728/8 729/4
730/24 732/15 735/22
740/21 764/8 764/10
765/15 767/6 767/6
776/19 781/3 789/25
791/6
**returned** [1] 759/5
**returns** [39] 722/21
722/25 723/6 723/25
724/3 724/4 724/7
724/11 724/13 724/14
724/21 724/25 727/17
728/4 728/7 728/13
728/14 728/19 728/21
729/13 729/14 729/15
729/19 729/25 730/23
730/24 730/25 731/4
731/7 731/10 731/24
732/2 732/3 732/12
742/12 788/9 788/19
789/8 789/8
**revealed** [1] 716/20
**Revenue** [12] 707/23
708/6 713/2 749/18
751/1 763/9 767/19
768/7 775/18 781/14
782/10 799/24
**revenues** [1] 782/1
**review** [1] 805/14
**reviewing** [1] 745/23
**revised** [1] 795/17
**rhetoric** [1] 743/13
**Rich** [1] 743/2
**ridiculous** [3] 739/21
739/21 741/14
**right** [32] 703/22
707/7 711/16 715/13
717/13 718/22 736/2

739/2 742/9 742/11
747/14 748/15 753/21
755/19 755/25 758/20
758/22 765/20 766/1
766/24 771/10 777/3
777/14 778/15 779/20
782/11 782/13 789/1
790/14 800/24 801/8
801/24
**rights** [2] 717/6
784/11
**Rios** [1] 774/17
**rise** [1] 803/20
**robbing** [1] 759/4
**Ron** [2] 752/22 752/22
**room** [10] 702/25
754/15 754/17 754/20
754/22 755/6 792/17
792/18 792/23 794/12
**Rosie** [1] 774/17
**RPR** [1] 700/23
**rule** [3] 779/1 779/1
779/1
**ruled** [3] 756/15
793/16 795/11
**rules** [2] 772/4 792/9
**ruling** [3] 702/8 795/4
795/19
**running** [1] 762/24

**S**

**sacred** [1] 771/12
**said** [67] 703/12 705/2
721/13 727/25 730/10
730/15 735/3 737/9
737/17 737/20 738/22
739/2 739/3 740/7
742/24 743/1 749/23
750/22 752/24 754/8
755/2 756/3 756/16
756/21 757/23 759/13
759/15 759/18 760/23
761/20 762/15 762/16
762/19 764/21 765/2
765/6 765/18 766/1
767/2 767/4 767/6
768/9 769/1 769/3
769/16 771/24 773/24
773/25 774/11 777/1
777/3 777/12 779/6
779/25 784/16 784/18
784/22 784/24 788/6
788/15 788/18 789/6
790/20 792/3 799/15
802/11 805/13
**sake** [1] 764/2
**Salaman** [2] 748/18
749/5
**salesman** [1] 743/19
**salient** [1] 785/13
**same** [29] 710/7 714/8
724/15 724/15 724/16

**S**

same... **[24]** 724/16
724/17 725/13 725/13
728/18 731/13 731/15
731/15 731/15 731/19
731/19 732/11 732/12
732/13 732/17 732/22
733/9 743/9 757/18
788/9 789/13 796/2
801/7 802/1

sat **[1]** 741/3

satisfactorily **[1]**
805/7

satisfactory **[1]**
808/13

save **[2]** 762/20
786/14

saved **[1]** 733/20

saw **[9]** 705/13 739/15
741/16 750/18 750/22
755/1 759/20 775/12
785/10

say **[28]** 705/3 706/15
706/16 729/3 737/15
737/17 737/20 738/8
739/5 741/12 741/13
741/14 746/9 756/6
756/18 761/12 762/23
763/6 771/11 772/13
775/4 782/22 784/15
785/12 788/25 799/6
801/2 806/12

saying **[14]** 747/13
749/3 759/11 762/18
764/9 765/15 774/8
774/22 776/13 778/16
782/4 795/15 799/4
800/8

says **[14]** 705/23
720/5 752/22 779/18
779/20 780/2 786/7
789/1 799/15 799/23
800/20 801/6 802/4
802/18

scam **[5]** 724/2 737/11
737/18 737/21 741/1

scare **[1]** 739/12

scarecrow **[1]** 788/24

schedule **[1]** 786/21

scheme **[15]** 710/8
710/11 714/11 715/6
716/11 724/4 724/16
729/16 731/20 733/1
735/16 735/16 737/21
740/21 740/21

schemes **[1]** 735/15

school **[3]** 750/3
750/6 754/24

Schrout **[1]** 740/10

science **[1]** 750/6

Scientology **[1]**

741/14

scope **[2]** 770/10
784/7

Scott **[1]** 804/18

screaming **[3]** 754/11
754/15 754/17

screwed **[1]** 768/22

seals **[1]** 717/22

sean **[49]** 700/9
701/20 703/24 707/5
707/9 707/13 711/1
711/12 711/15 711/23
712/10 714/1 714/18
714/23 716/1 716/3
724/12 725/4 725/8
725/13 725/20 726/18
726/23 727/3 727/9
727/21 728/3 728/10
728/11 730/1 730/24
731/8 731/13 731/14
733/7 734/7 734/13
739/3 742/21 742/21
742/22 742/24 743/5
743/9 743/12 744/3
789/3 799/24 805/19

search **[7]** 734/12
736/25 737/5 753/13
754/4 754/6 799/24

searched **[1]** 737/14

second **[14]** 708/7
712/15 715/5 716/9
721/25 723/1 732/1
732/25 741/1 794/21
801/21 802/10 804/5
805/13

secondary **[1]** 778/5

secret **[2]** 763/1 763/1

secretary **[3]** 765/12
765/13 774/17

section **[20]** 707/24
711/2 711/4 711/5
711/11 712/23 714/2
714/5 714/5 714/16
718/18 719/8 720/1
720/1 720/8 721/15
721/21 722/12 758/6
809/3

security **[17]** 714/12
715/7 716/11 717/12
717/14 718/15 742/13
742/15 779/17 779/17
779/18 779/21 780/1
780/11 780/21 788/8
788/9

see **[30]** 705/25 720/7
720/15 723/23 724/9
726/3 734/25 741/24
746/2 758/11 758/13
759/21 770/3 772/3
772/20 775/24 775/25
776/1 778/9 780/4
797/12 797/16 798/6

799/14 800/10 801/4
801/15 802/2 802/23
806/12

Seehausen **[1]** 804/18

seeing **[1]** 757/10

seeking **[3]** 713/4
724/3 757/4

seem **[1]** 745/11

seemed **[3]** 737/23
740/3 808/5

seems **[1]** 793/23

seen **[5]** 705/8 735/6
736/7 775/10 794/1

seized **[3]** 737/3 737/3
737/3

self **[1]** 804/3

self-evident **[1]** 804/3

selling **[3]** 733/1
734/23 769/7

sells **[1]** 714/8

send **[11]** 739/22
740/23 763/5 763/6
765/16 769/14 781/11
791/8 791/13 794/25
799/11

sending **[3]** 717/1
759/22 761/22

sends **[2]** 765/21
769/12

sense **[8]** 711/20
717/18 739/23 739/24
742/24 742/25 755/25
759/6

sent **[27]** 734/7 736/17
739/16 742/12 760/2
761/13 762/20 763/10
764/5 764/6 764/12
764/21 765/17 765/17
765/19 765/22 765/24
765/24 767/4 767/11
768/24 768/25 769/2
769/16 770/22 788/20
789/6

sentencing **[1]** 808/10

sentient **[2]** 750/13
771/13

separate **[4]** 706/17
728/11 743/20 743/25

separately **[3]** 706/20
743/25 793/12

September **[2]** 734/15
762/1

serial **[1]** 717/22

seriously **[1]** 750/12

serve **[2]** 718/1 792/14

service **[20]** 707/23
708/6 711/7 713/2
724/20 749/19 751/1
759/2 763/1 763/1
763/9 767/19 768/7
775/18 781/14 782/10
792/11 807/20 808/1

808/7

services **[1]** 707/6

session **[1]** 705/9

set **[14]** 728/19 729/15
731/7 731/24 732/1
732/3 732/12 732/13
746/19 762/21 779/11
783/10 788/4 808/10

set-off **[1]** 762/21

setoff **[5]** 775/6
777/12 780/22 782/18
784/8

sets **[1]** 732/12

setting **[2]** 760/4
767/21

settle **[2]** 775/6 780/22

settlement **[3]** 762/21
777/12 782/18

seven **[12]** 713/25
715/17 715/25 731/18
740/19 756/4 756/4
756/5 756/5 759/12
778/19 805/21

several **[1]** 728/25

shadow **[2]** 786/11
786/12

shady **[1]** 737/13

shall **[3]** 718/1 786/10
786/12

share **[1]** 717/8

she'll **[1]** 808/6

shear **[1]** 743/13

sheds **[1]** 754/22

shocked **[1]** 769/10

shocking **[2]** 742/2
742/2

short **[4]** 710/22
721/13 726/12 746/23

shortly **[3]** 723/8
747/9 792/20

shot **[1]** 784/21

should **[22]** 703/12
703/25 706/21 707/3
711/20 720/6 720/25
722/8 746/16 761/12
771/11 775/4 789/25
790/9 790/13 790/20
790/21 791/4 791/9
798/2 801/4 801/8

shouldn't **[2]** 793/16
797/25

show **[18]** 716/25
717/3 723/13 723/15
723/20 724/22 729/19
732/20 735/18 736/24
747/16 748/2 757/23
759/8 768/23 786/8
793/19 804/13

showed **[6]** 734/6
734/14 756/12 760/20
761/10 767/13

showing **[2]** 760/7

769/24

shown **[3]** 723/10
723/12 738/12

Shroud **[6]** 740/8
742/20 749/21 758/3
766/18 779/12

shuffling **[1]** 749/1

side **[2]** 727/21 744/22

sidebar **[4]** 711/18
711/19 715/12 715/14

sign **[3]** 778/2 791/5
803/4

signature **[3]** 725/12
774/19 777/25

signatures **[1]** 717/24

signed **[12]** 713/18
713/20 713/21 713/22
725/12 728/19 733/12
751/7 791/9 791/10
802/21 805/15

significant **[1]** 792/11

signs **[1]** 808/5

silver **[3]** 758/7 774/25
779/8

similar **[1]** 708/22

Similarly **[3]** 705/1
709/11 709/24

simply **[4]** 708/21
790/14 790/18 799/4

since **[3]** 743/10
743/11 774/6

single **[8]** 703/9 751/6
756/17 757/19 757/24
764/3 771/20 785/1

Sipes **[1]** 802/6

Sipes/Barclay **[1]**
802/6

sir **[7]** 715/12 730/18
756/6 759/15 781/8
793/20 800/14

sit **[1]** 751/9

sitting **[2]** 727/21
754/6

situation **[3]** 750/19
785/1 796/2

situations **[1]** 750/25

six **[10]** 713/25 715/16
715/25 731/8 755/7
767/21 768/11 769/18
778/18 805/21

six-month **[1]** 769/18

Sixth **[1]** 755/24

slavery **[1]** 779/9

slaves **[1]** 780/14

slide **[1]** 745/21

slip **[1]** 757/7

slot **[2]** 729/22 740/25

small **[1]** 721/8

Smith **[5]** 740/10
742/20 760/21 766/18
771/2

snake **[1]** 743/19

**S**

**soaking** [1] 758/3
**Social** [1] 742/13
742/15 779/16 779/17
779/18 779/20 780/1
780/11 780/20 788/8
788/9
**sold** [3] 733/2 733/24
778/4
**solely** [2] 703/5
705/10
**some** [41] 703/10
709/4 709/10 709/21
709/23 710/2 718/10
718/11 719/13 722/13
737/2 737/11 738/1
738/6 738/22 739/18
739/22 745/4 747/17
754/1 757/18 758/16
758/19 762/24 763/7
776/1 777/4 784/3
784/13 786/24 790/2
790/18 791/14 793/9
799/1 799/22 800/10
800/20 802/3 802/20
804/7
**somebody** [10]
744/10 754/13 754/18
756/1 756/16 756/22
770/16 770/17 771/14
780/8
**somebody's** [1]
754/25
**somehow** [4] 755/17
762/16 762/21 762/22
**someone** [1] 741/11
**someplace** [2] 768/1
768/1
**something** [29]
708/17 711/16 716/24
718/1 729/7 730/10
732/14 732/16 737/9
738/23 739/11 739/22
748/5 748/6 748/24
749/2 749/9 750/16
752/15 758/6 767/20
769/3 772/9 776/10
778/12 782/13 783/20
794/16 795/1
**sometimes** [2] 741/23
746/3
**somewhere** [2]
773/15 784/6
**soon** [2] 726/20
792/23
**sorry** [16] 715/11
719/21 721/12 756/7
758/3 758/7 763/13
763/14 764/14 764/21
769/13 771/23 772/1
802/9 803/15 808/3

**sort** [2] 751/25 798/10
**soul** [1] 750/16
**souls** [1] 786/3
**sound** [1] 789/5
**Southern** [1] 750/5
**speak** [3] 707/10
790/5 804/5
**special** [2] 701/11
727/20 734/10
**specialist** [1] 727/13
**specialists** [1] 740/3
**specific** [5] 706/24
706/25 706/25 793/14
805/4
**specific count** [1]
706/25
**specifically** [1] 797/22
**specifics** [1] 736/13
**speculation** [1] 704/6
**spell** [1] 791/22
**spend** [1] 777/5
**spending** [2] 726/11
747/22
**spent** [3] 773/1
776/20 783/19
**spin** [1] 729/23
**spiritual** [3] 749/24
751/20 766/12
**spiritually** [1] 748/7
**spoke** [1] 707/13
**spread** [1] 769/15
**Spring** [1] 701/9
**SSN** [1] 780/9
**stabilization** [1] 738/9
**stacks** [3] 756/12
756/12 756/13
**stage** [1] 740/5
**stake** [1] 772/7
**stamps** [3] 778/7
778/8 778/8
**stand** [8] 707/16
735/11 752/18 754/13
756/14 772/12 772/25
789/3
**standard** [3] 741/6
744/7 744/8
**standards** [1] 745/4
**stands** [2] 772/5
791/17
**Staples** [1] 735/3
**start** [5] 712/9 720/13
723/25 753/14 784/13
**started** [4] 736/9
739/15 755/22 768/21
**starting** [2] 720/9
799/23
**starts** [3] 731/21
753/12 753/12
**state** [13] 705/6
714/14 753/18 754/1
758/9 765/12 765/13
771/22 778/22 780/13

**785/23** 785/25 791/22
**statement** [6] 712/18
712/20 726/4 726/24
730/18 737/1
**statements** [5] 704/23
705/2 717/25 726/3
788/11
**states** [65] 700/1
700/23 701/6 701/8
701/8 706/24 707/22
707/24 708/5 711/2
711/4 711/5 711/7
711/8 711/11 711/14
712/12 712/15 712/15
712/23 713/1 713/2
713/5 713/8 714/2
714/4 714/6 714/9
714/13 714/15 714/16
715/8 715/9 716/13
716/14 717/23 718/13
719/8 719/11 721/15
721/18 721/21 722/2
722/11 724/2 730/7
731/22 732/7 732/9
732/21 749/7 749/11
756/25 763/21 766/9
769/25 770/9 773/17
774/1 774/17 779/6
786/7 788/19 809/4
809/8
**status** [1] 716/22
**statute** [2] 717/7
719/2
**statutes** [2] 759/9
778/22
**stay** [2] 781/5 799/10
**stenographically** [1]
809/5
**step** [6] 732/10 735/17
748/18 749/13 749/19
783/10
**step-dad** [2] 748/18
783/10
**STEPHEN** [1] 700/5
**STEVEN** [1] 701/15
**still** [7] 735/11 743/6
743/7 774/18 784/5
784/6 800/4
**stock** [3] 718/16
718/16 776/21
**stocks** [1] 768/3
**stood** [1] 722/20
**stop** [5] 726/5 734/19
776/7 776/8 776/11
**stopped** [2] 725/2
763/18 763/18
**store** [1] 762/19
**stories** [1] 740/5
**story** [2] 739/25
747/15
**strange** [2] 757/18
773/19

**strategically** [1]
755/20
**street** [3] 700/24
701/9 750/22
**stretched** [1] 724/5
**stricken** [2] 705/7
787/18
**strike** [3] 773/19
773/19 787/16
**strong** [1] 744/17
**stronger** [2] 732/2
753/25
**strutted** [1] 740/4
**student** [1] 784/9
**students** [1] 784/8
**studied** [5] 758/10
771/2 771/3 771/8
771/9
**study** [3] 773/6 786/6
786/7
**studying** [2] 758/2
758/2
**stuff** [28] 741/5 747/6
747/20 749/17 751/11
751/14 751/19 753/23
756/11 758/13 759/9
759/22 761/11 763/3
764/1 766/16 769/6
769/16 770/20 771/8
771/9 773/3 773/4
773/12 773/20 775/13
776/15 779/25
**subdivision** [3]
714/14 715/9 716/13
**subject** [2] 729/9
739/8
**subjects** [1] 731/18
**submission** [1] 731/7
**submissions** [1]
731/10
**submit** [20] 724/8
724/17 725/21 726/4
728/10 728/23 728/25
729/12 729/18 729/22
731/22 732/5 732/10
732/19 732/22 733/23
734/21 735/13 765/6
789/23
**submits** [1] 793/15
**submitted** [17] 712/22
723/25 724/8 727/14
728/18 730/1 731/4
731/11 731/13 733/13
734/1 736/16 762/5
791/18 793/11 795/19
799/23
**submitting** [2] 742/5
742/17
**subpoenas** [1] 761/11
**subscribe** [1] 743/15
**subsequent** [1]
765/18

**subsequently** [2]
779/15 780/18
**subterfuge** [1] 726/5
**success** [1] 710/20
**successful** [1] 750/3
**such** [12] 705/12
707/3 711/9 713/23
713/23 713/24 716/19
716/21 717/7 717/20
717/21 804/3
**sue** [1] 756/2
**sued** [4] 756/10
772/10 772/11 776/11
**suffered** [1] 718/13
**suggest** [1] 737/17
**suggesting** [1] 737/9
**suggestion** [1] 703/12
**suggestive** [2] 798/1
798/4
**suing** [1] 771/24
**Suite** [1] 701/15
**suited** [1] 807/22
**summaries** [2] 707/1
707/2
**summary** [1] 798/11
**Superman** [1] 760/25
**superseding** [18]
707/21 708/7 708/25
709/20 710/25 711/3
711/14 714/1 714/3
714/17 714/19 715/4
715/25 716/2 716/9
721/20 735/21 793/14
**support** [1] 768/4
**supporting** [1] 707/3
**supposed** [5] 738/15
738/15 740/3 754/5
757/22
**Supreme** [4] 756/12
756/14 756/15 756/15
**sure** [11] 725/6
737/21 753/7 761/23
761/24 771/4 771/10
772/3 775/11 778/25
794/18
**surgery** [2] 754/11
754/18
**surrounded** [2] 739/7
740/1
**surrounding** [1]
742/19
**survive** [1] 747/24
**sustain** [1] 762/6
**sustained** [4] 747/12
762/9 764/17 768/18
**SVW** [1] 700/8
**swaddled** [1] 747/23
**swear** [1] 770/22
**sweat** [1] 777/25
**sweat-equity** [1]
777/25
**sworn** [2] 704/17

**S**

**sworn** [1] 791/24
**symbols** [1] 717/23
**sympathy** [1] 703/7
**system** [11] 725/15
727/14 744/8 744/10
753/20 758/21 769/11
775/23 775/23 778/12
782/14

**T**

**tab** [1] 751/24
**table** [3] 751/24 753/2
753/3
**Taiwan** [1] 757/18
**taken** [4] 732/6 761/2
762/11 790/19
**takes** [1] 778/3
**taking** [1] 759/4
**talk** [10] 736/12
736/13 736/24 744/5
759/14 763/6 766/10
766/25 772/17 787/1
**talked** [6] 733/18
750/24 766/14 788/10
788/12 789/18
**talking** [6] 752/6
752/7 770/3 770/14
772/7 803/18
**talks** [1] 785/25
**Tang** [1] 750/10
**tangible** [1] 724/18
**taught** [4] 752/12
760/22 773/4 774/10
**tax** [34] 713/4 713/21
722/21 722/25 723/25
724/3 724/17 724/23
725/4 725/14 728/12
729/9 732/15 734/8
734/12 740/2 740/21
755/15 755/17 755/17
755/18 761/9 763/4
763/24 764/4 764/6
764/9 764/13 764/20
767/6 768/25 780/1
787/7 788/18
**taxes** [3] 723/4 764/6
787/13
**taxing** [1] 764/9
**taxpayer** [1] 732/18
**TCC** [1] 727/15
**teaching** [3] 758/24
759/3 769/22
**teachings** [1] 740/19
**tearing** [1] 754/22
**teeth** [1] 775/16
**telephones** [1] 737/4
**television** [1] 757/11
**tell** [21] 728/2 733/21
744/15 746/13 746/15
746/17 747/15 751/9

754/5 757/2 761/19
765/7 765/7 767/1
770/12 773/5 776/17
781/22 782/15 791/16
804/14
**telling** [4] 723/11
762/15 766/21 789/15
**template** [2] 733/20
733/20
**ten** [7] 719/13 726/2
737/2 747/5 767/15
767/16 805/22
**ten-plus** [1] 737/2
**tender** [1] 718/1
**tens** [2] 751/15 781/17
**term** [5] 716/22
716/24 717/5 718/15
779/8
**terms** [3] 721/2
722/10 766/2
**test** [1] 745/9
**Testament** [1] 752/5
**testified** [8] 703/24
706/1 724/21 724/22
738/18 758/4 766/9
784/22
**testify** [7] 703/18
703/22 703/24 706/9
707/16 707/17 755/12
**testifying** [2] 706/2
754/8
**testimony** [15] 703/25
703/25 704/17 704/19
705/7 705/12 705/21
705/22 705/24 706/5
706/6 706/10 707/18
707/18 807/22
**tests** [1] 744/8
**text** [1] 737/7
**thank** [36] 702/21
715/20 719/14 727/8
736/3 736/4 745/3
746/16 746/21 746/22
763/19 764/18 764/23
767/10 781/8 786/15
786/15 786/15 790/1
792/1 792/8 792/16
792/19 793/4 793/8
795/2 796/5 796/6
797/13 802/14 805/3
807/19 807/25 808/7
808/8 808/14
**thanks** [1] 808/1
**that's** [62] 715/19
718/23 720/6 725/8
727/5 727/25 728/15
733/23 737/18 738/25
739/13 741/13 742/1
742/2 742/7 742/7
746/20 751/6 751/7
751/8 751/24 752/13
757/1 757/13 760/13

760/13 760/14 761/2
761/7 763/4 763/8
764/2 764/17 768/9
771/8 772/15 773/12
773/16 773/21 774/2
774/23 775/2 779/9
780/7 780/9 781/6
782/14 782/23 782/23
785/24 787/12 788/14
788/23 788/24 788/24
789/11 789/25 795/17
797/24 799/15 799/25
803/7
**thee** [1] 786/10
**their** [49] 705/2 705/3
706/10 716/21 722/16
723/12 723/13 723/15
724/1 724/25 728/18
729/8 729/16 732/7
733/1 733/3 733/16
733/24 734/13 734/22
734/23 735/10 735/10
735/15 735/18 737/1
737/6 738/14 738/14
739/6 741/20 743/24
744/11 744/12 756/25
758/12 758/13 761/18
768/8 768/22 772/23
773/23 773/24 774/9
775/10 776/3 785/11
789/22 805/6
**theirs** [2] 738/22
738/25
**them** [76] 703/3
704/22 705/5 705/6
705/6 706/13 723/11
724/9 728/2 728/19
728/20 729/7 732/12
732/16 733/11 733/12
734/19 737/5 739/16
741/24 742/5 744/2
744/2 744/18 744/18
746/5 746/5 748/9
748/14 748/15 748/23
749/2 751/12 751/12
760/12 760/24 761/3
761/11 762/22 762/23
762/23 763/9 763/10
764/8 766/6 767/4
767/19 768/20 769/3
772/3 772/11 772/16
775/16 775/19 775/23
776/15 776/22 778/1
778/25 779/10 781/20
785/1 789/15 796/4
797/15 797/16 798/4
798/9 799/1 799/6
799/20 799/21 800/6
800/6 802/3 804/13
**themselves** [2] 759/5
798/13
**theoretically** [3]

755/14 759/3 763/25
**theory** [1] 758/23
**therapies** [1] 748/19
**therapy** [1] 749/11
**thereafter** [1] 726/20
**thereby** [1] 709/11
**therefore** [1] 707/3
**thereof** [2] 711/8
711/9
**these** [68] 702/24
703/9 703/11 719/1
720/21 722/3 724/21
724/24 725/18 725/22
726/7 728/7 728/21
731/15 732/5 732/22
733/14 733/15 734/2
734/4 736/15 738/16
740/9 740/11 741/18
742/5 742/19 742/19
743/20 746/13 750/18
750/24 751/10 751/14
752/9 753/5 754/11
756/24 759/19 759/19
760/11 760/15 761/5
762/14 766/5 766/18
766/19 766/20 769/6
769/15 770/4 771/3
772/10 772/16 773/12
773/17 774/3 774/9
776/8 779/19 781/11
781/19 783/15 783/16
784/25 789/15 800/11
801/2
**they'd** [3] 741/24
769/4 788/4
**they'll** [2] 764/24
794/8
**they've** [6] 770/20
782/16 785/18 789/18
800/6 800/6
**thing** [26] 743/9
745/12 746/16 753/16
754/3 755/10 757/14
758/8 759/7 761/4
764/20 767/13 768/21
771/19 771/22 776/14
778/14 780/12 780/25
784/3 789/7 789/13
797/24 801/7 802/1
803/13
**things** [29] 704/21
706/1 719/1 719/13
722/21 735/4 735/5
736/15 741/12 742/17
747/11 747/21 747/21
748/13 750/7 751/14
752/17 755/19 756/5
762/14 766/14 767/23
768/3 769/2 769/9
783/17 785/18 787/4
798/18
**think** [46] 706/10

707/4 720/5 727/5
737/18 739/23 740/15
740/17 742/6 742/8
743/9 743/12 745/9
745/11 745/25 746/3
746/9 748/1 753/21
755/17 755/18 759/13
759/23 767/7 767/9
767/16 768/24 769/6
777/13 784/3 784/5
784/6 784/16 784/17
785/21 789/1 789/1
790/14 794/4 796/3
798/9 800/4 800/7
800/24 802/3 805/6
**thinking** [1] 758/22
**thinks** [2] 743/7 761/2
**third** [7] 708/9 712/16
715/9 716/14 732/3
753/21 796/3
**thirty** [2] 740/19
765/21
**thirty-seven** [1]
740/19
**this** [243]
**those** [46] 710/17
716/17 716/18 718/4
718/21 719/6 720/23
721/2 721/2 722/6
722/9 722/10 722/15
725/1 727/16 736/16
736/17 736/21 736/22
737/4 738/8 739/18
740/16 742/17 743/14
744/1 744/22 748/8
769/14 775/15 775/24
775/25 776/1 776/19
779/14 780/17 780/21
782/1 788/9 788/20
789/20 790/22 792/14
792/18 801/10 801/11
**though** [11] 709/5
709/23 710/2 710/10
745/15 748/22 751/20
752/19 786/11 793/23
802/20
**thought** [26] 735/18
738/22 738/25 742/25
743/1 743/6 748/5
752/21 755/20 758/22
765/1 766/24 769/19
770/12 770/13 770/13
770/15 775/3 777/7
784/4 795/13 795/14
799/9 803/11 803/17
804/1
**thousand** [2] 769/8
782/6
**thousands** [3] 733/6
751/15 781/18
**threaten** [2] 744/12
770/17

**T**

threats [1]  772/19
three [23]  710/18
710/25 711/14 711/21
712/3 714/17 715/16
721/13 726/17 726/23
727/3 727/9 731/16
732/12 734/16 759/10
768/24 768/25 773/10
782/11 782/12 787/3
805/20
threw [1]  754/16
through [30]  713/10
713/25 714/3 714/11
716/11 720/5 720/6
720/14 721/19 723/17
724/6 732/23 733/7
733/8 733/11 736/13
737/14 741/3 751/6
769/5 769/5 775/19
781/23 786/11 791/8
795/25 797/7 797/8
801/15 805/23
throughout [2]  748/13
792/11
throw [5]  743/11
770/6 770/22 771/1
773/20
throws [1]  761/1
thugs [1]  748/16
THURSDAY [3]
700/16 702/1 797/1
tie [1]  788/8
Tijuana [1]  783/11
time [33]  702/21 710/4
710/7 710/22 723/18
724/5 724/5 726/12
729/5 729/12 729/25
731/12 732/11 732/14
736/5 736/8 741/9
741/12 748/23 750/10
750/12 757/12 757/19
759/20 767/22 769/18
772/23 778/24 779/2
786/15 791/14 792/16
795/10
times [8]  705/3 707/11
728/15 755/23 756/5
756/5 756/13 779/23
TINs [1]  735/7
Title [15]  707/24 711/1
711/4 711/5 711/11
712/23 714/2 714/4
714/5 714/15 719/8
721/15 721/21 722/11
809/4
Title 18 [1]  809/4
today [3]  751/25
755/18 772/21
together [12]  724/16
725/11 732/6 732/10

732/21 735/17 743/11
747/21 747/22 770/1
780/11 792/5
token [1]  729/19
told [22]  722/20
723/14 727/14 727/15
728/4 728/7 728/11
730/4 730/11 731/5
732/24 736/9 761/4
766/7 768/20 775/13
784/20 787/19 787/21
789/21 800/6 800/6
too [6]  720/11 725/9
739/10 743/4 771/1
801/4
took [18]  703/7
731/17 732/11 738/20
750/12 754/16 755/2
755/3 767/22 771/12
773/8 773/9 773/13
776/21 776/24 776/25
789/8 790/19
top [1]  768/23
tore [1]  754/7
tortured [1]  739/23
tossed [1]  768/11
total [3]  724/13
728/13 738/18
traffic [1]  770/9
trains [1]  755/5
transactions [1]  710/5
transcript [3]  700/14
809/5 809/6
transfer [4]  718/19
726/17 731/25 738/9
transferred [7]  717/15
725/16 725/19 726/9
726/15 727/16 738/20
transferring [1]
726/11
transfers [4]  725/17
725/23 726/6 726/18
transmitted [1]
727/16
trash [2]  754/25 761/1
traveled [1]  750/8
travelers [1]  718/20
treasurer [2]  774/16
774/17
treasury [7]  718/16
718/16 730/20 733/16
774/15 774/18 777/3
treat [3]  703/25
743/24 783/13
tremendous [1]  804/1
trial [11]  700/14
705/10 706/13 706/19
707/6 707/11 707/14
722/22 744/6 778/24
790/19
trials [1]  792/14
tricked [4]  728/22

729/1 729/5 764/1
tried [9]  728/17
729/11 729/12 750/15
755/22 761/10 770/8
789/4 789/5
trillion [2]  752/23
784/9
truly [1]  723/9
truth [2]  713/15
776/18
truthful [2]  748/5
785/17
try [9]  728/8 729/2
743/1 748/2 749/2
749/8 749/9 756/5
766/6
trying [18]  711/24
736/22 742/16 747/20
747/21 748/19 748/25
757/1 758/13 762/20
769/22 770/12 773/3
773/3 773/4 777/4
783/7 785/20
turn [4]  724/2 732/25
737/7 749/9
turned [2]  740/12
765/1
TV [2]  776/16 781/7
Twenty [1]  799/17
799/18
Twenty-one [2]
799/17 799/18
twisted [2]  739/23
743/13
two [31]  704/18
708/15 710/16 710/25
711/14 711/21 711/25
712/3 714/17 715/16
720/5 720/9 722/21
725/10 725/17 725/17
726/10 729/7 731/1
731/15 743/10 743/20
743/25 753/25 773/9
774/16 788/3 788/7
789/20 789/22 805/20
type [2]  717/14 789/22
typographical [2]
715/15 715/22

**U**

U.S [2]  741/7 777/3
UCC [2]  765/14
765/23
UFOs [1]  766/15
unanimous [5]  790/8
790/15 791/3 791/19
805/15
unconditional [1]
717/9
uncovered [1]  783/17
under [24]  702/14
707/16 714/13 715/7

716/12 716/16 723/20
730/6 733/20 743/12
743/14 753/15 753/18
753/19 755/20 755/20
755/24 756/10 758/6
761/23 765/23 766/2
766/2 779/12
underlying [2]  707/2
707/4
understand [7]
704/25 730/17 744/20
757/25 786/4 786/20
800/8
understanding [2]
766/10 766/17
understands [1]
793/15
Understood [3]  745/7
745/20 746/6
unfortunately [3]
747/25 761/22 792/16
unicorns [1]  766/15
unifier [1]  779/21
Uniform [2]  752/14
765/13
UNITED [62]  700/1
700/23 701/6 701/8
701/8 707/21 707/24
708/4 711/2 711/4
711/5 711/7 711/8
711/11 711/14 712/12
712/14 712/15 712/23
713/1 713/2 713/4
713/7 714/2 714/4
714/5 714/9 714/13
714/15 714/15 715/8
715/9 716/13 716/13
718/13 719/8 719/11
721/15 721/18 721/21
722/2 722/11 724/1
730/6 731/22 732/7
732/9 732/21 749/7
756/25 763/21 766/9
769/24 770/9 773/17
774/1 774/17 779/6
786/7 788/19 809/4
809/8
universal [1]  779/21
University [1]  750/4
unknown [1]  716/20
unlawful [5]  708/17
709/3 709/15 710/8
732/16
unless [5]  703/15
706/16 706/23 739/22
759/5
unlikely [1]  718/3
unravels [1]  754/3
until [11]  703/16
708/3 708/3 722/16
729/24 765/1 766/9
766/9 791/19 792/6

801/21
untrue [4]  712/18
712/19 712/21 755/17
upon [8]  704/5 708/18
710/20 711/8 718/3
720/23 722/6 733/16
Urman [1]  792/7
us [43]  730/8 730/21
748/18 749/17 752/7
753/6 753/9 753/23
754/22 757/23 757/23
758/24 760/19 761/4
761/22 762/11 764/6
764/9 765/2 765/7
765/7 766/7 766/21
769/16 770/6 770/22
770/23 770/25 773/11
773/20 778/18 783/2
783/3 783/3 783/1
783/15 783/23 783/23
783/24 784/14 785/14
785/18 786/14
USA [1]  700/6
use [18]  707/6 735/6
744/23 745/22 755/13
760/9 760/14 760/24
763/14 772/19 777/25
779/18 780/1 780/1
782/3 782/4 782/5
782/21
used [14]  705/17
722/11 725/14 754/24
754/24 771/5 778/11
779/7 779/8 779/13
779/21 780/17 780/21
793/13
user [1]  733/20
uses [1]  760/10
using [2]  741/7
779/22
utter [6]  714/22 715/2
716/7 717/4 721/1
722/9
uttered [3]  715/2
716/6 717/4
uttering [2]  714/21
716/24
utters [1]  714/7

**V**

vaccines [1]  783/14
VALERIE [2]  701/7
771/23
valley [1]  786/11
valuable [3]  784/25
807/20 807/25
value [3]  717/2 718/2
774/23
various [6]  707/11
717/19 726/12 733/6
734/3 795/15
vault [1]  778/4

**V**

**venture [1]** 710/21
**verbal [2]** 797/7 797/8
**verdict [39]** 703/12
704/19 706/20 706/22
709/23 721/9 735/22
789/25 790/7 790/15
790/18 791/2 791/3
791/4 791/19 792/21
793/10 793/12 793/18
793/23 794/7 794/16
795/5 795/7 795/8
795/14 795/16 795/17
795/18 795/21 805/15
805/17 805/19 806/10
806/12 806/17 806/20
807/24 807/25
**verdicts [1]** 806/9
**very [18]** 723/20
738/17 740/3 740/15
740/17 742/23 743/21
750/12 750/12 757/18
758/3 761/22 786/15
787/19 793/4 807/20
807/21 807/24
**vice [1]** 749/7
**vice-president [1]**
749/7
**viewing [1]** 766/15
**views [1]** 790/11
**violate [1]** 729/9
**violated [1]** 784/11
**violation [5]** 707/23
711/10 721/21 755/9
755/14
**violations [8]** 711/1
711/4 714/2 714/4
753/11 755/10 755/24
795/23
**violence [1]** 702/9
**Virtually [1]** 736/24
**vital [1]** 808/5
**voice [1]** 737/8
**void [2]** 762/23 777/13
**VOLUME [1]** 700/18
**vote [1]** 756/19
**voter [1]** 756/18
**vow [1]** 771/12

**W**

**W-4 [2]** 773/22 773/23
**W-i-l-l-i-a-m-s [1]**
791/23
**wait [1]** 794/25
**waiting [2]** 721/7
791/15
**walk [1]** 786/11
**walking [1]** 802/17
**want [38]** 707/12
720/20 728/8 729/1
730/14 735/17 744/5
746/5 749/16 749/23
752/25 757/25 758/25
758/25 759/8 759/14
770/18 770/22 771/1
773/11 773/20 776/8
776/9 776/24 780/1
780/4 782/15 783/20
783/22 784/1 784/2
786/6 792/24 797/9
797/12 797/24 798/4
805/8
**wanted [5]** 724/18
730/15 738/25 749/23
762/14
**wanting [1]** 770/6
**wants [3]** 755/16
760/18 799/12
**warned [2]** 727/22
739/4
**warning [6]** 723/10
723/11 732/1 732/2
789/24 789/24
**warnings [1]** 788/12
**warrant [4]** 718/18
734/12 753/13 754/4
**was [220]**
**Was the [1]** 780/24
**washed [1]** 752/5
**Washington [1]** 725/5
**watch [1]** 748/8
**watching [3]** 748/9
783/24 785/16
**water [1]** 738/16
**way [41]** 705/6 709/9
733/2 737/12 739/18
742/24 743/21 748/16
749/13 751/2 751/5
752/7 752/11 752/14
757/19 757/22 758/14
759/19 761/18 762/16
762/25 765/9 767/12
768/4 768/7 769/14
771/12 772/4 773/9
773/22 774/24 775/10
777/10 777/13 779/17
781/17 784/22 785/9
795/7 795/20 801/21
**ways [4]** 708/22
752/17 757/16 783/12
**we [182]**
**we'll [5]** 702/18
722/18 746/23 746/23
786/23
**we're [25]** 702/5
702/17 719/19 721/7
732/25 739/11 747/14
747/22 758/2 758/2
759/1 760/15 761/14
764/21 767/7 770/12
774/3 774/4 774/5
778/18 780/13 780/13
784/20 799/11 805/11

**we've [16]** 722/22
723/4 723/12 737/11
747/25 753/15 760/23
761/11 761/11 762/19
763/9 763/9 763/10
766/1 794/11 804/13
**weapon [1]** 786/10
**weave [1]** 746/2
**Wednesday [2]**
733/12 733/18
**week [3]** 747/16
793/11 795/19
**weeks [1]** 745/10
**weigh [1]** 702/25
**weight [6]** 705/18
705/20 706/7 706/10
707/4 790/17
**weird [1]** 766/16
**well [23]** 739/4 739/6
742/3 742/21 743/5
752/24 755/2 761/23
764/8 771/25 772/1
774/10 779/25 787/19
788/1 789/4 789/20
797/21 798/14 799/13
799/14 801/2 807/22
**went [14]** 725/10
726/15 733/11 738/19
750/4 750/8 750/10
757/25 765/11 768/3
768/3 771/9 776/20
783/2
**weren't [4]** 740/11
753/24 759/21 804/8
**west [1]** 751/23
**WESTERN [1]** 700/3
**what [110]** 702/10
703/12 704/16 704/22
705/2 705/2 705/13
706/9 723/5 723/8
723/11 723/14 724/24
725/6 726/8 727/22
727/25 729/20 729/21
730/15 735/8 735/25
736/15 736/16 736/17
736/23 737/20 738/2
738/24 738/25 739/4
739/5 739/19 740/19
740/22 742/8 742/9
743/2 748/3 748/12
749/9 749/19 749/20
751/11 752/1 752/6
752/6 752/14 753/4
754/8 754/21 754/24
754/25 755/1 755/21
756/7 756/15 757/1
758/11 759/3 759/17
760/21 761/7 763/1
763/3 763/7 763/15
765/4 765/9 766/25
767/1 767/24 769/22
770/11 772/15 773/22

**774/7 775/22 777/23
777/24 778/23 779/9
780/12 781/9 781/9
781/9 783/16 784/15
785/6 786/21 787/22
788/13 788/15 788/24
788/25 790/20 792/15
793/10 793/19 794/3
795/23 795/23 797/20
798/2 799/15 800/6
800/8 801/15 802/10
808/11
**what's [5]** 736/10
748/9 759/8 762/17
771/21
**whatsoever [1]** 745/1
**wheelchair [2]** 754/10
754/16
**wheelhouse [1]**
771/15
**wheels [1]** 775/16
**where [22]** 727/11
728/22 754/5 755/5
756/25 763/1 763/23
763/24 766/17 767/20
770/4 770/4 770/25
772/6 772/7 778/10
781/13 785/4 788/11
794/12 800/7 800/10
**where's [2]** 756/24
756/24
**whether [27]** 702/14
703/4 706/4 706/11
707/8 708/17 709/19
713/13 713/14 713/15
720/23 721/1 722/6
722/8 732/14 735/15
743/16 743/19 743/20
783/25 783/25 784/1
784/2 784/21 790/8
790/19 790/25
**which [53]** 705/15
705/21 705/22 709/1
709/9 716/17 716/18
719/10 721/17 722/3
725/25 729/2 730/25
731/5 731/18 733/2
734/11 747/6 750/12
753/15 753/22 753/23
753/25 755/13 756/5
759/1 760/1 760/7
761/8 762/11 762/14
762/19 765/3 767/15
770/14 772/2 775/23
778/12 779/16 781/16
781/19 781/20 786/7
791/14 792/21 795/16
799/15 802/19 802/23
804/5 804/18 804/18
805/4
**while [4]** 706/2 721/7
747/19 791/15

**who [40]** 706/8 707/16
709/6 709/8 709/13
709/21 725/1 727/18
729/9 734/3 734/10
735/2 737/16 737/19
739/12 740/3 740/4
742/1 742/2 742/2
749/19 751/23 752/19
755/2 758/20 761/24
766/18 770/19 772/19
773/22 774/18 776/15
778/15 779/25 780/6
781/11 781/13 785/10
790/5 803/10
**Whoever [4]** 711/6
714/6 719/9 721/16
**whole [19]** 746/2
748/4 749/2 751/24
752/13 753/2 753/16
754/3 758/4 758/8
760/6 761/4 764/20
767/12 768/21 769/19
776/13 778/14 780/10
**whom [2]** 710/17
712/22
**whose [1]** 713/22
**why [30]** 718/20 727/5
728/23 742/18 743/3
746/20 753/19 755/6
760/2 760/13 760/13
760/14 764/2 771/8
773/21 774/7 774/9
774/10 774/23 775/2
777/19 784/25 784/25
786/7 787/20 789/19
789/25 795/22 798/3
803/4
**wife [7]** 744/4 747/16
754/10 754/15 760/11
768/1 774/2
**wilfully [2]** 709/7
721/24
**willful [8]** 702/9 748/4
771/5 771/6 771/6
781/12 784/17 786/4
**willfully [4]** 709/3
719/9 721/16 722/11
**willfulness [3]** 771/20
771/23 785/22
**William [3]** 730/2
738/7 791/23
**willingness [1]**
792/14
**willy [1]** 751/2
**willy-nilly [1]** 751/2
**WILSON [1]** 700/5
**win [1]** 782/17
**Winston [17]** 740/10
742/20 749/20 752/7
752/13 753/4 758/2
760/21 766/18 771/2
773/5 773/9 774/7

**W**

**Winston... [4]** 774/8 774/22 775/4 779/12
**wipe [2]** 761/14 764/21
**wires [1]** 726/12
**wish [3]** 744/21 747/1 806/14
**withdraw [2]** 702/8 702/9
**withdrawal [1]** 725/17
**withdrawals [2]** 725/23 731/25
**withdraws [1]** 726/19
**withdrew [2]** 725/21 788/4
**withhold [1]** 741/25
**withholding [7]** 729/17 731/3 735/7 767/13 767/15 767/17 767/20
**withholdings [1]** 769/23
**within [8]** 713/3 714/9 717/21 770/10 771/4 771/7 782/2 784/7
**without [8]** 710/7 717/3 717/10 744/13 747/18 792/13 797/15 799/8
**witness [22]** 704/1 704/17 705/1 705/13 705/13 705/23 705/24 707/16 707/18 707/19 724/20 737/15 737/16 737/22 737/25 741/16 741/22 741/18 771/20 773/25 775/10 785/25
**witness's [7]** 705/25 706/1 706/2 706/2 706/3 706/5 706/5
**witnessed [1]** 803/18
**witnesses [5]** 704/24 706/8 706/9 707/16 722/23
**Witter [1]** 758/19
**woke [1]** 754/16
**wolf [1]** 750/20
**won [1]** 785/19
**won't [4]** 728/9 784/10 784/10 789/1
**wonder [1]** 737/10
**word [6]** 733/19 733/19 763/14 768/8 800/3 802/5
**words [7]** 707/14 713/11 713/20 744/18 744/23 771/5 799/25
**wore [1]** 751/25
**work [15]** 723/16 723/17 734/2 741/19

755/21 756/5 757/21 758/7 761/21 771/13 780/19 784/19 785/13 785/14 786/6
**worked [5]** 750/19 750/23 767/9 775/22 784/5
**working [3]** 752/11 757/22 784/6
**works [5]** 737/13 755/5 770/16 781/23 782/14
**world [5]** 745/12 753/6 753/8 773/3 778/6
**worry [1]** 764/22
**worth [3]** 743/1 746/14 761/1
**worthless [5]** 733/6 736/22 760/22 760/23 776/23
**would [42]** 703/25 719/10 720/2 721/17 722/1 723/16 723/17 725/7 728/2 730/9 730/22 736/9 741/11 745/23 746/1 753/23 757/23 757/23 761/3 766/23 767/3 767/24 770/6 780/21 780/22 781/2 782/1 782/17 787/4 793/24 795/11 795/20 798/25 799/3 799/6 799/22 800/2 800/18 802/22 805/17 806/5 806/15
**wouldn't [5]** 745/22 766/23 767/7 767/8 771/17
**wound [1]** 768/5
**Wow [2]** 758/13 761/13
**wrap [2]** 760/6 783/6
**wrecked [1]** 776/18
**write [2]** 772/18 772/18
**writer [1]** 776/17
**writes [2]** 727/4 727/10
**writing [6]** 717/12 741/6 764/8 783/8 791/10 791/12
**written [1]** 717/6
**wrong [8]** 723/11 727/12 748/15 759/24 764/12 765/20 767/3 768/24
**wrote [6]** 749/6 757/13 766/12 767/4 770/23 770/25
**WWW.Stevebrodylaw. com [1]** 701/17

**Y**

**Yea [1]** 786/10
**yeah [8]** 720/10 737/20 739/9 742/9 771/25 772/10 794/18 795/9
**year [6]** 758/16 758/25 759/4 772/8 778/18 788/23
**years [17]** 724/24 738/6 742/3 743/14 745/10 745/11 747/5 748/14 749/5 759/10 759/10 759/12 760/19 768/25 772/8 778/19 787/8
**yesterday [1]** 793/16
**yet [1]** 751/15
**Yoo [1]** 734/10
**you'll [13]** 729/4 734/12 734/25 735/1 761/25 770/8 770/21 771/4 774/16 775/22 778/9 778/14 786/25
**you've [10]** 731/2 735/6 736/7 754/12 756/1 764/10 775/10 778/6 791/19 801/14
**yourself [7]** 755/12 763/7 780/25 781/10 786/8 787/22 790/9
**yourselves [1]** 722/14